COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
Peter S. Pearlman, Esq.
Federal Bar No. (PP8416)
Park 80 Plaza West-One
Saddle Brook, New Jersey 07663
(201) 845-9600

Attorneys for Plaintiff



UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

----------------------------------x
ROBERT L. GARBER, On Behalf of　　　Civil Action No. 03cv1519
Himself and All Others Similarly　 (AET)
Situated,

　　　Plaintiff,　　　　　　　　　　 CLASS ACTION

v.　　　　　　　　　　　　　　　　　 NOTICE OF MOTION TO ADMIT
　　　　　　　　　　　　　　　　　　 ARTHUR C. LEAHY, ESQ.,
　　　　　　　　　　　　　　　　　　 ELIZABETH J. ARLEO, ESQ.,
PHARMACIA CORPORATION, FRED　　　　 ALEXANDRA S. BERNAY, ESQ.,
HASSAN and G. STEVEN GEIS,　　　　　 DANIEL S. DROSMAN, ESQ. AND
　　　　　　　　　　　　　　　　　　 MATTHEW P. MONTGOMERY, ESQ.
　　　Defendants.　　　　　　　　　　TO APPEAR AND PARTICIPATE
----------------------------------x  PRO HAC VICE

TO ALL COUNSEL ON THE ATTACHED SERVICE LIST:

SIR/MADAM:

　　　Please take notice that on July 7, 2003 at 10:00 a.m. or as soon thereafter as counsel may be heard, the undersigned attorneys for plaintiffs, will move before the United States District Court for the District of New Jersey, Clarkson S. Fisher Federal Building and U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608 for an order, pursuant to Local Civil Rule 101.1(c), admitting Arthur C. Leahy, Esq., Elizabeth J. Arleo, Esq., Alexandra S. Bernay, Esq., Daniel S. Drosman, Esq.

and Matthew P. Montgomery, Esq. to appear and participate pro hac vice.

Please take further notice that the plaintiff will rely upon the certifications of Peter S. Pearlman, Esq., Arthur C. Leahy, Esq., Elizabeth J. Arleo, Esq., Alexandra S. Bernay, Esq., Daniel S. Drosman, Esq. and Matthew P. Montgomery, Esq. in support of this application.

Please take further notice that oral argument is not requested unless the matter is contested.

Please take further notice that a proposed form of order is submitted herewith.

Dated:   June 10, 2003

                COHN LIFLAND PEARLMAN
                & HERRMANN & KNOPF LLP

                _____
                Peter S. Pearlman
                A Member of the Firm