ENTERED
ON
THE DOCKET

JUL 0 7 2003

WILLIAM T. WALSH, CLERK
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ROBERT L. GARBER, On Behalf of
Himself and All Others Similarly
Situated,

    Plaintiff,

v.

PHARMACIA CORPORATION, et al.,

    Defendants.

Civil Action No. 03-1519 (AET)

ORDER

FILED JUL 0 7 2003 AT 8:30 ___ M
WILLIAM T. WALSH
CLERK

This matter having been brought before the Court upon Motion by Peter S. Pearlman, Esq., of the law firm of Cohn Lifland Pearlman Herrmann & Knopf LLP, attorneys for Plaintiff Robert L. Garber (and others) for an Order allowing Arthur C. Leahy, Esq., Elizabeth J. Arleo, Esq., Alexandra S. Bernay, Esq., Daniel S. Drosman, Esq. and Matthew P. Montgomery, Esq. to appear and participate *pro hac vice*; and the Defendants not responding to Plaintiffs' Motion; and the Court having considered this matter pursuant to FED.R.CIV.P. 78, and for good cause shown,

IT IS on this 7th day of July, 2003,

ORDERED that (a) Arthur C. Leahy, Esq., a member of the Bar of the State of California, the United States District Court for the Central, Northern and Southern Districts of California, the United States District Court for the District of Hawaii and the United States Court of Appeals for the Ninth Circuit, (b) Elizabeth J. Arleo, Esq., a member of the Bar of the State of California, the United States District Court for the Central, Eastern, Northern and Southern Districts of California, (c) Alexandra S. Bernay, Esq., a member of the Bar of the State of California, the United States District Court for the Central, Northern and Southern Districts of California, (d)

Daniel S. Drosman, Esq., a member of the Bar of the State of California, the State of New York, the United States District Court for the Central, Northern and Southern Districts of California, the United States District Court for the Southern and Eastern Districts of New York, the United States District Court for the District of Colorado and the United States Court of Appeals for the Ninth Circuit, and (e) Matthew P. Montgomery, Esq., a member of the Bar of the State of California, the United States District Court for the Central, Northern, Southern and Eastern Districts of California and the United States Court of Appeals for the Sixth and Ninth Circuits, each be permitted to appear and participate *pro hac vice* in the above-captioned matter pursuant to L.Civ.R. 101.1(c); and it is further

ORDERED that all pleadings, briefs, and other papers filed with the Court shall be signed by Peter S. Pearlman, Esq., attorney of record for the Plaintiffs, who shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorneys admitted hereby; and it is further

ORDERED that Arthur C. Leahy, Esq., Elizabeth J. Arleo, Esq., Alexandra S. Bernay, Esq., Daniel S. Drosman, Esq. and Matthew P. Montgomery, Esq. shall each pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2(a) within 20 days from the date of the entry of this Order; and it is further

ORDERED that Arthur C. Leahy, Esq., Elizabeth J. Arleo, Esq., Alexandra S. Bernay, Esq., Daniel S. Drosman, Esq. and Matthew P. Montgomery, Esq. shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L.Civ.R. 103.1, <u>Judicial Ethics and Professional Responsibility</u>, and L.Civ.R. 104.1, <u>Discipline of Attorneys</u>; and it is further

ORDERED that Arthur C. Leahy, Esq., Elizabeth J. Arleo, Esq., Alexandra S. Bernay, Esq., Daniel S. Drosman, Esq. and Matthew P. Montgomery, Esq. shall each be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

_____
HONORABLE TONIANNE J. BONGIOVANNI
UNITED STATES MAGISTRATE JUDGE