UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ROBERT L. GARBER** | : Civil Action No.: 03-1519 (AET) |
| Plaintiff(s), | : |
| v. | : PRETRIAL SCHEDULING ORDER |
| **PHARMACIA CORPORATION, et al.** | : |
| Defendant(s). | : |

This matter having come before the Court during an initial conference, pursuant to FED. R. CIV. P. 16, and the Court having considered the positions of the parties; and good cause having been shown;

IT IS on this <u>14th</u> day of <u>July</u>, 2004,

ORDERED THAT:

1. The merit discovery for this case is limited to documents relating to the time period of <u>April, 2000, through February, 2001, and shall be completed by October 22, 2004</u>.

2. Plaintiff(s) shall file any motion for class certification on or before <u>August 20, 2004</u>.

3. Discovery on class certification will close on <u>October 22, 2004</u>.

4. Defendant(s) shall file any opposition to the motion for class certification on or before <u>November 23, 2004</u>.

5. Plaintiff(s) shall file any reply in further support of their motion for class certification on or before <u>December 23, 2004</u>.

6. A telephone conference call will be held on <u>September 23, 2004</u> at <u>12:00 p.m.</u> at which time the remainder of the schedule will be set. Plaintiff's counsel will initiate call.

7. The Court may, from time to time, schedule conferences as may be required, either on its own motion or at the request of counsel.

8. Since all dates set forth herein are established with the assistance and knowledge of counsel, there will be no extensions except for good cause shown and by leave of Court, even with consent of all counsel.

9.      Failure to appear at subsequent conferences, or to comply with any of the terms of this Order, may result in sanctions.

10.     Any proposed confidentiality order agreed to by the parties must be accompanied by a separate statement showing specific good cause for the entry of the order. *See Pansy v. Borough of Stroudsburg*, 23 F.3d 772 (3d Cir. 1994); *Glenmede Trust Company v. Thompson*, 56 F.3d 476 (1995); FED R. CIV. P. 26(c).

11.     Counsel are advised that the Court has various audio/visual and evidence presentation equipment available for use at trial at no cost to the Bar.  This equipment includes an evidence presentation system, which consists of a document camera and a projector.  The projector may be used to display images which originate from a variety of sources, including television, VCR, and personal computer.  The document camera may be used to display documents, photographs, charts, transparencies and small objects.  For further information, please contact the Courtroom Deputy Michael Rivera.

12.     Counsel are invited to use the *George H. Barlow* Attorney Conference Room located on the third floor of the Courthouse Annex.  The room is equipped with telephones, laptop access/printer, copier, and *fax*.

   s/ Tonianne J. Bongiovanni
**TONIANNE J. BONGIOVANNI**
**United States Magistrate Judge**

**ALL PROPOSED ORDERS AND LETTER MEMORANDA SENT TO CHAMBERS SHOULD BE IN WORDPERFECT FORMAT AND EMAILED TO: tjb_orders@njd.uscourts.gov. ANY FILINGS WITH THE CLERK'S OFFICE SHOULD BE IN PDF FORMAT.**