UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **ROBERT L. GARBER, et al.,** | : | Civil Action No. 03-1519 (AET) |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | |
| | : | |
| **PHARMACIA CORPORATION, et al.,** | : | |
| | : | ORDER |
| **Defendants.** | : | |
| | : | |

This matter having been brought before the Court upon Application by Peter S. Pearlman, Esq., attorney for Plaintiffs, for an Order allowing Anita M. Laing, Esq., Karen M. Leser, Esq., and Arthur L. Shingler, Esq. to appear and participate *pro hac vice*; and the Defendants having consented to this Motion; and the Court having considered this matter pursuant to FED.R.CIV.P. 78, and for good cause shown,

IT IS on this 27th day of September, 2004,

ORDERED that Anita M. Laing, Esq., Karen M. Leser, Esq., and Arthur L. Shingler, Esq. each be permitted to appear and participate *pro hac vice* in the above-captioned matter pursuant to L.CIV.R. 101.1(c); and it is further

ORDERED that all pleadings, briefs, and other papers filed with the Court shall be signed by Peter s. Pearlman, Esq., attorney of record for Plaintiffs, who shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorneys admitted hereby; and it is further

ORDERED that Anita M. Laing, Esq., Karen M. Leser, Esq., and Arthur L. Shingler, Esq. shall each pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in

accordance with New Jersey Court Rule 1:28-2(a) within 20 days from the date of the entry of this Order; and it is further

ORDERED that Anita M. Laing, Esq., Karen M. Leser, Esq., and Arthur L. Shingler, Esq. shall each be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L.Civ.R. 103.1, <u>Judicial Ethics and Professional Responsibility</u>, and L.Civ.R. 104.1, <u>Discipline of Attorneys</u>; and it is further

ORDERED that Anita M. Laing, Esq., Karen M. Leser, Esq., and Arthur L. Shingler, Esq. shall each be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

s/Tonianne J. Bongiovanni<br>
**HONORABLE TONIANNE J. BONGIOVANNI**<br>
**UNITED STATES MAGISTRATE JUDGE**