UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **ROBERT L. GARBER, et al.,** | : | |
| | : | **Civil Action No. 03-1519 (AET)** |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| **PHARMACIA CORP., et al.,** | : | |
| | : | |
| Defendants. | : | **ORDER** |
| _____ | : | |

    This matter having been opened to the Court upon Motion by Peter S. Pearlman, Esq., attorney for the Plaintiffs, for an Order allowing Thomas G. Wilhelm, Esq. to appear and participate *pro hac vice* [Docket Entry # 84]; and the Defendants having consented to this Motion; and the Court having considered this matter pursuant to FED.R.CIV.P. 78, and for good cause shown,

    IT IS on this 18th day of July, 2005,

    ORDERED that Thomas G. Wilhelm, Esq., a member of the Bar of the State of California, be permitted to appear and participate *pro hac vice* in the above-captioned matter pursuant to L.CIV.R. 101.1(c); and it is further

    ORDERED that all pleadings, briefs, and other papers filed with the Court shall be signed by an attorney of the law firm of Cohn Lifland Pearlman Herrmann & Knopf LLP who is admitted to the Bar of the State of New Jersey and this Court, who shall be held responsible for the conduct of the case and who will be held responsible for the conduct of the attorney admitted hereby; and it is further

ORDERED that Thomas G. Wilhelm, Esq. shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rules 1:28-2(a) within 20 days from the date of the entry of this Order; and it is further

ORDERED that Thomas G. Wilhelm, Esq. shall make payment of $150.00 to the Clerk of the United States District Court in accordance with L.Civ.R. 101.1(c)(3), as amended, within 20 days from the date of the entry of this Order; and it is further

ORDERED that Thomas G. Wilhelm, Esq. shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L.Civ.R. 103.1, Judicial Ethics and Professional Responsibility, and L.Civ.R. 104.1, Discipline of Attorneys; and it is further

ORDERED that Thomas G. Wilhelm, Esq. shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

s/ Tonianne J. Bongiovanni
**HONORABLE TONIANNE J. BONGIOVANNI**
**UNITED STATES MAGISTRATE JUDGE**