COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
Peter S. Pearlman, Esq.
Federal Bar No. (PP8416)
Park 80 Plaza West-One
Saddle Brook, New Jersey 07663
(201) 845-9600

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

*"Document Filed Electronically"*

-------------------------------x
ROBERT L. GARBER, On Behalf of      Civil Action No. 03cv1519
Himself and All Others Similarly    (AET)
Situated,

                                   CLASS ACTION

      Plaintiff,

                                   WITHDRAWAL OF APPEARANCE

v.

PHARMACIA CORPORATION, FRED
HASSAN and G. STEVEN GEIS,

      Defendants.
-------------------------------x

    Kindly withdraw Elizabeth Arleo (Admitted *Pro Hac Vice* June

7, 2003), formerly of the firm Milberg Weiss Bershad Hynes &

Lerach,  as co-counsel for plaintiff, Robert L. Garber in this

action.

DATED:    November 29, 2005

                              COHN LIFLAND PEARLMAN
                              HERRMANN & KNOPF LLP

                  BY: _____

                          Peter S. Pearlman
                          A Member of the Firm