COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
Park 80 Plaza West-One
Saddle Brook, NJ 07663
Telephone: 201/845-9600
201/845-9423 (fax)

Liaison Counsel

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
ARTHUR C. LEAHY
MATTHEW P. MONTGOMERY
ALEXANDRA S. BERNAY
LUCAS F. OLTS
THOMAS G. WILHELM
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

*"DOCUMENT ELECTRONICALLY FILED"*

| | |
|---|---|
| ALASKA ELECTRICAL PENSION FUND, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PHARMACIA CORPORATION, et al.,<br><br>Defendants. | No. 03-1519 (AET)<br>**(Consolidated)**<br><br>CLASS ACTION<br><br>MOTION FOR CLASS CERTIFICATION AND REQUEST FOR ORAL ARGUMENT<br><br>RETURN DATE TO BE ASSIGNED |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that plaintiffs hereby move for an Order pursuant to Fed. R. Civ. P. 23, certifying the proposed class (the "Class") consisting of all persons and entities who purchased or otherwise acquired the securities of Pharmacia Corp. ("Pharmacia") between April 17, 2000 and May 31, 2002 (the "Class Period") and for the appointment of Alaska Electrical Pension Fund, City of Sarasota Firefighters' Pension Fund, International Union of Operating Engineers Local 132 Pension Plan, New England Health Care Employees Pension Fund, PACE Industry Union-Management Pension Fund and Chemical Valley Pension Fund of West Virginia ("the Pension Funds") as Class representatives.[1] Plaintiffs also move for an Order appointing the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP as lead counsel and the law firm of Cohn Lifland Pearlman Herrmann & Knopf LLP as liaison class counsel.

The motion for class certification shall be heard on a date to be determined by the Honorable Anne E. Thompson. This Motion is based upon this Motion for Class Certification, the Memorandum of Law in support thereof, the accompanying Declaration of Lucas F. Olts in Support of Plaintiffs' Motion for Class Certification,

---

[1] Excluded from the Class are defendants, the officers and directors of Pharmacia during the Class Period, members of their immediate families, and their legal representatives, heirs, successors, or assigns and any entity in which defendants have or had a controlling interest.

- 1 -

the pleadings and records on file in this case, and other such matters and arguments as the Court may consider in the hearing of this Motion .

Movants request oral argument in this matter.

DATED: April 3, 2006

COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN

_/s/ Peter S. Pearlman_
PETER S. PEARLMAN

Park 80 Plaza West-One
Saddle Brook, NJ  07663
Telephone: 201/845-9600
201/845-9423 (fax)

Liaison Counsel

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
ARTHUR C. LEAHY
MATTHEW P. MONTGOMERY
ALEXANDRA S. BERNAY
LUCAS F. OLTS
THOMAS G. WILHELM
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

SCOTT + SCOTT, LLC
ARTHUR L. SHINGLER III
ANITA MELEY LAING
600 B Street, Suite 1500
San Diego, CA  92101
Telephone: 619/233-4565
619/233-0508 (fax)

- 3 -

SCOTT + SCOTT, LLC
DAVID R. SCOTT
108 Norwich Avenue
Colchester, CT  06415
Telephone:  860/537-3818
860/537-4432 (fax)

Attorneys for Plaintiffs