# NORRIS McLAUGHLIN & MARCUS, PA

ATTORNEYS AT LAW

P.O. BOX 1018
SOMERVILLE, NJ 08876-1018
(908) 722-0700
FAX: (908) 722-0755
WWW.NMMLAW.COM

HAND DELIVERY
721 ROUTE 202-206
BRIDGEWATER, NJ 08807

NEW YORK OFFICE
875 THIRD AVENUE
18th FLOOR
NEW YORK, NY 10022

*** meritas law firms worldwide

RECEIVED
AUG 14 2006
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

RECEIVED
AUG 11 2006
Chambers of
Anne E. Thompson, U.S.D.J.

August 11, 2006

**VIA FACSIMILE (609) 989-2007**

The Honorable Anne E. Thompson, S.U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building and U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:   *Alaska Electrical v. Pharmacia Corporation, et al.*
      U.S.D.C., District of New Jersey No. 03-1519(AET)(Consolidated)

Dear Judge Thompson:

We represent Defendants in the subject matter. Plaintiffs have a motion pending to certify a class action. Defendants are currently working on their opposition and Plaintiffs anticipate the submission of a reply. The parties respectfully request permission to file over-length briefs pursuant to *L.Civ.R.* 7.2(b). Defendants respectfully request an expanded page limit of 45 pages using a 12 point proportional font for their opposition brief. Plaintiffs respectfully request an expanded page limit of 40 pages using a 12 point proportional font for their reply brief. Counsel for each party consents to the other party's application. Kindly let us know if the Court will grant these requests.

Thank you for your consideration.

Respectfully submitted,

NORRIS, McLAUGHLIN & MARCUS, PA

Steven A. Karg

cc: Peter S. Pearlman, Esq. (By Facsimile 201-845-9423)
    Jonathan M. Hoff, Esq.
    Joshua R. Weiss, Esq.
    William A. Dreier, Esq.

So ordered
Anne E. Thompson
8/14/06