UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

ALASKA ELECTRICAL PENSION FUND, et al.,

Plaintiffs

-against-

PHARMACIA CORP., et al.,

Defendants.

03-1519 (AET)

**DECLARATION OF
TIMOTHY C. WANG, M.D.**

---

I, TIMOTHY CRAGIN WANG, declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows: I am competent to testify to the statements made in the "Expert Report of Timothy Cragin Wang, M.D. Concerning Class Certification," dated August 30, 2006. A copy of my Expert Report is attached hereto as Exhibit 1. The statements made therein are true and correct.

Executed this 30th day of August, 2006.

Timothy Cragin Wang, M.D.

# EXHIBIT 1

*Alaska Electrical Pension Fund, et al.*
*v. Pharmacia Corp., et al. No. 03-1519 (D.N.J.)*

Expert Report Concerning Class Certification

Timothy Cragin Wang, M.D.

Silberberg Professor of Medicine
Columbia University College of Physicians and Surgeons

-and-

Chief of the Columbia University Medical Center
Division of Digestive and Liver Diseases

August 30, 2006

I.      **Background**

*Education and Experience*

1.      I am a practicing gastroenterologist and the Dorothy L. and Daniel H. Silberberg Professor of Medicine at Columbia University College of Physicians and Surgeons.  I am also the Chief of the Columbia University Medical Center's Division of Digestive and Liver Diseases.

2.      I am board certified in both internal medicine and gastroenterology.

3.      I received my Bachelor of Arts in Chemistry *summa cum laude* in 1979 from Williams College in Williamstown, Massachusetts and my Doctor of Medicine Degree in 1983 from Columbia College of Physicians and Surgeons, New York, New York.  I performed my internship and residency training in Internal Medicine from 1983 through 1986 at Barnes Hospital, Washington University School of Medicine, St. Louis, Missouri.  From 1986 through 1990 I was a Research Fellow in Medicine at Harvard Medical School and a Clinical and Research Fellow in Medicine at Massachusetts General Hospital, both in Boston, Massachusetts.

4.      I have been a practicing gastroenterologist for over 15 years.  From 1991 to 2000 I was an Attending Physician at Massachusetts General Hospital in Boston, Massachusetts.  From 2000 through 2004, I was an Attending Physician at UMass Medial Center in Worcester, Massachusetts.  Since 2004, I have been an Attending Physician at New York Presbyterian Hospital.  At all times during my career, a portion of my practice has been devoted to providing consultation for treatment of patients with gastrointestinal side effects related to the use of non-steroidal anti-inflammatory drugs ("NSAIDs").  I have performed endoscopic procedures on such patients and supervised residents performing endoscopic procedures.  In my

1

current position, I presently treat patients on an in-patient basis two months per year where I see dozens of patients with NSAID-related gastrointestinal side-effects and complications.

5.      I am also a professor of medicine and have been a guest lecturer and invited speaker at numerous universities and medical centers.  Beginning in 1989, I was an Instructor of Medicine at Harvard Medical School, where I was promoted to Assistant Professor of Medicine in 1993 and promoted to Associate Professor of Medicine in 1998.  In 2000, I joined the University of Massachusetts Medical School as a tenured Professor of Medicine where I ran the clinical, endoscopic and research programs, and also served as the Director of GI Cancer.  In 2004, I joined the faculty at Columbia University College of Physicians & Surgeons where I am currently the Dorothy L. and Daniel H. Silberberg Professor of Medicine.  I have also been a Visiting Professor at various universities including Yale University in New Haven, Connecticut, the University of Pennsylvania in Philadelphia, Pennsylvania, and Humboldt University in Berlin, Germany.  I regularly give lectures to students, residents, fellows, and other physicians, including talks regarding NSAID-related gastrointestinal toxicity.

6.      As a researcher I have conducted research in the area of gastrin biology, and continue to explore the role of gastrin peptides in diverse diseases, including peptic ulcer disease, gastric cancer and colorectal cancer.  Currently, my research program encompasses six major funded projects:    (1) Role of *Helicobacter pylori* in gastric cancer pathogenesis; (2) function and regulation of gastrin; (3) regulation of histidine decarboxylase gene expression; (4) function and regulation of trefoil factor 2; (5) gastric cancer stem cells; and (6) role of stromal cells in the pathogenesis of gastric and liver cancer.

2

7.      From 1996 through 2001, I was an Associate Editor for the professional journal, *Gastroenterology*, and resumed that position on June 1, 2006.  Since 2003, I have been an Associate Editor for the American Journal of Physiology (Gastrointestinal Liver Physiology). I have also reviewed for numerous professional journals, including:  New England Journal of Medicine, Proceedings for the National Academy of Science, Nature Medicine, Science, Gut, Gastroenterology, American Journal of Gastroenterology, Digestive Diseases and Sciences, Digestion and the Journal of Clinical Investigation.  As an editor and reviewer for many years, including the period during which COX-2 selective NSAIDs were researched and developed, I have enjoyed many opportunities to review articles that include historical reviews of NSAID development and write-ups of clinical trials and epidemiological studies relating to NSAIDs.

8.      Since 1986, I have been an active member of the American Gastroenterology Association ("AGA") where I have served on numerous committees within the association, including the AGA Education Committee, the AGA Council, and the AGA Research Committee.  I am currently the Chair of the AGA Future Trends Committee and a member of the AGA Leadership Cabinet.  I also belong to other professional societies including the American Board of Internal Medicine ("ABIM"), the Amercian College of Physicians ("ACP"), the American Society for Clinical Investigation ("ASCI"), and the New York Society of Gastrointestinal Endoscopy ("NYSGE").  I am also a member of Phi Beta Kappa and Alpha Omega Alpha, the Honor Medical Society.

9.      A copy of my *Curriculum Vitae* and a list of my publications is attached as Exhibit A.

3

*Compensation*

10.    I am being compensated at my usual rate of $500 per hour in connection with this proceeding.  My compensation is in no way dependent on the opinions I express or on the outcome of the case.

*Prior Testimony*

11.    In the past four years I have submitted an expert report and given a deposition, on behalf of the plaintiffs, in connection with the following matter: *Pfizer Inc. v. Teva Pharmaceuticals USA, Inc.*, Civil Action No: 04-754 (JCL) (D.N.J.).

## II.    <u>Materials Considered</u>

12.    In forming my opinions and preparing this report, I have reviewed and relied upon the materials cited and listed in this report, as well as the materials listed in Exhibit B.  I have also relied on my extensive knowledge, training and experience as a gastroenterologist in forming the opinions set forth in this expert report.   Reference is also made to certain documents that are attached as exhibits to the accompanying Declaration of William A. Dreier (the "Dreier Decl.").

## III.    <u>Subject Matter About Which I Expect to Testify</u>

13.    I understand that this is a securities fraud action in which Plaintiffs claim that Defendants made false and misleading statements about the Celecoxib Long Term Arthritis Safety Study ("CLASS").  I further understand that Plaintiffs contend that the "truth" regarding these alleged false and misleading statements was not publicly known until the publication of a June 1, 2002 editorial by Peter Jüni, *et al.* in the British Medical Journal (the "Jüni Editorial") (Dreier Decl., Ex. 26).

14.     For purposes of Defendants' opposition to the Plaintiffs' motion for class certification, I presently expect to give opinions (and, if requested, am prepared to testify) concerning (i) public knowledge of information regarding CLASS, in general, and (ii) when and the extent to which the information in the Jüni Editorial was publicly known prior to June 1, 2002.

15.     I may address other matters in response to reports or other evidence offered by Plaintiffs.  I reserve the right to supplement or amend my opinions in response to opinions expressed by Plaintiffs' experts, or in light of any additional evidence, testimony, discovery or other information relating to the aforementioned issues that may be provided to me after the date of this report.  In addition, I expect that I may be asked to consider and testify about issues that may be raised by Plaintiffs' experts in their reports or at trial.  In connection with my testimony, I may rely upon certain graphic or demonstrative exhibits that have not yet been prepared.

## IV.     CLASS

16.     For decades before Celebrex® was approved for the U.S. market, doctors recognized that nonsteroidal anti-inflammatory drugs (NSAIDs) are associated with gastrointestinal side effects, including peptic ulcers, ulcer complications and tolerability issues (such as nausea, abdominal pain and dyspepsia).  The medical community, therefore, realized that there was a need for new NSAIDs with improved gastrointestinal safety and tolerability compared to the NSAIDs available to their patients.

17.   With that background in mind, Celebrex® was developed and subsequently approved for marketing in the United States in December 1998.[1]   Numerous endoscopic studies, outcome studies and epidemiologic studies show that treatment with Celebrex® is associated with fewer gastrointestinal side effects and has better GI tolerability compared to "traditional" or "non-selective" NSAIDs on the market in the United States.[2]   These studies, as a whole, lead to the conclusion that Celebrex® has a gastrointestinal safety benefit and that reduced risk in comparison to other NSAIDs is the driving force behind doctors' decisions to prescribe Celebrex® for patients in need of NSAID therapy.

18.   Based on the acknowledged risk for upper gastrointestinal side effects associated with NSAID use, the FDA has required that approved labeling for prescription NSAIDs include a standard paragraph explaining "that upper GI ulcers, gross bleeding or perforation, caused by NSAIDs, appear to occur in approximately 1% of patients treated for 3-6 months, and in about 2-4% of patients treated for one year" (the "Standard GI Warning").[3]

19.   Notwithstanding the evidence demonstrating the superior GI safety profile of Celebrex, the FDA required that the label for Celebrex also include the Standard GI Warning.

---

[1]   On December 31, 1998, the United States Food and Drug Administration ("FDA") approved Celebrex® -- the first Cox-2 selective NSAID to be approved in the United States -- for treatment of patients with rheumatoid arthritis and osteoarthritis.   The FDA found that Celebrex® was an effective arthritis treatment in placebo and active-controlled clinical trials and demonstrated a substantially lower risk of ulcers detected by endoscopy.   See "FDA Talk Paper" *FDA Approves Celebrex for Arthritis* (Dec. 31, 1998).   Subsequently, the FDA approved Celebrex® for additional indications.

[2]   The FDA has categorized Celebrex®, Vioxx® and Bextra® as Cox-2 selective NSAIDS and other drugs, such as ibuprofen, etodolac, meloxicam, nabemutone and diclofenac as non-selective NSAIDs.   I use the FDA's nomenclature for this report.

[3]   *See* Harold E. Paulus, *FDA Arthritis Advisory Committee Meeting: Serious Gastrointestinal Toxicity of Nonsteroidal Antiiflammatory Drugs; Drug -Containing Renal and Bilary Stones; Diclofenac and Carprofen Approved*, Vol. 31, No. 11, Arthritis and Rheumatism 1450-51 (1988); *see also Medical Officer Review* by James Witter, M.D., Ph.D. ("Witter Review") at 5-6 (Dreier Decl., Ex. 11).

20.     The CLASS study was commissioned to compare, among other things, the GI safety profile of Celebrex® to that of traditional NSAIDs in order to support Pharmacia's petition to the FDA for approval of a revised label.

21.     The protocol for CLASS specified that Celebrex® would be compared to two commonly used NSAIDs, ibuprofen and diclofenac.  The determination of the relative GI safety of Celebrex® versus these other NSAIDs would be made primarily by reference to the incidence of "ulcer complications" – defined, for purposes of the Study, as upper gastrointestinal bleeding, perforation or gastric outlet obstruction in patients with osteoarthritis or rheumatoid arthritis.  The incidence of "ulcer complications" was designated as the "primary endpoint," or, objective, of CLASS.  The incidence of a secondary endpoint of "symptomatic ulcers" – defined, for purposes of the Study, as ulcers identified based on upper gastrointestinal symptoms, such as abdominal pain, dyspepsia, nausea, diarrhea or vomiting – was included in the protocol as part of the evaluation of general GI safety.  The Study was designed to include approximately eight thousand patients.  Approximately four thousand patients would be given Celebrex®, two thousand ibuprofen and two thousand diclofenac.  The minimum planned study participation was 6 months.

22.     The results of CLASS were reported in an article published in the Journal of the American Medical Association on September 13, 2000, entitled *Gastrointestinal Toxicity With Celecoxib vs Nonsteroidal Anti-inflammatory Drugs for Osteoarthritis and Rheumatoid Arthritis - The CLASS Study:  A Randomized Controlled Trial* (the "JAMA Article") (Dreier Decl., Ex. 1).

23.     The JAMA Article reported that on the primary endpoint, Celebrex failed to demonstrate that there were statistically significantly fewer ulcer complications in the Celebrex treatment group than in the comparator treatment groups.  However, the JAMA Article reported that according to various other measures, Celebrex demonstrated superiority over the comparator NSAIDs.  Specifically, based on the first six months of data from the study, there were statistically significantly fewer complicated and symptomatic ulcers as compared to the pooled NSAID comparators.  Dreier Decl., Ex. 1.

