NORRIS, McLAUGHLIN & MARCUS, P.A.
P.O. Box 1018
721 Route 202-206
Somerville, New Jersey 08876
(908) 722-0700

CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
(212) 504-6000

Additional Counsel Listed on Last Page

Attorneys for Pharmacia Corporation, Fred Hassan,
G. Steven Geis, Carrie Cox and Pfizer Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALASKA ELECTRICAL PENSION FUND, CITY OF SARASOTA FIREFIGHTERS' PENSION FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 132 PENSION PLAN, NEW ENGLAND HEALTH CARE EMPLOYEES PENSION FUND, CHEMICAL VALLEY PENSION FUND OF WEST VIRGINIA, and PACE INDUSTRY UNION-MANAGEMENT PENSION FUND, On Behalf of Themselves and All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>v.<br><br>PHARMACIA CORPORATION, FRED HASSAN, G. STEVEN GEIS, CARRIE COX, and PFIZER INC.,<br><br>            Defendants. | NO. 03-1519 (AET)<br>**(Consolidated)**<br><br>CLASS ACTION<br><br>**ORAL ARGUMENT REQUESTED**<br><br>**DOCUMENT FILED ELECTRONICALLY**<br><br>**RETURN DATE: JULY 2, 2007** |

To: **All Counsel of Record for the Captioned Parties Listed on the Court's PACER Online Electronic Service List for this Case Number.**

**PLEASE TAKE NOTICE** that on July 2, 2007, or as soon thereafter as counsel may be heard, the undersigned attorneys for defendants Pharmacia Corporation, Fred Hassan, G. Steven Geis, Carrie Cox and Pfizer Inc. shall move for summary judgment and an Order dismissing this entire action with prejudice and for any other relief as may be requested in the proposed form of order annexed hereto.

**PLEASE TAKE FURTHER NOTICE** that the movants shall rely upon the papers submitted herewith including Defendants' Memorandum of Law in Support of Summary Judgment, the Statement of Undisputed Facts, the Declaration of William A. Dreier, and the Declaration of Timothy C. Wang M.D.

The movants respectfully request oral argument.

Dated: May 31, 2007

NORRIS, McLAUGHLIN & MARCUS, PA

By:_____
Steven A. Karg
William A. Dreier
P.O. Box 1018
721 Route 202-206
Somerville, New Jersey 08876
(908) 722-0700

-and-

CADWALADER, WICKERSHAM
 & TAFT LLP
Jonathan M. Hoff
Joshua R. Weiss
One World Financial Center
New York, New York 10281
(212) 504-6000

Attorneys for Defendants Pharmacia Corporation, Pfizer Inc., Fred Hassan, G. Steven Geis, and Carrie Cox

-and-

Richard F. O'Malley *(pro hac vice)*
SIDLEY AUSTIN LLP
Bank One Plaza
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7112

James D. Arden *(pro hac vice)*
SIDLEY AUSTIN LLP
787 Seventh Ave.
New York, NY  10019
(212) 839-5300

Attorneys for Defendants Pharmacia Corporation and Pfizer Inc.

## Certification of Service

The undersigned certifies that on May 31, 2007, a copy of the documents referenced herein are being filed electronically.

It is the understanding of the undersigned that those attorneys who are registered with the Electronic Filing System may access this filing through the Court's System, and notice of this filing will be sent to counsel of record by operation of the Court's Electronic Filing System.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me is willfully false, I am subject to punishment.

Dated: May 31, 2007                    NORRIS, McLAUGHLIN & MARCUS, PA

By:_____
Steven A. Karg

NORRIS, McLAUGHLIN & MARCUS, P.A.
P.O. Box 1018
721 Route 202-206
Somerville, New Jersey 08876
(908) 722-0700

CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
(212) 504-6000

Attorneys for Pharmacia Corporation, Fred Hassan,
G. Steven Geis, Carrie Cox and Pfizer Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALASKA ELECTRICAL PENSION FUND, CITY OF SARASOTA FIREFIGHTERS' PENSION FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 132 PENSION PLAN, NEW ENGLAND HEALTH CARE EMPLOYEES PENSION FUND, CHEMICAL VALLEY PENSION FUND OF WEST VIRGINIA, and PACE INDUSTRY UNION-MANAGEMENT PENSION FUND, On Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> PHARMACIA CORPORATION, FRED HASSAN, G. STEVEN GEIS, CARRIE COX, and PFIZER INC., <br><br> Defendants. | NO. 03-1519 (AET) <br> **(Consolidated)** <br><br> CLASS ACTION <br><br><br> **DOCUMENT FILED ELECTRONICALLY** <br><br><br><br><br> **ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE.** |

## **ORDER**

**THIS MATTER** having come before the Court on Defendants' motion to dismiss the Consolidated Amended Class Action Complaint with Prejudice; and the Court having reviewed the submissions and considered the positions of all parties; and for good cause shown:

**IT IS**, on this ____ day of _____, 2007,

**ORDERED** that the Plaintiffs' Consolidated Amended Class Action Complaint and all claims are dismissed with prejudice in their entirety and against all parties;

                                                                           _____

                                                                              Anne E. Thompson, S.U.S.D.J.