COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
Park 80 Plaza West-One
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)

Liaison Counsel

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
ARTHUR C. LEAHY
MATTHEW P. MONTGOMERY
ALEXANDRA S. BERNAY
SUZANNE H. STEVENS
MATTHEW I. ALPERT
JENNIFER L. GMITRO
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALASKA ELECTRICAL PENSION FUND, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>PHARMACIA CORPORATION, et al.,<br><br>                    Defendants. | No. 03-1519 (AET)<br>**(Consolidated)**<br><br><u>CLASS ACTION</u><br><br>PLAINTIFFS' MOTION TO STRIKE THE DECLARATION OF TIMOTHY C. WANG, M.D. FILED IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law, plaintiffs will and hereby do respectfully move the Court, at a hearing yet to be scheduled, to strike the Declaration of Timothy C. Wang, M.D. ("Wang Declaration") from consideration in support of Defendants' Motion for Summary Judgment, and grant such other and further relief as the Court deems just and proper. For the reasons set forth in the accompanying memorandum of law, plaintiffs respectfully request the Court grant plaintiffs' motion to strike the Wang Declaration in its entirety, as well as any argument based on the Wang Declaration appearing in defendants' summary judgment motion. The Wang Declaration must be stricken because it fails to meet the standards for admissibility of expert testimony as required by the Federal Rules of Evidence.

DATED: July 31, 2007                COHN LIFLAND PEARLMAN
                                                                     HERRMANN & KNOPF LLP
                                                                    PETER S. PEARLMAN

                                                                         s/ Peter S. Pearlman
                                                                      PETER S. PEARLMAN

Park 80 Plaza West-One
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)

Liaison Counsel

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
ARTHUR C. LEAHY
MATTHEW P. MONTGOMERY
ALEXANDRA S. BERNAY
SUZANNE H. STEVENS
MATTHEW I. ALPERT
JENNIFER L. GMITRO
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MICHELLE M. McCARRON
9601 Wilshire Blvd., Suite 510
Los Angeles, CA  90210
Telephone:  310/859-3100
310/278-2148 (fax)

Lead Counsel for Plaintiffs

SCOTT + SCOTT LLP
ARTHUR L. SHINGLER III
ANITA MELEY LAING
600 B Street, Suite 1500
San Diego, CA  92101
Telephone:  619/233-4565
619/233-0508 (fax)

- 3 -

SCOTT + SCOTT, LLC
DAVID R. SCOTT
108 Norwich Avenue
Colchester, CT  06415
Telephone:  860/537-3818
860/537-4432 (fax)

SUGARMAN & SUSSKIND
ROBERT SUGARMAN
2801 Ponce De Leon Blvd., Suite 750
Coral Gables, FL  33314
Telephone:  305/529-2801
305/447-8115 (fax)

Attorneys for Plaintiffs

S:\CasesSD\Pharmacia\MOT00043648.doc

CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 31, 2007.

s/ Peter S. Pearlman
PETER S. PEARLMAN

COHN LIFLAND PEARLMAN
    HERRMANN & KNOPF LLP
PETER S. PEARLMAN
Park 80 Plaza West-One
Saddle Brook, NJ 07663
Telephone: 201/845-9600
201/845-9423 (fax)
|
E-mail:    psp@njlawfirm.com