COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
Park 80 Plaza West-One
Saddle Brook, NJ 07663
Telephone: 201/845-9600
201/845-9423 (fax)

Liaison Counsel

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
ARTHUR C. LEAHY
MATTHEW P. MONTGOMERY
ALEXANDRA S. BERNAY
SUZANNE H. STEVENS
MATTHEW I. ALPERT
JENNIFER L. GMITRO
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)



Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALASKA ELECTRICAL PENSION FUND, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>PHARMACIA CORPORATION, et al.,<br><br>　　　　　　　　Defendants. | No. 03-1519 (AET)<br>**(Consolidated)**<br><br><u>CLASS ACTION</u><br><br>ORDER PERMITTING JOSEPH F. RICE AND WILLIAM H. NARWOLD TO APPEAR AND PARTICIPATE PRO HAC VICE |

THIS MATTER having been brought before the Court by Cohn Lifland Pearlman Herrmann & Knopf LLP, attorneys for plaintiffs, and the Court having considered the matter, and for good cause shown;

IT IS on this 5th day of March, 2009

ORDERED AS FOLLOWS:

1. Joseph F. Rice, a member of the bar of the State of South Carolina, is hereby permitted to appear and participate *pro hac vice* to represent plaintiffs in this action;

2. William H. Narwold, a member of the bar of the State of South Carolina, is hereby permitted to appear and participate *pro hac vice* to represent plaintiffs in this action;

3. Messrs. Rice and Narwold are hereby directed to:

   a. Abide by all disciplinary rules of this Court during the time of *pro hac vice* admission;

   b. Notify the Court immediately of any matter affecting their standing at the Bar of any other court;

   c. Make payment to the New Jersey Lawyer's Fund for Client Protection as required by the New Jersey Court Rule 1:28-2;

   d. Consent to the appointment of the Clerk of the United States District Court as agent upon whom service of process may be made for all actions against them or Cohn Lifland Pearlman Herrmann & Knopf LLP, that may arise out of their participation in this matter;

   e. Have all pleadings, briefs and other papers filed with the Court signed by Cohn Lifland Pearlman Herrmann & Knopf LLP, attorneys of

Case 3:03-cv-01519-AET-TJB   Document 211-6   Filed 02/19/2009   Page 3 of 3

record for the plaintiff, whom shall be responsible for the conduct of the attorney admitted hereby; and

    f.    Make a payment of $150 payable to the Clerk of the United States District Court as required by Local Civil Rule 101.1(c)(3).

4. The Clerk of the Court shall terminate this Motion [Docket Entry No. 211].

_____
Hon. Tonianne J Bongiovanni, U.S.M.J.