COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
PETER S. PEARLMAN
Park 80 Plaza West-One
Saddle Brook, NJ 07663
Telephone: 201/845-9600
201/845-9423 (fax)

Liaison Counsel

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
ARTHUR C. LEAHY
MATTHEW P. MONTGOMERY
ALEXANDRA S. BERNAY
SUZANNE H. STEVENS
MATTHEW I. ALPERT
JENNIFER L. GMITRO
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALASKA ELECTRICAL PENSION FUND, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PHARMACIA CORPORATION, et al.,<br><br>Defendants. | No. 03-1519 (AET)<br>**(Consolidated)**<br><br>CLASS ACTION<br><br>ORDER GRANTING ADDITION OF MOTLEY RICE LLC AS CO-CLASS COUNSEL |

THIS MATTER coming on before the Court on plaintiffs' application for the appointment of Motley Rice, LLC as class counsel and it having been represented that no party opposes this application and Knopf LLP, and the Court having considered the matter, and for good cause shown;

IT IS on this 10th day of June, 2009

ORDERED that Motley Rice LLC is appointed as co-class counsel with Coughlin Stoia Geller Rudman & Robbins LLP.

_____
The Hon. Anne E. Thompson, Sen. U.S.D.J.