NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALASKA ELECTRICAL PENSION FUND, et al., | |
| Plaintiffs, | Civil No. 03-1519 (AET) |
| v. | **ORDER** |
| PHARMACIA CORPORATION, et al. | |
| Defendants. | |

THOMPSON, U.S.D.J.

This matter comes before the Court on Defendants' letter [221] requesting a stay of proceedings; and

IT APPEARING to the Court that Defendants filed a writ of certiorari in the United States Supreme Court seeking review of the Third Circuit's decision to reverse this Court's October 30, 2007 Order [182] granting Defendants summary judgment; and

IT APPEARING to the Court that on May 26, 2009, the United States Supreme Court granted a writ of certiorari in a case presenting similar questions of law and fact, see generally Merck & Co. Sec., Derivative & "ERISA" Litig., 543 F.3d 150 (3d Cir. 2008), cert. granted, 2009 WL 150320, (U.S. May 26, 2009) (No. 08-905) ("Merck Action"); and for good cause shown

It is on this 22nd day of June, 2009,

ORDERED that the Court stay proceedings in this case pending the United States

1

Supreme Court's resolution of the Merck Action and Defendants' pending petition to the United States Supreme Court for a writ of certiorari.

                                                                        s/ Anne E. Thompson
                                               ANNE E. THOMPSON, U.S.D.J.