UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

RECEIVED

JUN 2 3 2009

AT 8:30_____M
WILLIAM T. WALSH
CLERK

| | | |
|---|---|---|
| ALASKA ELECTRICAL PENSION FUND, et al., On Behalf of Themselves and All Others Similarly Situated, | ) ) ) ) | No. 03-1519 (AET) **(Consolidated)** |
| Plaintiffs, | ) ) | <u>CLASS ACTION</u> |
| vs. | ) ) ) | ORDER PERMITTING JOSHUA C. LITTLEJOHN AND WILLIAM E. APPLEGATE IV TO APPEAR AND |
| PHARMACIA CORPORATION, et al., | ) | PARTICIPATE PRO HAC VICE |
| Defendants. | ) ) | |

THIS MATTER having been brought before the Court by Cohn Lifland Pearlman Herrmann & Knopf LLP, attorneys for plaintiffs, and the Court having considered the matter, and for good cause shown;

IT IS on this _22_ day of _June_, 2009

ORDERED AS FOLLOWS:

1. JOSHUA C. LITTLEJOHN, a member of the bar of the State of South Carolina, is hereby permitted to appear and participate *pro hac vice* to represent plaintiffs in this action;

2. WILLIAM E. APPLEGATE IV, a member of the bar of the State of South Carolina, is hereby permitted to appear and participate *pro hac vice* to represent plaintiffs in this action;

3.  Messrs. Littlejohn and Applegate are hereby directed to:

   a.  Abide by all disciplinary rules of this Court during the time of *pro hac vice* admission;

   b.  Notify the Court immediately of any matter affecting their standing at the Bar of any other court;

   c.  Make payment to the New Jersey Lawyer's Fund for Client Protection as required by the New Jersey Court Rule 1:28-2;

   d.  Consent to the appointment of the Clerk of the United States District Court as agent upon whom service of process may be made for all actions against them or Cohn Lifland Pearlman Herrmann & Knopf LLP, that may arise out of their participation in this matter;

   e.  Have all pleadings, briefs and other papers filed with the Court signed by Cohn Lifland Pearlman Herrmann & Knopf LLP, attorneys of record for the plaintiff, whom shall be responsible for the conduct of the attorney admitted hereby; and

   f.  Make a payment of $150 payable to the Clerk of the United States District Court as required by Local Civil Rule 101.1(c)(3).

_____
The Honorable Tonianne J. Bongiovanni USMJ