COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP
PETER S. PEARLMAN
Park 80 Plaza West-One
Saddle Brook, NJ 07663
Telephone: 201/845-9600
201/845-9423 (fax)

Attorneys for Plaintiff

RECEIVED
DEC -7 2009
AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT L. GARBER, *et al.*, On Behalf of Themselves and All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>vs.<br><br>PHARMACIA CORPORATION, *et al.*,<br><br>                Defendants. | No. 03-1519 (AET)<br>**(Consolidated)**<br><br>CLASS ACTION<br><br>ORDER TERMINATING *PRO HAC VICE* ADMISSION OF ANITA LAING, ESQ. |

This matter having been brought before the Court by Cohn Lifland Pearlman Herrmann & Knopf LLP co-counsel for plaintiffs; and all parties consenting hereto; and good cause appearing therefor, it is hereby ORDERED that:

The *pro hac vice* status of Anita Laing, Esq. is terminated.

IT IS SO ORDERED.

DATED: 12/7/09

_____
THE HONORABLE TONIANNE J. BONGIOVANNI
UNITED STATES MAGISTRATE JUDGE