COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP
PETER S. PEARLMAN
Park 80 Plaza West-One
Saddle Brook, NJ 07663
Telephone: 201/845-9600
201/845-9423 (fax)

Attorneys for Plaintiff

RECEIVED
FEB 17 2010
AT 8:30_____ M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT L. GARBER, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PHARMACIA CORPORATION, et al.,<br><br>Defendants. | No. 03-1519 (AET)<br>(Consolidated)<br><br>CLASS ACTION<br><br>ORDER TERMINATING *PRO HAC VICE* ADMISSIONS OF SUZANNE H. STEVENS, ESQ. AND MATTHEW P. MONTGOMERY, ESQ. |

This matter having been brought before the Court by Cohn Lifland Pearlman Herrmann & Knopf LLP co-counsel for plaintiffs; and all parties consenting hereto; and good cause appearing therefor, it is hereby ORDERED that:

The *pro hac vice* status of Suzanne H. Stevens, Esq. is terminated.

The *pro hac vice* status of Matthew P. Montgomery, Esq. is terminated.

IT IS SO ORDERED.

DATED: February 16, 2010

THE HONORABLE TONIANNE J. BONGIOVANNI
UNITED STATES MAGISTRATE JUDGE