# EXHIBIT 83

DEPARTMENT OF HEALTH AND HUMAN SERVICES

FOOD AND DRUG ADMINISTRATION

CENTER FOR DRUG EVALUATION AND RESEARCH


*****


ARTHRITIS ADVISORY COMMITTEE

NDA 20-988/S009, Celebrex, (celecoxib, Searle)


Wednesday, February 7, 2001

8:00 a.m.


Holiday Inn Gaithersburg
Two Montgomery Village Avenue
Gaithersburg, Maryland



EXHIBIT 5
In Michael Wolfe
DATE: 12-18-01
RPTR: LAURIE J. DRIGGERS

2

PARTICIPANTS

E. Nigel Harris, M.D., Acting Chairperson
Kathleen Reedy, Executive Secretary

MEMBERS
        Leigh F. Callahan, Ph.D.
        James H. Williams, Jr. M.D.

CONSUMER REPRESENTATIVE
        Wendy McBrair

CONSULTANTS AND EXPERTS

        ARTHRITIS ADVISORY COMMITTEE CONSULTANTS
        Janet D. Elashoff, Ph.D.
        David Wofsy, M.D.

        CARDIOVASCULAR AND RENAL DRUGS ADVISORY COMMITTEE
        MEMBERS
        Steven Nissen, M.D., F.A.C.C.
        Ileana Pina, M.D.

        GASTROINTESTINAL DRUGS ADVISORY COMMITTEE MEMBER
        M. Michael Wolfe, M.D.

        ENDOCRINOLOGIC AND METABOLIC DRUGS ADVISORY
        COMMITTEE
        MEMBER
        Allan R. Sampson, Ph.D.

        OFFICE OF BIOSTATISTICS CONSULTANT
        Frank E. Harrell, Jr., Ph.D.

        GUEST EXPERTS
        Byron Cryor, M.D.

3

# C O N T E N T S

Call to Order and Introduction
        E. Nigel Harris, M.D.

Meeting Statement:
        Kathleen Reedy

Welcome and Introduction:
        Jonca C. Bull, M.D.

Regulatory and Scientific Background:
        James P. Witter, M.D., Ph.D.

G.D. Searle and Company Presentation

        Introduction: Philip Needleman, Ph.D.

        UGI Safety Profile of NSAIDs and Celecoxib:
        Rationale for CLASS Study:
        G. Steven Geis, M.D., Ph.D.

        Safety Profile of Celecoxib:
        CLASS, Long-Term Safety Trial:
        James Lefkowith, M.D.

        Summary: Fred Silverstein, M.D.

FDA Presentation

        GI: Lawrence Goldkind, M.D.
        Medical: James P. Witter, M.D., Ph.D.

Open Public Hearing

        Sidney M. Wolfe, M.D.

Discussion and Questions

4

```
1                    P R O C E E D I N G S

2                Call to Order and Introductions

3            HARRIS:  I would like to call the session to

4    order.  My name is Nigel Harris.  I am Dean and Senior Vice

5    President for Academic Affairs at Morehouse School of

6    Medicine and I am also a rheumatologist.


7            Before we do the introductions, I am going to ask

8    Ms. Reedy to read the statement.

9                     Meeting Statement

10           MS. REEDY:  The following announcement addresses

11   the issue of conflict of interest with regard to this


12   meeting and is made a part of the record to preclude even

13   the appearance of such at this meeting.

14           Based on the submitted agenda and information

15   provided by the participants, the agency has determined that

16   all reported interests in firms regulated by the Center for


17   Drug Evaluation and Research present no potential for a

18   conflict of interest at this meeting with the following

19   exceptions; in accordance with 18 United States Code 208(b),

20   full waivers have been granted to Drs. Frank Harrell, Steven

21   Nissen, Ileana Pina, M. Michael Wolfe and Allan Sampson.


22           Copies of these waiver statements may be obtained

23   by submitting a written request to the FDA's Freedom of

24   Information Office located in Room 12A30 of the Parklawn

25   Building.
```

5

1          We would, however, like to disclose for the record

2    that Dr. Steven Nissen, Ileana Pina, H. James Williams and

3    M. Michael Wolfe have interests which do not constitute a

4    financial interest within the meaning of 18 United States

5    Code 208(a) but which create the appearance of a conflict.

6          The agency has determined, not withstanding these

7    interests, that the interest of the government in their

8    participation outweighs the concern that the integrity of

9    the agency's programs and operations may be questioned.

10   Therefore, Drs. Nissen, Pina, Williams and Wolfe may

11   participate in today's discussion of Celebrex.

12         With respect to FDA's invited guest expert, there

13   are reported interests which we believe should be made

14   public to allow participants to objectively evaluate his

15   comments.  Dr. Byron Cryer would like to disclose that, in

16   1997, he received a research grant from Merck to conduct a

17   small clinical study on rofecoxib.  He has received

18   consulting and speaker fees from G.D. Searle, Pfizer and

19   Merck for work on celecoxib and rofecoxib.  Additionally, he

20   has previously been a consultant for SmithKline Beecham and

21   Ortho McNeil.

22         In the event that the discussions involve any

23   other products or firms not already on the agenda for which

24   an FDA participant has a financial interest, the

25   participants are aware of the need to exclude themselves

6

1   from such involvement and their exclusion will be noted for

2   the record.

3          With respect to all participants, we ask, in the

4   interest of fairness, that they address any current or

5   previous financial involvement with any firm whose products

6   they may wish to comment upon.

7          I might add that the waiver criteria can be found

8   at the FDA's site on the Web.  I won't quote the law.  That

9   is too long.

10          DR. HARRIS:  Thank you.

11          We can now begin with our introductions.  I will

12   start on my left with Dr. Cryer.  If you can give your name

13   and where you are associated

14          DR. CRYER:  Byron Cryer, University of Texas,

15   Southwestern Medical School, Dallas, Texas.

16          DR. WOLFE:  Michael Wolfe, Boston University

17   School of Medicine, Boston, Massachusetts.

18          DR. PINA:  Ileana Pina, Case Western Reserve

19   University, Cleveland, Ohio, Cardiology.

20          DR. NISSEN:  Steven Nissen, Cardiologist,

21   Cleveland Clinic, Cleveland, Ohio.

22          MS. McBRAIR:  Wendy McBrair, Southern New Jersey

23   Regional Arthritis Center at Virtua Health in New Jersey.

24          DR. WOFSY:  David Wofsy, University of California,

25   San Francisco, Rheumatology.

1          DR. CALLAHAN:  Lee Callahan, University of North

2    Carolina, Chapel Hill, Department of Orthopedics.

3          DR. HARRIS:  I repeat that I am Nigel Harris,

4    Morehouse School of Medicine, and Dean, Senior Vice

5    President for Academic Affairs.  And I should add, a

6    rheumatologist.

7          MS. REEDY:  Kathleen Reedy, Food and Drug

8    Administration, Advisory and Consultants Staff.

9          DR. WILLIAMS:  James Williams, University of Utah,

10   Rheumatology.

11         DR. SAMPSON:  Allan Sampson, Department of

12   Statistics, University of Pittsburgh and currently on

13   sabbatical as a visiting scholar, Department of Family

14   Preventive Medicine, University of California at San Diego.

15         DR. ELASHOFF:  Janet Elashoff, Biostatistics,

16   Cedars-Sinai Medical Center and UCLA.

17         DR. HARRELL:  Frank Harrell, Biostatistics,

18   University of Virginia School of Medicine.  I am a

19   Consultant to CDER Biostatistics.

20         DR. WITTER:  Jim Witter from the FDA.

21         DR. GOLDFIND:  Larry Goldfind, FDA.

22         DR. BULL:  Jonca Bull, FDA.

23         DR. DeLAP:  Robert DeLap, FDA.

24         DR. HARRIS:  Thank you.

25         We will now hear from Dr. Jonca Bull who will give

8

1    welcome and introduction.

2                    Welcome and Introduction

3            DR. BULL:  First of all, welcome.  Thank you very

4    much to our committee for coming here this morning.  Please

5    know how much we appreciate your willingness to share your

6    time and your intellect to assist us in our deliberations on

7    these important topics over the next two days.

8            Can we ever know enough about the safety of a

9    drug?  Can we ever know enough about the safety of drugs

10   that have had widespread acceptance in the marketplace where

11   rare events can become numerically significant numbers.

12           We are here today as part of a continuum of

13   discussion on the safety profiles of two drugs that were

14   approved in 1999 and that have literally had, I think, one

15   of the most--as, I think, an article in USA Today asserted,

16   some of the most successful launches of drugs in U.S.

17   pharmaceutical history.

18           We ask that you deliberate carefully, think

19   broadly and, again, welcome.

20           I would like to introduce Dr. Jim Witter who will

21   be providing for you a regulatory and scientific background

22   in the issues that we will be discussing over the next two

23   days.  Thank you.

24           MS. REEDY:  I might comment that our podium is in

25   this position for electronic reasons.  We apologize for any

1    inconvenience.

2                 Regulatory and Scientific Background

3                 DR. WITTER:  Good morning.

4                 [Slide.]

5                 I would like to thank, especially the members of

6    the advisory committee, for taking time from their busy

7    schedules to be here.

8                 The discussion for the next two days, then, will

9    focus primarily on the question of whether Cox-2 agents, as

10   currently recognized by the division, are safer than Cox-2

11   nonselective agents, commonly called nonsteroidal

12   antiinflammatory drugs or NSAIDs.  In fact, some discussion

13   will focus on whether these Cox-2 agents were studied at 2X

14   dose and, if so, whether these superphysiologic doses are

15   safer than NSAIDs at their conventional doses.

16               To help address the various aspects of safety,

17   large and simple trials were conducted by both sponsors.

18   The division is aware that it is not often that meetings to

19   discuss issues of safety postapproval are discussions of

20   improved safety.  More often, it is, in fact, the opposite.

21   So this is going to be a welcome discussion for the next two

22   days.

23               [Slide.]

24               We thought it would be useful to set this in

25   context.  There is a rich history in this area and so we

1    thought a few minutes to set aside to put that in some kind

2    of--put this meeting in context would be useful.

3            As we know, acetylsalicylate, also known as

4    aspirin, was first synthesized and sold in 1899.  About

5    forty years later, there was the first evidence by endoscopy

6    that this compound could damage the upper GI tract.  About

7    30 years or so later, we started seeing the new safer NSAIDs

8    being developed and approved.

9            In 1992 was the first widely held idea that Cox-2

10   was discovered, that, in fact, there was yet another target

11   for these enzymes.  Before that time, we thought there was

12   just a single target.  In 1998, we had the first advisory

13   committee for the first Cox-2 and it was approved in that

14   year.  Today, we are discussing the first large and simple

15   safety trials.

16           [Slide.]

17           The FDA has also been involved with the help of

18   the commit

19   tee, as today, for quite a while.  Back in December of 1986,

20   we discussed the databases that went into the formulation of

21   the GI paragraph.  In October of 1995, there was a series of

22   two-day meetings where we discussed the revision of the

23   NSAID class label and also had a citizen petition for the

24   removal of peroxicam from the marketplace.

25           In March of 1998, we had, before the approval of

11

1    any of these compounds, a meeting to discuss some of the

2    safety issues that we felt were emerging with these

3    particular compounds.  As said before, in December of 1998,

4    we had the advisory committee for Celebrex followed shortly

5    thereafter, in April of 1999, by the advisory committee for

6    the approval of Vioxx and then today and tomorrow, again,

7    the long-term safety studies with these compounds.

8            [Slide.]

9            As mentioned, and what I will do is use the

10   previous slide as kind of the focus for the rest of the

11   talk, the GI paragraph, as it exists, points out to us that

12   there are serious GI toxicities associated with these

13   compounds and they can occur both with and without warning

14   to the patients.

15           Only one in five, or about 20 percent, who develop

16   these serious upper GI events, have any kind of warning

17   symptoms.  The GI paragraph notes that patients at risk

18   include those who have a history of prior ulcer or a bleed,

19   are older, are on certain medications or who are in poor

20   health.

21           It notes that these trends basically continue and

22   that the best way to minimize the risk is to use the lowest

23   dose for the shortest period of time.

24           [Slide.]

25           The events that are referred to are often referred

12

1    to as clinically relevant events in terms of the upper GI

2    tract and, as stated, again in the GI template and the GI

3    paragraph, it has been demonstrated that upper GI ulcers,

4    gross bleeding or perforation caused by NSAIDs appear in

5    approximately 1 percent of patients treated for three to six

6    months and in about 2 to 4 percent of the patients treated

7    for one year.

8              In fact, estimates from the ARAMIS database note

9    that NSAID-induced gastropathy may result in 107,000

10   hospitalizations and 16,500 deaths on an annual basis.

11             [Slide.]

12             So NSAIDs have a certain safety toxicity profile

13   which we have become familiar with.  As I have indicated,

14   they are both dose and duration dependent and they involve a

15   variety of organ systems and are reported to us as adverse

16   events, either mild, moderate or severe, as serious adverse

17   events or as deaths.

18             [Slide.]

19             The NSAID template, then, is a more general

20   structure for how we write these labels for NSAIDs.  It

21   describes, among other things, precautions, warnings and

22   adverse reactions involving, as we just discussed, the GI

23   tract, but also the liver, the kidney.  It describes

24   anaphylactoid reactions, immunologic effects, effects on

25   skin and others.

13

1            [Slide.]

2            The template, in terms of the liver, notes the

3    metabolic effects of hepatic insufficiency.  It notes

4    elevations of the enzymes and sometimes, in 1 percent of the

5    cases, it notes that these can occur up to three times the

6    upper limit of normal.  It also points out that there are

7    rare cases of severe reactions involving jaundice, fulminant

8    hepatitis, liver necrosis and hepatic failure and, in fact,

9    some of these can be fatal.

10           [Slide.]

11           It notes, in terms of the kidney, that there are

12   certain pharmacodynamic effects of renal failure or

13   dehydration, that these compounds can have effects on blood

14   pressure, particularly with regards to hypertension, that

15   these compounds, NSAIDs, can cause fluid retention and edema

16   in some settings and can be associated, again, with severe

17   reactions such as renal papillary necrosis, interstitial

18   nephritis and renal failure.

19           [Slide.]

20           In terms of skin, the template notes that there

21   are reactions such as photosensitivity, urticaria and severe

22   reactions including Stevens-Johnson syndrome, toxic

23   epidermic necrolysis and erythema multiforme which, again,

24   can be fatal.

25           [Slide.]

14

1           For the safety risks, what are the benefits.  The

2   efficacy of NSAIDs can be summarized as follows.  For OA,

3   they have been indicated for the treatment of

4   osteoarthritis.  This is for the signs and symptoms, not for

5   structure or disability as it currently exists in the draft

6   OA guidance document.

7           NSAIDS are also indicated for the treatment of

8   rheumatoid arthritis, again for the signs and symptoms not

9   for structure or improvement in function or remission claims

10  as exist in the current RA guidance document.  They are

11  indicated for acute pain and dysmenorrhea as well as other

12  indications such as ankylosing spondylitis, gout, among

13  others.

14          [Slide.]

15          As indicated, there has always been a lot of hope

16  surrounding the Cox-2 field.  In fact, in the Wall Street

17  Journal, in '96--this has been shown before at a prior

18  meeting--it was thought that these compounds could not only

19  ease pain but actually slow the disease's debilitating

20  progression.  So there has always been a lot of excitement.

21          As indicated, we had a meeting before approval of

22  any of these compounds back in March of 1998.  Primarily, it

23  was to discuss the safety issues and what we were hoping

24  would be the approved safety profile of these types of

25  compounds.  And then, as now, we presented to our committee

15

1  certain questions.

2       For example, we asked them to comment about the
3  degree to which endoscopic studies can distinguish between
4  the currently available NSAIDs and the degree of correlation
5  with clinical outcomes.  Some of the comments at that time
6  were that endoscopic studies were generally underpowered to

7  answer these questions we had posed, that the measurable--in
8  this case the endoscopic--might drive out the important--in
9  this case, the clinical outcomes.

10      There was a discussion about the role of endoscopy
11  as a surrogate--how it might turn out to be for the long-

12  term outcomes of interest.

13      [Slide.]

14      We, at that meeting, discussed, then, in terms of
15  the GI warning, what kind of changes might be effected with
16  the Cox-2 agents.  We discussed, for example, would removal

17  require the concept of equivalence to placebo, which would
18  have to be mutually defined and agreed to, or, if we could
19  be discussing a major revision, what would that include; for
20  example, substantial reproducible evidence of superiority
21  over NSAIDs and that would include, undoubtedly, endoscopic

22  and clinical endpoints.

23      The discussion was how many NSAIDs would it take.
24  Would it take three?  And we would have to obviously agree
25  on which NSAIDs we decided to study.

1          [Slide.]

2          At that meeting, we also discussed the importance

3    of words--for example, the idea of being equivalent to

4    placebo.  We had a rather lengthy discussion about saying

5    that two treatments are similar does not necessarily mean

6    that they are the same.  From a statistical standpoint,

7    failing to show a difference is not showing equivalence.  In

8    fact, equivalence requires that the hypothesis, treatment X

9    and Y are different, be rejected in a trial designed

10   specifically for that purpose.  And we talked about that.

11         [Slide.]

12         We also talked about whether we could best view

13   the potential safety advantage of Cox-2 agents on a

14   mechanistically based origin.  For example, on one extreme

15   where Cox-2 was felt not to be present in the platelets, we

16   would have one result.  On the other hand, where Cox-2 was

17   present, such as in kidney, we would have yet an opposite

18   result.

19         It was clear to us that this field was evolving

20   rapidly and targets were appearing where they initially

21   hadn't been found.  So we might then be in a position where

22   Cox-2 may be present in some situations and it may not be

23   present in other situations.  The stomach may be an example

24   of that and we might, then, get an intermediate result.