24.     I understand that Plaintiffs' complaint in this action criticizes the JAMA Article.  Specifically, Plaintiffs contend that Defendants misrepresented the results of the CLASS Study (1) by using 6 months worth of data and not reporting on the longer-term data that was available; (2) by using a combined endpoint consisting of symptomatic ulcers (a "secondary endpoint") in addition to ulcer complications (the "primary endpoint"); (3) by not following the prespecified plan for statistical analysis of the primary endpoint which called for (i) an analysis of the Celebrex v. ibuprofen and diclofenac, combined, and then (ii) an analysis of Celebrex v. ibuprofen and of Celebrex v. diclofenac, individually; and (4) because "[a]nalyzing the CLASS Study data pursuant to the original protocol, meaning 12 and 15 months of data compared head-to-head and in combination for ulcer-related complications, Celebrex does not offer greater GI safety than traditional NSAIDs."  Complt. ¶ 46.

25.     I disagree with such criticism and it is my opinion that the analysis offered in the JAMA Article is not misleading, and represents a valid interpretation and presentation of the CLASS data.

8

26.     Nevertheless, for the purposes of this report, I have been asked to assume, for the sake of argument, that the results of CLASS, as presented in the JAMA Article, were misrepresented, and to offer my opinion as to when the "truth" regarding such alleged misrepresentations was publicly revealed.  My opinion is that the "truth" was publicly revealed no later than February 6, 2001, when the full data from CLASS was made publicly available on the FDA website.

## V.     The "sNDA" And FDA Arthritis Advisory Committee

27.     Pharmacia's application to the FDA to remove the Standard GI Warning is technically known as a "Supplemental New Drug Application" or "sNDA." The Arthritis Advisory Committee, a committee of outside experts appointed by FDA, was tasked with evaluating the results of CLASS and making a recommendation to the FDA regarding the requested label change.   In advance of the Advisory Committee meeting, which was held February 7, 2001, Pharmacia submitted a "briefing document," setting forth its analysis of the results of CLASS (the "Briefing Document") (Dreier Decl. Ex. 9).[4]

28.     The Briefing Document presented the CLASS data in two ways:  (1) using six months of data (as in the JAMA Article) and (2) using data from the entire study period.

29.     As a basis for using six months of data, the Briefing Document explained that data after six months was suspect and not statistically meaningful because of disproportionate withdrawal of patients in the ibuprofen treatment arm generally and in the diclofenac treatment arm for GI adverse events specifically:

---

[4]     Technically, the Briefing Document was submitted by G.D. Searle & Co. ("Searle") which I understand is affiliated with Pharmacia.  Accordingly, for purposes of this affidavit any references to Pharmacia include Searle.

The GI safety data presented are for the six-month treatment timepoint based on the analysis of risk factors prespecified in the protocol. In brief, a disproportionate withdrawal of patients at high risk of an ulcer complication from the entire study was observed after six months (depletion of susceptibles). Additionally, a significantly greater withdrawal of patients on diclofenac for GI intolerance occurred during the initial six months of the study. The withdrawal of patients for GI intolerance prematurely removed a group at high risk for ulcer complications and symptomatic ulcers from the diclofenac treatment arm (informative censoring).

Briefing Document (Dreier Decl., Ex. 9) at 28.

30.     FDA Medical Officers and an FDA Statistician submitted detailed reviews of the CLASS data to the Arthritis Advisory Committee for consideration. Specifically, Dr. James Witter, an FDA Medical Officer, submitted a "Medical Officer Review" (Dreier Decl., Ex. 11), Dr. Lawrence Goldkind, an FDA Medical Officer, submitted a "Medical Officer's Gastroenterology Advisory Committee Briefing Document" (the "Goldkind Review") (Dreier Decl., Ex. 10) and Dr. Hong Laura Lu, an FDA Statistician, submitted a "Statistical Reviewer Briefing Document for the Advisory Committee" (the "Lu Review") (Dreier Decl., Ex. 12) (collectively, the "FDA Staff Review Documents"). The Briefing Document and the FDA Staff Review Documents were made publicly available on February 6, 2001, when they were posted to the FDA website. They remain available there today.[5]

31.     On February 7, 2001, the FDA Arthritis Advisory Committee held a public hearing at which representatives of Pharmacia and FDA staff (Medical Officers) made presentations to the committee.

---

[5]     *See* http://www.fda.gov/ohrms/dockets/ac/01/briefing/3677b1.htm.

32.     Each of the alleged misrepresentations set forth in Paragraph 24, above (summarizing ¶ 46 of the Complaint), was discussed in the Briefing Document and the FDA Staff Review Documents, and during the Arthritis Advisory Committee public hearing.

**The Duration Of CLASS**

33.     Plaintiffs contend that Defendants misrepresented the duration of the CLASS Study because "[t]he CLASS study trial did not last six months as stated.  Instead, the Celebrex versus ibuprofen trial lasted 15 months and the Celebrex versus diclofenac trial lasted 12 months."  Complt. ¶ 46.  This information was publicly known as early as April 17, 2000.

34.     Pharmacia's initial press release, issued on April 17, 2000, regarding the CLASS results, stated that the CLASS Study was "an approximately 13 month" study.  Dreier Decl., Ex. 2 at 2.  This was echoed in various publications, such as the April 24, 2000 edition of the "Pink Sheet," an industry newsletter covering the Pharmaceuticals industry (Dreier Decl., Ex. 7 at 1-2), and two April 17, 2000 articles that were reported on the Dow Jones newswire.  *See* Dreier Decl., Exs. 4-5.

35.     The Briefing Document and the FDA Staff Review Documents, made public on February 6, 2001, also clearly identified the duration of the CLASS Study and the time periods relevant to Pharmacia's interpretation of the data.  *See* Briefing Document (Deier Decl., Ex. 9) at 18, 28, 45; Goldkind Review (Dreier Decl., Ex. 10) at 12, 14-16, 23-24;  Witter Review (Dreier Decl., Ex. 11) at 8, 48; Lu Review (Dreier Decl., Ex. 12) at 1, 5, 8.

36.     In addition, comments made by Pharmacia representatives during the Arthritis Advisory Committee public hearing also made clear that the CLASS Study lasted longer than six months.  *See* Dreier Decl., Ex. 17 (excerpts of hearing transcripts).

11

**Alleged Expansion Of The Primary Endpoint**

37.     Plaintiffs contend that the Defendants misrepresented the results of CLASS because "after the trials were complete, defendants added symptomatic ulcers to the comparison criteria in order to improve Celebrex's relative performance." Compl. ¶ 46(c).

38.     It was well understood long before the JAMA Article was published, however, that Celebrex failed to meet the primary endpoint of CLASS. For example, in an April 18, 2000 report entitled *Positive Results of Celebrex CLASS Trial Released*, Morgan Stanley Dean Witter reported that, "Celebrex did not reach statistically significant superiority on the primary endpoint of ulcer complications." Dreier Decl., Ex. 33 at 2. This information was similarly reported in the April 24, 2000 edition of the Pink Sheet. Dreier Decl., Ex. 7 at 2.

39.     Moreover, the JAMA Article specifically disclosed that Celebrex failed to meet the primary endpoint. *See* JAMA Article (Dreier Decl., Ex. 1) at 1254 ("the rate for ulcer complications did not differ"). Further, in an editorial commenting on the results of CLASS, published in JAMA contemporaneously with the JAMA Article, the authors noted that "even though the combined incidence of symptomatic ulcers . . . associated with celecoxib was significantly lower than with the comparator drugs, careful examination of the data shows that the rate of ulcer complications alone, the primary end point of the study, was not." David R. Lichtenstein, M.D. and M. Michael Wolfe, M.D., *COX-2-Selective NSAIDs, New and Improved?*, Vol. 284, No. 10 J. of Am. Med. Ass'n 1297, 1297-99 (Sept. 13, 2000) (Dreier Decl., Ex. 32).

40.     The FDA Staff Review Documents also discussed that Celebrex failed to meet the primary endpoint and that the use of a combined endpoint of ulcer complications and

symptomatic ulcers was a post-hoc analysis, with symptomatic ulcers a prespecified secondary endpoint. *See* Goldkind Review (Dreier Decl., Ex. 10) at 21, 41, 52; Lu Review (Dreier Decl., Ex. 12) at 9, 6.

**Alleged Failure To Follow The Prespecified Statistical Analysis**

41.     Plaintiffs allege that Defendants misrepresented the results of CLASS by not following the prespecified plan for statistical analysis of the results which called for (i) an analysis of the Celebrex v. ibuprofen and diclofenac, combined, and then (ii) an analysis of Celebrex v. ibuprofen and of Celebrex v. diclofenac, individually.   The protocol explicitly specified that Celebrex would only be found superior . . . if both comparisons, [Celebrex vs. diclofenac and Celebrex vs. ibuprofen], were statistically significant and in favor of Celebrex." Cmplt. ¶ 46.

42.     Plaintiffs' criticism, however, was publicly discussed in the Goldkind Review, published on February 6, 2001. *See* Dreier Decl, Ex. 10 at 7.   Moreover, the protocol called for the primary endpoint (1) to be analyzed at the combined NSAID level and (2) only if the difference were statistically significant to proceed to specific comparisons of ibuprofen and diclofenac.   As fully disclosed, the primary endpoint was not met and therefore the protocol did not call for comparisons with specific comparators.   The protocol did not prescribe a specific methodology for conducting the secondary analyses.

**The Alleged Absence Of Any Safety Advantage According To The CLASS Protocol**

43.     Plaintiffs contend that Defendants misrepresented the results of CLASS because the JAMA Article did not disclose that if the data is analyzed "pursuant to the original protocol, meaning 12 and 15 months of data compared head-to-head and in combination for

13

ulcer-related complications, Celebrex does not offer greater GI safety than traditional NSAIDs." Cmplt. ¶ 46. Plaintiffs' criticism, as well, was publicly known, as it was discussed in the Witter Review, published on February 6, 2001. *See* Dreier Decl., Ex. 11 at 48, 82.

44.    In addition, comments made by Pharmacia representatives and FDA representatives during the Arthritis Advisory Committee public hearing also made clear that, according to the protocol, Celebrex did not show any statistically significant difference over the comparators. *See* Dreier Decl., Ex. 17.

45.    In my opinion, the posting of the Briefing Document and the FDA Staff Review Documents on the FDA website, as well as the public statements made during the FDA Arthritis Advisory Committee hearing, publicly stated each of Defendants' alleged misrepresentations regarding the results of CLASS. Indeed, most of Plaintiffs' allegations were publicly known as early as April 2000. In addition to the evidence discussed above, my opinion is confirmed by the fact that news outlets and securities analysts published reports that reviewed and analyzed the materials posted on the FDA website and, accordingly, discussed the very facts that are alleged to have been misrepresented and/or not disclosed. *See, e.g.*, February 7, 2001 J.P. Morgan Securities analyst report entitled *FDA Review of Celebrex More Negative Than Expected – Panel Could Be Controversial* (Dreier Decl., Ex. 15); Brian Reid, *Pharmacia Hasn't Shown Celebrex Safety Benefit, FDA Review Says*, Bloomberg News, Feb. 6, 2001 (Dreier Decl., Ex. 16).

46.    Moreover, at the conclusion of the Arthritis Advisory Committee hearing, the Committee publicly disagreed with Pharmacia's conclusions that the CLASS Study demonstrated the superior GI safety profile of Celebrex. The Committee concluded that CLASS

14

did not demonstrate the superiority of Celebrex over NSAIDs because Celebrex had not met the primary endpoint and recommended to the FDA that the gastrointestinal warning not be removed from the Celebrex label. The Arthritis Advisory Committee's conclusion was widely reported in securities analyst reports and the general press. *See* Dreier Decl., Exs. 19-20. It should be noted, however, that the FDA ultimately disagreed with the conclusions and recommendation of the Advisory Committee and other critics by approving a label change based on a nine-month analysis of the CLASS Study and a combined endpoint of symptomatic ulcers and ulcer complication. *See* "FDA Talk Paper" entitled *Labeling Changes for Arthritis Drug Celebrex* (June 7, 2002) (Dreier Decl., Ex. 18).

47.    I understand that notwithstanding all of the above, Plaintiffs contend that the alleged fraud was "perpetuated" when Defendants "caused three of the authors of the CLASS study . . . to publish a letter in the November 21, 2001 issue of JAMA," which gave allegedly false and misleading explanations to justify the six month analysis offered in the JAMA Article. Complt. ¶ 67 (the "November 21 JAMA Letter") (Dreier Decl., Ex. 21). Thus, Plaintiffs contend that the "truth" about Defendants' alleged misrepresentations regarding the results of the CLASS Study was not revealed until June 1, 2002, when the Jüni Editorial "exposed" the explanations set forth in the November 21 JAMA Letter as "lies." Complt. ¶ 69.

48.    In my opinion, Plaintiffs are wrong because the so-called "truth" articulated by Plaintiffs about the results of CLASS had already been publicly known no later than February 6, 2001. Specifically, the points made in the Jüni Editorial were the same points made in the FDA Staff Review Documents (posted on the FDA website on February 6, 2001) and during the Arthritis Advisory Committee public meeting on February 7, 2001. The allegedly false and misleading explanations offered in the November 21 JAMA Letter, were the same

explanations that were given in the Briefing Document, which the FDA Staff Review Documents critiqued in public postings on February 6, 2001. Thus, Defendants' explanations of the use of six-month data and a combined endpoint, and the FDA Staff Review Documents' critique thereof – the same as Jüni's – were publicly known no later than February 6, 2001.