25         [Slide.]

1          If then, again at this meeting, discussing if the

2     Cox-2 agents were different, were they, in fact,

3     representatives of a different class.  And we discussed how

4     many agents it would take to define that class.  We were

5     curious, in terms of how more potent inhibitors, if they

6     were to be developed, how they might fit into this scheme.

7          We, again, discussed the label, whether we would

8     revise the current NSAIDs template or, in fact, write an

9     entirely new label, depending on the data.  There was always

10    the question of, in these trials, whenever we were

11    discussing results, how many of the results were actually

12    testing the drug, the theory of how the drug should be

13    working, or a combination of both.

14         [Slide.]

15         We always had an eye to the future, wondering

16    about other indications.  For example, as I alluded to

17    earlier, any kind of structural modification, OA or RA.  We

18    had been hearing about prophylaxis for colon cancer and we

19    had also been hearing about prophylaxis of Alzheimer's

20    disease.

21         We were certainly aware, and would not have been

22    surprised, if we would have seen some unique adverse events

23    associated with these particular compounds.  Of course, we

24    were very interested in the safety and efficacy in children

25    because NSAIDs had typically not been studied in an

18

1    organized fashion.

2            [Slide.]

3            In December, then, at the end of 1998, celecoxib,

4    or Celebrex, was submitted and discussed. It was, as I have

5    indicated at the bottom there, a large submission, lots of

6    information. From that information, we were able to glean

7    the following.

8            [Slide.]

9            In terms of OA, Celebrex was found to be at doses

10   from 100 to 200 milligrams BID more effective than placebo.

11   However, it did not appear that there was any obvious

12   efficacy advantage of the 200 milligram BID dosing and it

13   appeared that 100 milligrams BID was about the same as 200

14   milligrams on a daily basis.

15           The efficacy, in terms of the treatment for OA,

16   was comparable to naproxen at 500 milligrams BID and we

17   noted, in the long-term safety trials that were part of the

18   NDA, that most patients, in this case, about 70 percent,

19   increased their dose in the open-label experience and this

20   has been known in the literature as the dose creep.

21           [Slide.]

22           In the NDA, then, for Celebrex, it was also

23   indicated for treatment of RA, at doses from 100 to

24   400 milligrams BID, found to be more effective than placebo.

25   There was no obvious, again, efficacy advantage of going up

19

1    to the higher dose of 400 milligrams BID, though.   Once

2    more, comparable to naproxen at 500 milligrams BID and,

3    again, we noted that, in the open-label experience, about

4    70 percent of patients increased their dose, again an

5    example of the dose-creeping phenomenon.

6            [Slide.]

7            The NDA did not allow us to give the indication

8    for treatment of acute pain and dysmenorrhea.

9            [Slide.]

10           So we discussed, at that time, the Cox-2

11   hypothesis and wondered how Celecoxib would fare against

12   that.   It was really a representative of that, particularly

13   as we discussed efficacy because, as indicated, the

14   analgesic efficacy appeared to be less than NSAIDs for acute

15   pain.   So we wondered if the problem was really with the

16   models that were selected in the particular NDA.

17           We wondered if it was due to the nature of acute

18   versus chronic pain and did this have something to do with

19   the induction of Cox-2, or we wondered whether this was

20   related to the potency or selectivity of celecoxib, among

21   other reasons.

22           We also discussed that, in these studies, there

23   didn't any obvious efficacy advantage compared to NSAIDs for

24   OA and RA, but we wondered what would happen in long-term

25   trials.

1          [Slide.]

2          Then, as indicated later on, the NDA for Vioxx was

3  submitted and, in there, was sufficient information for

4  labeling for OA and it was found that, at doses of 12.5 and

5  25 milligrams on a daily basis were better than placebo.

6          Once more, there didn't appear to be any obvious

7  efficacy advantage of the higher dose at 25 milligrams

8  daily.  The efficacy was found to be comparable to ibuprofen

9  at 800 milligrams TID and diclofenac 50 milligrams TID and

10 there was no information for us to get any idea of what

11 would happen in an open-label experience.

12          [Slide.]

13          For RA, there was no data submitted in the NDA.

14          [Slide.]

15          For pain, Vioxx was indicated for acute pain and

16 dysmenorrhea at doses of 50 milligrams daily and, in five-

17 day studies, was found to be more effective than placebo.

18          [Slide.]

19          So, at this point in time, it appears that, in

20 terms of efficacy for COX-2 agents like NSAIDS, they are

21 indicated for the treatment of signs and symptoms of

22 osteoarthritis.  This is both, again, for Celebrex and

23 Vioxx.  They are indicated for the treatment of rheumatoid

24 arthritis, and this is only for Celebrex, at what is now

25 called the 'x' dose.

1          They are indicated for the treatment of acute pain

2     and dysmenorrhea.  This is only for Vioxx.  They are

3     indicated also for the treatment of a rare form of cancer

4     known as familial adenometous polyposis, or FAP.  This is

5     only for Celebrex and this is now at what we call the 2X

6     dose as adjunctive therapy in this particular condition.

7          [Slide.]

8          So, despite their long history of usage, no NSAID

9     has been tested in a large and simple long-term safety trial

10    at doses exceeding the upper limit of the approved labeling

11    in arthritis, particularly at the 2X dose.  So we are really

12    going into uncharted waters here.  Again, we are always

13    looking to the future.

14          Thank you.

15          DR. HARRIS:  Thank you very much, Dr. Witter.  We

16    will have a discussion this afternoon.  We are going to

17    limit any questions the committee might have to just

18    clarification, or whether or not there is any clarification

19    required with respect to Dr. Witter's presentation.

20          Seeing none, we will move to the next item on the

21    agenda and that will the presentation by G.D. Searle and

22    Company.  Dr. Philip Needleman will introduce.

23          G.D. Searle and Company Presentation

24                      Introduction

25          DR. NEEDLEMAN:  Thank you very much.  Good

22

1    morning.

2          [Slide.]

3          We have been asked by the agency to continue to

4    extend the tutorial points about some aspects of the history

5    and discovery of COX-2 inhibitors and set a context for

6    today's review.

7          [Slide.]

8          This will be the agenda that we will proceed

9    under.  I will start with the introductory remarks.  I am

10   the chief scientist of Pharmacia and the Chairman of

11   Research and Development.

12         [Slide.]

13         In 1990, based on our discoveries, we discovered

14   the existence of a novel isoform of cyclooxygenase, the

15   enzyme that produces prostaglandin.  We discovered that the

16   newly produced enzyme was intimately associated with

17   inflammation and pain and swelling.

18         So we set forth this hypothesis that said that

19   there were two enzymes.  One was a housekeeping enzyme, a

20   constituent of one, which maintained a physiological

21   function, and those functions were especially prominent in

22   gastrointestinal tissue where the prostaglandin was involved

23   in the synthesis of mucus which protects the stomach and

24   intestine from acid and enzymes.  it was also especially

25   present as an enzyme in platelets, and that was COX-1.

23

1          We further hypothesized that all existing NSAIDs,

2    aspirin-like drugs, were nonselective and inhibited both

3    enzymes, and indeed these are potent agents and their

4    mechanism of action was the treatment of prostaglandins

5    produced at the site of inflammation.

6          Their problem and limitation was they also

7    produced mechanism-based side effects by blocking

8    prostaglandins especially in the gastrointestinal tract and

9    in platelets.

10          This hypothesis was the primary drive of our

11    enormous effort to seek out, and what eventually led to, the

12    discovery of celecoxib Celebrex to achieve the efficacy of

13    NSAIDs, but with a far superior GI profile.

14          [Slide.]

15          Now, in the 1998 NDA, we established that here a

16    dose response curve in rheumatoid arthritis patients was

17    fully equivalent in efficacy to the widely used naproxen

18    without evidence of endoscopic damage here being similar

19    through 400 mg BID to placebo, but statistically well less

20    than the 25 percent incidence of endoscopic ulcers induced

21    with naproxen and all the other NSAIDs.

22          [Slide.]

23          So, for a perspective, as you just heard, it was

24    reviewed in December of '98 and approved by the end of

25    December 1998, and it was based on its demonstrated

24

1   endoscopic upper GI safety compared to conventional NSAIDs.

2         For the context which you just heard, endoscopy

3   was regarded as a surrogate, so indeed the warning labels

4   for Celebrex reflected that NSAID template.  So, this large,

5   well-designed trial was designed to achieve really greatly

6   expanded and clinically meaningful GI safety with the design

7   intended to go for differentiation of that warning label

8   based on the superior safety of Celebrex versus NSAID.

9         [Slide.]

10         Now, the class trial's primary objective was the

11   GI safety, but inherently we will able to comment on the

12   systems you saw reviewed - the renal, the cardiovascular,

13   and so on.

14         This proved to be a quite complicated and rigorous

15   trial.  We chose and worked actively at all stages of this

16   to frequently interact and collaborate with the agency, and

17   we designed a trial that really followed the practice of

18   medicine, so we enrolled both OA patients and RA patients,

19   we used multiple NSAIDs, and we allowed cardiovascular use

20   of low-dose aspirin because this age population in practice

21   was using these for cardioprotection.

22         We used two NSAIDs, agreeing with the agency that

23   we should include ibuprofen because it was regarded as a

24   safer NSAID, and so we wanted two NSAIDs and really to

25   compare to the one that had the higher safety.

1          Furthermore, as you heard, kind of in an

2    unprecedented way, we used a dose that was 2X the maximum

3    dose in rheumatoid arthritis and was actually 4 times the

4    dose, the maximally achieved dose used for Celebrex in

5    arthritis, but we compared that with the commonly used

6    doses, not even the maximum doses, of the ibuprofen and the

7    diclofenac.  So, it was an exaggerated trial to really see

8    the scope of the GI safety and have a long term sense of

9    their utility and their improved potential.

10          [Slide.]

11          So, in the context that we were asked by the

12   agency to then say, okay, what do you know in 2001 about the

13   COX-2 hypothesis that you didn't know in 1990 and really

14   started the large program.

15          Well, the bulk of the information is fundamentally

16   the same.  Indeed, there are two enzymes.  It is clear in

17   COX-1 that it is restricted to the stomach, the intestine.

18   In the kidney it maintains renal blood flow.  The platelets

19   are only COX-1, and platelets are cells that don't have a

20   nucleus, so if you use an aspirin-like drug, you will

21   irreversibly block that COX-1.  NSAIDs, all NSAIDs hit COX-

22   1, as well as COX-2, but those are transient inhibition.

23          It also became clear, and we were asked to talk

24   about this role of COX's in platelets and endothelium.  The

25   endothelial cells and the blood vessels, smooth muscle cells

26

1    are all normally constituents of COX-1.  Their product is

2    PGI2.

3           Now, on the COX-2 side, indeed, inflammation of

4    all sorts is associated with COX-2 expression, and it is an

5    enzyme that is induced and it is not normally there.  We now

6    know that nearly every epithelial tumor expressed COX-2, in

7    precancerous steps, at cancerous, and in metastatic stages,

8    and as Jim Witter showed you, we achieved approval of the

9    pretreatment of a regression of precancerous polyps, the

10   familial adenoma polyposis, and large trials are underway in

11   colon cancer and other cancers.

12          It is now clear in the next three that COX-2 also

13   exists in the physiological maintenance especially in some

14   species of kidney function.  It is present constituitively

15   in the central nervous system, and it plays a large role in

16   female reproduction.

17          Finally, endothelium has inducible enzymes and in

18   certain kinds of treatments, there can be some induction of

19   COX-2.  So, then this is the setting for the CLASS trial

20   where you have that large database to look back to see did

21   you unmask unique side effects.

22          [Slide.]

23          The CLASS trial then definitely will allow us to

24   shed light on the roles of COX-1 and COX-2 on the GI events

25   and actually on the blood loss which we think also reflects

1   GI events.

2           We have data to really possibly comment about the

3   implications of low dose aspirin, because in the end now we

4   have a large prospective trial with a large database about

5   low dose aspirin, and could at least comment about the

6   possible issues about cardiovascular, renal, and thrombotic

7   events.

8           What this trial won't add to is this is largely an

9   aged population, so there won't be evidence about female

10  reproduction.  A CNS trial has completely different

11  parameters and endpoints, and wasn't doable, and again, the

12  cancer trials are completely different trials, and the long

13  term trials are three years in treatment.  So, we can

14  comment in these two areas.

15          [Slide.]

16          We were asked to talk about--and it is an

17  important point--about then the use of low dose aspirin, so

18  we are talking about 325 milligrams or less.  Aspirin,

19  because it is capable of acetylating a serine in the active

20  side of cyclooxygenase, irreversibly inhibits that enzyme

21  and platelets lacking the nucleus can never reconstitute new

22  enzyme, so one dose of aspirin permanently wipes out

23  platelets.  That is by blocking the cyclooxygenase which

24  makes thromboxin, which is the aggregator constrictor

25  substance.  Similarly, that is the mechanism basis of the

28

1    increase in bleeding potential.

2         So, in '98 when this was approved, I think there

3    were 18 or 20 NSAIDs proved to be nonspecific, very potent

4    on COX-2, very potent on COX-1.  All NSAIDs transiently

5    inhibit platelet COX-1 and the thromboxane production, and

6    there is no difference if it's ibuprofen, diclofenac, or

7    naproxen.

8         Now, aspirin also has the property of being a

9    direct irritant and damaging the GI mucosa.  Importantly, in

10   a recent New England Journal of Medicine paper--and there is

11   a number of important papers--low dose aspirin, this 325

12   milligrams or less, shows the increased risk of GI ulcer

13   complications on its own.

14        So, with this context, we could take a look and

15   see what the CLASS data says about the GI side effects of

16   aspirin.

17        [Slide.]

18        Now, in the renal system, it is clear now because

19   you have the cDNA probes and the antibodies that both

20   isoforms are expressed constituitively, that is, it is

21   normally there and is turned on inactive.

22        The confusion starts to occur when you look at the

23   anatomical distribution of the enzyme.  The most studies

24   were in rat especially and in dog where there was high

25   expression in the kidney at the sites of renin production,

1    and indeed you can see COX-2 effects.  On the other hand,

2    primates and humans don't have expression in the same site,

3    so that is not so clear.

4            The database did not distinguish between Celebrex

5    and NSAIDs, so in terms of increased edema, both Celebrex

6    and NSAID had a response, but Celebrex did not exhibit a

7    dose-dependent increase in that response.

8            [Slide.]

9            Importantly, we were asked about the

10   cardiovascular and thrombosis.  As you know, low dose

11   aspirin is especially used in the treatment, in the

12   secondary prevention of myocardial infarction, and this

13   mechanism-based response is due to the irreversible

14   inhibition of the platelet COX-1 to block thromboxin.

15           So, there is clear and substantial evidence that

16   low dose aspirin is a benefit during an acute myocardial

17   infarction, during unstable angina, and clearly a benefit in

18   the secondary prevention of myocardial infarction.

19           In terms of primary prevention, it is a marginal

20   case and there is no clear demonstration anywhere near as

21   clear as the secondary prevention.

22           Now, in that context, we will remind you that

23   blood vessel smooth muscle and endothelium produces

24   prostacycline PGI2 predominantly from COX-1.  That is the

25   opposite of thromboxane in the platelet which causes

30

1    aggregation.  PGI2 is anti-aggregatory and vasodilate.

2            Now, it is normally only COX-1, but part of the

3    issue with that could be turned on there, so you are

4    thinking about the site of interaction in blood vessels of

5    platelet and endothelium.

6            What you have to remember, though, is the

7    endothelium makes continuously prodigious amounts of nitric

8    oxide which in its own right is a very potent antithrombotic

9    and is a potent vasodilator, and nitric oxide sensates in

10   blood vessel is not inhibited by NSAIDs or COX-2.  So, the

11   aspirin story or NSAID story doesn't affect the endothelial

12   nitric oxide.

13           [Slide.]

14           Now, to illustrate the doses in patients that were

15   COX-2 selective, from the NDA I could show you data on

16   platelet aggregation, so this is platelets removed from

17   patients and treated with arachidonic or other stimuli to

18   measure aggregation.

19           You see placebo in the white bar.  Here, we went

20   to 600 mg twice a day, well above even the exaggerated dose

21   we used in this CLASS study, and you see no inhibition of

22   platelet aggregation.  Here, you see inhibition by

23   diclofenac, and you can show full-range dose response curves

24   through the 1,200 mg, and it is COX-2 selective dose without

25   inhibition of COX-1.

1          [Slide.]

2          Now, that is pertinent and the reason this is a

3   question at all is this data was published by McAdams, it is

4   from the Garrett Fitzgerald data in which they looked at

5   human urinary PGI2 metabolites, PGIM, and looked at placebo,

6   does of Celebrex that were COX-2 selective and didn't affect

7   COX-1, and looked at doses of ibuprofen.

8          What you see is a suppression of these PGI

9   metabolites.  Since that was a dose that was COX-2

10  selective, that suggested that there was some COX-2

11  generated PGI2.  Now, we don't know if that is from the

12  epithelium because it is urine, but then this is the basis

13  of the hypothetical consideration.

14         [Slide.]

15         So, the question is, is that PGI2 inhibiting

16  platelet aggregation, and this work suggests if it was

17  endothelial, which we couldn't tell, that you would be

18  affecting that PGI2 and endothelium.

19         [Slide.]

20         So, here is a cartoon of their hypothesis.  If

21  thrombosis is on this balance beam, it is the platelet COX-1

22  that is causing aggregation, and it could theoretically be

23  the prostacycline, PGI2, made in the endothelial cell.