49.     According to Plaintiffs, the Jüni Editorial[6] "revealed these "excuses [for the 6-month analysis] as nothing more than lies" Complt. ¶ 69. Plaintiffs assert that the Jüni Editorial revealed that, contrary to Defendants' representations, there was no "differential drop-out rate," between treatment groups and that there was no basis for the contention that there was "depletion of susceptibles" or informative censoring, because there is no evidence to support the notion that symptomatic ulcers lead to ulcer complications. As discussed above, however, these same points were explicitly discussed in the FDA Staff Review Documents, and, thus made public no later than February 6, 2001. *See* Goldkind Review (Dreier Decl., Ex. 10) at 21-22, 33; Lu Review (Dreier Decl., Ex. 12) at 8-9.

50.     Thus, the Jüni Editorial revealed no information that had not already been discussed in the FDA Staff Review Documents, if not earlier. In fact, the conclusions of the authors of the Jüni Editorial are acknowledged to be based upon the authors' review of the FDA Staff Review Documents. As authority for the very proposition that Plaintiffs' claim "finally revealed" the "truth," (Complt. ¶ 71), the authors of the Jüni Editorial cite to the FDA Staff Review Documents, which, according to that citation, they reviewed on December 10, 2001. *See* Jüni Editorial (Dreier Decl., Ex. 26) at 1288 nn.6, 7, 8.

---

[6]     *See* Dreier Decl., Ex. 26.

Dated:     August 30, 2006

_____
Timothy Cragin Wang, M.D.

# EXHIBIT A

**CURRICULUM VITAE**   (UPD. 3/08/06)

<u>Name:</u>               **Timothy Cragin Wang, M.D.**

<u>Address:</u>             455 Central Park West, Apartment #11C
                      New York, NY 10025

<u>Date of Birth:</u>        March 27, 1957

<u>Place of Birth:</u>       Allentown, Pennsylvania

<u>Education:</u>
    1975:              John Burroughs Preparatory School, Ladue, Missouri
    1979   B.A.        Williams College, Williamstown, Massachusetts
    1983   M.D.        Columbia College of Physicians and Surgeons, New York, New York

<u>Postdoctoral Training:</u>
    Internships and Residencies:
    1983-1986          Intern and Resident in Internal Medicine,
                       Barnes Hospital, Washington
                       University School of Medicine, St. Louis, Missouri

    Research Fellowships:
    1986-1989          Research Fellow in Medicine, Harvard Medical School
    1986-1989          Clinical and Research Fellow in Medicine, Massachusetts General
                       Hospital, Boston, Massachusetts

<u>Licensure and Certification:</u>
    1987               Massachusetts License Registration No. 55632
    2004               New York License No. 233070-1

<u>Academic Appointments:</u>
    1989               Instructor of Medicine, Harvard Medical School
    1993               Assistant Professor of Medicine, Harvard Medical School
    1998               Associate Professor of Medicine. Harvard Medical School
    1999               Professor of Medicine (with tenure), University of Massachusetts Medical
                       School
    2004               Assistant Adjunct  Professor of Medicine,
                       Columbia University College of Physicians & Surgeons
    2005               Dorothy L. and Daniel H. Silberberg Professor of Medicine
                       Columbia University College of Physicians & Surgeons

Hospital Appointments:

| | |
|---|---|
| 1989-1991 | Clinical Assistant in Medicine, Massachusetts General Hospital |
| 1991 | Assistant in Medicine, Massachusetts General Hospital |
| 1994 | Assistant Physician, Massachusetts General Hospital |
| 1998 | Associate Physician, Massachusetts General Hospital |
| | Associate Division Chief, Massachusetts General Hospital |
| 2000 | Chief, Gastroenterology Division, |
| | Director of GI Cancer, |
| | University of Massachusetts Medical School |
| 2004 | Chief, Digestive and Liver Diseases |
| | Director of GI Cancer |
| | Columbia University Medical Center |

Awards and Honors:

| | |
|---|---|
| 1979 | B.A., summa cum laude |
| 1983 | M.D. (AOA) |
| 1988 | AGA Senior Research Fellow Award |
| 1993 | AGA Funderberg Gastric Cancer Award |
| 1998 | Election to American Society of Clinical Investigation (ASCI) |
| 1999 | Steven Krane Lectureship for Outstanding Young Investigator in the MGH Department of Medicine |
| 2000 | Viktor Mutt Medal in Gut Hormone Research |
| 2001 | Gladys Smith Martin Chair in Gastrointestinal Cancer |
| 2004 | Election to Association of American Physicians (AAP) |
| 2005 | Silberberg Chair in Medicine, Columbia P&S |

Major Committee Assignments:

Hospital

| | |
|---|---|
| 1993 | Committee on Research, MGH |
| 1993 | Subcommittee for Research Animal Care/Studies, MGH |
| 1998 | Steering Committee, Gastrointestinal Unit, MGH |
| 1999 | Academic Governing Council, Department of Medicine, MGH |
| 2000 | Appointments and Promotions Committee, UMass Med School |
| 2000 | Member of Cancer Center Search Committee, UMass Medical School |
| 2002 | Board Member of Cancer Center Programs Leaders at UMass Medical School |
| 2003 | Member of Endoscopy Working Group, UMass Medical School |
| 2003 | Member of Pediatric GI Search Committee, UMass Medical School |
| 2004 | Department of Medicine Executive Council, Columbia P&S |
| 2005 | Member of Radiation Oncology Search Committee, Columbia P&S |

National Committee Assignments:

| | |
|---|---|
| 1996-1998 | AGA By-Laws Committee |
| 1999-2002 | AGA Education Committee |
| 2001-2005 | AGA Council, Hormones & Receptors Section |
| 2002-2004 | AGA Research Committee |
| 2003 | AGA Nominating Committee |
| 2003-2004 | Director, AGA 2004 Spring Postgraduate Course (SPGC) |
| 2003-2004 | AGA Strategic Planning Committee |
| 2003-5 | AGA GRG Committee |
| 2004-2005 | AGA Research Policy Committee |
| 2005-2008 | Chair, AGA Future Trends Committee |

Memberships in Professional Societies:

| | |
|---|---|
| 1979 | Phi Beta Kappa |
| 1983 | Alpha Omega Alpha |
| 1983- | American Medical Association |
| 1986- | American Gastroenterology Association (AGA) |
| 1986- | American Board of Internal Medicine (ABIM) |
| 1986- | American College of Physicians (ACP) |
| 1998 | American Society for Clinical Investigation (ASCI) |
| 2001 | American Physiological Society (APS) |
| 2002 | American Society for Biochemistry and Molecular Biology (ASBMB) |
| 2003 | Crohn's & Colitis Foundation of America (CCFA) |
| 2004 | Association of American Physicians (AAP) |
| 2005 | New York Society of Gastrointestinal Endoscopy (NYSGE) |

Editorial Experience:

| | |
|---|---|
| 1996-2001 | Associate Editor, Gastroenterology |
| 2003-2007 | Associate Editor, Am. J. Physiol. (*Gastrointest Liver Phys*) |
| 2006-2010 | Associate Editor, Gastroenterology |

Journals Reviewed For:

1. Nature Medicine
2. Science
3. New England Journal of Medicine
4. Proceedings for the National Academy of Science
5. EMBO J
6. Journal of Clinical Investigation
7. Endocrinology
8. Cancer Research
9. FEBS Letters
10. Biochemistry Journal
11. FASEB Journal
12. Hepatology

Timothy C. Wang, M.D.                                    3

13. Gut
14. Gastroenterology
15. American Journal of Physiology
16. Journal of Cell Physiology
17. Regulatory Peptides
18. American Journal of Gastroenterology
19. Cell Growth & Differentiation
20. Digestive Diseases and Sciences
21. Digestion

Major Research Interests:
1. Regulation of histidine decarboxylase gene expression
2. Role of gastrin in growth and colon cancer
3. The role of cyclin D1 in oncogenesis
4. Mouse models Helicobacter pylori and gastric cancer
5. Function and regulation of trefoil factor 2 (TFF2/SP)
6. Regulate of innate immunity
7. Stem cells and cancer

**RESEARCH FUNDING:**

CURRENT FUNDING:

NIH RO1CA120979
Funding agency: NIH NCI
Title: Stem cells and gastric cancer
Principal investigator: Timothy C. Wang
Dates of Award: 3/06 to 2/11

NIH RO1 DK 48077
Funding agency: NIH NIDDK
Title: The regulation of histidine decarboxylase gene expression
Principal investigator: Timothy C. Wang
Dates of Award: 6/04 to 6/09

NIH RO1 DK52778
Funding agency: NIH NIDDK
Title: Function and regulation of gastrin
Principal investigator: Timothy C. Wang
Dates of Award: 03/01/04 to 02/28/09

NIH RO1 CA93405
Funding agency: NIH NCI
Title: Mouse models of gastric cancer
Principal Investigator: Timothy C. Wang

Timothy C. Wang, M.D.                    4

Dates of Award: 4/1/01 to 3/31/06

NIH RO1 DK58889-01
   Funding agency: NIH NIDDK
   Title: Function and regulation of spasmolytic polypeptide/TFF2
   Principal Investigator: Timothy C. Wang
   Dates of Award: 3/1/01 to 2/28/06

NIH RO1 AI51405-01
   Funding agency: NIH NAID
   Title: Heath shock proteins and *Helicobacter pylori* pathogenesis
   Principal Investigator:  Evelyn Kurt-Jones; Co-PI: Timothy C. Wang
   Dates of Award: 4/01/02 – 3/31/07

RECENT PAST FUNDING:    Not included.

## POST-DOCTORAL FELLOWS PAST:

| NAME | TRAINING PERIOD | RESEARCH PROJECT | CURRENT POSITION |
|------|-----------------|------------------|------------------|
| Michael Hoecker | 1993-1996 | Role of Gastrin in Chromogranin a Regulation | Associate Professor of Medicine, Charite Med School, Humboldt University |
| Zhensheng Zhang | 1993-1996 | Human HDC Promoter | Assistant Professor of Medicine Memorial Medical School, NIH |
| Ted Koh | 1994-1997 | Role of Gastrin in Gastro-Intestinal Development | Assistant Professor of Medicine Syracuse Hospital, New York |
| Robert Henihan | 1996-1998 | Regulation of the HDC Promoter by somatostatin | Wilmington Gastroenterology Associates,  North Carolina |
| Raktima Raychowdhury | 1996-2000 | Gastrin Regulation of the HB-EGF Gene | Research Associate Professor of Medicine, Harvard University |
| John Fleming | 1997-2003 | Expression and Regulation of Histidine Decarboxylase | Research Assistant Professor, Institute of Molecular Medicine Lisoboa, Portugal |
| Woo Kyu Jean | 1997-1998 | Regulation of TFF2 | Assistant Professor of Medicine Samsung University, Seoul, Korea |
| Clemens Bulitta | 1998-2000 | Regulation of gastrin and TFF2 | Siemens Medical Solutions Health Services GmbH Erlangen, Germany |
| Rocchina Colucci | 1997-1999 | Regulation of HDC promoter | Research Assistant Professor |

Timothy C. Wang, M.D.                      5

|  |  |  | Faculty of Medicine, Pisa Univ |
|---|---|---|---|
| James Farrell | 1998-2001 | Generation and Characterization of TFF2 Deficient Mouse | Assistant Professor of Medicine UCLA School of Medicine |
| John McLaughlin MD, PhD | 1998-1999 | Gastrin Regulation of the HB-EGF Gene | Assistant Professor of Medicine Manchester University, England |
| Abhijit Chaklader PhD | 2000-2002 | Molecular Characterization of Human Rotaviruses Isolated from Clinical Cases | Staff Scientist, Harvard Medical School, UMass Medical School |
| Chung-Wei Lee MD | 2000-2001 | Regulation of Mouse TFF2 Promoter Activity | PhD. Student, Massachusetts Institute of Technology (MIT) |
| Guanglin Cui MD | 2001-2003 | The Role of Cytokines in Gastritis | University of Tromso Tromso, Norway |
| SeonHee Lim MD. PhD. | 2002-2003 | Regulation of TFF2 Gene Expression | Assistant Professor of Medicine Kang Nam Hospital, Seoul, Korea |
| Alfred Chi PhD | 2001-2004 | Regulation of TFF2 | Founder of biotech company |
| Shi Lei PhD | 2001-2004 | Regulation Of Gastrin Gene Expression | Postdoc with Dr. Steve Reppert Neurobiology, UMass |

## CURRENT POST-DOCS

| | | | |
|---|---|---|---|
| Wandong Ai, PhD | 2002-Present | Regulation of HDC Promoter Activity | Associate Research Scientist Columbia P&S |
| Shigeo Takaishi MD, PhD | 2002-Present | Mouse Model of Gastric Cancer | Associate Research Scientist Columbia P&S |
| Alexander Dubeykovskiy, PhD | 2003-Present | Progastrin and Cancer | Associate Research Scientist Columbia P&S |
| Zina Dubeykovskaya, PhD | 2004-Present | Trefoil Family Factor 2 | Post-doctoral Research Scientist Columbia P&S |
| Shuiping Tu, MD, Ph.D | 2004-Present | Mouse Models of Gastric Cancer | Post-doctoral Research Scientist Columbia P&S |
| Iva Smirnova, MD, PhD | 2004-present | Gastric Progenitor Cells | Post-doctoral Research Scientist Columbia P&S |
| Tomoyuki Okumura MD, PhD | 2005-Present | Stem Cells and Cancer | Post-doctoral Research Scientist Columbia P&S |
| Frederic Marrache MD, PhD | 2005-Present | Models of Pancreatic Cancer | Post-doctoral Research Scientist Columbia P&S |
| Sheng-Wen Wang MD, PhD | 2005-Present | Inflammation and cancer | Post-doctoral Research Scientist Columbia P&S |