24         Since NSAIDs would block both, the beam would stay

25  balanced and there would be no effect on thrombosis,

32

1    however, if COX-2 inhibitors were around, you would suppress

2    this, thromboxane could be dominant, and you would have the

3    potential for the risk of a thrombotic event.

4            So, if the hypothesis is correct--and remember by

5    and large endothelial cells still are predominantly COX-1,

6    if it is correct, then, the expected effect of COX-2

7    inhibitors would be similar to patients not taking the low

8    dose aspirin in an at-risk population.

9            [Slide.]

10           So, what about the CLASS data?  What can we say

11   about the potential for assessing the risk?   The

12   cardiovascular benefit of aspirin--and now here we are even

13   talking about the secondary prevention because there is no

14   case for primary prevention--the question was the ability of

15   aspirin to reduce the primary event or, similarly, what is

16   the ability of a COX-2 inhibitor to cause a cardiovascular

17   event.

18           If you look at something like Physicians Health

19   Study, the sample size required would be greater than 20,000

20   patients for five years to find the event.  So, therefore,

21   the CLASS trial, we had 8,000 patients, but only 4,000

22   patients on Celebrex, was never large enough to detect such

23   a small cardiovascular event due to COX-2 inhibition of

24   endothelial cells.

25           In other words, with this sample size, you can't

1    show a mechanism-based event, a cardiovascular event.

2    However, the CLASS trial was large enough for general

3    cardiovascular safety and renal safety, or in other words,

4    if you would see a thrombotic event with this small of a

5    trial, it can't be mechanism based, it would have to be

6    molecule based because the trial is inadequate in size.

7         [Slide.]

8         So, in summary, and what we will review with you

9    today, is we feel that there a preponderance of clinical

10   data which exhibits the safety of COX-2 inhibition and

11   Celebrex compared to NSAIDs which would warrant the change

12   of the NSAID platelet.

13        That is built on now this continuum of data,

14   started with the endoscopy of nearly 5,000 patients in the

15   NDA, it's this 8,000 patient trial with evaluation of ulcers

16   and complications in the CLASS trial, and it's this very

17   large postmarketing surveillance.

18        We looked at the exaggerated doses, the 2 to 4X of

19   the RA and OA dose, and in that trial, as you heard asked

20   before, there was no new safety signal even in this long-

21   term trial with the exaggerated dose, and we think that

22   Celebrex did not increase the thromboembolic events compared

23   to NSAID, and that was true both in the absence and the

24   presence of aspirin.

25        [Slide.]

1          So, with this as a setting, we will lay out the

2     context of the clinical trial and the data, and we will

3     start with Dr. Steven Geis.

4          UGI Safety Profile of NSAIDs and Celecoxib:

5                    Rationale for CLASS Study

6          DR. GEIS:   Good morning.

7          [Slide.]

8          In my presentation, I will review the history of

9     our understanding of NSAID-associated upper GI toxicity and

10    review the prospective trials that were used to evaluate the

11    upper GI toxicity of NSAIDs, and then finally discuss the

12    upper GI safety data on celecoxib that we had at the time of

13    the submission of the NDA.

14         [Slide.]

15         In reviewing the NSAID-associated upper GI

16    toxicity, I first want to review the various types of

17    toxicity that have been appreciate over the years, incidence

18    of this type of damage, and then to define who are the

19    patients at risk.

20         [Slide.]

21         Now, in the 1970s and 1980s when NSAIDs became

22    widely used to treat the approximately 44 million arthritis

23    patients in the U.S., physicians began to be aware that

24    patients were, in fact, developing side effects associated

25    with NSAIDs, and these were predominantly upper GI in

35

1    nature.

2            These included symptoms, but the symptoms also

3    evolved into symptomatic ulcers.  These ulcers, in turn,

4    could become complications, that is, the ulcers could bleed,

5    they could perforate, or, in fact, form outlet obstruction

6    in the stomach.

7            [Slide.]

8            Now, this slide shows the type of endoscopic

9    appearance of an ulcer that a patient might have had during

10   that time.  That is, the patient would have a symptom, the

11   clinician would perform an endoscopy and observe this type

12   of an ulcer which, in that terminology, is called a

13   symptomatic ulcer.

14           [Slide.]

15           In some cases, the ulcer was proximal to a blood

16   vessel and if the lesion progressed, the blood vessel could

17   be eroded and we would have a bleeding ulcer or an ulcer

18   complication.

19           [Slide.]

20           Also, the ulcers could erode completely through

21   the wall of the stomach or the intestine forming a

22   perforation, and as everyone can see from this type of

23   typical x-ray from a patient who has had a perforation, we

24   have free air under the diaphragm.

25           [Slide.]

1           So, as time progressed, clinicians became aware

2      that there was a spectrum of NSAID-related upper GI injury

3      which ranged from symptomatic ulcers and easily could form

4      an ulcer complication, the bleed or the perforation.

5           [Slide.]

6           Now as our understanding progressed, certain

7      acronyms and definitions began to evolve and develop and are

8      seen in the literature.  Over time, symptomatic ulcers,

9      perforations, and bleeds became referred to as PUBs,

10     whereas, perforations, outlet obstructions, and bleeds

11     became referred to as POBs.

12          In my presentation and those of my colleagues

13     today, we won't be using this terminology, we will be

14     referring to NSAID toxicity as symptomatic ulcers or ulcer

15     complications.

16          [Slide.]

17          To determine an understanding or to establish an

18     understanding of the magnitude of the problem, over the

19     years observational cohort and retrospective cohort or case

20     controlled studies were performed, and in these studies, the

21     investigators examined hospital records for diagnoses of

22     patients who had symptomatic ulcers or ulcer complications,

23     and then looked to see if there was an association with

24     NSAID use.  In this manner, they were able to establish what

25     is really the rate of these types of toxicities with NSAIDs.

1          [Slide.]

2              They found--and this was repeated by several

3      investigations, and as Dr. Witter pointed out--that it was

4      established that the overall incidence of the symptomatic

5      ulcers and the ulcer complications was on the order of 2 to

6      4 percent per year.  These retrospective analyses also gave

7      us evidence that some of the ulcer complications were

8      symptomatic, but also some of them were not symptomatic,

9      that is, there was no heralding symptom prior to the actual

10     bleeding or the perforation taking place.

11             It really depends upon what study you read what is

12     the percentage of these types of toxicities that are

13     actually asymptomatic complications, and it can range

14     anywhere as low as 10 percent up to 60 percent depending

15     upon the study.

16             The retrospective studies also allowed us to look

17     at what is the background rate of this type of toxicity in

18     patients not using NSAIDs.

19             [Slide.]

20             As we see here from the work of Dr. Singh and Dr.

21     Perez-Gutthan, that in NSAID users indeed the incidence of

22     ulcer complications by their studies was on the order of

23     about 1.3 to 1.7 percent per year, but in non-NSAID users

24     the rate was about 6-fold lower, on the order of about .03

25     percent per year, so we knew there was a background rate,

1   and in NSAID users, these very serious complications

2   occurred about 7 times more frequently.

3          [Slide.]

4          Also, investigators were able to estimate what was

5   the mortality due to the GI toxicity of NSAIDs, and here we

6   show the Aramis database, as well as the Tennessee Medicaid

7   database.  The Aramis database predicted that the number of

8   deaths in the U.S. due to NSAID GI toxicity was about 1.3

9   per 1,000 patient years, and then estimating that based on

10  13 million patient years of exposure in the U.S., this would

11  equate to approximately 16,500 deaths per year in the U.S.

12  alone due to NSAID GI toxicity.

13         In the Tennessee Medicaid database, they estimated

14  that in the elderly, defined as 65 years of age or older,

15  that the rate of death due to NSAID GI toxicity was about

16  1.4 per 1,000 patient years.  Estimating the patient years

17  of exposure in the elderly of about 2 million, they

18  estimated that there is about 3,300 deaths in the U.S. in

19  the elderly due to NSAID toxicity.

20         [Slide.]

21         The retrospective studies also gave us an idea of

22  who are the patients at risk of such problems.  Although

23  there were many risk factors identified, those which

24  consistently were the most correlated with the complications

25  were increasing age, a history of an ulcer or GI bleeding,

1      the dose of the NSAID, and the duration of the NSAID use, as

2      well as the use of low dose aspirin.

3              [Slide.]

4              This slide shows the work of Perez-Gutthan, which

5      shows the odds ratios for ulcer complications as a function

6      of age.  What we see is in females and in males, that with

7      increasing age, in patients not taking NSAIDs, there is an

8      increased rate of developing or an increased risk of

9      developing an ulcer complication.  However, in the NSAID

10     users, that rate is about 5 times higher in all age groups.

11     So, although there is a correlation between age and the

12     likelihood of developing a complication, even the young

13     patients are on NSAIDs are at risk of developing a

14     complication.

15             [Slide.]

16             Here, we show the work of Dr. Weil which looked at

17     the risk of upper GI bleeding related to prophylactic

18     aspirin use.  The odds ratio ranged from 2 to 4 at doses of

19     75 mg to 300 mg, all of which are considered prophylactic

20     doses of aspirin.

21             [Slide.]

22             The work of Henry looked at the risk of upper GI

23     bleeding of various types of NSAIDs.  In this work, they

24     used ibuprofen as the reference NSAID, so if you will, they

25     considered ibuprofen to be the safest although we know that,

40

1    in fact, is not the case.

2              Nevertheless, using that as the reference, they

3    found that the risk of upper GI bleeding with all the NSAIDs

4    was high and was certainly statistically higher than that

5    seen with ibuprofen based on this study.

6              [Slide.]

7              So, in conclusion, based on the retrospective

8    studies that were conducted and the observations made by

9    investigators, it was found that symptomatic ulcers and

10   ulcer complications really are on a continuum of GI

11   toxicity, all NSAIDs are associated with this type of

12   toxicity, and approximately 16,500 deaths occur per year in

13   the U.S. due to NSAID toxicity.

14             [Slide.]

15             Now, I would like to look at the prospective

16   trials that evaluated NSAID upper GI safety, looking at the

17   endpoints of endoscopic ulcers and the one study that used

18   ulcer complications as an endpoint.

19             [Slide.]

20             Now, if we can refer back to the definitions once

21   more, so we now have symptomatic ulcers and endoscopic

22   ulcers.  Symptomatic ulcers are a form of upper GI toxicity

23   encountered in clinical practice, and these are identified

24   by a "for cause" endoscopy.

25             On the other hand, endoscopic ulcers are measures

1    of GI toxicity in clinical investigations, and these are

2    identified by a scheduled endoscopy in the course of a

3    clinical trial.

4              [Slide.]

5              The endoscopic ulcer studies really confirmed what

6    we observed in our retrospective assessments, so here we

7    show the prevalence of endoscopic upper GI ulcers for

8    various NSAIDs, and what is seen is that all NSAIDs were

9    associated with upper GI ulceration at a rate of about 20 to

10   30 percent.

11             This work was confirmed by a variety of

12   investigators who did similar types of endoscopic studies

13   and found that NSAIDs produce a point prevalence of ulcers

14   in the stomach and the duodenum ranging anywhere from 5

15   percent up to as high as about 30 percent.

16             [Slide.]

17             The endoscopic studies also confirm the

18   relationship of GI toxicity with NSAIDs and age.  Here, we

19   show the work of Cheatum showing that the point prevalence

20   of ulcers as a function of age increases, but importantly,

21   even the younger patients in the range of 30 to 39 years old

22   did have a high incidence or a high point prevalence of

23   NSAIDs ulceration.

24             [Slide.]

25             As Dr. Witter pointed out, the question became:

1   Are endoscopic ulcers really surrogates of ulcer

2   complications?

3          [Slide.]

4          Actually, it seemed to make sense.  NSAIDs reduce

5   mucosa prostaglandins, and we know thereby causing ulcers.

6   Ulcers can result due to erosion through a vessel or erosion

7   through the wall of the stomach of the duodenum, and

8   bleeding perforation or outlet obstruction, but we couldn't

9   be sure that the endoscopic ulcers really did predict this.

10          Where we really found that to be true was in the

11   development program for misoprostol, which is a synthetic

12   prostaglandin, and based on this program, we were able to

13   show a relationship between endoscopic ulcer data and ulcer

14   complications.

15          [Slide.]

16          I would first like to show you the results of an

17   endoscopy trial using misoprostol.  This was a one-year

18   study in patients with osteoarthritis or rheumatoid

19   arthritis.

20          All patients were endoscoped at baseline and then

21   endoscoped at various points during the trial.  Half the

22   patients received an NSAID plus placebo, whereas, the other

23   patients received the NSAID plus the synthetic

24   prostaglandin.

25          [Slide.]

43

1           This slide shows the results of that study.  Over

2    a one-year period, the incidence of ulcers in patients who

3    received the NSAID plus placebo was about 30 percent.  The

4    patients who received the NSAID plus the synthetic

5    prostaglandin was reduced in half to 15 percent, so a 50

6    percent reduction.

7           [Slide.]

8           We then conducted the MUCOSA trial, and this was

9    to look at the effects of the synthetic prostaglandin on

10   clinically relevant outcomes.  It was a prospective,

11   randomized, double-blind trial where the primary endpoint

12   now was ulcer complications defined as bleeding,

13   perforation, and obstruction.

14          [Slide.]

15          It was designed to parallel normal medical

16   practice in that scheduled endoscopies were not performed,

17   they were only performed for cause.

18          [Slide.]

19          This slide shows that we prospectively formed a GI

20   Events Committee that provided definitions of what an ulcer

21   complication would be in the MUCOSA trial, and these

22   definitions really became the basis of definitions we use in

23   the celecoxib program.

24          [Slide.]

25          Here, we show the results of the MUCOSA trial.

44

1    Over time, the incidence of ulcer complications in the

2    NSAID-treated group increased, and those who received

3    misoprostol plus the NSAID, the rate was reduced by

4    approximately 50 percent.

5              [Slide.]

6              So, these prospective studies taught us that

7    endoscopic ulcers and ulcer complications really are

8    reliable endpoints for investigating GI safety, and

9    endoscopic ulcers are indeed predictive of ulcer

10   complications.  The most important information that confirms

11   this is that exogenous prostaglandins reduce both endoscopic

12   ulcers and ulcer complications by approximately 50 percent.

13             [Slide.]

14             Now, I would like to follow up on what we knew

15   about the upper GI safety of celecoxib in the NDA in 1998

16   using endoscopic ulcers, as well as ulcer complications as

17   endpoints.

18             [Slide.]

19             At that time, we had performed endoscopies in over

20   4,700 arthritis patients.  The results of the trials showed

21   us that the incidence of upper GI ulcers was similar to

22   placebo, and this was replicated, and statistically lower

23   compared to traditional NSAIDs, such as naproxen,

24   diclofenac, and ibuprofen.

25             [Slide.]

1          This slide shows the results of two of the

2     studies, one of which Dr. Needleman previously described.

3     There were three-month endoscopy trials.  One was in OA

4     patients, one was in RA patients, and each involved over

5     1,000 patients.

6          We compared the incidence of ulcers in placebo to

7     celecoxib and then the NSAID naproxen.  Celecoxib was

8     similar to placebo at all doses even at the high dose of 400

9     mg twice a day, which is much higher than the approved

10    therapeutic doses for OA and RA, and was statistically lower

11    than that seen with naproxen.

12          [Slide.]

13          This slide shows one of the studies that was

14    submitted at that time, which was a six-month endoscopy

15    trial, comparing celecoxib to diclofenac.  Once again, we

16    showed a lower incidence of upper GI ulcers with celecoxib

17    compared to diclofenac.

18          [Slide.]

19          In the program for celecoxib, we also looked at

20    analysis of upper GI ulcer complications.  Let me describe

21    the methodology for collecting that data briefly.

22          We formed an external GI Events Committee that

23    established criteria or definitions for upper GI

24    complications, and this was defined prospectively.

25          The data then came from 14 randomized controlled

46

1    trials and one open-label trial, all of whom involved OA and

2    RA patients.  Patients who the investigators thought might

3    be having an ulcer complication were then submitted to the

4    GI Events Committee, who based on their definitions

5    determined whether or not a complication really had or had

6    not occurred.

7            In this whole process, the GI Events Committee was

8    blinded to the trial and blinded to the study drug that the

9    patient was on.

10           [Slide.]

11           The definitions of ulcer complications were

12   similar to MUCOSA and are shown here.

13           [Slide.]

14           Also, these controlled trials were actually very

15   extensive.  They involved over 11,000 patient.  The open-

16   label trial involved over 5,000 patients.  The controlled

17   trials were 12 weeks in duration, the open-label two years,

18   and the doses of celecoxib ranged from 200 to 400 mg per

19   day.

20           [Slide.]

21           This slide shows the results of this analysis.

22   From the controlled trials, in the NSAID-treated patients,

23   the ulcer rate, the annualized ulcer rate was about 1.7

24   percent, with celecoxib it was only 0.2 percent, again,

25   about a 7-fold reduction and similar to what was seen in

47

1    placebo and similar to what was seen in the literature for

2    the background rates.

3             In the open-label trial, we also showed an

4    incidence or an annualized incidence of about 0.2 percent.

5             [Slide.]

6             So, our conclusions at that time were that the

7    incidence of endoscopic ulcers with celecoxib were similar

8    to placebo and lower than NSAIDs, that endoscopic ulcer data

9    were, in fact, predictive of the ulcer complication data,

10   and that there was a lower incidence of ulcer complications

11   with celecoxib compared to NSAIDs.

12            [Slide.]

13            However, the generalizability of the ulcer

14   complication data was uncertain at that time because in the

15   14 randomized trials or controlled trials, many of these

16   trial were endoscopy studies in which the patients were

17   proven to be ulcer free by endoscopy at the start of the

18   study.

19            So, about 40 percent of the patients in the

20   analysis were really ulcer free, and the question was, well,

21   is that data generalizable to the entire population, and in

22   addition, most of the studies were three months in duration.