Timothy C. Wang, M.D.                          6

Principal Clinical and Hospital Service Responsibilities:

| 1991- | Attending Physician, Medical Service, Massachusetts General Hospital |
| 2000- | Attending Physician, UMass Medical Center |
| 2004- | Attending Physician, New York Presbyterian Hospital |

Major Administrative Responsibilities:

| 1992: | Director of GI Unit Research Journal Club |
| 1993: | Co-Director, Course on Techniques in Molecular and Cellular Biology |
| 1995: | Director of Transgenic Core Laboratory, CSIBD |
| 1996: | Director of GI Unit Research Seminar Series |
| 1998: | Director of Partner's dyspepsia disease management program |
| 1998: | Associate Chief, Gastrointestinal Unit, MGH |
| 2000: | Chief, Gastrointestinal Division, UMass Medical |
| 2004: | Chief, Gastroenterology Division, Columbia University Medical School |

Teaching Experience:

| 1991-2000 | Visit on the Gastrointestinal Service |
| 1992-2000 | Visit on the Bigelow Medical Service |
| 1993-2000 | Co-director of the IBD Center Molecular Biology Course |
| 1993-2004 | Lecturer at Harvard Postgraduate course in Gastroenterology, Infectious Diseases, and Surgery |
| 1998-2000 | Lecturer in CME program: AMIL Physicians from Brazil |
| 2000-2004 | Attending on the UMass Medicine and GI services |
| 2000-2004 | Co-director of GI Pathophysiology course, UMass Medical School |
| 2001-2005 | Thesis committee Tox/Path for M.I.T. |
| 2002, 2004, 2005 | AGA, Academic Skills Workshop |

Invited Speaker:

| 1991 | University of Pennsylvania |
| 1992 | University of Michigan |
| 1993 | Boston University |
| | Peptide Growth Factor Conference, Vail, Colorado |
| 1994 | Visiting Lecturer, CURE, UCLA |
| 1995 | Tufts University/New England Medical Center |
| | Massachusetts Institute of Technology |
| 1996 | GI Cancers: Biology and Genetics, Reston, VA |
| 1997 | Gastrin Conference, Liverpool, UK |
| | MIT, Division of Toxicology |
| 1998 | Visiting Lecturer, Univ. of Michigan |
| | Visiting Lecturer, UTMB |
| | Visiting Lecturer, Medical College of Georgia |
| | K-Club, DDW, New Orleans |

|      | Yamanouchi Symposium, Tokyo Japan |
|------|-----------------------------------|
|      | Visiting Professor, University of Cincinnati |
| 1999 | Keystone Symposium on GI Cancer |
|      | Chugai Symposium, DDW, Orlando |
|      | Visiting Professor, National University, Taiwan |
|      | Visiting Lecturer, Mount Sinai Medical Center |
| 2000 | Visiting Lecturer, University of Massachusetts |
|      | Visiting Lecturer, Brigham and Woman's Hospital |
|      | Visiting Lecturer, Emory University |
|      | Visiting Lecturer, Massachusetts Institute of Technology |
|      | Visiting Lecturer, Merck Corporation, Pennsylvania |
|      | Visiting Professor, Humboldt University, Berlin, Germany |
|      | Victor Mutt Lectureship, Cairns, Australia |
|      | External Scientific Advisory Board, Washington Univ. Nutrition Center |
| 2001 | Visiting Professor, University of Pennsylvania |
|      | Visiting Professor, University of Connecticut |
|      | Visiting Professor, Yale University |
|      | Invited Speaker, Worcester Medical Center/St. Vincent's Hospital |
|      | Invited Speaker, APDW, Sydney, Australia |
|      | Invited Speaker, Conference on gastric cancer, Astra-Zeneca, Waltham, MA |
|      | Invited Speaker, Keio and Kyote Universities, Japan |
|      | Invited Speaker, FASEB, Kalispell, Montana, July 2001 |
|      | Invited Speaker, FASEB, Ottawa, Quebec, Canada, October 2001 |
|      | Invited Speaker, University of Toronto |
|      | Invited Speaker, 3rd International Conference on Trefoils April |
| 2002 | Invited Speaker, Pacific Basin Group on Gastroduodenal Disorders Meeting |
|      | Invited Speaker, University of Pennsylvania Postgraduate Course |
|      | Invited Speaker, Yale University School of Medicine |
| 2003 | Invited Speaker, Beth Israel Deaconess Hospital, Boston |
|      | Salmon Visiting Professor of Medicine: Vanderbilt University |
|      | Invited Speaker: "Biology of gastrointestinal bleeding", Yale University |
|      | Invited Speaker: "*Helicobacter pylori* and gastric cancer", Columbia College of Physicians and Surgeons, NY. |
|      | Invited Speaker: "*Helicobacter pylori* and gastric cancer", Duke University Medical Center |
|      | Invited Speaker: *Helicobacter* and gastric cancer, Astra-Zenneca International Consensus Conference, Stockholm, Sweden. |
|      | Grand Rounds speaker: *H. pylori*: Update 2003, St. Vincent's Medical Center, Worcester, MA. |

Timothy C. Wang, M.D.                    8

Grand Rounds speaker: *H. pylori*: Update 2003, Holy Family Hospital, Methuen, MA.

Invited speaker:  Infection and inflammation: the origins of epithelial cancers, Beth Israel Deaconess Hospital, Boston, MA

2004  Invited Speaker: Massachusetts General Hospital, "Trefoil factor 2: non-epithelia expression and the origin of epithelial cancers"

Invited Speaker:  UCLA, VA Healthcare System, CURE "Helicobacter and Gastric Cancer"

Invited Speaker, Dana Farber Cancer Center, "Helicobacter, Inflammation and Gastric Cancer"

Invited Speaker at Massachusetts General Hospital, GI Grand Rounds "H pylori and Gastric Cancer" in the Isselbacher Library

Invited Speaker: 15th International Symposium of Regulatory Peptides, "Non-processed gastrins: effects, mechanisms of action and pathophysiological relevance", Toulouse, France

Pediatric GI Grand Rounds,  *Helicobacter* and gastric cancer", Columbia University Medical  Center

Invited lecture: Cornell Medical School, GI Grand Rounds, "*Helicobacter pylori*  and gastric cancer." Columbia College of P&S, Medical Grand Rounds, "*H. pylori* and    gastric cancer."

Invited speaker, 4th International Conference on Trefoil factors, Strasbourg, France. "Trefoil factor-2 (TFF2): non-epithelial expression and possible role in immune regulation."

2005

January  Lecture to GI fellows at Columbia on "Peptic Ulcer Disease"

Invited lecture: GI Grand Rounds, "*Helicobacter* and gastric cancer" St. Luke's/Roosevelt Hospital,  New York, NY

March  Invited speaker: Stanford University Microbiology, Molecular Oncology Research Seminar, "*Helicobacter* pylori and gastric cancer: anew paradigm for epithelial cancer", Palo Alto, CA

Invited lecture: GI Grand Rounds, "Helicobacter and gastric cancer: a new paradigm for inflammation mediated neoplasia", Stanford University, Palo Alto, CA

Invited  speaker: Genentec Molecular Oncology Seminar, "Helicobacter pylori and  gastric cancer: a new paradigm for cancer stem cells", South San Francisco, CA

Invited speaker: Washington Hospital Center, Cardiovascular Revascularization Therapies (CRT) 2005 Conference, "Studies suggesting that stem cell might be carcinogenic", Washington, DC

April  Invited speaker: National Cancer Institute Sponsored Workshop on Mucosal Immunosureillance, Inflammation and Cancer, "Inflammation and carcinogenesis", Rockville, MD

May  Invited speaker: John Hopkins School of Medicine Jr. Faculty Research Program IBD Symposium,  Management problems in IBD: Immunomodulators, Biologics and Dysplasia. Baltimore, MD

Timothy C. Wang, M.D.                    9

State of the Art Lecture and session co-chair: American Gastroenterological Association Annual Meeting, "Stem cells and cancer", Chicago, IL

Invited speaker: AGA Postgraduate Course, Digestive Diseases Week 2005, "Gastritis and cancer", Chicago, IL

Invited speaker: Japanese K-Club, Chicago, IL

June     Invited Lecture: Hematology/Oncology Research Seminar, " ", New York University School of Medicine, New York, NY

Invited speaker and session chair: 10th US-Japan GI & Liver Meeting in the 21st Century, "Helicobacter and gastric cancer: a new paradigm for epithelial malignancy", Kyoto, Japan

Sept     Invited Speaker: AGA-British Society of Gastroenterology (BSG) Meeting, "Stem cells and GI carcinogenesis", Oxford, England

Invited Lecture: GI Grand Rounds and Research Seminar, "Helicobacter, inflammation and stem cells: a new paradigm in epithelial cancer", University of Pennsylvania, Philadelphia, PA

Invited Speaker: World Congress of Gastroenterology, "H pylori, gastritis and gastric cancer: pathologic mechanisms", Montreal, Canada

## Conferences Organized:

| | |
|---|---|
| November 1999: | Third International Conference on Gastrin |
| September 2002: | International Regulatory Peptide Symposium |
| May 2004: | AGA/GRG Symposium: Stem cells and cancer stem cells. |
| May 2004: | AGA Spring Postgraduate Course (SPGC) |
| October 2004 | FASEB conference: Gastrointestinal Response to Injury: Canada 2004 |
| Planned for 2006: | AGA Symposium on "Stem cells in Cancer and Development" |

## NIH Study Sections:

| | |
|---|---|
| Ad hoc: | Program Projects: 1994, 1996 |
| | NIDDK-C 1999, 2000 |
| Member: | NIDDK-C (6/2000-6/2004) |
| | NIH Gastrointestinal Cell & Molecular Biology DDK-GCMG (2004-present) |

## Patents filed:

2002     Diagnosis and treatment of gastrointestinal disease (Role of gastrin isoforms in the susceptibility to gastric atrophy and cancer). US Serial No. 10/257, Filed 10/8/02.

2003     Origins of gastric cancer (pending).

2003     Histamine and CCK2/gastrin receptor blockade in the treatment of acid-peptic disease and cancer (pending).

<u>Bibliography</u>

**Original Peer-Reviewed Articles:**

1.    Linday L, Dobkin JF, Wang TC, Butler VP, Shaha JR, Linderbaum J.  Digoxin inactivation by gut flora in infants and Children.  Pediatrics. 1987; 79:544-548.

2.    Parsonnet J, Welch K, Compton C, Strauss R, Wang TC, Kelsey P, Ferraro MJ.  Simple microbiologic detection of campylobacter pylori.  J Clin Micro. 1988; 26:948-949.

3.    Brand SJ, Wang TC.  Gastrin gene expression and regulation in rat islet cell lines.  J Biol Chem. 1988; 263:16597-16603.

4.    Green PHR, O'Toole KM, Slonim D, Wang TC, Weg A.  Increasing incidence and excellent survival of patients with early gastric cancer: experience of a United States medical center.  Am J Med. 1988; 85:658-661.

5.    Lee EY, Wang TC, Clouse RE, DeSchryver-Kecskemeti K.  Mucosal thickening adjacent to gastric malignancy: association with epidermal growth factor. Modern Pathology. 1989; 2:397-402.

6.    Wang TC, Brand SJ. Islet cell specific regulatory domain in the gastrin promoter contains adjacent positive and negative DNA elements. J Biol Chem. 1990; 265:8908-8914.

7.    Strauss RM, Wang TC, Kelsey PB, Compton CC, Ferraro MJ, Perez-Perez G, Parsonnet J, and Blaser MJ.  Association of helicobacter pylori infection with dyspeptic symptoms in patients undergoing gastroduodenoscopy.  Am J Med. 1990; 89:464-469.

8.    Awad JA, Lee EY, Wang TC, Deschryver-Kecskemeti K, Clouse RE.  Effect of mucosal thickening near gastric carcinoma on the endoscopic diagnosis of malignancy.  Dig Dis Sci. 1990; 35:317-320.

9.    Richter JM, Wang TC, Fawaz K, Bynum TE, Fallon D, and Shapleigh C. Practice patterns and costs of hospitalization for upper gastrointestinal hemorrhage.  J Clin Gastro. 1991; 13:268-273.

10.   Shiota G, Rhoads DB, Wang TC, Nakamura T, and Schmidt EV.  Hepatocyte growth factor inhibits growth of hepatocellular carcinoma cells. Proc Natl Acad Sci USA. 1992; 89:373-377.

11.   Wang TC, Brand SJ. Function and regulation of gastrin in transgenic mice: A review. Yale J. Biol. Med. 1992; 65:705-713.