23            [Slide.]

24            So, this became the rationale for conducting the

25   CLASS trial.  We wanted to step forward and do a rigorous

48

1    assessment of the upper GI safety of celecoxib using

2    clinically relevant outcomes in a patient population that

3    fully represents the intended population and also to observe

4    this with chronic exposure of celecoxib.

5             [Slide.]

6             Therefore, in brief, the design was a large

7    prospective study.  We wanted it to mirror normal medical

8    practice, that is, endoscopies were performed only for

9    cause.  We wanted it to include a broad spectrum of

10   patients, OA and RA patients.

11            We included high risk patients, that is, those who

12   had comorbidities and those who were using low dose aspirin.

13   As Dr. Needleman pointed out, we used the dose of celecoxib

14   which was 400 mg twice a day, 4 times the OA dose and 2

15   times the highest RA dose, and the duration of the trial

16   extensive.  Patients were allowed to participate for up to

17   15 months.

18            I would now like to turn the podium to Dr.

19   Lefkowith, who will review the trial in more detail and the

20   results.

21                 Safety Profile of Celecoxib:

22                 CLASS, Long Term Safety Trial

23   DR. LEFKOWITH:  Good morning.

24            [Slide.]

25            The celecoxib long-term arthritis safety study, or

1    CLASS for short, was performed to further explore the GI and

2    general safety attributes of celecoxib.

3            [Slide.]

4            Before sharing with you the results of this

5    landmark clinical trial, I would like to review for you the

6    elements of study design.  As the speakers before me have

7    indicated, this was intended to be a "real world" study in

8    that clinical practice conditions were reproduced as closely

9    as possible.

10            Accordingly, the full spectrum of arthritis

11    patients were enrolled, patients with OA, as well as RA.

12    Moreover, patients were allowed to use low dose aspirin.

13    Cardiovascular disease is a common comorbidity within the

14    arthritis patient population.

15            Moreover, this was a stringent test of safety in

16    that celecoxib was administered at 2 times to 4 times the RA

17    and OA doses that were shown to be maximally effective, and

18    compared to both ibuprofen and diclofenac, widely used

19    NSAIDs.  Again, ibuprofen has been regarded as one of the

20    safest of the conventional NSAIDs.

21            [Slide.]

22            In discussing the design elements of the trial, I

23    would like to review for you briefly the study objectives,

24    the protocol design, the analytic plan, as well as the

25    oversight committees and their function, these oversight

50

1    committees supervising the trial performance.

2         [Slide.]

3         The objectives of the trial were 3-fold.

4    Celecoxib was to be compared with NSAIDs consisting of

5    ibuprofen and diclofenac with respect to the incidence of

6    ulcer complications and symptomatic ulcers.  Moreover, the

7    study intended to examine for risk factors for such

8    outcomes, and for the effect of such risk factors on

9    outcome.

10        Specifically included was an analysis of aspirin

11   as a risk factor.  Finally, the study was intended to

12   compare the general safety and tolerability of celecoxib to

13   the NSAID comparators.

14        [Slide.]

15        Turning now to the study design, the CLASS study

16   was double-blind, randomized, parallel group study that was

17   separated into two protocols that were performed

18   contemporaneously, which were identical save for the

19   comparator employed.  They were designed to be analyzed in a

20   pooled fashion.  All patients were to be allowed an

21   opportunity to participate for at least six months.

22        The inclusion and exclusion criteria were

23   constructed in a way to replicate clinical practice.

24   Accordingly, patients who had a clinical diagnosis of either

25   OA or RA could be enrolled and were only excluded if they

51

1    presented a contraindication for the use of the study drugs,

2    specifically a history of recent or active GI disease or any

3    other comorbidities, such as serious renal or hepatic

4    disease.

5              [Slide.]

6              In keeping with this being a real world study, low

7    dose aspirin use was permitted.  Again, cardiovascular

8    disease is common in the arthritis patient population.  In

9    addition, patients were allowed to use antacids on a limited

10   basis, predominantly calcium supplements for osteoporosis.

11             They were prohibited, however, from using any

12   anti-ulcer drugs, either H2 receptor antagonists or proton

13   pump inhibitors because of their propensity to either mask

14   symptoms or alter the outcomes of interest.  In addition,

15   patients were also not allowed to take NSAIDs during the

16   trial.

17             The treatments employed were celecoxib at the dose

18   of 400 mg twice daily, again, 2 times the RA dose and 4

19   times the OA dose, which were maximally effective, and the

20   doses of the comparators were 75 mg twice daily of

21   diclofenac, a commonly used dose for the indications in the

22   trial, and ibuprofen, 800 mg three times daily, again a

23   commonly used dose of ibuprofen for OA and RA.

24             [Slide.]

25             The trial power calculation was based on ulcer

52

1    complication rates of 0.3 events per 100 patient years for

2    celecoxib and 1.2 events per 100 patient years for NSAIDs.

3             Additional assumptions were that these incidence

4    rates would remain constant over time and that aspirin use

5    would approximate that seen within the context of the NDA,

6    approximately 12 percent.

7             The trial was powered to include a total of 40

8    events, requiring the enrollment of 8,000 patients, 4,000 on

9    celecoxib and 4,000 on the NSAIDs, 2,000 per each

10   comparator.

11            [Slide.]

12            In terms of the analysis plan, the endpoints to be

13   analyzed were ulcer complications, as well as symptomatic

14   ulcers and ulcer complications.  The statistics were based

15   on an intent-to-treat analysis and included all patients who

16   took at least one dose of study medication.

17            The principal statistical test was the log-rank

18   test of time-to-event, and a step-wise comparison was

19   planned in which celecoxib was compared to the NSAIDs

20   combined and then to each NSAID separately.

21            [Slide.]

22            Risk factors prespecified in the protocol included

23   aspirin use, as well as the risk factors defined by the

24   previously performed MUCOSA trial, as well as a variety of

25   other risk factors which Dr. Geis discussed.

53

1          [Slide.]

2          There were three oversight committees which

3     supervised the performance of the trial.

4          [Slide.]

5          The committees and their membership are shown in

6     this slide.  They consisted of the GI Events Committee

7     chaired by Dr. Goldstein and his colleagues, the Data Safety

8     Monitoring Board chaired by Dr. Faich and his colleagues,

9     and the Executive Committee chaired by Dr. Silverstein and

10    his colleagues.

11         [Slide.]

12         Their charters are simplified in this slide.  In

13    brief, the GI Events Committee was to review all potential

14    GI events reported during the conduct of the trial.

15         The Data Safety Monitoring Board monitored the

16    accrual of such events and in addition performed the safety

17    oversight function looking at general safety during the

18    execution of the trial.

19         The Executive Committee was the main oversight

20    body and administered study conduct.

21         [Slide.]

22         I would like to review for you in some detail now

23    how information was funneled into the GI Events Committee

24    and then judged by the committee.

25         Investigators were asked to monitor for the signs

54

1   or symptoms of ulcer complications, which included but were

2   not limited to such symptoms and signs as dyspepsia,

3   abdominal pain, the presence of anemia or melena.

4       If any were present, they were asked to evaluate

5   the patient according to their ordinary clinical care

6   patterns, but they were required or asked to obtain at a

7   minimum stool testing for occult blood, hematocrit and

8   hemoglobin, as well as perform vital signs for determination

9   of volume status, and if indicated, they were to perform an

10  endoscopy or contrast radiographic study.

11      Clinical care was dictated as appropriate for the

12  work-up and the results obtained.

13      [Slide.]

14      All the information obtained by the investigators

15  was reported to the GEC or GI Events Committee.

16      [Slide.]

17      The GI Events Committee reviewed all such reports

18  and either diagnosed them as an ulcer complication, a

19  symptomatic ulcer, or assigned to them some other diagnosis

20  other than those two.

21      [Slide.]

22      Ulcer complications were prospectively defined in

23  the protocol as either bleeding ulcers, perforated ulcers,

24  or ulcers causing gastric outlet obstruction, and in this

25  trial, all ulcer complications required hard documentation,

55

1    that is, endoscopic or radiographic proof of an evidence of

2    an ulcer or a large erosion.

3            [Slide.]

4            Upper GI bleeding ulcers were the most common

5    complication and were subcategorized into four categories

6    again as prespecified by the protocol.   Each category

7    required the presence of a lesion.

8            There was either hematemesis with the lesion or

9    the lesion demonstrated either active bleeding or evidence

10   of recent bleeding, the presence of melena with the lesion,

11   or the presence of blood in the stool by hemoccult testing

12   along with some clinical evidence of substantial blood loss.

13           [Slide.]

14           Symptomatic ulcers were also defined in the

15   protocol as any mucosal break with unequivocal depth found

16   on a "for cause" work-up, that is, a work-up performed to

17   investigate either a sign or a symptom of a potential ulcer

18   complication.   Again, all ulcer complications required hard

19   documentation, that is, either endoscopic or radiographic

20   documentation.

21           [Slide.]

22           I would like now to share with you the results of

23   the trial, and I would like to direct my remarks first to GI

24   outcomes and then to general safety outcomes.

25           In discussing with you the GI outcomes, I would

1    first like to describe the study population, the GI

2    outcomes, and then potential sources of bias that may arise

3    in assessing ulcer complications.

4          After discussions with the agency, we will focus

5    today's discussion entirely on the entire study results as

6    opposed to the six-month analyses that have been presented

7    in the briefing documents.

8          [Slide.]

9          The demographics of the study population are shown

10   here.  Patients averaged 60 years in age and were

11   predominantly female with the ethnic distribution as shown.

12   Seventy percent of the patients had a primary diagnosis of

13   OA and 30 percent a primary diagnosis of RA.  No differences

14   were seen between the treatment groups.

15         [Slide.]

16         In terms of the risk factors as defined by the

17   MUCOSA trial, approximately 11 to 12 percent of patients

18   were either 75 years or older, 1.5 percent had a prior

19   history of GI bleed, and approximately 8 percent had a prior

20   history of ulcer disease.  Forty percent of the patients had

21   a history of cardiovascular disease, again reinforcing my

22   comment that cardiovascular disease is a common comorbidity

23   in the arthritis patient population.  No differences between

24   treatment groups were observed.

25         [Slide.]

57

1           Aspirin was used by approximately 22 percent of

2   the trial population, steroids were used by approximately 30

3   percent of the trial population, and anticoagulants, which

4   were permitted, were used by approximately 1 percent of the

5   trial population.  No differences between treatment groups

6.  again were apparent.

7           Although over-the-counter NSAIDs were prohibited

8   during the trial, approximately 5 to 6 percent of patients

9   in each of the treatment groups used such over-the-counter

10  NSAIDs, and in keeping with this being a real world clinical

11  trial, such patients were not removed from the protocol, but

12  were analyzed and kept within the study.

13          [Slide.]

14          Patients participated for a mean of approximately

15  7 months with a maximum exposure ranging between 12 and 15

16  months.  Total exposure in the trial approximated 4,500

17  patient years split equally between celecoxib and the two

18  NSAID comparators.

19          [Slide.]

20          I would like to characterize for you individually

21  now the demographics of both the OA, as well as the RA

22  cohort contained within this trial.  OT patients on average

23  tended to be slightly older than the overall study

24  population and were predominantly female.  These patients

25  had long-standing OA of approximately 10 years in duration

58

1    and most had been on prior NSAID therapy up until the

2    inception of the trial.  Again there were no differences

3    between treatment arms.

4            [Slide.]

5            The RA population within the trial tended to be

6    younger, was still predominantly female, but had long-

7    standing disease of approximately 10 years in duration.

8    Most had used NSAIDs prior to the trial, and approximately

9    50 percent used steroids and/or methotrexate during the

10   trial, and again there were no differences between treatment

11   arms.

12           [Slide.]

13           In terms of the disposition of patients,

14   approximately 50 percent or actually slightly less than 50

15   percent of patients completed the trial.  Significantly,

16   fewer patients assigned to the ibuprofen arm completed the

17   trial compared to celecoxib patients.

18           More patients on diclofenac withdrew for adverse

19   events compared to the celecoxib-treated patients, and more

20   patients withdrew from the trial for treatment failure

21   assigned to ibuprofen relative to celecoxib.  No patients

22   were lost to follow up that is, their medical status was

23   ascertained at the time they exited from the trial, so no

24   information is lacking because of lost to follow up

25   patients.

1          [Slide.]

2               So, to summarize, this was a representative cohort

3     of arthritis patients.  Aspirin use was substantial,

4     approximately 1 in 5 patients used aspirin.  No information

5     was lost because of lost to follow up patients.

6               Exposure to the study drugs was substantial and

7     ranged up to 15 months.  Moreover, there was a higher

8     incidence of withdrawals seen from the study compared to

9     celecoxib, in ibuprofen-treated patients for treatment

10    failure, and diclofenac-treated patients for adverse events.

11              I would like now to discuss for you the GI

12    outcomes of the trial.

13         [Slide.]

14              During the trial, 1,500 cases of potential ulcer

15    complications were reported and each was evaluated by the

16    committee.  Forty-four of these cases were diagnosed as

17    ulcer complications, 67 as symptomatic ulcers which did not

18    meet the definition of ulcer complication, and the balance

19    were assigned other diagnoses.

20         [Slide.]

21              In terms of the incidence of ulcer complications,

22    there was no difference in comparing celecoxib to the NSAIDs

23    combined as a group.

24         [Slide.]

25              In terms of the combined endpoint or the extended

1   endpoint, symptomatic ulcers and ulcer complications, there

2   was a significant difference observed between NSAIDs and

3   celecoxib with approximately a 40 percent reduction with a

4   p-value as shown.

5        [Slide.]

6        The Kaplan Meier curves which form the basis of

7   the prior bar graph are shown here.  Again, there was a

8   linear accrual of events throughout the duration of the

9   trial with a p-value as shown here.  This p-value is

10  obtained from the log-rank test of the time-to-event.

11       [Slide.]

12       Because the comparison with NSAIDs was

13  significant, we next compared with the individual

14  comparators.  There was no significant difference between

15  celecoxib and diclofenac, but there was an approximately 2-

16  fold reduction in the incidence of symptomatic ulcers and

17  ulcer complications associated with celecoxib compared to

18  ibuprofen with a p-value as shown.

19       [Slide.]

20       The Kaplan Meier analysis of this bar graph is

21  shown here.  Again, events accrued in a linear fashion

22  throughout the trial in both treatment arms with the

23  treatment difference being relatively easily apparent with a

24  p-value of 0.017.

25       [Slide.]

61

1          So, in sum, comparing celecoxib to NSAIDs as a

2     group, there was a lower incidence of symptomatic ulcers and

3     ulcer complications associated with celecoxib, and this was

4     also specifically true of the comparison of celecoxib to

5     ibuprofen.

6          [Slide.]

7          I would like to turn now to consideration of the

8     risk factors for such events.

9          [Slide.]

10         The prespecified risk factors are shown here and

11    are related either to the patients' characteristics, their

12    underlying disease, their concomitant medications, or prior

13    medical history.

14         [Slide.]

15         Risk factors which were significant in terms of

16    being associated with the outcome are symptomatic ulcers and

17    ulcer complication were age greater than or equal to 75

18    years, a prior history of ulcer disease or upper GI

19    bleeding, and cardiovascular disease.

20         Cardiovascular disease was a risk factor only by

21    virtue of its association with aspirin use.  In addition,

22    aspirin use was shown to have a significant effect on

23    treatment outcome.

24         [Slide.]

25         Risk factors which were not significant are shown

1   here and included gender, alcohol or tobacco use, or disease

2   type or duration, or steroid use.

3           [Slide.]

4           So, this trial actually confirms the MUCOSA study

5   risk factor analysis, and additionally indicates that

6   aspirin use has an important effect on treatment outcome.

7           [Slide.]

8           Accordingly, we next analyzed the effect of

9   aspirin use by examining the outcomes in both the aspirin-

10  treated patients and the non-aspirin-treated patients.

11          [Slide.]

12          As shown here, there was no difference in the

13  incidence of symptomatic ulcers and ulcer complications in

14  patients on aspirin with the p-value as shown.  There was,

15  however, a 2-fold reduction in the incidence of symptomatic

16  ulcers and ulcer complications in patients on celecoxib as

17  compared to NSAIDs combined with a p-value of 0.02.

18          [Slide.]

19          Turning now specifically to the comparison of

20  ibuprofen to celecoxib, there was no difference in the

21  incidence symptomatic ulcers combined with ulcer

22  complications in aspirin users, but there was an

23  approximately 2- to 3-fold reduction in non-aspirin users,

24  this value being significant with a p-value of less than

25  0.001.

63

1          [Slide.]

2          This Kaplan Meier curve shows the analysis of the

3    non-aspirin users comparing celecoxib to ibuprofen.  Again,

4    events accrued linearly with time over the course of the

5    trial, and the treatment difference is readily apparent with

6    a p-value based on the log-rank test as shown.

7          [Slide.]

8          The profound effect of aspirin in terms of the

9    analysis of GI outcomes is shown in this graph.  If one

10   looks at the primary outcome, that is, ulcer complications,

11   and compares celecoxib to ibuprofen, there is a 2- to 3-fold

12   reduction in the incidence of such comparing the two

13   treatment arms, the p-value for this comparison being 0.037.

14         [Slide.]

15         So, in conclusion, among non-aspirin users, there

16   is a lower incidence of symptomatic ulcers and ulcer

17   complications in patients on celecoxib compared to those on

18   NSAIDs and ibuprofen specifically, whereas, there is no

19   difference apparent within the context of aspirin use.

20         [Slide.]

21         Part of the robustness of this trial is that it

22   allows us to look at both RA and OA separately, and this is

23   a question, of course, which is of interest to

24   practitioners, that is, how do these drugs perform in these

25   different patient populations.