12.   Wang TC, Bonneir-Weir S, Oates P, Chulak M, Merlino GT, Schmidt EV, Brand SJ. Pancreatic gastrin stimulates islet differentiation of TGF-alpha-induced ductular precursor cells.  J Clin Invest 1993; 92:1349-1356.

13.   Tillotson LG, Wang TC, Brand SJ.  Activation of gastrin transcription in pancreatic islet cells by a CACC promoter element and a 70 kDa sequence specific DNA binding protein. J Biol Chem January 1994, 269:2234-2240.

14.   Jeffrey GP, Babyatsky M, Oates PS, Wang TC, Brand SJ.  Spasmolytic polypeptide - an abundant trefoil peptide secreted luminally from mucous cells in adult and fetal rat stomach. Gastroenterology 1994 106:336-345.

15.   Shiota G, Wang TC, Nakamura T, Schmidt EV.  Hepatocyte growth factor in transgenic mice; effect on hepatocyte growth, liver regeneration, and gene expression. Hepatology, April, 1994, 19:962-972.

16.   Wang TC, Cardiff RD, Zuckerberg L, Lees E, Arnold A, and Schmidt EV.  Mammary hyperplasia and carcinoma in MMTV-Cyclin D1 transgenic mice.  Nature June 23 1994; 369:669-671.

17.   Sharp R, Babyatsky M, Takagi H, Tagerud S, Wang TC, Bockman DE, Brand SJ, and Merlino G.  Transforming growth factor alpha can disrupt the normal program of cellular growth and differentiation in the gastric mucosa of transgenic mice.  Development 121:149-161, 1995.

18.   Wang TC, Babyatsky M, Oates PS, Zhang Z, Tillotson L, Chulak MB, Brand SJ, Schmidt EV.  The rat gastrin-human gastrin chimeric transgene directs antral G cell specific expression in transgenic mice.  Am. J. Phys. 268 (Gastrointest. Liver Physiol. 31): G1025-G1036, June, 1995.

19.   Haase VH, Wang TC, Schmidt EV, and Bernards A.  Normal lymphopoiesis in transgenic mice over-expressing the ltk transmembranous tyrosine kinase.  Transgenics 1995, 1:487-495.

20.   Koh TJ and Wang TC.  Molecular cloning and sequencing of the murine gastrin gene. Biochem. Biophys. Res. Commun. 1995; 216:34-41.

21.   Fox JG, Li X, Cahill R, Andrutis K, Rustgi AK, Odze R, and Wang TC.  Hypertrophic gastropathy in Helicobacter felis infected wild type C57BL/6 mice and p53 hemizygous transgenic mice.  Gastroenterology 1996 110:155-166.

22.   Höcker M, Zhang Z, Fenstermacher DA, Tagerud S, Chulak MB, Joseph D, and Wang TC.  The histidine decarboxylase promoter is regulated by gastrin through a protein kinase C pathway.  Am. J. Physiol. 270 (Gastrointestin. Liver Physiol. 33):G619-G633, 1996.

23.   Liang TJ, Reid AE, Xavier R, Cardiff RD, and Wang TC.  Transgenic expression of tpr-met oncogene leads to development of mammary hyperplasia and tumors.  J. Clin. Invest. 97:2872-2877, 1996.

24.   Zhang Z, Höcker M, Koh TJ, and Wang TC.  The human Histidine Decarboxylase promoter is regulated by gastrin and PMA through a downstream cis-acting element.  J. Biol. Chem. 271:14188-14197, 1996.

25.   Wang TC, Koh TJ, Varro A, Cahill R, Dangler CA, Fox JG, and Dockray GJ.  Processing and proliferative effects of human progastrin in transgenic mice.  J. Clin. Invest. 98:1918-1929,1996.

26.   Höcker M, Koh TJ, Zhang Z, and Wang TC.  Regulation of histidine decarboxylase gene expression.  Yale J. Biol. Med. 1996; 69:21-33.

27.   Höcker M, Zhang A, Merchant JL, and Wang TC.  Gastrin regulates the human histidine decarboxylase promoter through an AP-1-dependent mechanism.  Am. J. Physiol. 272 (Gastrointest. Liver Physiol. 35): G822-G830, 1997.

28.   Kawamura T, Furusaka A, Koziel MJ, Chung RJ, Wang TC, Schmidt EV, and Liang TJ.  Transgenic expression of hepatitis C virus structural proteins.  Hepatology 1997; 25:1014-1021.

29.   Nakagawa H, Wang TC, Togawa K, Zukerberg L, Odze R, Wilson JB, and Rustgi AK.  Overexpression of cyclin D1 in the esophageal epithelium results in dysplasia in transgenic mice.  Oncogene 1997; 14:1185-1190.

30.    Koh TJ, Goldenring JR, Ito S, Mashimo H, Kopin AS, Varro A, Dockray GJ, and Wang TC.  Gastrin knockout mice show altered gastric differentiation and decreased colonic proliferation.  Gastroenterology 113:1015-1025, 1997.

31.    Fox JG, Dangler CA, Whary MT, Edelman W, Kucherlapati R, and Wang TC.  Mice carrying a truncated Apc gene have diminished gastric epithelial proliferation, gastric inflammation, and humoral immunity in response to Helicobacter felis infection.  Cancer Research 57:3972-3978, September 1997.

32.    Höcker M, Zhang Z, Koh TJ, and Wang TC.  Mitogen-activated protein kinase pathways mediate the activation of the histidine decarboxylase promoter by gastrin and PMA.  J. Biol. Chem.1997; 272:27015-27024.

33.    Wharton RH, Wang TC, Graeme-Cook F, Briggs S, and Cole RE.  Acute idiopathic gastric dilatation with gastric necrosis in individuals with Prader-Willi syndrome.  Am. J. Med. Sci. 1997; 73:437-441.

34.    Wang TC, Goldenring JR, Ito S, Dangler C, Müllar A, Jeon WK, Koh TJ, and Fox JG.  C57BL/6 mice deficient in secretory phospholipase A2 show increased apoptosis and altered cellular differentiation after Helicobacter felis infection.  Gastroenterology, 1998; 114:675-689.

35.    Höcker M, Rosenberg I, Henihan RJ, Xavier R, Podolsky DK, and Wang TC.  Hydrogen peroxide activates the human histidine decarboxylase promoter in AGS gastric cancer cells.  J. Biol. Chem. 1998; 273; 23046-23054.

36.    Höcker M, Raychowdhury R, Plath T, Wu H, O'Connor DT, Wiedenmann B, Rosewicz S, and Wang TC.  Sp1 and CREB mediate gastrin-dependent regulation of chromogranin A promoter activity in gastric carcinoma cells.  J. Biol. Chem 1998; 273:34000-34007.

37.    Koh TJ, Dockary GJ, Varro A, Cahill RJ, Dangler CA, Fox JG, and Wang TC.  Overexpression of glycine-extended gastrin in transgenic mice results in increased colonic proliferation.  J. Clin. Invest. 1999; 103: 1119-1126

38.    Taupin D, Chyang-Wu D, Jeon W-K, Wang TC, and Podolsky DK.  The trefoil gene family are coordinately expressed immediate-early genes: EGF receptor– and MAP kinase–dependent interregulation.  J. Clin. Invest. 1999; 103: R31-R38.

39.    Raychowdhury R, Zhang Z, Hocker M, and Wang TC.  Activation of the human histidine decarboxylase promoter by gastrin is mediated by two distinct nuclear factors. J. Biol. Chem. 1999 274: 20961-20969.

40.    Wang, TC and Dockray GJ.  Lessons from genetically engineered animal models. I. Physiologic studies with gastrin in transgenic mice.  Am J.Physiol. 277 (Gastrointestin. Liver Physiol. 40): G6-G11, 1999.

41.    Höcker M, John M, Anagnostopoulos I, Buhr HJ, Solimena M, Gasnier B, Henry JP, Wang TC, and Wiedenmann B.  Molecular dissection of regulated secretory pathways in human gastric enterochromaffin-like cells: an immunohistochemical analysis.  Histochem Cell Biol 1999 112:205-214.

42.    Fox JG, Dangler CA, Taylor NS, King A,Koh TH, and Wang TC.  High salt diet induces gastric epithelial hyperplasia, parietal cell loss, and enhance Helicobacter pylori colonization in C57BL/6 mice.  Cancer Research 1999; 59:4823-4828.

43.    Plath T, Höcker M, Riecken EO, Wang TC, Wiedenmann B, and Rosewicz S.  Interferon-alpha inhibits chromogranin A promoter activity in neuroendocrine pancreatic cells.  FEBS Letters 1999; 45:378-382.

Timothy C. Wang, M.D.                    13

44.    Wang TC, Dangler C, Chen C, Goldenring JR, Koh TJ, Raychowdhury R, Coffey RJ, Ito S, Varro A, and Fox JG.  Synergistic interaction between hypergastrinemia and Helicobacter infection in a mouse model of gastric carcinoma.  Gastroenterology 2000;118:36-47.

45.    Singh P, Velasco M, Given R, Wargovich M, Varro A, Wang TC.  Mice overexpressing progastrin are predisposed for developing aberrant colonic crypt foci in response to AOM. American Journal of Physiology - Gastrointestinal & Liver Physiology. 278:G390-9, 2000.

46.    Weßler S, Höcker H, Wang TC, Wiedenmann B, Meyer TF, and Naumann M. Helicobacter pylori activates the human histidine decarboxylase promoter through an extracellular-regulated kinase pathway independent of pathogenicity island-encoded virulence factors. J Biol Chem. 275:3629-36, 2000.

47.    Fox JG, Beck P, Dangler CA, Whary MT, Wang TC, Shi HN, and Anderson CN. Concurrent enteric helminth infection modulates inflammation, gastric immune responses, and reduces Helicobacter-induced gastric atrophy. Nature Medicine 2000; 6:536-542.

48.    Fleming JV and Wang TC. Amino- and carboxy- terminal PEST domains mediate gastrin stabilization of rat L-histidine decarboxylase isoforms.  Mol. Cell. Biol. 2000; 20:4932-4947.

49.    Singh P, Velasco M, Given R, Varro A, and Wang TC.  Progastrin expression predisposes mice to development of colon carcinomas and adenomas in response to azoxymethane. Gastroenterology 2000;119:162-171.

50.    Chen D, Zhao C-M, Dockray GJ, Varro A, van Hoek A, Sinclair NF, Wang TC, and Koh TJ.  Glycine-extended gastrin synergizes with gastrin-17 to stimulate acid secretion in gastrin-deficient mice. Gastroenterology 2000; 119:756-765.

51.    Koh TJ, Bulitta CJ, Fleming JV, Dockray GJ, Varro A, and Wang TC.  Gastrin a target of the beta-catenin/TCF-4 growth-signaling pathway in a model of intestinal polyposis.  J. Clin. Invest. 2000; 106:533-539.

52.    Dockray GJ, Varro A, Dimaline R, and Wang TC. "Progastrin-derived peptides and their biological activities."  Annual Review of Physiology 2001; 63:119-140.

53.    Manickan E. Satoi J. Wang TC. Liang TJ. Conditional liver-specific expression of simian virus 40 t antigen leads to regulatable development of hepatic neoplasm in transgenic mice. [Journal Article] Journal of Biological Chemistry. 276(17):13989-94, 2001 April 27.

54.    Imanishi Y. Hosokawa Y. Yoshimoto K. Schipani E. Mallya S. Papanikolaou A. Kifor O. Tokura T. Sablosky M. Ledgard F. Gronowicz G. Wang TC. Schmidt EV. Hall C. Brown EM. Bronson R. Arnold A. Primary hyperparathyroidism caused by parathyroid-targeted overexpression of cyclin D1 in transgenic mice. [Journal Article] Journal of Clinical Investigation. 107(9):1093-102, 2001 May.

55.    Höcker M, Cramer T, Rosewicz S, O'Connor DT, Wiedenmann B, and Wang TC. Neuroendocrine specific expression and gastrin-dependent regulation of a chromogranin A-luciferase fusion gene in transgenic mice.  Gastroenterology 2001;121:43-55.

56.    Brembreck FH, Moffett J, Wang TC, and Rustgi AK.  The keratin 19 promoter is potent for cell-specific targeting of genes in transgenic mice. Gastroenterology 2001; 120:1720-1728.

57.   Chung RT, He W, Saquib A, Chawla A, Wang TC, and Schmidt EV.  Hepatitis C virus replication is directly inhibited by interferon-alpha in a novel replication system.  Proc Natl Acad Sci USA 2001; 98:9847-9852.

58.   Colucci R, Fleming JV, and Wang TC.  "L-histidine decarboxylase decreases its own transcription through downregulation of ERK activity".  Am. J. Physiol. 2001;281:G1081-1091.

59.   Hosokawa Y, Papanikolaou A, Cardiff RD, Yoshimoto K, Bernstein M, Wang TC, Schmidt EV, and Arnold A.  In vivo analysis of mammary and non-mammary tumorigenesis in MMTV-cyclin D1 transgenic mice deficient in p53.  Transgenic Research 2001; 10:471-478.