64

1          [Slide.]

2              In separating out the results for RA and OA,

3    comparing NSAIDs to celecoxib, two conclusions can be drawn

4    here.  One is that the overall rates for each of the

5    treatment arms is similar between the two arthritides.

6              Additionally, the treatment effect within each

7    type of arthritis is similar.  This was statistically

8    significant within the context of RA with a p-value of 0.04

9    and approached statistical significance within the context

10   of OA.

11         [Slide.]

12             We can also look at this comparison within the

13   context of patients not using aspirin.  As shown here, in RA

14   patients not using aspirin, there is an approximately 2-fold

15   reduction in the incidence of symptomatic ulcers and ulcer

16   complications, this value being significant, and an

17   approximately 2-fold reduction in OA, this p-value

18   approaching significance.

19             Again the incidence of ulcer complications and

20   symptomatic ulcers between the two types of arthritis is

21   relatively similar.

22         [Slide.]

23             Turning now to a specific comparison between

24   celecoxib and ibuprofen, one sees similar results.  The OA

25   and RA results for symptomatic ulcers and ulcer

1    complications for each of the treatment arms is quite

2    similar between the two different types of arthritis, and

3    the treatment differences or treatment effects are similar.

4    This approached statistically significance within the OA

5    cohort with a p-value of 0.11, and was significant within

6    the RA cohort with a p-value of 0.017.

7            [Slide.]

8            Among non-aspirin users, there was a 2- to 3-fold

9    reduction in the incidence of symptomatic ulcers and ulcer

10   complications in OA patients with a p-value as shown, and a

11   3- to 4-fold reduction in the context of RA with a p-value

12   as shown.

13           [Slide.]

14           This last bar graph is shown as a Kaplan Meier

15   analysis.  Here again, for the non-aspirin cohort of RA

16   patients, as you can see here, events accrued literally over

17   time during the trial, and the treatment effect is readily

18   apparent with a p-value of less than 0.001.

19           [Slide.]

20           So, in sum, in comparing OA to RA, the incidence

21   of symptomatic ulcers and ulcer complications is similar

22   between the two types of arthritis.  Moreover, the treatment

23   differences between celecoxib and NSAIDs, or celecoxib and

24   ibuprofen, are similar in the two types of arthritis.

25           [Slide.]

66

1          This trial taught us a lot about outcome trials

2     and potential sources of bias in assessing the endpoint of

3     ulcer complication.

4          [Slide.]

5          One such source of bias was the use of low dose

6     aspirin, and that I have outlined for you in detail

7     previously.  Another potential source of bias that can enter

8     into such trials with respect to determining the rate of

9     ulcer complication is the withdrawal of patients with

10    symptomatic ulcers.

11         [Slide.]

12         Now, GI outcome trials, such as CLASS, assumed

13    that after treatment initiation, the patients would go on to

14    develop an ulcer complication and be withdrawn from the

15    trial as an event.

16         [Slide.]

17         However, if patients develop an earlier form of

18    the disease, which can be found by investigators, and

19    identified, leading to their removal from the trial, they

20    will lower the rate of ulcer complications observed.

21         Now, this source of bias will only be important if

22    there is differential withdrawal for symptomatic ulcers

23    between treatment arms, and as you can see in the next

24    graph, withdrawal for symptomatic ulcers alone was

25    significantly greater among patients treated with NSAIDs

1       than celecoxib.  This differential withdrawal then can

2       introduce bias in the assessment of ulcer complication

3       incidence.

4               [Slide.]

5               So, in sum, celecoxib is associated with lower

6       incidence of symptomatic ulcers alone compared to NSAIDs,

7       and the withdrawals for such may bias the analysis of ulcer

8       complications in a trial such as this.

9               [Slide.]

10              I would like to turn now to consideration of

11      general safety and summarize my comments into either a

12      consideration of overall safety, an analysis of safety

13      specifically focused on the four body systems shown here, an

14      analysis in aspirin users, and an analysis of patients of

15      all ages particularly focusing on patients who are over 65

16      years of age.

17              [Slide.]

18              In terms of overall safety, deaths occurred

19      uncommonly during the trial and were large due to

20      cardiovascular disease because cardiovascular disease is a

21      common cause of morbidity and mortality in this patient

22      population.

23              Serious adverse events, those leading to

24      hospitalizations, occurred in approximately 10 cases per 100

25      patient years of exposure.  There were no differences

68

1    between treatment groups either in deaths or serious adverse

2    events.

3              That was also specifically true of cardiac serious

4    adverse events or all-cause GI serious adverse events, which

5    includes a large subset of events not restricted to the

6    outcomes of the trial, such as esophageal, colonic, or

7    pancreatic serious adverse events.

8              There were no serious dermatologic adverse events

9    noted in patients assigned to celecoxib, and they occurred

10   infrequently among the other treatment arms.   Renal serious

11   adverse events were also rare and consisted largely of renal

12   calculi.

13             [Slide.]

14             The common adverse events which occurred during

15   the trial are shown in the following two slides.

16             Common adverse events were significantly more

17   common in patients assigned to diclofenac than to celecoxib,

18   principally for those related to the GI system - dyspepsia,

19   abdominal pain, diarrhea, nausea shown here.

20             [Slide.]

21             Rash was more common among patients assigned to

22   the celecoxib-treated arm, but anemia, and peripheral edema

23   were more common among patients assigned to the ibuprofen-

24   treated relative to celecoxib.

25             Again, constipation as a GI side effect was more

69

1    frequently seen in patients assigned to diclofenac, and

2    elevated transaminases in specific ALT was seen more

3    frequently in patients assigned to diclofenac.

4              [Slide.]

5              Adverse events causing withdrawal were

6    significantly more common in patients assigned to diclofenac

7    compared to celecoxib.  This difference was largely driven

8    by withdrawals due to GI events, such as abdominal pain and

9    nausea or, or hepatic events, such as elevated transaminases

10   as shown here.

11             [Slide.]

12             So, in summary, celecoxib appeared to be well

13   tolerated at this super-therapeutic dose as compared to the

14   NDA database that has been reviewed previously.   In

15   addition, no dose- or duration-related increases in adverse

16   events were seen with the exception of non-serious rash

17   during the course of the course of the CLASS trial.

18             [Slide.]

19             I would like to now focus on the GI system.   In

20   terms of GI adverse events, any cause adverse event was

21   significantly more common in patients assigned to diclofenac

22   compared to celecoxib, and this difference was largely

23   driven by the common GI adverse events shown here -

24   dyspepsia, abdominal pain, nausea, diarrhea and

25   constipation.

1          The clinical relevance of this difference in

2   tolerability is shown by the significant difference in

3   withdrawals.  Withdrawals were significantly more common in

4   patients assigned to diclofenac as compared to those

5   assigned to celecoxib.

6          [Slide.]

7          The protocol also prespecified a definition of

8   what was considered to be a clinically significant decrease

9   in hematocrit or hemoglobin.  Any decrease in hematocrit of

10  greater than or equal to 10 percentage points, or hemoglobin

11  greater than 2 grams per deciliter, was defined as being

12  clinically significant.

13          In terms of the incidence of such decreases, they

14  were significantly more frequent on both treatment arms as

15  compared to patients assigned to celecoxib, that is, they

16  are more frequent among NSAID-treated patients.

17          This was not simply a function of overt bleeding

18  due to ulcer bleeds because if you remove patients with

19  ulcer bleeds from the analysis, the incidence of such

20  significant changes in hematocrit and hemoglobin were still

21  significantly more common in patient on NSAIDs as compared

22  to patients on celecoxib.

23          [Slide.]

24          These decreases in hematocrit and hemoglobin were

25  associated with decreases in iron stores as indicated by the

71

1    iron/iron binding capacity.  As shown here, these ratios

2    tended to decrease in diclofenac- and ibuprofen-treated

3    patients relative to patients on celecoxib.

4              [Slide.]

5              So, in conclusion, celecoxib appeared to be

6    associated with a lower incidence of GI adverse events and

7    withdrawals for such relative to diclofenac, and a lower

8    incidence of clinically significant reductions in hematocrit

9    and hemoglobin relative to both NSAID comparators.

10             Moreover, the decrease in iron stores that were

11   associated with such decreases suggests and are consistent

12   with chronic GI blood loss occurring with the NSAID

13   comparators.

14             [Slide.]

15             In terms of renal adverse events, overall renal

16   adverse events were significantly more common in patients

17   assigned to ibuprofen compared to celecoxib.  This

18   difference was attributable to a significantly higher rate

19   of hypertension, generalized or peripheral edema in patients

20   on ibuprofen.

21             [Slide.]

22             Also, in the protocol, there was predefined

23   definition of clinically significant renal lab

24   abnormalities.  That consisted of any patient who exhibited

25   serum or urea nitrogen or BUN of greater than or equal to 40

72

1    mg percent, or a creatinine greater than or equal to 1.8 mg

2    percent.

3         Such clinically significant abnormalities were

4    significantly more common in patients assigned to diclofenac

5    as compared to patients assigned to celecoxib.

6         [Slide.]

7         So, in sum, celecoxib appeared to be associated

8    with a lower incidence of hypertension and edema compared to

9    ibuprofen, and a lower incidence of clinically significant

10   increases in creatinine and/or BUN than diclofenac.

11        [Slide.]

12        In terms of hepatic issues, this graph show the

13   protocol-defined clinically significant elevations in

14   hepatic transaminases, those that were 3 times the upper

15   limit of normal.

16        Such elevations occurred in approximately 3 1/2

17   percent of patients treated with diclofenac consistent with

18   the known hepatotoxic potential of diclofenac.  This was

19   significantly and substantially greater than the rates seen

20   in patients assigned to celecoxib.

21        Withdrawals for such transaminase elevations were

22   commensurate, that is, approximately 3 1/2 percent of

23   patients withdrew from the trial for such elevations in

24   patients assigned to diclofenac, and that was commensurately

25   reduced in the patients assigned to celecoxib.

73

1          [Slide.]

2          So, celecoxib was clearly associated with a lower

3    incidence of clinically significant increases in

4    transaminases relative to patients assigned to diclofenac.

5          [Slide.]

6          Turning to the cardiovascular system,

7    thromboembolic events in the trial were seen with equal

8    frequency on all three treatment arms.  That was true for

9    any arterial or venous thromboembolic event or specifically

10   true for the four major cardiac thromboembolic events – MI,

11   angina, coronary artery disease, or unstable angina.

12         Stroke actually was seen significantly less

13   commonly among patients assigned to celecoxib compared to

14   those assigned to ibuprofen.

15         [Slide.]

16         Now, in consideration of patients not treated with

17   aspirin, of course, is important because these represent

18   patients potentially at risk for such complications,

19   however, no treatment differences were observed between the

20   treatment arms in the CLASS study even among this cohort for

21   any thromboembolic event or specifically for MI, angina,

22   CAD, or unstable angina.

23         Stroke again was significantly less common in

24   patients assigned to celecoxib relative to diclofenac.

25         [Slide.]

74

1          Atrial dysrhythmias are shown in this slide.

2     Atrial fibrillation was the most common atrial dysrhythmia

3     observed in this patient population, again consistent with

4     this being an older patient population.  No treatment

5     differences were observed for this arrhythmia or any of the

6     other atrial arrhythmias observed or shown eh re.

7          Congestive heart failure was rare during the trial

8     and it occurred with equal frequency in all three treatment

9     arms.

10          [Slide.]

11          Looking specifically again at patients not treated

12     with aspirin, the incidence of atrial fibrillation was low

13     and not different between treatment arms, and other atrial

14     dysrhythmias were rare.

15          Congestive heart failure also was rare within the

16     study, and not different between all three treatment arms,

17     but withdrawals for congestive heart failure were

18     significantly more common in patients treated with ibuprofen

19     compared to patients treated with celecoxib.

20          [Slide.]

21          So, overall, comparing celecoxib to both the NSAID

22     comparators, there was no difference in thromboembolic

23     events observed and no difference in the incidence of atrial

24     dysrhythmias or congestive heart failure.

25          The GI protective effect in terms of the GI

1    outcomes of the trial were predominantly seen within the

2    context of non-aspirin users.  It is an important issue for

3    clinicians and an important aspect of this trial to analyze

4    what the safety profile is in the context of aspirin use.

5            [Slide.]

6            As shown here, selectively in aspirin users, any

7    GI adverse event and withdrawals for such were more common

8    among patients treated with diclofenac compared to those

9    with celecoxib, this difference being significant for

10   withdrawals.

11           Renal events again were significantly more common

12   in patients treated with ibuprofen relative to celecoxib.

13   Again this is within the aspirin using population.

14           [Slide.]

15           Although aspirin increased the incidence of

16   clinically significant changes in hematocrit and hemoglobin

17   in all three treatment arms, the treatment differences were

18   preserved, that is, there were fewer such decreases in

19   patients treated with celecoxib as compared to those treated

20   with either diclofenac or ibuprofen.

21           [Slide.]

22           In terms of clinically significant renal

23   abnormalities, that is, increases in renal function tests,

24   they tended to be higher among aspirin users consistent with

25   this patient population having a higher incidence of

1   cardiovascular disease, but the treatment difference between

2   diclofenac and celecoxib was preserved and was significantly

3   different between these two treatment arms.

4          [Slide.]

5          Hepatotoxicity was evident regardless of the use

6   of aspirin, and the treatment differences between diclofenac

7   and ibuprofen were preserved and substantial.

8          [Slide.]

9          So, in sum, even among aspirin users, the general

10  safety profile is quite similar to the patients not on

11  aspirin with respect to GI, renal, and hepatic safety.

12         [Slide.]

13         It is particularly important to look at safety

14  within the context of the older patient, because the

15  arthritis patient population tends to be older, and this

16  slide summarizes for you in very brief form the safety in

17  patients who are 65 years or older.

18         [Slide.]

19         GI adverse events again occurred significantly

20  more commonly in patients assigned to diclofenac.  Decreases

21  in hematocrit and hemoglobin were also significantly more

22  common in patients assigned to either of the two NSAIDs

23  comparators compared to diclofenac.

24         Overall renal adverse events were significantly

25  more common again in patients treated with ibuprofen, and

1   increases in renal function tests were significantly more

2   common in patients treated with diclofenac.  Hepatotoxicity

3   was even more apparent within this older patient population,

4   and again, there was a significant and substantial

5   difference between patients treated with diclofenac and

6   celecoxib.

7           [Slide.]

8           So, the safety profile of celecoxib appears to be

9   maintained even within the older population.

10          The following two slides will then summarize all

11  the comments that I have made in graphical form.

12          [Slide.]

13          The GI safety advantages of celecoxib, which are

14  largely mechanism, that is, COX-2 based, are shown here.

15  Celecoxib was associated with a significantly decreased

16  incidence of symptomatic ulcers and ulcer complications

17  versus NSAIDs combined and ibuprofen specifically.

18          Celecoxib was associated with less chronic GI

19  blood loss versus NSAIDs combined or either of the two

20  comparators, and associated with fewer GI adverse events

21  versus both NSAIDs combined and diclofenac specifically.

22          Blood loss and tolerability differences were also

23  evident within aspirin-using patients.

24          [Slide.]

25          In terms of general safety attributes, which may

78

1    be largely molecularly based, not mechanism based, celecoxib

2    was associated with less edema and hypertension compared to

3    ibuprofen, and fewer increases in creatinine and BUN

4    compared to diclofenac, and again, less hepatotoxicity

5    compared to diclofenac, these results being similar in the

6    aspirin-using patient population.

7         Moreover, the safety profile appears to be similar

8    in all age groups, and the CLASS trial does not substantiate

9    that celecoxib is associated with an increased risk of

10   cardiac or thromboembolic events.

11        Thank you.

12        I would like to now turn over the podium to Dr.

13   Fred Silverstein who is the Chair of the Executive Committee

14   for the CLASS trial to make some concluding remarks.

15                          Summary

16        DR. SILVERSTEIN:   Thank you very much, Dr.

17   Lefkowith.   Those really were three outstanding

18   presentations.

19        I sit here, stand here as a clinical investigator

20   who has worked in the field of GI bleeding for almost 30

21   years, and I am absolutely astounded by how much more we

22   know now about why people bleed and who is bleeding than we

23   knew when I started.

24        In 1974, I was asked by the head of the School of

25   Biomedical Engineering at the University of Washington to

1   develop methods to control bleeding using lasers and heated

2   monopolar and a variety of techniques.

3           I spent about a decade of my life doing that with

4   Dr. David Auth, but then I realized in the early eighties

5   that I didn't really know who was bleeding, and so we did a

6   large study with the ASGE looking at the demographics of

7   what patients were bleeding.

8           It was just at this time that this association

9   with NSAIDs was becoming clear and then I got involved in

10  understanding that and in looking at protective agents and

11  specifically prostaglandins.  Then, we did the MUCOSA trial,

12  which kind of put these things together a big, and then I

13  was privileged to be able to work with the COX-2 inhibitors,

14  but I am telling you we know so much more now than we did in

15  1963, when I started in medical school about what causes

16  ulcers.

17          Almost everything we thought then was wrong, what

18  caused them, how to diagnose them, what to do about them,

19  and things have really progressed with the H. pylori

20  hypothesis and with the understanding of the importance of

21  nonsteroidal agents.  So, I think it has just been a truly

22  remarkable advance in our knowledge, and I think the

23  advantages of the COX-2 inhibitors are really pretty

24  apparent.

25          Could I have Slide 1141, please.

80

1          [Slide.]

2          So, I would just like to briefly summarize what I

3     take away from what I just heard as a consultant clinical

4     investigator from Seattle to Searle.