60.   Keates AC. Keates S. Kwon JH. Arseneau KO. Law DJ. Bai L. Merchant JL. Wang TC. Kelly CP. ZBP-89, Sp1, and nuclear factor-kappa B regulate epithelial neutrophil-activating peptide-78 gene expression in Caco-2 human colonic epithelial cells. [Journal Article] Journal of Biological Chemistry. 276(47):43713-22, 2001 November 23

61.   Gadd M, Pisc C, Branda J, Ionescu-Tiba V, Nikolic Z, Yang C, Wang T, Shackleford GM, Cardiff RD and Schmidt EV. Regulation of cyclin D1 and p16INK4A is critical for growth arrest during mammary involution. Cancer Res. 2001; 61:8811-9.

62.   Farrell JJ, Taupin D, Koh TJ, Chen D, Zhao CM, Podolsky DK, and Wang TC. TFF2/SP-deficient mice show decreased gastric proliferation, increased acid secretion, and increased susceptibility to NSAID injury. J. Clin. Invest. 2002 109: 193-204

63.   Clerc P, Leung-Theung-Long S, Garnier A, Wang TC, Dockray GJ, Vaysse N, Pradayrol L, Fourmy D, and Dufresne M. Expression of CCK2 receptors in the murine pancreas: Proliferation, transdifferentiation of acinar cells and neoplasia.  Gastroenterology 2002; 122:428-439.

64.   Fox JG, Sheppard BJ, Dangler CA, Whary MT, Ihrig M, and Wang TC.  Germ-line p53-targeted disruption inhibits Helicobacter-induced premalignant lesions and invasive gastric carcinoma through downregulation of Th1 proinflammatory responses. Cancer Research 2002 62:696-702.

65.   Bulitta CJ, Fleming JV, Raychowdhury R, Taupin D, Rosenberg I, and Wang TC. Autoinduction of the trefoil factor 2 (TFF2) promoter requires an upstream cis-acting element. Biochem Biophys Res Commun. 2002 Apr 26;293(1):366-74

66.   Shea T, Wang TC, and Ferris T.  A program to improve the management of patients on long term acid suppression.  Journal of Clinical Outcome Management 2002; 9(6):312-318.

67.   Kirton CM, Wang TC, Dockray GJ. Regulation of parietal cell migration by gastrin in the mouse.  Am J Physiol Gastrointest Liver Physiol  2002 ; 283:G787-G793.

68.   Raychowdhury R, Schäfer G, Rosewicz S, Wiedenmann B, Wang TC and Höcker M. Interaction of Early Growth Response Protein 1 (Egr-1) with Sp1 and CREB at a proximal response element is critical for gastrin-dependent activation of the chromogranin A promoter. Mol Endocrinol. 2002 Dec;16(12):2802-18..

69.   Raychowdhury R, Bulitta CJ, Fleming JV, McLaughlin J, and Wang TC.  Identification and characterization of a third gastrin response element (GAS-RE) in the human histidine decarboxylase gene promoter. Biochem Biophys Res Commun. 2002 Oct 11;297(5):1089-95.

70.   Jacobson BC, Ferris TG, Shea TL, Mahlis EM, Lee T, and Wang TC.  Who is using chronic acid-suppression therapy and why?   American Journal of Gastroenterology 2003; 98:51-58.

71.   Fleming JV and Wang TC.  The production of 53-55kDa isoforms is not required for rat L-histidine decarboxylase (HDC) activity. J Biol Chem. 2003 Jan 3;278(1):686-94.).

72.   Fox JG, Rogers AB, Ihrig M, Taylor NS, Whary MT, and Wang TC.  Helicobacter pylori associated gastric cancer in INS-GAS mice is gender-specific.   Cancer Research 2003; 63:942-950.

73.   Ottewell PD, Watson AJM, Wang TC, Dockray GJ, and Pritchard DM.   Progastrin Stimulates Murine Colonic Epithelial Mitosis After DNA Damage.   Gastroenterology. 2003 May;124(5):1348-57.

74.   Fox JG, Wang TC, Rogers AB, Poutahidis T, Ge Z, Taylor N, Dangler CA, Israel DA, Drishna U, Gaus K, and Peek RM.   Host and Microbial Constituents Influence Helicobacter pylori-Induced Cancer in a Murine Model of Hypergastrinemia. Gastroenterology. 2003 Jun;124(7):1879-90

75.   Lee JR, Baxter TM, Yamaguchi H, Wang TC, Goldenring JR, Anderson MG. Differential protein analysis of Spasmolytic Polypeptide Expressing Metaplasia using laser capture microdissection and 2-Dimensional Difference Gel Electrophoresis. Appl Immunohistochem Mol Morphol 2003;11:188-193.

76.   Song DH, Rana B, Wolfe JR, Crimmins G, Choi C, Wang TC, Pestell RG, Albanese C, Wolfe MM. Gastrin induced gastric adenocarcinoma growth is mediated through cyclin D1. Am J Physiol Gastrointest Liver Physiol. 2003 Jul;285(1):G217-22. Epub 2003 Feb 26.

77.   Khan ZE, Wang TC, Cui G, Chi AL, Dimaline R. Transcriptional regulation of the human trefoil factor, TFF1, by gastrin1. Gastroenterology. 2003 Aug;125(2):510-21.

78.   Mahata SK, Mahapatra NR, Mahata M, Wang TC, Kennedy BP, Ziegler MG, O'Connor DT.   Catecholamine secretory vesicle stimulus-transcription coupling in vivo: demonstration by a novel transgenic promoter/photoprotein reporter, and inhibition of secretion and transcription by the chromogranin A fragment catestatin. J Biol Chem. 2003 Aug 22;278(34):32058-67. Epub 2003 Jun 10.

79.   Dhar DK, Wang TC, Maruyama R, Udagawa J, Kubota H, Fuji T, Tachibana M, Ono T, Otani H, Kohno H, and Nagasue N.   Expression of cytoplasmic TFF2 is a negative prognostic factor in gastric cancer. Lab Invest. 2003 Sep;83(9):1343-52.

80.   Boushey RP, Abadir A, Flamez D, Baggio LL, Li Y, Berger V. Marshall BA, Finegood D, Wang TC, Schuit F, and Drucker DJ.  Hypoglycemia, defective glucagon secretion, but normal islet mass in mice with a targeted disruption of the gastrin gene. Gastroenterology. 2003 Oct;125(4):1164-74.

81.   McLaughlin JT, Sinclair NF, Colucci R, Raychowdhury R, Wang TC and Koh TJ. PACAP regulates the histidine decarboxylase promoter via dual signaling mechanisms. Am J Physiol Gastrointest Liver Physiol. 2004; 286(1): G51-9.

82.   Ai W, Liu Y, Langlois M, Wang TC. Kruppel-like factor 4 (KLF4) represses histidine decarboxylase gene expression through an upstream Sp1 site and downstream gastrin responsive elements. J Biol Chem. 2004 Mar 5;279(10):8684-93. Epub 2003 Dec 10.

Timothy C. Wang, M.D.                    16

83.  Koh TJ, Field JK, Varro A, Liloglou T, Fielding P, Cui G, Houghton J, Dockray GJ, Wang TC. Glycine-extended gastrin promotes the growth of lung cancer. Cancer Res. 2004 Jan 1;64(1):196-201.

84.  Sinclair NF, Ai W, Raychowdhury R, Bi M, Wang TC, Koh TJ, McLaughlin JT. Gastrin Regulates the Heparin Binding Epidermal-like Growth Factor Promoter Via a PKC/EGFR dependent mechanism. Am J Physiol Gastrointest Liver Physiol. 2004; 286:G992-9.

85.  Fleming JV, Fajardo I, Langlois MR, Sanchez-Jimenez F, Wang TC.The C-terminus of rat L-histidine decarboxylase specifically inhibits enzymic activity and disrupts pyridoxal phosphate-dependent interactions with L-histidine substrate analogues. Biochem J. 2004; 381(Pt 3):769-78.

86.  Fleming JV, Sanchez-Jimenez F, Moya-Garcia AA, Langlois MR, Wang TC. Mapping of catalytically important residues in the rat L-histidine decarboxylase enzyme using bioinformatic and site-directed mutagenesis approaches. Biochem J. 2004 Apr 15;379(Pt 2):253-61.

87.  Chi AL, Lim SH, Wang TC. Characterization of a CCAAT-enhancer element of trefoil family factor 2 (TFF2) promoter in MCF-7 cells. Peptides 2004; 25:839-47.

88.  Pradeep A, Sharma C, Sathyanarayana P, Albanese C, Fleming JV, Wang TC, Wolfe MM, Baker KM, Pestell RG, Rana B. Gastrin-mediated activation of cyclin D1 transcription involves beta-catenin and CREB pathways in gastric cancer cells. Oncogene. 2004 Apr 29;23(20):3689-99.

89.  Mandell L, Moran AP, Cocchiarella A, Houghton JM, Taylor N, Fox JG, Wang TC, Kurt-Jones EA.   Intact gram-negative Helicobacter hepaticus, Helicobacter pylori, and Helicobacter felis bacteria activate innate immunity via Toll-like receptor-2 not Toll-like receptor 4. Infect Immun Nov. 2004 ; 72:6446-54.

90.  Nomura S, Baxter T, Yamaguchi H, Vartapetian AB, Fox JG, Lee JR, Wang TC, Goldenring JR. Spasmolytic polypeptide expressing metaplasia to preneoplasia in H. felis-infected mice. Gastroenterology. 2004 Aug;127(2):582-94.

91.  Lei S, Dubeykovskiy A, Chakladar A, Wojtukiewicz L, Wang TC. The  murine  gastrin promoter is synergistically activated by TGF-beta/Smad and Wnt signaling pathways. J Biol Chem. 2004; 279:42492-502.

92.  Cui G, Koh TJ, Chen D, Zhao CM, Dockray GJ, Varro A, Rogers AB, Fox JG, Wang TC. Overexpression of glycine-extended gastrin alters the development of peptic ulcer and preneoplasia in the mouse stomach. Cancer Research 2004; 64:8160-6.

93.  Houghton JM, Stoicov C, Nomura S, Rogers AB, Carlson J, Li H, Cai X, Fox JG, Goldenring JR, and Wang TC. Gastric cancer originating from bone marrow derived cells. Science 2004; 306:1568-71.

94.  Kurt-Jones EA, Sandor F, Ortiz Y, Bowen GN, Counter SL, Wang TC, Finberg RW. Use of murine embryonic fibroblasts to define Toll-like receptor activation and specificity. J. Endotoxin Res. 2004;10(6):419-24.

95.  Ottewell  PD, Varro A, Dockray GJ, Watson AJM, Kirton CM, Wang TC, Dimaline R, Pritchard DM. The C-terminal 26 amino acid residues of progastrin are sufficient for stimulation off mitosis in murine colonic epithelium in vivo. Am J Physiol Gastrointest Liver Physiol. 2005 Mar;288(3):G541-9. Epub 2004 Oct 14.

96.   Nomura S, Yamaguchi H, Leys C, Wang TC, Lee JR, Goldenring JR.  Alterations in gastric mucosal lineages in gastrin deficient mice induced by acute oxyntic atrophy. Am J Physiol Gastrointest Liver Physiol. 2005 Feb;288(2):G362-75.

97.   Cai X, Carlson J, Stoicov C, Li H, Wang TC, Houghton J. *H. felis* eradication restores normal architecture and inhibits gastric cancer progression in the C57BL/6 mouse. Gastroenterology 2005 June;128(7):1937-52.

98.   Takaishi S, Cui G, Frederick DM, Carlson JE, Houghton J, Varro A, Dockray GJ, Ge Z, Whary MT, Rogers AB, Fox JG, and Wang TC. Synergistic inhibitory effects of gastrin and histamine receptor antagonists on *Helicobacter*-induced gastric cancer. Gastroenterology 2005 June;128(7):1965-83.

99.   Ferrand A, Bertrand C, Portolan G, Cui G, Carlson J, Pradayrol L, Fourmy D, Dufresne M, Wang TC, Seva C.   Signaling pathways associated with colonic mucosa hyperproliferation in mice overexpressing gastrin precursors. Cancer Res. 2005 Apri;65(7):2770-7.

100.  Dhar DK, Wang TC, Tabara H, Tonomoto Y, Maruyama R, Tachibana M, Kubota H, Nagasue N. Expression of trefoil factor family members correlates with patient prognosis and neoangiogenesis. Clin Cancer Res. 2005 Sep 15;11(18):6472-8.

101.  Chakladar A, Dubeykovskiy A, Wojtukiewicz LJ, Pratap J, Lei S, Wang TC. Synergistic activation of the murine gastrin promoter by oncogenic Ras and beta-catenin involves SMAD recruitment. Biochem Biophys Res Commun. 2005 Oct 14;336(1):190-6.

102.  Ogawa M, Nomura S, Varro A, Wang TC, Goldenring JR. Altered metaplastic response of waved-2 EGF receptor mutant mice to acute oxyntic atrophy. Am J Physiol Gastrointest Liver Physiol. 2005 Nov 23; [Epub ahead of print]

103.  Rogers AB, Taylor NS, Whary MT, Stefanich ED, Wang TC, Fox JG. Helicobacter pylori but not high salt induces gastric intraepithelial neoplasia in B6129 mice. Cancer Res. 2005 Dec 1;65(23):10709-15.