5          The first has to do with the trial design.  This

6     was a truly rigorously designed trial.  It was blinded.  I

7     chair the Executive Committee.  I guarantee the blind was

8     never broken, not once.  We had no idea what groups patients

9     were in or what medication the patients were on.

10         It was a randomized, blinded trial, and really the

11    people who deserve the most credit are the patients who

12    donated all of their effort to being part of the trial,

13    along with the physicians, the nurses, the clinical research

14    associates, et cetera, but I think it was a remarkable

15    effort, and it has resulted in a huge database of very

16    robust data, and I think the agency's analysis of the study

17    agrees with that, that this is a very well done study with

18    some really good data that we can use.

19         Of interest to me, we designed the study using the

20    safest NSAIDs as comparators with ibuprofen and diclofenac

21    at doses of celecoxib which were higher than at 2X or 4X,

22    the approved dose of celecoxib for the intended population,

23    whereas, the NSAIDs were used at the routine dose.

24         We didn't allow proton pump inhibitors or H2

25    blockers which might have masked symptoms, and kept people

1    in the trial until they developed a complication as opposed

2    to saying, hey, she is symptomatic, she was endoscoped, she

3    had an ulcer, she is coming off the trial before she

4    developed a complication.

5              And we allowed aspirin, which I think is critical

6    because you have already seen that it has a dramatic effect,

7    and I think it is an important part of a study of this type.

8              So, I think it is an excellent trial design.

9              To look at the clinical results of the trial, I

10   would like to turn to Slide 257, please.

11             [Slide.]

12             So, what was presented here was the ulcer

13   complication rate in all the patients; had a trend in the

14   right direction, but was not quite statistically

15   significant.  When the patients who were taking aspirin were

16   taken out of the analysis, the change was more apparent.

17             What I am going to address in the next just few

18   minutes is what happened, you know, what happened to the way

19   we planned the trial versus the way the trial turned out,

20   and one of the key things is that nothing happened to the

21   celecoxib group.

22             The celecoxib group basically did what it was

23   predicted to do.  It had, off of aspirin, it had about a 0.4

24   percent complication rate.  That wasn't the issue.  The

25   issue was why did the comparator nonsteroidals have a lower

82

1    rate, which is what created this question about why the

2    primary endpoint wasn't quite achieved.

3          Could I have 256, please.

4          [Slide.]

5          So, when we look at the primary endpoint was this

6    ulcer complication endpoint, and then as you heard in Dr.

7    Lefkowith's presentation, the symptomatic ulcers were added

8    to that.  This was an endpoint, a secondary endpoint, which

9    was identified prospectively in the protocol, and it seems

10   to me to make sense to combine them.

11         Now, Dr. Geis, in that lovely tutorial on ulcers

12   and NSAIDs, showed us that the difference between a

13   complicated ulcer.  So, when we combined the symptomatic

14   ulcer, the question is should we be looking at a meaningful

15   endpoint of combining the symptomatic ulcers, and from my

16   clinical standpoint, I would say absolutely we should.

17         Steve showed us that the difference.  I have

18   endoscoped thousands of patients and hundreds, as many of

19   you have, of bleeding patients, and the difference between a

20   patient who has a ulcer and a patient who has a bleeding

21   ulcer, a complicated ulcer, is really a temporal phenomenon

22   in some cases, and I think it does make sense from a

23   clinical standpoint to combine those two as another

24   endpoint, an alternative endpoint.

25         Now, could I have Slide 124, please.

83

1          [Slide.]

2              Now, the question then is, well, what happened.   I

3   mean this was an evidence-based trial in terms of design.

4   We took this huge amount of data from the MUCOSA trial, from

5   the literature, et cetera, and designed the trial.

6              The question was, well, what happened.  Well,

7   things happen, and what happened was that there were changes

8   in several aspects of the way patients were entered into the

9   trial and managed on the trial.

10             What do I mean?  Well, in the MUCOSA trial, as Dr.

11  Lefkowith pointed out, we identified four risk factors as

12  being important for increased likelihood of a complication,

13  and you can see the incidence of each of those factors.

14             But look what happened in the CLASS trial.  They

15  went down.  There were fewer people with these risk factors

16  entered in the CLASS trial, and that just reflects clinical

17  practice.  Practitioners are smart, they read the

18  literature, they know these people are at risk, and they

19  tend to change the nature of the people they will put on a

20  clinical trial.

21             So, the first factor was that there was a change

22  in the underlying risk of the patients in the CLASS trial,

23  which had not been prospectively anticipated.

24             May we have 126, please.

25             [Slide.]

84

1          Now, the second factor was the use of aspirin, and

2   here I am comparing the NDA database in which 12 percent of

3   people were on aspirin, as I believe Steve mentioned

4   earlier, and in the CLASS trial, where 22 percent of

5   patients were on aspirin, and this probably, once again,

6   reflects changes in clinical practice, more people in the

7   older population being put on aspirin prophylaxis.  Whether

8   that is the right thing to do or not for primary prophylaxis

9   is yet another issue.

10          But clearly, again, the CLASS trial had this

11   factor, which was almost twice as large numerically as the

12   NDA data, and as we have seen from the data that Dr.

13   Lefkowith showed us, had a very significant impact on

14   outcome.

15          Can we have 126, please.

16          [Slide.]

17          The third factor I want to show you, of multiple

18   factors we could talk about, has to do with how many

19   patients were worked up from a GI standpoint.

20          In the MUCOSA trial, which was a huge body of

21   work, about 2.7 percent of people were worked up for

22   abdominal symptoms to determine if they had an ulcer, et

23   cetera, but in the CLASS trial, this almost doubled to 4.8

24   percent.

25          Now, what that means clinically is that patients

1    were presenting with symptoms, they were being endoscoped

2    for cause, and if they had an ulcer, they were being taken

3    off the trial as a symptomatic ulcer, and for the reasons

4    that Steve showed you, I believe, as he does, that ulcers

5    become complicated ulcers.  If you take an ulcer out of the

6    trial, that ulcer cannot become a complicated ulcer.  So,

7    that is another change that occurred that could not have

8    been discerned from the MUCOSA trial, but did occur in the

9    CLASS trial.

10             122, please.

11             [Slide.]

12             The final slide is looking at the data using the

13   combined endpoints saying ulcer complications are important,

14   we told you what happened with that, but symptomatic ulcers

15   are important, too, and when you combine then and you look

16   at all patients, you see the difference that occurred with

17   celecoxib, and especially when you take the aspirin patients

18   out, you see an even more remarkable difference in the

19   reduction from NSAIDs to celecoxib for the combined

20   endpoint.

21             Once again this is what we expected.  We did

22   expect this type of data with celecoxib.  It was rather the

23   comparators that were the issue.

24             So, can we go back, please, to Slide 1141.

25             [Slide.]

86

1            And so in conclusion, I would say that there is a

2    large body of data about celecoxib and the GI tract.  There

3    are about 60 controlled trials in about 25,000 patients.

4    There is a large body of data that I think suggests that

5    there is improved GI safety in terms of GI symptoms,

6    withdrawal for GI symptoms, complications symptomatic

7    ulcers, et cetera.

8            I think that, therefore, the CLASS trial actually

9    confirmed the antecedent trials with the notes that I made

10   about why there were some differences.

11           The safety data from the CLASS trial, which is

12   also a large body of data, also found no new signals.  There

13   was not evidence of cardiovascular or renal effects, and it

14   looks as if celecoxib is not any worse than NSAIDs, and in

15   some ways may be somewhat better.

16           So, again, we have expanded this large safety

17   database, and we are not finding any signals of

18   unanticipated adverse events.

19           [Slide.]

20           So, in conclusion the NSAID problem is a large

21   problem.  The gastroenterologists and the rheumatologists

22   didn't agree about this for a couple of decades because they

23   were saying, hey, it's only 1 percent, I have 300 in my

24   panel, and only seen one or two events a year.

25           The gastroenterologists were saying that is crazy,

87

1    half the people I see coming in bleeding are on NSAIDs.

2          So that has become resolved as we have understood

3    these numbers, but if there are 15 or 17 million people on

4    NSAIDs in the United States, and a 1 percent incidence of

5    that is 150,000 to 170,000, it is a lot of people, and if we

6    can cut that in half, then, you have saved 50- or 100,000 of

7    these bleeding episodes.

8          So, even though the incidence is small, because of

9    the population exposed is so large, it is a major problem.

10   So, what I would include is that the data from the CLASS

11   trial supports the fact that celecoxib is a safe and

12   effective drug and is well tolerated, and I think is a real

13   addition to our armamentaria for patients with arthritis.

14         Thank you.

15   DR. HARRIS:  Thank you very much, Dr. Silverstein.

16         I am going to just ask now if there are any

17   questions of clarity that one may want to ask any of the

18   sponsors by any member of the committee?  Yes.

19   DR. PINA:  I have a whole series of questions

20   actually.

21         Of the whole 40 patients that had a cardiovascular

22   history, how many of those were the aspirin users?  You have

23   22 percent on aspirin at entry and 40 percent of patients

24   with a cardiovascular history, are the 22 percent part of

25   that 40 percent?

1          DR. LEFKOWITH:  In using the guidelines, the FDA

2     guidelines for what is appropriate secondary prophylaxis,

3     approximately, 16 percent of the patients, that is 16

4     percent, not of the 22 percent, but 16 percent were taking

5     it for secondary prophylaxis and 6 percent were taking it

6     for other reasons.

7          DR. PINA:  But were those part of the 40 percent

8     that had the cardiovascular history at entry?

9          DR. LEFKOWITH:  Cardiovascular disease was defined

10    as any instance of cardiovascular disease.  All patients

11    given it for secondary prophylaxis would have met that

12    definition of cardiovascular disease.

13         DR. PINA:  I have another question if I may.  You

14    don't talk about other concomitant use of drugs, and if you

15    have such a high number of patients with cardiovascular

16    disorders, I would think that among them, and many of them

17    hypertensives, there is a high use of ACE inhibitors in this

18    group.

19         Did you set aside the ACE inhibitor patients, do

20    you know how many patients were on ACE?

21         DR. GEIS:  As part of the normal course of the

22    study, we did collect concomitant medications, and we can

23    provide you that data.

24         DR. LEFKOWITH:  In terms of the use of ACE

25    inhibitors specifically, in incidence of patients who

89

1    entered the trial using ACE inhibitors is shown here.  The

2    incidence of those starting ACE inhibitors during the trial

3    is shown here.

4              Does that answer your question?

5              DR. PINA:  Well, it answers my question as far as

6    entry drug criteria, but I again start wondering about the

7    interactions of these drugs with patients on these

8    inhibitors, particularly with the renal effects, and I am

9    sure we will get to this a little bit later.

10             DR. HARRIS:  Dr. Wolfe?

11             DR. M. WOLFE:  I had a similar question.  I was

12   really surprised at the number of patients on ibuprofen,

13   taking ibuprofen over the counter, as well, as well as

14   naproxen over the counter, and even though they were

15   instructed not to take H2 blockers or PPI's, were they

16   taking it either in prescription form or over the counter?

17             DR. GEIS:  We can present that data.  Dr.

18   Lefkowith.

19             DR. LEFKOWITH:  Prescription or over-the-counter

20   H2 blockers or PPI's?

21             DR. M. WOLFE:  Prescription PPI's.

22             DR. LEFKOWITH:  Prescription PPI's.

23             DR. M. WOLFE:  Over the counter or prescription,

24   both.

25             [Slide.]

1          DR. LEFKOWITH:  This is for NSAID use.  You were

2     asking for PPI's or H2 blockers?  I am sorry.  You wanted

3     the PPI's and the H2 blockers.  We will get that up in a

4     second.

5          Such use obviously did occur during the trial, and

6     patients were not excluded if they used it over the counter.

7     Prolonged use that was discovered during the trial of PPI

8     use or at prescription doses, however, did lead to patients

9     being removed from the trial as a protocol violation.

10          Could we have the slide, please.

11          [Slide.]

12          As you can see, this is an overwhelming list of

13     medications which taxes my visual acuity at this distance,

14     but maybe we can cone down in terms of H2 receptor

15     antagonists, the use was approximately 5 percent in the

16     trial population.  I don't believe we show here any use of

17     PPI's.  PPI's were used predominantly in the treatment of

18     events, but H2 receptor antagonists were used during the

19     trial by the patient population.

20          DR. HARRIS:  Yes.

21          DR. WOFSY:  I also have two questions relating to

22     thrombotic events, one in aspirin users and one in non-

23     aspirin users.

24          What was the thrombotic event rate in the aspirin

25     users?  It seems that we had a lot in the non-aspirin users.

91

1   Do you have any data on the cardiovascular thrombotic event

2   rate in aspirin users compared to non-aspirin users?

3           DR. GEIS:  Yes, we do.  We can pull that slide.

4           DR. LEFKOWITH:  Could we have the slide, please.

5           Now, the incidence of thromboembolic events in the

6   aspirin users is higher than non-aspirin users, which I

7   showed you during my talk.  It's about 5 percent.  That is

8   because, of course, the patients using aspirin are at risk

9   for cardiovascular events, that is why they are on aspirin,

10  but there were no treatment differences observed between

11  celecoxib and the NSAIDs for either any thromboembolic event

12  or the specific cardiac thromboembolic events that I showed

13  you or for stroke.

14          DR. WOFSY:  And in non-aspirin users, the question

15  really has to do with statistical power.  If I recall your

16  slide correctly, there was an increase that was not

17  statistically significant in the patients who were treated

18  with Celebrex.

19          Would you have been powered, at what level were

20  you powered to detect a statistically significant difference

21  in that area?

22          DR. GEIS:  I would like to have Dr. Jerry Faich,

23  the head of our DSMB, respond to that question.

24          DR. FAICH:  The short answer is that study was not

25  powered to detect such a difference.  Later on perhaps we

1   can talk about--the best way to go at that, this is a study

2   of 2,000 person years of exposure to celecoxib, is to look

3   at a pooled analysis including the NDA and the open label

4   extension.   Perhaps this afternoon would be a better time to

5   do it, but the short answer is there isn't a powered answer

6   to that question, but there wasn't a signal, I mean, so it

7   goes both ways.

8            DR. HARRIS:  Dr. Cryor.

9            DR. CRYOR:  With respect to this 5 to 6 percent

10   use of the over-the-counter NSAIDs, have you assessed how

11   that OTC NSAID use impacted your observations with respect

12   to ulcer complications or symptomatic ulcers?

13            DR. GEIS:  Yes, we have.  Dr. Lefkowith will take

14   that.

15            DR. LEFKOWITH:  We examined the profiles of all

16   the patients with ulcer complications for use of over-the-

17   counter NSAIDs just to understand the confounding effect

18   that it might have.  There were three actually complications

19   in both the Celebrex-treated group, as well as the NSAID-

20   treated group, who used NSAIDs or over-the-counter NSAIDs

21   concomitantly.

22            Most of that use was sporadic and not temporally

23   related to the event.  One patient assigned to the

24   celecoxib-treated arm was on salicylamide for a prolonged

25   period of time, at a time that was immediately proximate to

93

1   the event, and could have been related to an event.  This

2   patient, however, was still included as a celecoxib event in

3   the analysis that I showed you.

4           DR. HARRIS:  Dr. Sampson.

5           DR. SAMPSON:  I understand that you did a pooled

6   analysis of the two different studies.  It would be helpful

7   to see two slides, if you would have it, the patient

8   disposition and the adverse events causing withdrawal broken

9   separately by the two studies with the two different

10  Celebrex treatments, one for Study 035 and one for Study

11  102.

12          DR. GEIS:  I believe we do have that data broken

13  out by study.  We can pull the slide, and we can show that.

14          DR. LEFKOWITH:  You wanted patient disposition

15  unblinded or blinded?

16          DR. SAMPSON:  Your Slide No. 93 and the other one

17  would be 132.

18          DR. LEFKOWITH:  Can I have the slide, please.  I

19  am having trouble hearing you without the microphone.

20          [Slide.]

21          This is the disposition within the comparison

22  between celecoxib and ibuprofen in terms of completers and

23  withdrawals for adverse events, and I believe the next slide

24  is the same comparison between diclofenac and ibuprofen

25  within the trial, which again shows the same results as the

94

1    pooled results.

2         DR. SAMPSON:  Do you have that, though, broken

3    down by study?

4         DR. GEIS:  This analysis shows the celecoxib

5    pooled.

6         DR. SAMPSON:  I want to see the celecoxib

7    separate.  I am sorry if I did not make that clear.

8         DR. GEIS:  We don't have it broken out in a slide,

9    but maybe this afternoon we can bring that back and we can

10   show you that, but we can get that.

11        DR. SAMPSON:  That would also be for Slide 132,

12   which is adverse events causing withdrawals at a rate

13   greater than 1 percent?

14        DR. GEIS:  And you want the adverse events causing

15   withdrawals by study with celecoxib separate in that study,

16   not pooled.

17        DR. SAMPSON:  That is correct.  Thank you.

18        DR. GEIS:  We can pull that this afternoon, as

19   well.

20        DR. NISSEN:  I would be interested in seeing the

21   myocardial infarction rates by drug, not pooling the other

22   NSAIDs, because ibuprofen, you know, these two drugs have

23   differing effects on platelets, so I would like to see the

24   celecoxib versus the other two agents compared with respect

25   to the myocardial infarction rate.

1          DR. GEIS:  So, MI rate, celecoxib pooled versus

2     diclofenac, versus ibuprofen.  Do we have that slide?

3          DR. LEFKOWITH:  Can I have the slide, please.

4          This was the chart that I showed you, and I did

5     show a vast amount of data during the talk, but this slide

6     does have the MI rates broken out by treatment group.  This

7     is for all patients.  Now, of course, this includes both

8     aspirin users, as well as non-aspirin users.