104.  Ai W, Liu Y, Wang TC. Yin Yang 1 (YY1) represses histidine decarboxylase (HDC) gene expression with SREBP-1a in part through an upstream Sp1 site. Am J Physiol Gastrointest Liver Physiol. 2005 Dec 15; [Epub ahead of print]

105.  Ottewell PD, Duckworth CA, Varro A, Dimaline R, Wang TC, Watson AJM, Dockray GJ, Pritchard DM.  Gastrin signals via the CCK-2 receptor to increase murine intestinal crypt regeneration following injury. Gastroenterology 2006 (in press).

106.  Kurt-Jones EV, Cao L, Cerny A, Bowen G, Takaishi S, Chi A, Whary M, Fox JG, Wang TC. Trefoil factor familiy 2 (TFF2) is expressed by immune cells and is a major regulator of inflammation and the IL-1□ pathway. Infect. Immun. (submitted).

107.  McCaig C, Duval C, Hemers E, Steele I, Pritchard DM, Przemeck S, Dimaline R, Ahmed S, Bodger K, Kerrigan DD, Wang TC, Dockray GJ, Varro A. The role of matrix metalloproteinase (MMP)-7 in redefining the gastric microenvironment in response to *H. pylori*.  Gastroenterology (submitted) 2006.

108.  Cui G, Takaishi S, Ai W, Florholmen J, Koh TJ, Houghton J, Wang TC. Gastrin-induced apoptosis contributes to the development of gastric atrophy. Lab. Invest. 2006 (resubmitted).

109.  Pagliocca A, Khan Z, Wang TC, Dimaline  R, Varro A, Dockray GJ. Gastrin-dependent parietal cell maturation: role of ezrin. J. Cell Sci (submitted).

110.   Kobayashi M, Lee H, Gilmartin T, Schaffer L, Head S, Takaishi S, Wang TC, Nakayama J, and Fukuda M. Gene expression profile during inflammation-carcinoma sequence in the mouse gastric mucosa infected by *Helicobacter felis*. 2006 (submitted).

111.   Takaishi S, Wang TC. Gene expression profiling in a mouse model of *Helicobacter*-induced gastric cancer. Int J Cancer (submitted) 2006.

112.   Ai W, Zheng H, Liu Y, and Wang TC. Tip60 functions as a potential corepressor of KLF4 in regulation of HDC promoter activity. Mol Cell Bio (submitted) 2006.

113.   Varro A, Kenny S, Hemers E, McCaig C, Przemeck S, Wang TC, Pritchard DM. Increased gastric expression of MMP-7 in hypergastrinaemia and significance for maintenance of stroma in ECL cell carcinoid tumors. Gut (submitted) 2006.

**Reviews, editorials and chapters:**

1.   Brand S, Godley J, **Wang T**, and Simon B.  Regulation of gastrin gene transcription: cell-specific, developmental and physiological aspects.  Neuropeptides and their receptors. 1990; 29:95-104.

2.   Brand SJ, Babyatsky MW, Bachwich D, Demediuk B, Tillotson L, **Wang TC**. Regulation of gastrin gene transcription. In: Gastrin, J.H. Walsh ed., Raven Press 1993:73-90

3.   Brand SJ, Babyatsky M, Bachwich D, Tillotson L, **Wang T**. Molecular approaches to the study of gut peptides. In: Gut Peptides: Biochemistry and Physiology. J Walsh and G Dockray, eds. Raven Press, 1994, pp. 11-32

4.   **Wang TC**.   "The biology of gastric cancer," in Gastrointestinal Cancers: Biology, Diagnosis, and Therapy, edited by Anil K. Rustgi.  Lippincott-Raven Publishers 1995, pp 243-259

5.   **Wang TC**.  "The history of the mouse: Part I," in Gastroenterology, 1997; 113:1431

6.   Fox JG and **Wang TC**.  Helicobacter and liver disease [Review] Italian Journal of Gastroenterology and Hepatology.  29:5-10, 1997

7.   **Wang TC** and Fox JG.   "Helicobacter pylori and gastric cancer: Koch's postulates fulfilled," in Gastroenterology, 1998; 115:780-783

8.   **Wang, TC**.  "No time at all," Gastroenterology, December, 1998  115:1315

9.   Fox JG and **Wang TC**.  "Overview of Helicobacter pylori", From: Infectious Causes of Cancer: Targets for Intervention. 2000.   Edited by J.J. Goedert. Humana Press Inc., Totowa, NJ, pp. 371-388

10.   Farrell JJ. **Wang TC**. Acid Related Disease: Biology and Treatment. [Journal Article] *Gastroenterology. 117(3):743-744, 1999 September*

11.   **Wang TC**.  "Follow the money."  Gastroenterology.  118:819, 2000

12. Fox JG. **Wang TC**. Reply to ""The 'African enigma' - another explanation"" [Journal Article] *Nature Medicine. 6(12):1297-1298, 2000 December*

13. Fox JG. **Wang TC**. Nagler-Anderson C. The African enigma: the parasite's perspective. [Letter] *Gut. 49(1):156-7, 2001 Jul*

14. Fox JG. **Wang TC**. Helicobacter pylori--not a good bug after all! [letter; comment]. [Comment. Editorial] *New England Journal of Medicine. 345(11):829-32, 2001 Sep*

15. Koh TJ and **Wang TC**. "Tumors of the stomach" in Sleisenger & Fordtran's Gastrointestinal & Liver Disease, 7th edition, edited by M Feldman, LS Friedman, and M Sleisenger, WB Saunders Co., 2002, ppp. 829-855.

16. Fox JG and **Wang TC**. *Helicobacter pylori* infection: pathogenesis. Current Opinion in Gastroenterology 2002; 18 (1):15-25.

17. Houghton J, Fox JG, **Wang TC**. Gastric cancer: laboratory bench to clinic. J Gastroenterol Hepatol. 2002 Apr;17(4):495-502.

18. **Wang TC**, Goldenring, JR. Inflammation intersection: gp130 balances gut irritation and stomach cancer. Nat Med. 2002 Oct;8(10):1080-2.

19. Zivny J, **Wang TC**, Yantiss R, Kim KH, Houghton J. Role of therapy or monitoring in preventing progression to gastric cancer. J Clin Gastroenterol. 2003 May-Jun;36 (5):S50-60.

20. Farrell J and **Wang TC**. "The biology of gastric cancer," in Gastrointestinal Cancers, edited by AK Rustgi and J. Crawford. W.B. Saunders 2003, pp. 299-320.

21. Li H, Stoicov C, Cai X, **Wang TC**, Houghton J. Helicobacter and gastric cancer disease mechanisms: host response and disease susceptibility. Curr Gastroenterol Rep. 2003 Dec;5(6):459-67.

22. **Wang TC**. "Gastrin transgenes and gastric cancer." Gastrin in the New Millenium, edited by J. L. Merchant, A.M.J. Buchan, and T.C. Wang. CURE Foundation, Los Angeles, CA 2004, pp. 235-252.

23. Houghton JM and **Wang TC**. "Tumors of the stomach." in Sleisenger & Fordtran's Gastrointestinal & Liver Disease, 8th edition, edited by M Feldman, LS Friedman, and M Sleisenger, WB Saunders Co., 2005, (in press).

24. Houghton J, **Wang TC**. Helicobacter pylori and gastric cancer: a new paradigm for inflammation-associated epithelial cancers. Gastroenterology. 2005 May;128(6):1567-78. Review.

25. Ferrand A, **Wang TC**. Gastrin and cancer: A review. Cancer Lett. 2005 Jul 26; [Epub ahead of print]

26. Ai W, Takaishi S, Wang TC, Fleming J. Regulation of histidine decarboxylase (HDC) and its role in carcinogenesis. Prog in Nucleic Acid Research 2006 (in press).

**Abstracts:**
**All abstracts listed below were presented at the Annual Meetings of the representative societies.**

1. Dangler C. A, Fox J.G., **Wang TC**. *Helicobacter felis*-infected C57BL/6 mice develop altered mucin phenotype consistent with intestinal metaplasia. Gastroenterology. April 1998; 114:4: G2390.
2. Singh P, Velasco M, Given R, Owlia A, Wargovich M, **Wang TC.** High levels of Progastrin significantly increase premalignant changes in colonic mucosa of mice in response to the chemical carcinogen, AOM. Gastroenterology. April 1998; 114:4: G2810.
3. Koh T, Dockray GJ, Varro A, Chen D, and **Wang TC**. The targeted disruption of the gastrin gene in mice results in decreased proliferation of the stomach and colon in response to refeeding. Gastroenterology. April 1998; 114:4: G3644.
4. Taupin D, Jeon WK, **Wang TC**, Podolsky DE. EGF receptor- and map kinase-dependent inter-regulation within the immediate early trefoil gene family. Gastroenterology. April 1998; 114:4: G3731.
5. Bate GW, Varro A, Dimaline R, **Wang TC**. Enterochromaffin-like (ECL) cell function in transgenic mice expressing gastrin in pancreatic β cells. Gastroenterology. April 1998; 114:4: G4611.
6. Chen D, Koh, T, Zhao CM, Hakanson R, **Wang TC.** ECL Cells and gastric acid secretion in gastrin-deficient mice. Gastroenterology. April 1998; 114:4: G4646.
7. Henihan RDJ, Colucci R, Zhang Z, **Wang TC**. Somatostatin type 2 receptor (SSTR2) inhibition of histidine decarboxylase (HDC) transcription in not mediated through a phosphatase pathway in the human gastric cancer cell line, AGS-B. Gastroenterology. April 1998; 114:4: G4702.
8. Hocker M, Plath T, Wiedenmann B, Riecken EO, Rosewicz S, **Wang TC.** Camp-dependent signaling pathways regulate the human histidine decarboxylase promoter through activation of MAPK/ERK-cascades in gastric cancer cells. Gastroenterology. April 1998; 114:4: G4705.
9. Hocker M, Raychowhury R, Wu, H, O'Connor DT, Riecken EO, Rosewicz S, **Wang, TC**. SP1 and CREB mediate Gastrin-dependent regulation of chromogranin a promoter activity. Gastroenterology. April 1998; 114:4: G4706
10. Raychowdhury R, Zhang, Z, **Wang TC**. Activation of human histidine decarboxylase (HDC) gene transcription by gastrin is mediated by two distinct nuclear factors. Gastroenterology. April 1998; 114:4: G4800.
11. Chen D, **Wang TC**, Dockray G, Varro A, Zhao CM, Hakansson R, Koh, T. Clycine-extended gatrin synergizes with Gastrin 17 to stimulate acid secretion in gastrin deficient mice. Gastroenterology. April 1999; 116:4:2:G0587.

Timothy C. Wang, M.D.                21

12. Farrell JJ, Taylor N, Fox JG, **Wang TC**. Human secretory phospholipase A2 is a helicobacter pylori inducible gene. Gastroenterology. April 1999; 116:4:2: G0682.

13. Path T, Hocker M, **Wang TC**, Riecken EO, Wiedenmann B, Rosewicz S. INTERFERON – Inhibits Chromogranin A Promoter Activity in Pancreatic Neuroendocrine Cancer Cells. . Gastroenterology. April 1999; 116:4:2:G1852.

14. Velasco M, **Wang TC**, Given R, Wargovich, M, Sigh P. Non-amidated gastrins, but not amidated gastrins function as co-carcinogens in an azoxymethane (AOM) induced colon cancer model. Gastroenterology. April 1999; 116:4:2:G2302.

15. **Wang TC**, Dangler CH, Chen D, Goldenring JR, Koh TJ, Raychowdhury R, Coffey R, Ito S, Varro A, Dockray GJ, Fox JG. Hypergastrinemia leads to atrophy and invasive gastric cancer in transgenic mice. Gastroenterology. April 1999; 116:4:2: G2314.

16. Chen D, Zhao CM, Koh T, Hakansson R, **Wang TC**. ECL cell hypothrophy but not hypoplasia in antrectomized rats and gastrin deficient mice. Gastroenterology. April 1999; 116:4:2: G2613.

17. Colucci R, Fleming JV, Raychowdhury R, **Wang TC.** Feedback inhibition of histidine decarboxylase is mediated by decreased activity of gas-re elements. Gastroenterology. April 1999; 116:4:2: G2619.

18. Hocker M, Path T, Du M, Merchant JL, Raychowhury R, **Wang TC**, Weidenmann B, Rosewicz S. Gastrin regulates the chromogranin a promoter through mek-1-and ERK-dependent phosphorylation of SP1 and CREB. Gastroenterology. April 1999: 116:4:2: G2670.

19. Hocker M, Cramer T, Rosewicz S, Wiedenmann B, **Wang TC**, Clin, BF. Neuroendocrine-specific expression and gastrin-dependent regulation of a chromogrann a-lucifer-ase fusion gene in transgenic mice. Gastroenterology. April 1999; 116:4:2: G2671.

20. Koh T, Dockray G, Varro A, Cahill RJ, Dangler DA, Fox JG, **Wang TC**. Overexpression of clycine-extended gastrin in transgenic mice results in increased colonic proliferation. Gastroenterology. April 1999; 116:4:2: G2699

21. McLaughlin J, **Wang TC**, Koh, TJ. Pacap regulates the histidine decarboxylase promoter via dual (PKA/PKC) signaling pathways. Gastroenterology. April 1999; 116:4:2: G2735.