9          DR. NISSEN:  I meant in the non-aspirin users.

10          DR. LEFKOWITH:  Okay.  Could we have the next

11     slide, please.

12          This, of course, is an important comparison

13     because these patients are not protected by cardiovascular

14     aspirin.  That rate was no different and quite low in all

15     three treatment arms.

16          DR. M. WOLFE:  Along those lines, though, it is a

17     difficult question, is there a study or a breakout of the

18     patients with a previous history of an MI, who were not

19     treated with aspirin, yet, were treated with the other three

20     drugs?

21          DR. GEIS:  So, the question is do we have it

22     broken out by patients with cardiovascular disease, a

23     history, who were not on aspirin, is that right?

24          DR. M. WOLFE:  Yes.

25          DR. LEFKOWITH:  Can I have the slide, please.

96

1          [Slide.]

2          So, in terms of MI's, again, now, you are talking

3     about ever smaller cohorts within the trial, so you have to

4     take these numbers in the context of being subanalysis, but

5     nonetheless, if you look at MI's on celecoxib in patients

6     not on aspirin, with a prior history of cardiac disease,

7     there were two infarcts in the celecoxib group compared to

8     one infarct in the NSAID group.  Those rates are not

9     different.

10          DR. HARRIS:  Any other questions?

11          [No response.]

12          DR. HARRIS:  Okay.  We will take a break.  It's

13     10:15, and we will be back in 15 minutes.

14          [Break.]

15          DR. HARRIS:  We would like to resume and in this

16     portion of our session, we are going to get a presentation

17     from the FDA.  We will start with Dr. Lawrence Goldkind.

18                    FDA Presentation

19                         GI

20               Lawrence Goldkind, M.D.

21          DR. GOLDKIND:  My name is Dr. Goldkind.  I will be

22     reviewing some of the highlights of the gastrointestinal

23     review of the CLASS study.

24          [Slide.]

25          First, I will briefly review some of the study

1    design highlights, which will overlap some with the

2    presentation by Dr. Lefkowith.  Then, I will review some of

3    the results specifically the primary analysis as specified,

4    which was complicated ulcer.

5            The term CSUGIE is only here, it will be

6    reproduced a few times, but since the committee had received

7    documents littered with that term, we wanted to make it

8    clear.  Complicated ulcer will be used in place of this term

9    which, for the rest of the audience, stood for a clinically

10   significant upper GI event, but they are identical for

11   purposes of this discussion.

12           The initial intent-to-treat population, and then

13   important subgroup analyses as have been discussed, aspirin

14   and non-aspirin, important for obvious reasons.

15           Then, I will discuss the composite endpoint, the

16   symptomatic ulcers combined with the complicated ulcers as

17   was eloquently described by Dr. Geis, again, the intent-to-

18   treat population and the subgroup analysis of aspirin users

19   and separately non-aspirin users.

20           [Slide.]

21           I will briefly discuss high risk populations and

22   make several concluding remarks.

23           [Slide.]

24           The original protocol stated that, "The null

25   hypothesis being tested is that there is no difference in

1   the incidence of clinically significant upper GI events"

2   between Celebrex and each of NSAID groups, ibuprofen and

3   diclofenac.

4           [Slide.]

5           Some highlights from the original statistical plan

6   stated that, "Two primary treatment comparisons will be

7   performed:  celecoxib vs. ibuprofen and celecoxib vs.

8   diclofenac.

9           "A stepwise procedure will be used to strongly

10  control type 1 error.  In this procedure, the first step is

11  to test the overall hypothesis whether celecoxib and the

12  pooled NSAIDs are different.

13          [Slide.]

14          "If the test is not significant, the null

15  hypothesis is retained and the procedure stops.  If the test

16  is significant, the second step will be the pairwise tests

17  between celecoxib and each of the two NSAIDs."

18          So, it is clear that the intent was to compare

19  celecoxib to each NSAID, but to avoid issues related to

20  multiplicity and the need for statistical correction, a

21  stepwise approach was employed.

22          I will try and go through these briefly.

23          [Slide.]

24          The endpoint definition, perforation, obstruction,

25  and upper gastrointestinal bleeding.  Through the vast

99

1    majority of this slide and the presentation by the sponsor,

2    a traditional definition as defined by the sponsor has been

3    employed which, as has been described, requires clear

4    evidence of blood loss with evidence of gastroduodenal

5    injury.

6           An alternate definition was used in addition for a

7    separate analysis just to get a look at more severe or

8    potentially imminently life-threatening bleeding that would

9    require gastroduodenal injury be documented along with signs

10   of an acute major bleed, which would include transfusion,

11   orthostasis, or a significant drop in hemoglobin of 2 grams

12   per deciliter.

13          [Slide.]

14          Again, using the traditional definition, this

15   required gastroduodenal ulcer or erosion in addition to one

16   of the following:  hematemesis, active bleeding at the time

17   of endoscopy, stigmata of recent bleed, which we saw some

18   photos of earlier, and I will just make a point that in

19   these cases, again, the quantitation of bleeding wasn't

20   specified.  Again, certainly these are very important

21   endpoints, but this is where the differentiation with the

22   more rigorous or severe bleeding definition, the alternate

23   definition is relevant.

24          [Slide.]

25          Melena, hemoccult-positive stool, and fall in

100

1     hematocrit or hemoglobin.  Hemoccult-positive stool and

2     orthostasis or hemoccult-positive stool and the need for

3     transfusion on clinical grounds.

4          [Slide.]

5          Again, to briefly go through the issues of dose

6     selection.  Again, obviously, the proof of hypothesis was

7     important to test and to be sure that there wasn't simply a

8     shallow dose dependency of any GI safety that may be

9     demonstrated.

10          The dose creep phenomenon has been discussed by

11    Dr. Witter.  Particularly in chronic illnesses, particularly

12    in painful conditions, a dose creep phenomena is

13    anticipated, and this would be particularly true if there

14    was a safety advantage suggested for a particular product,

15    so that this was again part of the reason for building this

16    high dose into the design.

17          Again, the margin of overall safety as opposed to

18    organ-specific safety was important.  Obviously, if the

19    overall safety is not maintained at a higher dose, it is

20    important to know, so that you can put any organ-specific

21    safety information into a broader context.

22          Of course, the 8 mg a day dose is the 2X for

23    rheumatoid arthritis, but it is the 1X for another chronic

24    condition, familial adenomatous polyposis, and, of course,

25    the future, we don't know.

1          [Slide.]

2          As the sponsor has pointed out, multiple aspects

3    of the study address the issue of generalizability in terms

4    of the population including both OA and RA, the fact that

5    two comparators were included, and the fact that there were

6    minimal exclusions, and as has been pointed out, significant

7    renal or hepatic dysfunction, baseline occult GI bleeding,

8    and in the absence of an exclusion of aspirin as has been

9    discussed.

10          [Slide.]

11          In terms of the study duration, a quote from the

12   original protocol states that, "The trial will continue

13   until the anticipated number of clinically significant upper

14   GI events have been observed in both studies. Minimum

15   participation for an individual is 26 weeks and maximum

16   study participation is 52 weeks."

17          [Slide.]

18          So, in summary, the study was well designed and

19   included several important components.  It addressed the

20   issue of chronic exposure to assess chronic safety.  High

21   dose to assess the robustness of any safety claim.  Multiple

22   comparators in an attempt to address generalizability.

23          Rigorous and well-defined endpoints, and the large

24   trial size allowed for comparative data on overall safety

25   including uncommon toxicities.

1          [Slide.]

2          I will briefly review the results.

3          [Slide.]

4          These are the results from the primary endpoint,

5     that being complicated ulcer in the entire population, and

6     as the cumulative rates indicate, there was no meaningful

7     difference between the three groups.

8          [Slide.]

9          Next, there will be a graph of the time to

10    complicated ulcer, a survival analysis, again using the

11    traditional definition for the entire population.

12         [Slide.]

13         The only point to make here is that events

14    continued to accrue throughout the study period in the

15    Celebrex group, which is highlighted here, while the

16    diclofenac group experienced only one event beyond the

17    three-month period, and the ibuprofen group accrued no

18    further events after approximately a half a year.

19         [Slide.]

20         In terms of the subanalyses for the complicated

21    ulcer endpoint, non-aspirin and aspirin users.

22         [Slide.]

23         For the non-aspirin users, the results are shown

24    here, and there was no statistically significant difference

25    between diclofenac and Celebrex.   There was a numeric

1    difference between ibuprofen and Celebrex.  This is an

2    uncorrected p-value, and it is put here to give a sense of

3    magnitude of difference, however, it doesn't have the same

4    statistical rigor as a prespecified endpoint since multiple

5    comparisons were made before getting to this comparison.

6              [Slide.]

7              Again, the survival curve for the complicated

8    ulcer in non-aspirin users.

9              [Slide.]

10             A similar pattern although obviously, fewer events

11   through the study period, but again, events were early in

12   the NSAID comparators, and the majority were early in the

13   Celebrex group, as well, however, events did continue to

14   accrue throughout the course of the study.

15             [Slide.]

16             For the aspirin users, the cumulative rates are

17   displayed here.  There is no statistical difference between

18   the groups.  There was a paradoxical finding in the

19   ibuprofen group in that the rate was, in fact, lower than

20   the other traditional NSAID comparator in Celebrex.

21             It is important to note that while a denominator

22   of 412 is large for an efficacy study for an analgesic, for

23   a large outcome study, this is not a large sample size and

24   only one event in that sample size, so this may be

25   hypothesis generating, but it should be looked at in the

104

1    context.

2         [Slide.]

3         Summarize the findings for complicated ulcers.

4    For the primary analysis, no differences between Celebrex

5    and NSAIDs combined or individually was demonstrated.

6         For non-aspirin users, there was a strong trend

7    favoring Celebrex compared to ibuprofen, however, no

8    difference was shown between Celebrex and diclofenac.

9         Finally, in the analysis of aspirin users, no

10   differences between Celebrex and diclofenac were shown.

11   There was a paradoxical trend favoring ibuprofen compared to

12   both Celebrex and diclofenac, but once again, important

13   caveats relate to the sample size, the fact that the study

14   was not stratified for aspirin use, so there may be

15   differences that we don't see in these results.

16        [Slide.]

17        Now, to discuss other relevant analyses

18   specifically the composite endpoint of symptomatic

19   complicated ulcers, just to point out in the original

20   protocol, it states that, "Symptomatic upper GI ulcers,

21   documented by endoscopy or upper GI barium x-ray with no

22   evidence of perforation, bleeding or obstruction will be

23   categorized and summarized separately."

24        So, the composite endpoint was not a prespecified

25   endpoint.

1   [Slide.]

2   It is, as has been discussed, an important and

3 certainly clinically relevant endpoint, and the

4 ascertainment of these events was prespecified.

5   [Slide.]

6   For the entire population for this endpoint, the

7 results are shown here.  There was no meaningful difference

8 between the diclofenac and Celebrex group with a very strong

9 trend in favor of Celebrex compared to ibuprofen.  Once

10 again, this is a nominal p-value for an analysis that was

11 not prespecified.

12   [Slide.]

13   Now, we will look at the survival curve, that

14 endpoint, and this is somewhat different than the pattern

15 that was seen for the primary analysis of complicated ulcers

16 in that all three groups continued to accrue events going

17 far out into the study.

18   [Slide.]

19   For the non-aspirin users, again, the cumulative

20 rate.  There was no meaningful difference between the

21 Celebrex and the diclofenac group, where again there was a

22 strong trend--this is the nominal p-value--for the ibuprofen

23 group compared to the Celebrex group.

24   [Slide.]

25   The time to endpoint survival curve for the non-

1    aspirin users is displayed here, and the diclofenac and

2    Celebrex groups virtually overlap, but they clearly separate

3    out from the ibuprofen group shown here.

4              [Slide.]

5              Now, for the aspirin users, although the rates are

6    higher in all groups compared to non-aspirin users or the

7    entire cohort, the flip pattern between ibuprofen and the

8    other comparators is seen similar to what was seen in the

9    primary analysis of complicated ulcers.  There is no

10   statistically significant difference between the groups

11   here, but nominally, the ibuprofen group, rather than being

12   higher, is actually slightly lower here.

13             [Slide.]

14             Conclusions of this analysis of the composite

15   endpoint.  There was prespecified ascertainment of data, but

16   the endpoint was not prespecified.  As mentioned, it is

17   clearly a clinically relevant endpoint.

18             There was a strong trend in favor of Celebrex

19   compared to ibuprofen in the non-aspirin users with no

20   difference demonstrated between Celebrex and diclofenac in

21   the non-aspirin users.

22             [Slide.]

23             In aspirin users there was a paradoxical trend

24   favoring ibuprofen compared to both Celebrex and diclofenac

25   similar to the pattern that was seen at the primary endpoint

1   of complicated ulcers.

2           [Slide.]

3           Now, briefly, I will show one slide using this

4   alternate definition, which was a prespecified definition,

5   although not the primary analysis.  Again, sign of GI

6   bleeding be it hematemesis, melena or hemoccult-positive

7   stool n the face of gastroduodenal ulcer erosion was

8   required plus signs of a major bleed, which would include

9   either a greater than 2 gram drop in hemoglobin once

10  hydration after an acute event had taken place, or if

11  transfusion was required acutely before equilibration of

12  final hemoglobin less than or equal to the pre-bleed level,

13  or orthostatic hypotension or a supine blood pressure of

14  under 90/60.

15          [Slide.]

16          So, as you can see, this is a much smaller set

17  that are likely to meet this definition, and there was no

18  statistically significant difference seen between the groups

19  at this endpoint.

20          [Slide.]

21          In terms of the high risk populations, as has been

22  discussed earlier, age greater than 75, history of upper GI

23  bleed, and aspirin use were all associated with a

24  substantially higher relative risk compared to those that

25  were not in each of these categories.  This is univariate

108

1    here.   The relative risk extends across both comparators.

2              [Slide.]

3              For the composite endpoint, symptomatic and

4    complicated ulcers, the same general trend is seen with a

5    substantially higher relative risk for those that meet each

6    of these criteria compared to those that don't.

7              [Slide.]

8              Now, when considering high risk populations, you

9    have to take into account an associated risk that is related

10   to the underlying risk factor versus an attributable risk

11   associated with the therapy.

12             If age and history of ulcer complications are

13   independent risk factors separate from NSAID use for ulcer

14   disease, then, the findings of high risk in association with

15   the therapy may represent the intrinsic underlying risk

16   rather than a drug effect or causality.

17             On the other hand, it is possible that there is an

18   interaction between the underlying risk factor and the drug

19   related risk, such that an exaggerated or a higher risk that

20   is, in fact, attributable to therapy would need to be

21   considered, in which case there would be causality.

22             [Slide.]

23             The overall conclusions.  No statistically

24   significant differences were shown for the entire population

25   for the primary endpoint of complicated ulcer between

109

1    Celebrex and the NSAID comparators combined or individually.

2            An important relevant endpoint of the composite of

3    symptomatic and complicated ulcers suggested a difference

4    between Celebrex and ibuprofen in favor of Celebrex.   No

5    difference was seen between Celebrex and diclofenac.

6            [Slide.]

7            Hypothesis-generating findings include the fact

8    that co-administration of aspirin was associated with an

9    increased and similar risk of complicated ulcers in both

10   Celebrex and diclofenac group in the range of 4-fold.

11           The same trend was seen at both the primary

12   analysis and the composite endpoint analysis.

13           [Slide.]

14           The ibuprofen group that required low dose aspirin

15   experienced a lower rate of complicated ulcers than either

16   of the other two groups.   Again, this trend was consistent

17   between the two analyses.

18           [Slide.]

19           It is unclear whether these paradoxical findings

20   associated with the concomitant use of aspirin and ibuprofen

21   simply represent random findings or whether they represent a

22   true differential interaction between aspirin and NSAIDs in

23   terms of the upper GI toxicity.

24           [Slide.]

25           Further study is needed to clarify the safety of

1   co-administration of aspirin and NSAIDs COX-2 selective

2   agents.

3          No conclusions regarding the safety of Celebrex

4   compared to traditional less selective COX inhibitors as a

5   group are possible.

6          Thank you.

7          DR. HARRIS:  We will next hear from Dr. Witter.

8                          Medical

9              James P. Witter, MD., Ph.D.

10         DR. WITTER:  Let me first start by saying I am

11   glad to know that others beside the agency utilize acronyms.

12         [Slide.]

13         As you know, CLASS stands for Celecoxib Long-term

14   Arthritis Safety Study.  By agreement, what I will be

15   discussing is the entire database.  Should you see any

16   asterisks on any of the numbers, it indicates a level at a p

17   .05, less than .05, and what I am going to try and do is

18   summarize the data rather than try and regurgitate it, and

19   get into a bit more discussion of the aspirin subgroups, so

20   we will see if I am successful.

21         [Slide.]

22         Again, just to reiterate some of the basic of the

23   CLASS protocol is that it was a combination of two

24   protocols, Study 035, which has its NSAID comparator

25   ibuprofen, and Study 102, which had diclofenac as its NSAID

1    comparator.

2         Celecoxib, as we now know, was used at the 2x

3    dose, which as it turns out is the 1x dose for FAP.

4         It was a large study conducted in 386 sites

5    throughout the U.S. and Canada involving, as we now know,

6    almost 8,000 patients.

7         [Slide.]

8         The inclusion criteria--and I think we need to

9    redefine when we say large and simple trials, we have to

10   come up with something else because I think we appreciate

11   that these are very complex results that we have gotten

12   here, and the intent was, as you have heard several times,

13   to make this as a real world as possible, and I am sure some

14   of the discussion will center around whether that was

15   successful or not--but really, the inclusion criteria

16   included those who were old enough to give written informed

17   consent.