22. McLaughlin J, Koh TJ, **Wang TC**. Gastrin activates the human heparin binding-EGF promoter via a PKCMAP kinase-dependent pathway in AGS cells. . Gastroenterology. April 1999; 116:4:2: G2736.

23. Raychowdhury R, **Wang TC**. Cloning of a novel transcription factor which mediates Gastrin responsiveness by the human histidine decarboxylase (HDC) promoter. Gastroenterology. April 1999; 116:4:2: G2785.

24. Raychowdhury R, McLaughlin J, **Wang TC**. Identification and characterization of a new gastrin response element (GAS-RE3) in the human histidine decarboxylase gene promoter. Gastroenterology. April 2000; 118:4: 1020.

25. Fox JG, Dangler CA, Beck PL, **Wang TC**, Whary MT, Shi HN, Anderson CN. Intestinal helminth infection modulates inflammation and reduces gastric atrophy in a mouse model of helicobacter infection. Gastroenterology. April 2000; 118:4: 1226.

26. Brembeck FH, **Wang TC**, Rustigi AK. The keratin 19 promoter is potent for cell-specific targeting of genes in transgenic mice. Gastroenterology. April 2000; 118:4: 1615.

Timothy C. Wang, M.D.                    22

27. Koh TJ, Bulitta CJ, Fleming JV, Dockray GJ, Varro A, **Wang TC.** Gastrin is a downstream target of the b-catenin/TCF-4 signaling pathway which mediated growth in the APC model of intestinal polyposis. Gastroenterology. April 2000; 118:4: 2385.

28. Jacobson BC, Ferris TG, Shea TL, Greenberg P, **Wang TC.** Who is using chronic acid-suppression therapy and why? Gastroenterology. April 2000; 118:4: 2514.

29. Fleming JV, Sussman JS, Colucci R, Bulitta CJ, **Wang TC.** Gastrin preferentially stabilizes l-histidine decarboxylase (HDC) isoforms that have been processed at both the amino-and carboxy-terminal ends. Gastroenterology. April 2000; 118:4: 2882.

30. Chow A, Zhang R, **Wang TC.** Gastrin regulates AE2 CL/HCO$_3$ exchanger in gastric cells. Gastroenterology. April 2000; 118: 4: 3059.

31. Colucci R, Taccaa MD, Fleming JV, **Wang TC.** Overexpression of histidine decarboxylase decreases its own transcription through down-regulation of ERK activity. Gastroenterology. April 2000; 118: 4: 3060.

32. Bulitta CJ, Raychowdhury R, Taupin D, Wang TC, MacCallum P. TFF2 and PMA induced TFF2 regulation requires a specific cis-acting element: insights into molecular initiation of restitution. Gastroenterology. April 2000; 118: 4: 3694.

33. Chen D, Wang TC, Zhao CM, Hakanson R, Koh TJ. Possible mechanism of synergizing effect of gly-cine-extended Gastrin on Gastrin-17-induced acid secretion in Gastrin knockout mice. Gastroenterology. April 2000; 118: 4: 3882.

34. Beck PL, Xavier RJ, Kosaka T, Dangler CA, **Wang TC**, Fox JG. Defining the role of lymphocytes and sialyl-lewis-x (SLE$^x$) in helicobacter in induced gastric injury. Gastroenterology. April 2000; 118:4: 3995.

35. Farrell JJ, Xavier, R, Taylor, N, Fox, JG, **Wang, TC.** Secretory phospholipase A2 promoter regulation by gastrin and helicobacter pylori using cell culture and a green fluorescent protein transgenic mouse model. Gastroenterology. April 2000; 118:4: 4005.

36. Boushey RP, Tavares W, Yusta B, Koh TJ, **Wang TC**, Drucker DJ. Essential roles of the Gastrin and glucagons genes in the response to experimental murine colitis. Gastroenterology. April 2000; 118: 4: 4338.

37. Taupin D, Farrell, JJ, Koh TJ, Podolsky DK, **Wang TC,** MacCallum P. Generation and characterization of a Spasmolytic polypeptide (TFF2) knockout mouse. Gastroenterology. April 2000; 118: 4: 4348.

38. Colucci R, Biandizzi C, **Wang TC**, Lasagna N, Lazzeri G. Role of Cycloxygenase-2 in the Proliferative Activity of Gastrin on Human Colon Cancer Cells. Gastroenterology. April 2001; 120:5:198.

39. Fox JG, Sheppard BJ, Dangler CA, Whary MT, Ihrig M, **Wang TC**. Mutant p53 Inhibits Helicobacter-induced Premalignant Lesions Through Downregulation of Th1 Proinflammatory Responses. Gastroenterology. April 2001; 120:5: 460.

40. Khan ZE, **Wang TC**, Varro A, Dimaline R. Transcriptional Regulation of the TFF1 Gene by Gastrin. Gastroenterology. April 2001; 120:5:534:

41. Chow A, Zhang R, **Wang TC**. Gastrin Regulates Transcription of AE2b Chloride-Bicarbonate Exchanger via E Box-Binding Proteins. . Gastroenterology. April 2001; 120:5:549.

42. Farrell JJ, Taupin D, Koh TJ, Podolsky DK, **Wang TC**. Targetted Gene Deletion of Murine SP.TTF2 Results in Decreased Gastric Proliferation, Increased Basal Acid Secretion and Increased Susceptibility to NSAID Injury. Gastroenterology. April 2001; 120:5:744.

Timothy C. Wang, M.D.                    23

43. Clerc P, Leung-Theung-long S, Bouisson M, **Wang TC**, Dockray DJ, Vaysse N, Fourmy D, Durense, M. Overexpression of CCK2/Gastrin Receptors in the Murine Pancreas Results in Growth of the Pancreas, Transdifferentiation of Acinar Cells and Neoplasia. April 2001; 120:5:955.

44. Rana B, Choi C, Crimmins GM, **Wang TC**, Pestell RG, Albanese C, Wolfe M. Cyclin D1 Mediates the Trophic Properties of Gastrin in Gastric Adenocarcinoma. Gastroenterology. April 2001; 120:5: 3583.

45. Chow A, Zhang R, **Wang TC**. Mapping of Critical Elements for High Basal Transcription of AE2b Chloride-Bicarbonate Exchanger in Gastric Cells and Tissues.  Gastroenterology. April 2001; 120:5:3774.

46. Sheppard BJ, Ihrig M, Taylor NS, **Wang TC**, Fox JG. Gastric Responses of *Helicobacter pylori*-Infected INS-GAS Mice to a High-Salt Diet Are Gender-Specific. Gastroenterology. April 2002; 122:4:A-1.

47. Baxter TM, Yamaguchi H, **Wang TC**, Fox JG, Anderson MG, Goldenring JR, Lee J. Gene Microarray and Proteomic Analysis of Spasmolytic Polypeptide Expressing Metaplasia (SPEM) in Laser capture Microdissected Cells from H. felis- Infected Mice. Gastroenterology. April 2002; 122:4: A-171.

48. Chow A, Zhang R, **Wang TC**. Gastric Expression of AE2b C1/HC03 Exchanger by an Upstream Palindromic Region. Gastroenterology. April 2002; 22:4: A-521.

49. Yamaguchi H, Lee JR, Rio MC, **Wang TC**, Goldenring JR. Etiology of Carcinoma in pS2 Knockout Mice. Gastroenterology. April 2002:122:4: A-235.

50. Pritchard, D, Ottewell PD, Watson AJM, **Wang TC**, Dockray GJ. Progastrin Stimulates Murine Colonic Ephithelial Mitosis after DNA Damage. Gastroenterology. April 2002; 122:4: A-684.

51. Takaishi S, Cui G, Frederick D, Carlson J, Houghton J, **Wang TC**. Gene expression profiling in a mouse model of gastric cancer. Gastroenterology 2003; 124:4: A-142.

52. Cui G, Houghton JM, Finkel N, Carlson J, **Wang TC**. IFN-gamma infusion induces gastric atrophy, Metaplasia and dysplasia in the absence of Helicobacter infection- a role for immune response in Helicobacter disease. Gastroenterology. April 2003;124: 4:A-19.

53. Wojtukiewicz L, Chakladar A, **Wang TC**. Oncogenic Regulation of Gastrin Gene Expression: Three Signals for a Peptide's Fate. Gastroenterology. April 2003; 124: 4: A-105.

54. Cui G, Koh TJ, Chen D, Zhao CM, Dockray GJ, Varro A, Fox JG, **Wang TC**. Overexpression of Clycine-Extended Gastrin Maintains Acid Secretion and Prevents the Development of Preneoplasia in the Stomach Via Reducing Parietal Cell Lost in Transgenic Mice. Gastroenterology. April 2003; 124: 4: A-141.

55. Chi AL, Lim S, Guanglin C, Takaishi S, Fleming JV, Lee C, **Wang TC**. Gastrin Transcriptionally Regulates Trefoil Family Factor 2. Gastroenterology. April 2003; 124: 4: A-451.

56. Lei S, Chakladar A, Wojtukiewicz L, **Wang TC**. Gastrin Expression is Regulated by the Interplay of TGF-beta/Smads and Wnt Pathways. Gastroenterology. April 2003; 124: 4: A-472.

57. Ai W, Liu Y, Langlois M, **Wang, T**. Yin Yang Represses Histidine Decarboxylase Promoter Activity in Part Through an Upstream Sp1 Binding Site. Gastroenterology. April 2004; 126:4: A-34.

58. Takaishi S, Cui G, Carlson JE, Varro A, Dockray GJ, Ge Z, Whary MT, Rogers AB, Fox JG, **Wang, TC**.  Synergistic Inhibitory Effects on Gastrin and Histamine Receptor Antagonists in Helicobacter-Induced Gastric Carcinogensis. Gastroenterology. April 2004; 126:4: A-81.

59. Nomura S, Yamaguchi H, Ogawa M, **Wang TC**, Goldenring JR. Alterations in Gastric Mucosal Lineages Induced by Acute Oxynitic Atrophy in Normal and Gastrin Knockout Mice. Gastroenterology. April 2004; 126:4: A-92.

60. Normura S, Baxter T, Yamaguchi H, Vartapetian AB, Fox JG, Lee JR, **Wang TC**, Goldenring JR. Spem-Related Genes Including Prothymosin-Alpha Are Expressed in Gastric Dysplasia in H. Felis-Infected Mice. Gastroenterology. April 2004; 126:4: A-96.

61. Ferrand A, Bertrand C, Portolan G, Cui G, Carlson J,  Pradayrol L, Fourmy D, Dufrense M, **Wang T**, Seva C. Signaling Pathways Contributing to Colonic Mucosa Hyperproliferation in Transgenic Mice Overexpressing Progastrin or Glycine-Extended Gastric.

62. Cui G, Takaishi S, Ai W, Carlson JE, Frederick DM, **Wang TC**.  Gastric Cell Apoptosis Induced by Gastrin Stimulation is Mediated by CCK-B/Gastrin Receptors and Histamine-2 Receptors.Gastroenterology. April 2004; 126:4:A-273.

63. Rogers AB, Taylor NS, Xu S, **Wang TC**, Fox JG.  Gastric Intraepithelial Neoplasia in Helicobacter Pylori Infected B6129 Mice is Not Promoted BY a High Salt Diet. April 2005;110:4:A19.

64. Takaishi S, Ai W, Tu S, Dubeikovskiy A,  Dubeikovskaya Z, Smirnova I, Tran AV, Betz KS, **Wang TC**.  Gastrin and Helicobacter-Infection Regulate Claudin gene Expression in the Tight Junction of Gastric Epithelial Cells: Claudin-7 Is a Novel Intestinal Metaplasia and Gastric Neoplasia Marker in Helicobacter-Infected Mice Stomach. April 2005;113:4:A-20.

65. Ai W, Liu Y, Takaishi S, Tu S, **Wang TC**. Tip60 Functions As a Potential Co-Repressor of Klf4 in Regulation of Human Histidine Decarboxylase Promoter. April 2005;395:4:A-57.

66. Tu S, Cui G, Takaishi S, Tran AV, Frederick DM, Carlson JE, Kurt-Jones E, **Wang TC**.  Overexpressiion of Human Interleukin-1 beta in Transgenic Mice Results in Spontaneous Gastric Inflammation and Carcinogenesis. April 2005;421:4:A-62.

67. Ogawa M, Nomura S, **Wang TC,** Goldenring JR. Spasmolytic Polypeptide Expressing Metaplasia (sperm) in Spasmolytic Polypeptide (sp/tff2) Deficient Mice.  April 2005;879:4:A-142.

# EXHIBIT B

# Documents Considered

**Legal Pleadings**

- Consolidated Amended Complaint for Violation of the Federal Securities Laws, dated October 27, 2003

- Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Class Certification, dated April 3, 2006

**FDA Documents**

- Transcript of the February 7, 2001 FDA Arthritis Advisory Committee meeting

**CLASS Study Documents**

- CLASS Study Protocols N49-98-22-035; N49-98-12-102

- A Plan Of The Final Analysis For Celecoxib Incidence Of Clinically Significant UGI Adverse Events vs. Ibuprofen & Diclofenac In OA Or RA (Studies N49-98-22-035 and N49-98-12-102), dated October 7, 1999

**All other sources cited in report and exhibits.**