18        You have to have OA or RA for about three months

19   duration, and you then you needed to have an NSAID type

20   compound, and that you were not pregnant.

21        The exclusion criteria were also similarly simple

22   although they excluded folks with GI disease or ulceration

23   actively or that had significant renal hepatic disease or

24   coagulation defect and active malignancy, but again, how

25   this represents the real world might be a point of

1    discussion later.

2        [Slide.]

3        The baseline demographics, whether you like to

4    look at means or medians, was approximately 60 years in

5    terms of age, there were about 11 percent of the patients

6    that were 75 years or older.

7        This study was conducted primarily in white

8    females.  Approximately 27 percent of patients had RA, 10

9    percent of patients had a history of either GI bleed or

10   gastroduodenal ulcer, and about 21 percent were taking

11   aspirin for cardiovascular prophylaxis.

12       [Slide.]

13       Again, just to reiterate, the use of concomitant

14   medications, things like NSAIDs, either Rx or OTC were

15   prohibited, but as we heard, there were a substantial number

16   of patients who did use these things primarily for things

17   like headaches and other reasons in the short term.  If it

18   was long term, they were excluded.  Prohibited also were

19   anti-ulcer drugs and antibiotics as they might be utilized

20   to treat for H. pylori.

21       Allowed were, as we now know, aspirin, antacids

22   for treatment for prophylaxis for osteoporosis, things like

23   methotrexate and corticosteroids for the patients with RA,

24   and then algesics ranging from Tylenol to oxycodone on an

25   as-needed basis, again with the idea to keep folks in the

1    trial.

2              [Slide.]

3              Just a bit about aspirin use in the CLASS trial.

4    It was, as we know, at 325 or less mg on a daily basis, and

5    again it was for those who were at risk for certain events.

6    However, as Dr. Goldkind indicated, it was not stratified in

7    the CLASS study.  Therefore, the dose and duration may have

8    varied in the study with regard to this endpoint.

9              I think probably the safest thing to say is that

10   no conclusions regarding aspirin co-use can be drawn from

11   the CLASS study, but some interesting observations and

12   potentially possible directions for future studies, which

13   again may be part of our discussion this afternoon.

14             [Slide.]

15             Statistical issues, just to summarize, was the

16   null hypothesis, that celecoxib was, in fact, equal to

17   NSAIDs for the primary outcome of complicated ulcers.

18             It was estimated that there were going to be 40

19   events, 8 in the roughly 4,000 celecoxib patients, 32 in the

20   roughly 4,000 NSAID patients.  It was assuming a withdrawal

21   rate of 35 percent, power to 90 percent, and there was

22   significance at 0.05 on two-sided testing.

23             [Slide.]

24             Now, again, what I am trying to do is simplify the

25   data.  I don't want to get into a line listing kind of

114

1    approach because we have seen lots of data, and I don't have

2    any substantial differences from the sponsor on their

3    numbers.

4         So, of the folks that are in the ITT population,

5    we can see here that more people tended to complete the

6    study in the diclofenac group, whereas, more tended to be

7    withdrawn in the ibuprofen group.

8         What is not up here are the reasons, and I think

9    we discussed that a bit earlier.  For ibuprofen, there was

10   more that left the trial for treatment failure of

11   noncompliance, whereas, in the diclofenac group there were

12   more that left because of adverse events.  Interestingly and

13   refreshingly, there were no patients lost to follow up,

14   which is something we seem to be discussing a lot at these

15   venues.

16        [Slide.]

17        Now, admittedly, efficacy in the CLASS trial was

18   not an endpoint, but I think it is worthwhile just spending

19   a little time to review this.  If one looks at patient

20   globals, patient assessment of pain on the VAS scale, the

21   disability indices of health assessment questionnaire or the

22   generic SF-36 or patient withdrawal rates, if those are

23   measures of efficacy, then, what we can say is that

24   celecoxib as utilized in the CLASS trial was not shown to be

25   more effective than NSAIDs.

115

1        However, there was an interesting trend if you

2   compared against the original database of less patients

3   being withdrawn in the CLASS trial than the NDA, suggesting

4   that there may, in fact, be some utility to a higher dose

5   for a time period.

6        [Slide.]

7        Now, I am not going to go through all the GI

8   summary, all the data, I am just going to try and summarize

9   it, and again to reiterate that the primary endpoint was

10  that of complicated ulcers in contrast to symptomatic

11  ulcers, and there were 38 of these events which are

12  uncensored.  This was looking at all the three groups.

13       Celecoxib was not statistically significantly

14  different than either of the individual NSAIDs or pooled

15  NSAIDs, so therefore, celecoxib did not meet the primary

16  endpoint of this trial, and there is no disagreement on

17  that.

18       [Slide.]

19       However, when you look at the primary endpoint in

20  a more restrictive fashion, and in particular what I am

21  referring to here is those folks who were not taking

22  aspirin, there were a total of 22 uncensored events in all

23  the groups, and in this case, celecoxib was different with a

24  nominal p-value of 0.03, and as Dr. Goldkind had indicated,

25  this was not corrected for multiplicity, nor was this a

1    prespecified endpoint, but it was different than ibuprofen,

2    but not diclofenac.

3              [Slide.]

4              When the endpoints were expanded to include, as we

5    now know, complicated and symptomatic ulcers, there were 105

6    events in all groups, and here again celecoxib was able to

7    show that it was better than ibuprofen, but not diclofenac.

8              When we take that expanded population of

9    complicated and symptomatic ulcers, and then look at only

10   the aspirin non-users, there were 59 events, uncensored

11   events in all the group, and once more, celecoxib did show

12   that it was better than ibuprofen, but not diclofenac.

13             So, a consistent finding here is that under no

14   circumstances of patient group, length of trial, was there

15   any difference between celecoxib and diclofenac.

16             [Slide.]

17             Again, I am trying to get a little different spin

18   to the data here rather than just repeat what we have seen.

19             So, looking at GI adverse events and looking at

20   all patients, those that did take aspirin, those that didn't

21   take aspirin, it can be seen here that whether we look at

22   the data in terms of any adverse events, or any of those

23   adverse events leading to withdrawals, and it doesn't matter

24   what patient population we look in, whether it is all

25   patients in the aspirin users or in the non-aspirin users,

117

1    there were more of these events in the diclofenac group.

2         Also, it certainly seems to point out the effects
3    of aspirin as you look across and compare aspirin to non-
4    aspirin, the event rate is higher in the aspirin users
5    across the board.

6         [Slide.]

7         Now, looking at all adverse events and going back
8    to what we just saw with the GI slide, we can see here that
9    looking at any adverse event or severe adverse events, or
10   adverse events that led to withdrawal, once again, the
11   highest incident rates were in the diclofenac group.

12        However, when you look at the serious adverse
13   events, there was a higher rate in the celecoxib group, and
14   if you are wondering about the differences in numbers, these
15   are as percentage, the sponsor presented it as patient year
16   data before.

17        [Slide.]

18        Deaths, it certainly could be argued one of the
19   most serious adverse events there is in a trial, there were
20   36 all-cause deaths in this trial.  There were 19 in the
21   celecoxib group, which comes out to be 0.5 percent, 9 in the

22   diclofenac group, which is 0.5 percent, and 8 in the
23   ibuprofen group, which comes out to be 0.4 percent.

24        Most of these deaths were in patients age 65 years
25   or older, and most of these were cardiovascular in nature.

118

1    That came out to be 58 percent in the celecoxib group, 56

2    percent in the diclofenac group, and 63 percent in the

3    ibuprofen group.

4            [Slide.]

5            Looking at this data in a slightly different way,

6    on patient years and breaking it up into aspirin users and

7    non-users once more, whether we look at all-cause mortality,

8    whether we look at cardiovascular mortality, whether we look

9    at it in aspirin users or non-aspirin users, celecoxib is no

10   worse than any of the other comparators.

11           [Slide.]

12           Turning to renal adverse events--and again my

13   attempt here is to simplify the data--whether you look at

14   any event or any of those events that led to withdrawal,

15   there was a higher incidence of these events in the

16   ibuprofen subgroup.

17           If you look at the data, which we have asked the

18   sponsors to do, in a contingency type approach, for example,

19   where you have increases of BUN and/or creatinine above the

20   level specified here, we see that there are more of these

21   types of events in the diclofenac group.

22           [Slide.]

23           Looking at cardiovascular events, and in this

24   particular slide, again for simplicity, I have combined the

25   categories into edema, which, for example, represent the

1    line listings of edema, peripheral edema or generalized

2    edema, anginal disorders, and thrombophlebitis, again, these

3    are combination, it is more of a mixed picture.

4             You can see, for example, that in terms of edema,

5    there tends to be more events in the ibuprofen group,

6    whereas, with anginal disorders, there tends to be more in

7    the ibuprofen group, it doesn't whether aspirin or not, and

8    in looking at thrombophlebitis and the events in that

9    category, again, it is a mixed picture, in aspirin users

10   more in diclofenac, non-aspirin users, more so in the non-

11   aspirin users.

12           [Slide.]

13           Looking at serious cardiovascular events--and

14   again I have combined categories here, somewhat similar to

15   the last one although there is atrial added in here--and

16   this time just focusing in on the non-aspirin population,

17   there appear to be slightly more events in the atrial,

18   anginal, and MI categories for celecoxib as compared to the

19   other groups.  However, this is not the case for the

20   combined thrombophlebitis type events.

21           The aspirin data, I don't have it here, but it is

22   a mixed picture, and in none of the categories is celecoxib

23   leading or have the highest incident rates compared to the

24   others.

25           [Slide.]

1          Turning to hepatic adverse events, if you look

2     again at any adverse event or any adverse event leading to

3     withdrawal, we once again see that diclofenac has the

4     highest rate, and what I have done here is again looking at

5     a contingency type of approach, and looking at multiples

6     above the upper limit of normal, so, for example, the liver

7     enzymes AST or ALT combined or combining one of those

8     enzymes with alkaline phosphatase or total bilirubin or

9     doing those alkaline phosphatase and bilirubin together,

10    once again we see that there are more events in the

11    diclofenac group, and I think this data nicely suggests that

12    whatever the problem is, it is in the liver.

13          [Slide.]

14          Looking at adverse events that impact the skin,

15    whether you are discussing it in terms of rash or pruritus,

16    looking at the overall events or those events that led to

17    withdrawal, there were more of these events in the celecoxib

18    group.  However, for the most part, these were not severe

19    reactions.

20          [Slide.]

21          Now, just trying to summarize a little bit of the

22    aspirin data--and again I think we are only looking at these

23    just as some observations, but interesting nonetheless--as

24    Dr. Goldkind had indicated, whether you look at the

25    complicated ulcers, and actually I should have had up here

121

1  symptomatic ulcers, as well, we saw that aspirin co-use with

2  celecoxib and diclofenac led to an increase in these events,

3  but there seemed to be a paradoxical, which is the term that

4  we are using, decrease or lessening of events with

5  ibuprofen.

6          However, when you look at GI adverse events or

7  withdrawals because of an adverse event, consistently across

8  the board you see that co-use of aspirin increased the

9  events in all three groups.

10         [Slide.]

11         When you look at cardiovascular events, we have

12 what I will call here a mixed picture.  In terms of overall

13 mortality, we see that it increases with celecoxib and

14 diclofenac, but it appears to go down with diclofenac.

15         In terms of MI, it goes up in all three groups,

16 but if you look at thrombophlebitis, it goes up in

17 diclofenac and ibuprofen, but it appears to go down in the

18 celecoxib groups.  So, aspirin, as I say, has some

19 interesting, but not necessarily consistent results.

20         [Slide.]

21         So, overall safety in terms of the GI tract, once

22 more, celecoxib was unable to demonstrate a statistical

23 superiority to either ibuprofen or diclofenac when

24 considering the primary endpoint of the CLASS trial.

25         However, celecoxib was able to demonstrate a trend

1    in superiority to ibuprofen (only) in patients not taking

2    aspirin and with broader endpoints meaning particularly

3    complicated and symptomatic ulcers.

4              [Slide.]

5              In terms of renal safety, celecoxib does not

6    effect acid-base balance more than diclofenac or ibuprofen.

7    I should note that this is a fulfillment of a Phase IV

8    commitment by the sponsor.

9              There does not appear to be any large effect on

10   renal adverse events relative to ibuprofen or diclofenac.

11             Although it is not seen in the CLASS trial,

12   serious renal disease, such as acute renal failure or

13   interstitial nephritis, are in the current labeling for

14   Celebrex.

15             [Slide.]

16             In terms of cardiovascular in the CLASS trial,

17   there was no apparent adverse effect on cardiovascular

18   mortality or serious adverse events related to thrombosis

19   relative to ibuprofen or diclofenac, although this does not

20   exclude that there is some kind of a lesser cardiovascular

21   effect as I think we have heard this morning.

22             However, events such as myocardial infarction,

23   congestive heart failure, ventricular fibrillation,

24   pulmonary embolism, cerebral vascular accident, vasculitis

25   and other events are in the current label for Celebrex.

123

1                [Slide.]

2                Hepatobiliary safety.  Adverse events are not more

3      frequent than seen with ibuprofen or diclofenac, and

4      although not seen in the CLASS trial, such events as

5      hepatitis, jaundice, and liver failure are in the label.

6                [Slide.]

7                In terms of skin, rash and pruritus, as I pointed

8      out earlier, are generally mild to moderate, are important

9      adverse events that frequently lead to withdrawal with this

10     compound.  Once again, serious adverse events, such as

11     Stevens-Johnson syndrome, toxic epidermal necrolysis or

12     erythema multiforme, again, they are in the label.

13               [Slide.]

14               Overall safety in terms of deaths, there were no

15     deaths from hepatobiliary, renal, dermatologic, or GI

16     causes.  The latter, I find particularly interesting.

17               Deaths from the cardiovascular causes appear to

18     reflect more the population studied rather than any new

19     adverse effect of celecoxib, and the deaths from

20     cardiovascular causes are not more common in the celecoxib

21     group as compared to the controls.

22               [Slide.]

23               Trying to make a grand summary, then, of the

24     overall safety of celecoxib, in this case what I am going to

25     do is look all the way from the NDA and through to the

1    current data, it appears that celecoxib looks more like an

2    NSAID than placebo.

3            [Slide.]

4            Finally, as I had discussed earlier, and we still

5    I think tend to want to do this, make comparisons against

6    NSAIDs and COX-2's, particularly in regards to safety, so I

7    am wondering here what is the best way to look at the data.

8    For example, is beating one NSAID the same as beating them

9    all?  On the other hand, is losing to one NSAID the same as

10   losing to them all?

11           Thank you very much.

12           DR. HARRIS:  Thank you, Dr. Witter.

13           Are there any comments, questions related to

14   clarification from the committee?  Yes, Dr. Sampson.

15           DR. SAMPSON:  Dr. Witter, I was wondering if you

16   could just say a few more words about what you call the null

17   hypothesis of Celebrex being equal to "NSAIDs"?  At least

18   when I read the material, it looks to me like there is two

19   null hypotheses as opposed to some sort of a composite, and

20   the two null hypotheses are Celebrex versus ibuprofen, and

21   Celebrex versus diclofenac.

22           Are I misunderstanding that is some sense?

23           DR. WITTER:  I think the first go-around was to

24   look at the combined NSAID groups and then to look at the

25   individual compounds to preserve the type 1 error.

1          DR. SAMPSON:  At least my reading of the

2   statistical issues, the overall test was just an artifice to

3   protect the other conclusions, it was never really intended

4   as a scientific null hypothesis at least from my

5   understanding of it.  Maybe I need to be corrected on that.

6          DR. GOLDKIND:  I think that that is true.  It was

7   a stepwise approach, but the primary hypothesis was related

8   to step 2 rather than step 1, and statistically, if the

9   first step failed, one would not go beyond that, and so in a

10  simple sense, one would not have gone beyond that first null

11  hypothesis of the group comparisons for that endpoint.

12         DR. SAMPSON:  And if the first step were a

13  success, one wouldn't then conclude that you were superior,

14  quote, "to NSAIDs."

15         DR. GOLDKIND:  The spirit of the study was to look

16  to see how generalizable it is, so looking at the individual

17  NSAIDs was the intent.

18         DR. HARRIS:  Yes, Dr. Wofsy.

19         DR. WOFSY:  I think I have a similar question in

20  regard to your last comment.  I wonder if you could amplify

21  on, you said celecoxib looks more like an NSAID than like

22  placebo, but there is no placebo in these data.

23         How do you come to that conclusion?  Maybe to

24  broaden the question, if the issue in this study was to look

25  at whether or not the GI labeling was necessary, that is, is

1   there a GI risk compared to placebo, how do we address this

2   question in a study that has no placebo?

3          DR. WITTER:  The slide had in there that was

4   including the discussion of the NDA material, in which case

5   there were a lot of placebo controls, and I was trying to go

6   back to the original presentation where were always looking

7   at how these compounds compared, not only against NSAIDs,

8   but also against placebo.

9          We had a substantial discussion, for example, in

10  terms of GI events, whether these rates would look like

11  placebo, so that comment was meant to kind of be a broad

12  sweeping compilation of all the data from the NDA up and

13  including the CLASS trial and looking at all the safety

14  parameters, be they GI events, renal events, as I discussed,

15  because that has always been kind of an issue is the overall

16  safety profile of these compounds, what is the best way to

17  view them.

18         DR. HARRIS:  Any other comments?  Yes.

19         DR. SAMPSON:  One further clarification.  In

20  patients not taking aspirin, it was indicated that there was

21  a trend, and the p-value is 0.03 of Celebrex versus

22  ibuprofen, and just for my own clarification, I understand

23  this wasn't a preplanned analysis and thus would not

24  necessarily be subject to the multiple comparison

25  procedures, however, if one were to use the multiple