# EXHIBIT 146

May 14, 2000                                                          2

## ABSTRACT

*Context:* Use of nonsteroidal anti-inflammatory drugs (NSAIDs) is associated with upper gastrointestinal (GI) toxicity caused by inhibition of GI mucosal cyclooxygenase (COX)-1. Celecoxib specifically inhibits COX-2 and has demonstrated a low potential for producing GI injury.

*Objective:* To compare the incidence of significant upper GI toxicity in patients with rheumatoid arthritis (RA) or osteoarthritis (OA) treated with 2- to 4-times the maximum therapeutic doses of celecoxib, respectively, versus two NSAID comparators administered at standard therapeutic doses.

*Design:* Randomized, multicenter, double-blind trial from October 1998 through January 2000. All patients were provided the opportunity to complete at least six months of treatment.

*Setting:* Three hundred eighty clinical sites in the United States and Canada.

*Patients:* A total of 7,968 patients aged 18 years and older with OA (n= 5,746) or RA (n= 2,183) who met inclusion criteria were randomized; 4,575 (57%) patients completed 6 months of treatment or withdrew prior to 6 months.

*Interventions:* Patients were randomized to receive celecoxib 400 mg twice daily (n=3,987), ibuprofen 800 mg three times daily (n=1,996) or diclofenac 75 mg twice daily (n=1,985) in 2:1:1 proportions. Concomitant low dose aspirin use ($\leq$325 mg daily) for cardiovascular prophylaxis was permitted.

*Main Outcome Measures:* Incidence of upper GI ulcer complications (bleeding, perforation and obstruction) and symptomatic ulcers, or ulcer complications alone, for celecoxib versus NSAIDs that met pre-specified criteria judged by a blinded expert adjudication committee.



EXHIBIT

147

9-16-10

PENGAD 800-631-6989

SIMON 01268

May 14, 2000                                                                3

*Results:* For the entire cohort, the annualized incidence rates of upper GI ulcer complications alone, or combined with symptomatic ulcers, for celecoxib vs. NSAID comparators were 0.76% vs. 1.45% (p=0.092; relative risk = 0.53; 95% confidence interval (CI) 0.26 to 1.11) and 2.08% vs 3.54% (p=0.023; relative risk = 0.59; 95% CI 0.38 to 0.94). *respectively* Removing the confounding effect of concomitant aspirin use, the annualized incidence rates of upper GI ulcer complications alone, or combined with symptomatic ulcers, for celecoxib vs. NSAID comparators were 0.44% vs. 1.27% (p=0.037; relative risk = 0.35; 95% CI 0.14 to 0.98) and 1.40% vs 2.91% (p=0.017; relative risk = 0.48; 95% CI 0.28 to 0.89). Overall, celecoxib was better tolerated than NSAID comparators as fewer celecoxib-treated patients experienced GI, hepatic, renal or hemostasis-related adverse effects. No difference was noted in the incidence of thromboembolic cardiovascular events (myocardial infarction, cerebrovascular accidents) between celecoxib and NSAID comparators irrespective of aspirin use.

*Conclusion:* Celecoxib, at 2- to 4-times the maximally effective RA and OA doses, was associated with a lower incidence of significant upper GI toxicity and other adverse effects than NSAID comparators at standard therapeutic doses. This study validates celecoxib's unique mechanism of action and intrinsic general safety profile.

*Key words:* ulcer complications, symptomatic ulcers, cyclooxygenase, NSAIDs, celecoxib

**Word Count:** 3730 (manuscript), 431 (abstract)

SIMON 01269

May 14, 2000                                                                    4

## INTRODUCTION

Musculoskeletal disorders are extremely common and represent a frequent cause of health care

resource utilization.[1] For such disorders, nonsteroidal anti-inflammatory drugs (NSAIDs) are

commonly used in    often
a ~~mainstay of~~ clinical care and are ~~the preferred agent by patients~~.[2-4] Well-established

limitations of NSAID therapy include the risk of developing significant injury to the upper

gastrointestinal (GI) tract, primarily ulceration or complications resulting from an ulcer such as

perforation, gastric outlet obstruction and hemorrhage. Based on epidemiological and

controlled trial experience, there is an estimated two- to ten-fold greater risk for upper GI

injury in NSAID users when compared to nonusers.[5-11] The annualized incidence rate of upper

GI ulcer complications and symptomatic ulcers in NSAID users ranges from 2 to 4% and 1 to

2% for ulcer complications alone.[12-16]


It is known that NSAIDs inhibit cyclooxygenase (COX), the enzyme responsible for the

conversion of arachidonic acid to prostaglandins.[17] The ulcerogenic effects of these agents are

attributed to interference with prostaglandin formation, thereby, leading to inadequate mucosal

protection in the upper GI tract.[18,19] COX exists in two isoforms.[20-23] COX-1 is a ubiquitous

constitutive isozyme; both gastrointestinal prostaglandins and platelet-derived thromboxane $A_2$

are formed exclusively from COX-1. Alternatively, COX-2 is largely a cytokine-induced

isozyme producing prostaglandins that mediate pain and inflammation.[24-30] NSAIDs inhibit

both COX-1 and COX-2 to varying degrees.[31,32] Thus, the therapeutic effects of NSAIDs are

derived from inhibition of COX-2, while the adverse effects of these agents within the upper

GI tract or with respect to platelet function arise from inhibition of COX-1 activity.

SIMON 01270

May 14, 2000                                                                      5

Celecoxib (Celebrex) is a recently approved agent for treating the inflammation and pain of OA and RA ~~arthritis~~ that specifically inhibits COX-2. Celecoxib appears to have little potential to produce upper GI injury as evidenced by a four-fold to six-fold lower association with gastroduodenal ulceration than either naproxen or diclofenac in endoscopic studies.[33;34] In these same trials, the risk of gastroduodenal ulceration in celecoxib-treated patients was comparable to placebo. A pooled analysis of 14 randomized controlled trials of arthritis patients also indicated that the incidence of upper GI ulcer complications associated with celecoxib was eight-fold lower than that found with diclofenac, ibuprofen and naproxen combined.[16]

In order to establish the distinct nature of the underlying biochemical mechanism of celecoxib more rigorously, however, it was essential to perform a prospective, randomized, double-blind study to determine the incidence of upper GI ulcer complications alone or combined with symptomatic gastroduodenal ulcers among arthritis patients chronically receiving celecoxib or NSAIDs. To clearly establish that celecoxib is COX-1 sparing, our study compared celecoxib administered at 2- to 4-times the maximum effective doses for RA and OA, respectively, to common therapeutic doses of ibuprofen and diclofenac, two non-specific NSAIDs commonly used to treat OA and RA. Concomitantly, this study served to assess more broadly the safety of celecoxib at supratherapeutic doses with respect to other potentially mechanism-based, as well as idiosyncratic, toxicities.

SIMON 01271

May 14, 2000                                            6

## METHODS

### Study Population

Men and women outpatients 18 years of age and older were eligible to participate in the study if they were diagnosed with OA or RA evident for 3 months or longer and were expected to require continuous treatment with an NSAID for the duration of the trial. Patients were excluded from the study participation if they had active GI, renal, hepatic, or coagulation disorders; malignancy (unless removed surgically with no recurrence within 5 years); esophageal or gastroduodenal ulceration within the previous 30 days; a history of gastric or duodenal surgery other than an oversew; or known hypersensitivity to COX-2 inhibitors, sulfonamides, ibuprofen, or diclofenac. Women were excluded if they were pregnant, might become pregnant, or were lactating.

### Study Protocol

This prospective, randomized, double-blind trial was conducted at 380 centers in the United States and Canada from December 1998 to January 2000 in accordance with the principles of good clinical practice and the Declaration of Helsinki. The protocol was approved by the institutional review board at each study site and all patients were required to provide written informed consent.

Prior to enrollment, patients completed a physical examination and clinical laboratory testing, including a baseline serological test for *Helicobacter pylori* antibodies (FlexSure, Beckman-Coulter, Palo Alto, CA). After a baseline visit, follow-up clinic visits took place at weeks 4, 13, 26, and every 13 weeks thereafter (if necessary) after the initial dose of medication.

SIMON 01272

May 14, 2000                                                              7

Monitoring for adverse events and clinical laboratory testing were repeated at all follow-up

visits. All patients were given the opportunity to complete a minimum of 6 months of

treatment.

**Treatment**

Patients were randomly assigned by a computer-generated randomization schedule to receive

either celecoxib 400 mg BID or the comparator NSAID (ibuprofen 800 mg TID or diclofenac

75 mg BID) on a 2:1:1 basis. All treatment regimens were fully masked to ensure they were

identical in appearance and that patients took the same number of capsules.

**Concomitant Medications**

NSAIDs (except for stable doses of aspirin up to 325 mg daily); anti-ulcer drugs (except for

single dose antacid use daily or multiple dose use up to 7 days each month); antibiotics used

alone or in combination with omeprazole, lansoprazole, and ranitidine for treatment of *H.*

*pylori* infection; and antineoplastics were prohibited during the course of the study. Use of

oral, intramuscular, and intra-articular corticosteroids, and DMARDs were permitted.

**Clinical Assessments**

Investigators were instructed to identify and report all potential upper GI ulcer complications.

Evaluation of such events was outlined in a pre-specified algorithm structured to reproduce

clinical practice norms. Evaluation was required for any of the following presentations: severe

acute abdominal pain or acute abdomen; intractable abdominal pain with nausea or vomiting;

hematemesis or melena; acute hypovolemia or hypotension; history of melena within the past

SIMON 01273

May 14, 2000                                                                8

14 days or black stool representing a change in normal pattern; development of postural

dizziness or lightheadedness, or syncope; history of vaguely characterized dark stool, or dark

stool within the past 14 days or with concurrent iron or bismuth ingestion; history of

hematochezia, or anal or rectal bleeding after elimination; development of new anemia or

decrease in hematocrit of 5% of more; development of dyspepsia, abdominal pain, or nausea or

vomiting; or development of heme-positive stools.  Endoscopy was encouraged to document

bleeding lesions but could also be performed if indicated by the investigator's clinical

judgement.


All documentation relating to potential ulcer complications was forwarded to a

Gastrointestinal Events Committee (comprised of Jay Goldstein, MD, Naurang Agrawal, MD,

Glenn Eisen, MD, and William Stenson, MD).  The Committee was established to review and

adjudicate all potential events according to prospectively established upper GI ulcer

complication definitions as provided in Table 1. The Committee collectively reviewed each

case in a blinded fashion and assigned it by consensus as either meeting or not meeting the

definition of an upper GI ulcer complication.  Symptomatic ulcers comprised those cases that

did not meet the definition of an ulcer complication, but did have endoscopic or x-ray evidence

of a gastric or duodenal ulcer as judged by the Committee.  All patients with symptomatic

ulcers or ulcer complications were withdrawn from the study.


**Statistical Analysis**

The sample size calculations were based on the assumption that the annualized incidence of

upper GI ulcer complications would be 0.3% for celecoxib and 1.2% for NSAIDs.  To detect

SIMON 01274

May 14, 2000                                                                    9

this difference with a 5% significance level (two-sided) and a power of 85% and assuming a

30% withdrawal rate, a sample size of 4,000 patients was required for the celecoxib group and

2,000 patients for each NSAID group.

Homogeneity of the treatment groups at baseline was analyzed by using the chi-square test for

categorical variables and two-way ANOVA with treatment and center effects for continuous

variables. All statistical analyses were conducted on the intent-to-treat populations that

consisted of all patients who received at least one dose of assigned study medication. Time-to-

event analyses of upper GI ulcer complications alone or combined with symptomatic ulcers

were performed based on Kaplan-Meier estimates of cumulative event rates, but are expressed

in the text as annualized incidence rates.  Log-rank tests were used to compare the incidence

rates based on the Kaplan-Meier estimate. The effect of potential risk factors for the

development of an ulcer complication (including but not limited to concurrent aspirin use)

were pre-specified and analyzed by Cox proportional hazards model.  Treatment-related

differences in the incidence of adverse effects or clinical laboratory changes were determined

by Fisher's exact test.

SIMON 01275

May 14, 2000                                                                                10

*[handwritten: need to state the mean dugat gtures of therapy? 9 mos.]*

## RESULTS

A total of 7,968 patients were enrolled.  Of these, 3,987 patients were treated with celecoxib

400 mg BID and 3,981 patients were treated with NSAIDs (1,996 received ibuprofen 800 mg

TID and 1,985 received diclofenac 75 mg BID).  Total patient-years of exposure were 1,473

and 1,377 in the celecoxib and NSAID treatment groups, respectively.  There were no

clinically meaningful differences in baseline characteristics between groups (Table 2).  Mean

age overall was 60 years (range 18-90 years); 38% of the patients were 65 years or older, 69%

were women and 73% were diagnosed with OA.  Approximately, 10% of the patients in each

group had a prior medical history of a peptic ulcer or upper GI bleeding and over 20% of the

patients were taking low dose aspirin ($\leq$325 mg daily) for cardiovascular prophylaxis.

Approximately 57% of the patients (n=4,573) completed six months of treatment.  Figure 1

shows reasons for early discontinuation from the study.  More patients in the NSAID

treatment group withdrew from the study for either adverse effects or for lack of efficacy than

did celecoxib-treated patients (p<0.05).  No patients were lost to follow-up.


The crude rate of potential upper GI ulcer complications reported by investigators to the

Events Committee over 6 months was significantly lower in celecoxib-treated patients than

with NSAIDs (16.0% vs 12.6%, p<0.001). *[handwritten above: 12.6%  16.0%]*  All reports were reviewed by the Events

Committee and a total of 261 cases of potential upper GI ulcer complications were selected for

adjudication (the remainder being cases of either isolated GI symptoms or anemia without

further evidence of a potential event).  Upon adjudication, the Events Committee identified 35

upper GI ulcer complications and another 48 cases that represented symptomatic, but

SIMON 01276

May 14, 2000                                                                                    11

uncomplicated, gastroduodenal ulcers (Table 3). All but one of the upper GI ulcer

complications (a gastric outlet obstruction in a celecoxib-treated patient) represented bleeding

events in which an ulcer or large erosion was associated with either visual evidence of

bleeding, melena, or occult blood-positive stools and a decrease in hematocrit or hemoglobin.

Four upper GI ulcer complications (2 in celecoxib patients and 2 in NSAID-treated patients)

were censored from the analysis owing to the timing of the event as prespecified by the Events

Committee (within 48 hours after the first dose day or after 14 days after the last known dose).

The remaining 178 cases were judged by the Committee to represent neither an upper GI ulcer

complication nor a symptomatic ulcer and were assigned a diagnosis under the categories

listed in Table 3.


The annualized incidence of upper GI ulcer complications in celecoxib-treated patients based

on 6 months exposure was approximately one-half the rate observed in patients taking

NSAIDs (0.76% vs 1.45%, p=0.092, Figure 2 top panel). The relative risk over 6 months for

celecoxib compared to NSAIDs was 0.53 (95% CI, 0.26-1.11). The annualized incidence of

upper GI ulcer complications plus symptomatic ulcers with celecoxib was significantly lower

than with NSAIDs (2.08% vs 3.54%, p=0.023, Figure 2 top panel). The relative risk over 6

months for celecoxib compared to NSAIDs was 0.59 (95% CI, 0.38-0.94).


Based on survival analyses with a Cox proportional hazard model, low dose aspirin use was

found to have a statistically significant effect (p=0.005) on the incidence of upper GI ulcer

complications (alone or in combination with symptomatic ulcers) in the celecoxib-treated

patients. Within the celecoxib treatment group, an upper GI ulcer complication was nearly 4-

SIMON 01277

May 14, 2000                                                                    12

fold more common in aspirin users occurring in 6 of 833 patients (0.7%) taking low dose

aspirin vs 5 such events in 3,154 (0.2%) non-aspirin users. Low dose aspirin use did not have

a significant effect on the rate of upper GI ulcer complications in patients receiving NSAIDs

(p=0.21). In consequence, the non-aspirin using cohort was examined independently.

The annualized incidence of upper GI ulcer complications over 6 months in non-aspirin users

was significantly lower with celecoxib vs NSAIDs (0.44% vs 1.27%, p=0.037, Figure 2

bottom panel). The relative risk over 6 months for celecoxib compared to NSAIDs was 0.35

(95% CI, 0.14-0.98). The annualized incidence of upper GI ulcer complications plus

symptomatic ulcers over 6 months in patients not taking aspirin users was also significantly

lower with celecoxib than with NSAIDs (1.40% vs 2.91%, p=0.017, Figure 2 bottom panel).

The relative risk over 6 months for celecoxib compared to NSAIDs was 0.48 (95% CI, 0.28-

0.89).

Celecoxib, administered at 2- to 4-times the maximum effective RA and OA doses

respectively, was safe and generally well-tolerated when chronically administered as compared

to standard therapeutic doses of either ibuprofen or diclofenac. The adverse effects with the

highest incidence in either treatment group were dyspepsia, upper respiratory infection,

headache, abdominal pain and diarrhea.

Celecoxib was associated with better GI tolerability than NSAID treatment. The overall

incidence of GI adverse effects experienced by patients taking celecoxib was significantly

lower than with NSAIDs (40% vs 45%; p<0.001) as was the rate of withdrawal due to GI

SIMON 01278

May 14, 2000                                                                                      13

intolerability (Table 4). Of the most commonly reported GI adverse effects, dyspepsia, abdominal pain, nausea, and constipation were significantly less common (p<0.001) with celecoxib than with NSAIDs (Table 4). Similar effects were seen in the cohort of patients not taking low dose aspirin.

Significantly less hemostasis-related adverse effects (anemia, ecchymoses, hematochezia) and withdrawals due to such were observed in patients receiving celecoxib when compared to NSAID-treated patients (Table 4). Celecoxib was also associated with a lower incidence (p<0.05) of clinically meaningful reductions in hematocrit or hemoglobin for the entire patient cohort (Figure 3). This difference persisted when all patients with potential upper GI events were excluded from the analysis, thus removing all patients with ulcer complications, symptomatic ulcers or other diagnosed GI pathology (Figure 3). In parallel with changes seen in hematocrit and hemoglobin, serum iron to iron binding capacity ratios tended to increase on celecoxib and decrease on NSAIDs (+1.4% vs -2.4%, p<0.05).

As shown in Figure 4, the incidence of serum alanine aminotransferase (ALT) or aspartate aminotransferase (AST) elevations that exceeded 3 times the upper limit of normal was 5- to 10-fold higher (p<0.05) in patients receiving NSAIDs than with celecoxib. ~~Similarly, investigators reported a significantly higher (p<0.05) incidence of elevated serum transaminases with NSAID treatment (Table 4)~~. Study withdrawals due to elevated serum transaminases were also higher in patients receiving NSAIDs. Most liver function enzyme elevations occurred in patients receiving diclofenac.

SIMON 01279

May 14, 2000                                                                14

The incidence rates of renal-related adverse effects such as peripheral edema, hypertension (or aggravated hypertension) were similar between the treatment groups (Table 4). However, an elevated serum creatinine was noted more frequently by investigators in patients on NSAIDs than in patients on celecoxib ($p<0.05$). Also, a greater number of patients ($p<0.05$) receiving NSAIDs were found with elevations in serum creatinine levels above 2 mg/dL and/or BUN values above 40 mg/dL than with celecoxib (Figure 4). Celecoxib was associated with a significantly higher incidence ($p<0.05$) of rash and pruritus and study withdrawals due to cutaneous adverse effects as compared to NSAID therapy (Table 4). The incidences of thromboembolic cardiovascular events were similar in the two treatment groups (Table 4). No treatment differences in such events were apparent in the patients in the two treatment groups not taking aspirin for cardiovascular prophylaxis (Table 4).

Serious adverse effects (representing hospitalizations or malignancies detected during study participation) were reported for 4.3% of patients receiving celecoxib and 4.2% of NSAID patients. The most common serious adverse effects were accidental fractures, pneumonia, cardiac failure, myocardial infarction and coronary artery disorders consistent with expected co-morbidities in this patient population. No serious rashes or unexpected serious adverse events were observed in patients on celecoxib. No treatment-related differences were observed.

SIMON 01280

May 14, 2000                                                              15

## DISCUSSION

Our study establishes that celecoxib when used chronically at 2- to 4-times the maximum

effective doses for RA and OA, respectively, is associated with a lower incidence of upper GI

ulcer complications and symptomatic ulcers than comparator NSAIDs (ibuprofen and

*when used*

diclofenac) at standard therapeutic doses. This study thus directly ~~addresses the critical safety~~ *demonstrates that*

~~issue inherent to COX-2 specificity, namely that~~ COX-2 specific inhibitors are associated with

*clinically important*

a reduction in upper GI toxicity relative to non-specific COX inhibitors. In addition, the data

presented herein support the overall safety and tolerability of celecoxib, part of which may be

*related to the specific         drug*

mechanism-dependent and part of which may be ~~specific to the~~ pharmacology of this ~~agent. It~~

~~is worth noting that~~ a clinical trial using an NSAID at supratherapeutic doses (similar to those

*potential*

used for celecoxib in the current trial) would not be feasible given the known toxicology of

NSAIDs.[35-38]

*driven by*

The ~~driving force behind the~~ development of COX-2 specific inhibitors has been a widening

appreciation of the mechanism-based GI toxicity of NSAIDs. The public health impact of

NSAID-related upper GI toxicity is substantial. Based on the NSAID-attributable incidence of

ulcer complications, it has been estimated that such complications lead to approximately

107,000 hospitalizations and 16,500 deaths yearly in the US.[11]

In this study, the incidence of an upper GI ulcer complication combined with symptomatic

ulcers associated with NSAID comparators was 3.54%, with an incidence of ulcer

complication alone of 1.45%. In comparison, the corresponding rates associated with

supratherapeutic doses of celecoxib in this study were 2.08% and 0.76%, respectively, the

SIMON 01281

May 14, 2000                                                                    16

difference in symptomatic ulcers and ulcer complications being statistically significant. The

lack of a statistical significant separation of upper GI complications associated with celecoxib

when compared to NSAIDs in the entire study cohort was largely ~~a function of~~ *due to* the higher than

expected event rate observed in the celecoxib treatment group relative to the previously

reported annualized incidence rate of 0.2% obtained from a pooled analyses of 14 randomized

controlled trials ranging from 2 to 24 weeks in duration.[16]

*d event rate*

This increase was attributable to concurrent low-dose aspirin use. The percentage of patients

using low-dose aspirin for cardiovascular prophylaxis was nearly double that seen in other

endoscopic trials that we have conducted recently, albeit within the range reported for the

general population.[39]  Low-dose aspirin therapy also has been associated with serious GI

complications in numerous epidemiological studies.[40-43]  In our study, aspirin increased the

relative risk of an upper GI ulcer complication by nearly four-fold in patients on celecoxib

*but not with the active NSAID comparators.*

Given the confounding effect of aspirin use, analysis of the non-aspirin users in this study

addresses more directly the relative upper GI safety attributes of celecoxib vs comparator

NSAIDs.  In this analysis, celecoxib was associated with a significantly lower incidence of

upper GI ulcer complications and symptomatic ulcers vs. NSAIDs (1.40% vs 2.91%,

respectively) as well as a significantly lower incidence of ulcer complications alone (0.44% vs

1.27%, respectively).  The rate of ulcer complications in non-aspirin users on celecoxib

(0.44%) is sufficiently close to the background rate in the population (0.1-0.4%) that the

attributable risk of ulcer complications cannot be estimated with accuracy.[9;10;12;13;44-47]

SIMON 01282

May 14, 2000                                                                17

In addition to the assessment of GI safety, the present study provides data to characterize the overall safety profile of celecoxib. *in that* In particular, supratherapeutic doses of celecoxib were not found to have a side effect profile that differed remarkably from the profile reported elsewhere for doses two- to four-fold lower and representing the maximum therapeutic doses for RA and OA, respectively.[33;34;48] Moreover, the incidence rates for most common and uncommon adverse effects that occurred with celecoxib were below or similar to those seen with NSAID treatment with the exception of rash and pruritus.

An important finding of the present study is that celecoxib-treated patients had a significantly lower incidence of clinically significant decreases in hemoglobin or hematocrit when compared to NSAID-treated patients, even when patients with upper GI ulcer complications, symptomatic ulcers and other cases of potential upper GI events were excluded. Such *laboratory changes* decreases with NSAIDs were also associated with evidence of decreasing iron stores. These data together suggest chronic lower GI blood loss. NSAID-associated chronic blood loss from the lower GI tract may result from two non-mutually exclusive sources: (1) pre-existing lesions (e.g. polyps) that bleed due to the anti-platelet effects of these drugs *the NSAIDs*, or (2) NSAID-associated enteropathy.[49;50] Thus, the diminution of significant GI blood loss observed with celecoxib may be due to the absence of platelet effects, reduced lower GI toxicity, or both. The potential clinical implication of the decreased incidence of chronic GI blood loss with celecoxib is a reduction in the incidence of anemia, which can add to the debility of chronic arthritis or possibly exacerbate co-morbidities (e.g. cardiovascular disease).

SIMON 01283

May 14, 2000                                                              18

Supratherapeutic doses of celecoxib were also better tolerated than NSAIDs as evidenced by

the decreased incidence of GI symptoms.  Improved tolerability is important clinically as

reflected by the significant difference in withdrawal rates for GI symptoms.  Whether or not GI

symptoms are COX-1 mediated, however, is uncertain.  Although ulcer complications are

often asymptomatic, NSAID intolerance has been identified as a risk factor for such

complications.[11,51]

The clinical consequences of NSAIDs on the kidney are heterogenous and at present the

relative importance of COX-1 and COX-2 in the human kidney is not well defined.[52]

Regardless, celecoxib at supratherapeutic doses appeared to be associated with significantly

less renal toxicity when compared to NSAID therapy.  A treatment difference was evident for

*of the two NSAID comparators  (?)*

increases in serum creatinine suggesting a differential effect on glomerular filtration.  This

observation is consistent with a recently reported renal pharmacological study in elderly

subjects.[53] *which showed?*

Although it has been hypothesized that COX-2 specific inhibitors might increase the risk of

cardiovascular thromboembolic events via inhibition of vascular prostacyclin synthesis

without a corresponding inhibition of platelet thromboxane, no such increase was evident in

the current study.[54]  In both the entire study population as well as the cohort not taking aspirin

(who would conjecturally be most at risk of such an effect), the incidence of thromboembolic

events were comparable between celecoxib and NSAIDs.  *However, it is possible*

*that the absolute # of patients studied was not sufficient to*

SIMON 01284

May 14, 2000                                                                                    19

In conclusion, our results establish that celecoxib at doses 2- to 4-fold greater than the

maximum therapeutic doses for RA and OA is associated with reduced upper GI toxicity when

compared to standard therapeutic doses of NSAIDs.  This finding confirms the COX-2

hypothesis, that is, that COX-2 specific agents will exhibit ~~diminished~~ *decreased* GI toxicity at *even*

supratherapeutic doses for OA and RA.[35]  This improvement in GI safety was not tempered by

other toxicities which emerged at supratherapeutic doses ~~establishing the intrinsic safety~~

~~profile of celecoxib specifically.~~ Our findings thus have significant healthcare implications

with respect to optimal drug therapy for the treatment of OA, RA and other musculoskeletal *signs and symptoms of*

disorders.

*Two issues:*

*From cardiovascular risk : were enough patients studied to definitively prove the celecoxib does not have an ↑ risk?*

*In that all pts on ASA would be at high risk, the use of celecoxib in the not at high risk pt group implying cv safety is not entirely Kosher → do you have data on the non-ASA user and risk pts and in that group → did they have an increased risk?*

SIMON 01285

May 14, 2000                                                                    20

# REFERENCES

1.  Wolfe F, Zhao S, Lane N: Preference for nonsteroidal antiinflammatory drugs over acetaminophen by rheumatic disease patients – A survey of 1,799 patients with osteoarthritis, rheumatoid arthritis, and fibromyalgia. *Arthritis And Rheumatism* 2000;43:378-385.

2.  The American College of Rheumatology Clinical Guidelines. 1997. Atlanta, Georgia, American College of Rheumatology.

3.  Wolfe F, Zhao S, Lane N: Preference for nonsteroidal antiinflammatory drugs over acetaminophen by rheumatic disease patients: a survey of 1,799 patients with osteoarthritis, rheumatoid arthritis, and fibromyalgia. *Arthritis Rheum.* 2000;43:378-385.

4.  Pincus T, Swearingen C, Cummins P, Callahan LF: Preference for nonsteroidal antiinflammatory drugs versus acetaminophen and concomitant use of both types of drugs in patients with osteoarthritis. *Journal Of Rheumatology* 2000;27:1020-1027.

5.  Gabriel SE, Jaakkimainen L, Bombardier C: Risk for serious gastrointestinal complications related to use of nonsteroidal anti-inflammatory drugs. A meta-analysis. *Ann.Intern.Med.* 1991;115:787-796.

6.  Henry D, Lim LL, Garcia RL, et al: Variability in risk of gastrointestinal complications with individual non-steroidal anti-inflammatory drugs: results of a collaborative meta-analysis [see comments]. *BMJ.* 1996;312:1563-1566.

7.  Griffin MR, Piper JM, Daugherty JR, Snowden M, Ray WA: Nonsteroidal anti-inflammatory drug use and increased risk for peptic ulcer disease in elderly persons. *Ann.Intern.Med.* 1991;114:257-263.

8.  Langman MJ, Weil J, Wainwright P, et al: Risks of bleeding peptic ulcer associated with individual non-steroidal anti-inflammatory drugs [see comments] [published erratum appears in Lancet 1994 May 21;343(8908):1302]. *Lancet* 1994;343:1075-1078.

9.  Macdonald TM, Morant SV, Robinson GC, et al: Association of upper gastrointestinal toxicity of non-steroidal anti-inflammatory drugs with continued exposure: cohort study. *Br.Med.J.* 1997;315:1333-1337.

10. Smalley WE, Ray WA, Daugherty JR, Griffin MR: Nonsteroidal anti-inflammatory drugs and the incidence of hospitalizations for peptic ulcer disease in elderly persons. *Am.J.Epidemiol.* 1995;141:539-545.

SIMON 01286

May 14, 2000                                                                    21

11.   Wolfe MM, Lichtenstein DR, Singh G: Gastrointestinal toxicity of nonsteroidal antiinflammatory drugs. *N.Engl.J.Med.* 1999;340:1888-1899.

12.   Gutthann SP, Garcia RL, Raiford DS: Individual nonsteroidal antiinflammatory drugs and other risk factors for upper gastrointestinal bleeding and perforation. *Epidemiology* 1997;8:18-24.

13.   Singh G, Rosen Ramey D: NSAID induced gastrointestinal complications: the ARAMIS perspective–1997. Arthritis, Rheumatism, and Aging Medical Information System. *J.Rheumatol.Suppl.* 1998;51:8-16.

14.   Silverstein FE, Graham DY, Senior JR, et al: Misoprostol reduces serious gastrointestinal complications in patients with rheumatoid arthritis receiving nonsteroidal anti- inflammatory drugs. A randomized, double-blind, placebo-controlled trial [see comments]. *Ann.Intern.Med.* 1995;123:241-249.

15.   Paulus HE: FDA arthritis advisory committee meeting: serious gastrointestinal toxicity of nonsteroidal antiinflammatory drugs; drug-containg renal and biliary stones; diclofenac and carprofen approved. *Arthritis Rheum.* 1988;31:1450-1451.

16.   Goldstein JL, Silverstein FE, Agrawal NM, et al: Reduced risk of upper gastrointestinal ulcer complications with celecoxib, a novel COX-2 inhibitor. *Amer.J.Gastroenterol.* 2000;(in press).

17.   Vane JR: Inhibition of prostaglandin synthesis as a mechanism of action for the aspirin-like drugs. *Nature* 1971;231:235-239.

18.   Shorrock CJ, Rees WD: Overview of gastroduodenal mucosal protection. *Am.J.Med.* 1988;84:25-34.

19.   Schoen RT, Vender RJ: Mechanisms of nonsteroidal anti-inflammatory drug-induced gastric damage. *Am.J.Med.* 1989;86:449-458.

20.   Dewitt DL, Smith WL: Primary structure of prostaglandin G/H synthase from sheep vesicular gland determined from the complementary DNA sequence [published erratum appears in Proc Natl Acad Sci U S A 1988 Jul;85(14):5056]. *Proc.Natl.Acad.Sci.U.S.A.* 1988;85:1412-1416.

21.   Xie WL, Chipman JG, Robertson DL, Erikson RL, Simmons DL: Expression of a mitogen-responsive gene encoding prostaglandin synthase is regulated by mRNA splicing. *Proc.Natl.Acad.Sci.U.S.A.* 1991;88:2692-2696.

22.   Kujubu DA, Fletcher BS, Varnum BC, Lim RW, Herschman HR: TIS10, a phorbol ester tumor promoter-inducible mRNA from Swiss 3T3 cells, encodes a novel prostaglandin synthase/cyclooxygenase homologue. *J.Biol.Chem.* 1991;266:12866-12872.

SIMON 01287

May 14, 2000                                                                 22

23.  O'Banion MK, Sadowski HB, Winn V, Young DA: A serum- and glucocorticoid-
        regulated 4-kilobase mRNA encodes a cyclooxygenase-related protein.
        *J.Biol.Chem.* 1991;266:23261-23267.

24.  Masferrer JL, Seibert K, Zweifel B, Needleman P: Endogenous glucocorticoids regulate
        an inducible cyclooxygenase enzyme.  *Proc.Natl.Acad.Sci.U.S.A.* 1992;89:3917-
        3921.

25.  Masferrer JL, Zweifel BS, Seibert K, Needleman P: Selective regulation of cellular
        cyclooxygenase by dexamethasone and endotoxin in mice.  *J.Clin.Invest.*
        1990;86:1375-1379.

26.  Kargman S, Charleson S, Cartwright M, et al: Characterization of Prostaglandin G/H
        Synthase 1 and 2 in rat, dog, monkey, and human gastrointestinal tracts.
        *Gastroenterology* 1996;111:445-454.

27.  Funk CD, Funk LB, Kennedy ME, Pong AS, FitzGerald GA: Human
        platelet/erythroleukemia cell prostaglandin G/H synthase: cDNA cloning,
        expression, and gene chromosomal assignment.  *FASEB J.* 1991;5:2304-2312.

28.  Seibert K, Masferrer J, Zhang Y, et al: Expression and selective inhibition of constitutive
        and inducible forms of cyclooxygenase.
        *Adv.Prostaglandin.Thromboxane.Leukot.Res.* 1995;23:125-127.

29.  Masferrer JL, Zweifel BS, Manning PT, et al: Selective inhibition of inducible
        cyclooxygenase 2 in vivo is antiinflammatory and nonulcerogenic.
        *Proc.Natl.Acad.Sci.U.S.A.* 1994;91:3228-3232.

30.  Seibert K, Zhang Y, Leahy K, et al: Pharmacological and biochemical demonstration of
        the role of cyclooxygenase 2 in inflammation and pain.
        *Proc.Natl.Acad.Sci.U.S.A.* 1994;91:12013-12017.

31.  Gierse JK, Koboldt CM, Walker MC, Seibert K, Isakson PC: Kinetic basis for selective
        inhibition of cyclo-oxygenases. *Biochem.J.* 1999;339:607-614.

32.  Gierse JK, Hauser SD, Creely DP, et al: Expression and selective inhibition of the
        constitutive and inducible forms of human cyclo-oxygenase.  *Biochem.J.*
        1995;305:479-484.

33.  Emery P, Zeidler H, Kvien TK, et al: Celecoxib versus diclofenac in long-term
        management of rheumatoid arthritis: randomised double-blind comparison.
        *Lancet* 1999;354:2106-2111.

34.  Simon LS, Weaver AL, Graham DY, et al: Anti-inflammatory and upper gastrointestinal
        effects of celecoxib in rheumatoid arthritis - A randomized controlled trial.
        *Jama-Journal Of The American Medical Association* 1999;282:1921-1928.

SIMON 01288

35. Elliot GA, Purmalis A, VanderMeer DA, Denlinger RH: The propionic acids. Gastrointestinal toxicity in various species. *Toxicologic Pathology* 1988;16:245-250.

36. Hallesy DW, Shott LD, Hill R: Comparative toxicology of naproxen. *Scand.J.Rheumatology* 1973;Suppl. 2:20-28.

37. Adams SS, Bough RGCEE, Lessel B, Mills RFN: Absorption, distribution and toxicity of ibuprofen. *Toxicology and Applied Pharmacology* 1969;15:310-330.

38. Kore AM: Toxicology of Nonsteroidal Antiinflammatory Drugs. *Veterinary Clinics of North America: Small Animal Practice* 1990;20:419-429.

39. AnonymousPhysician advice and individual behaviors about cardiovascular disease risk reduction--seven states and Puerto Rico, 1997. *MMWR.Morb.Mortal.Wkly.Rep.* 1999;48:74-77.

40. Stalnikowicz DR: Gastrointestinal bleeding during low-dose aspirin administration for prevention of arterial occlusive events. A critical analysis. *J.Clin.Gastroenterol.* 1995;21:13-16.

41. Roderick PJ, Wilkes HC, Meade TW: The gastrointestinal toxicity of aspirin: an overview of randomised controlled trials. *Br.J.Clin.Pharmacol.* 1993;35:219-226.

42. Weil J, Colin JD, Langman M, et al: Prophylactic aspirin and risk of peptic ulcer bleeding [see comments]. *BMJ.* 1995;310:827-830.

43. Kelly JP, Kaufman DW, Jurgelon JM, Sheehan J, Koff RS, Shapiro S: Risk of aspirin-associated major upper-gastrointestinal bleeding with enteric-coated or buffered product [see comments]. *Lancet* 1996;348:1413-1416.

44. Garcia RL, Jick H: Risk of upper gastrointestinal bleeding and perforation associated with individual non-steroidal anti-inflammatory drugs [see comments] [published erratum appears in Lancet 1994 Apr 23;343(8904):1048]. *Lancet* 1994;343:769-772.

45. Lanza LL, Walker AM, Bortnichak EA, Dreyer NA: Peptic ulcer and gastrointestinal hemorrhage associated with nonsteroidal anti-inflammatory drug use in patients younger than 65 years. A large health maintenance organization cohort study. *Arch.Intern.Med.* 1995;155:1371-1377.

46. Hallas J, Lauritsen J, Villadsen HD, Gram LF: Nonsteroidal anti-inflammatory drugs and upper gastrointestinal bleeding, identifying high-risk groups by excess risk estimates. *Scand.J.Gastroenterol.* 1995;30:438-444.

47. Rodriguez LAG, Cattaruzzi C, Troncon MG, Agostinis L: Risk of hospitalization for upper gastrointestinal tract bleeding associated with ketorolac, other nonsteroidal anti-inflammatory drugs, calcium antagonists, and other antihypertensive drugs. *Archives Of Internal Medicine* 1998;158:33-39.

48. Bensen WG, Fiechtner JJ, McMillen JI, et al: Treatment of osteoarthritis with celecoxib, a cyclooxygenase-2 inhibitor: a randomized controlled trial. *Mayo Clin.Proc.* 1999;74:1095-1105.

49. Bjarnason I, Hayllar J, Macpherson AJ, Russell AS: Side effects of nonsteroidal anti-inflammatory drugs on the small and large intestine in humans [see comments]. *Gastroenterology* 1993;104:1832-1847.

50. Bjarnason I, Macpherson AJ: Intestinal toxicity of non-steroidal anti-inflammatory drugs: *Pharmacol.Ther.* 1994;62:145-157.

51. Hansen JM, Hallas J, Lauritsen JM, Bytzer P: Non-steroidal anti-inflammatory drugs and ulcer complications: a risk factor analysis for clinical decision-making. *Scand.J.Gastroenterol.* 1996;31:126-130.

52. Whelton A: Nephrotoxicity of nonsteroidal anti-inflammatory drugs: physiologic foundations and clinical implications. *Am.J.Med.* 1999;106:13S-24S.

53. Whelton A, Schulman G, Wallemark C, et al: Effects of celecoxib and naproxen on renal function in the elderly. *Arch.Intern.Med.* 2000;(in press).

54. McAdam BF, Catella LF, Mardini IA, Kapoor S, Lawson JA, FitzGerald GA: Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: the human pharmacology of a selective inhibitor of COX-2 [published erratum appears in Proc Natl Acad Sci U S A 1999 May 11;96(10):5890]. *Proc.Natl.Acad.Sci.U.S.A.* 1999;96:272-277.

55. Crofford LJ, Lipsky PE, Brooks P, Abramson SB, Simon LS, Van de Putte LBA: Basic biology and clinical application of specific cyclooxygenase-2 inhibitors. *Arthritis And Rheumatism* 2000;43:4-13.

SIMON 01290

May 14, 2000                                                                                              25

**FIGURE LEGENDS**

Figure 1: Flow chart of patient disposition

Figure 2: The annualized incidence (percentage of patients) of upper GI ulcer complications alone or combined with symptomatic gastroduodenal ulcers for the entire study population (top panel) and for the cohort of patients not taking low dose aspirin.

Figure 3: The percentage of patients with a decrease in hematocrit (Hct) of 10 percentage points or more from pretreatment, a decrease in hemoglobin (Hgb) of 2 gm/dL or more from pretreatment, or both. Results for the entire study population are shown on the left. On the right, the results for all patients excluding those with an upper GI ulcer complication, symptomatic ulcer or other diagnosed GI pathology are shown.

Figure 4: The percentage of patients with an increase in serum creatinine to a value of 2 mg/dL or more, an increase in blood urea nitrogen (BUN) to a value of 40 mg/dL, or both (top panel) and the percentage of patients with elevations in alanine aminotransferase (ALT) and asparate aminotransferase (AST) to a value three times the upper limit of normal (bottom panel).

SIMON 01291

May 14, 2000                                                              26

Table 1.  Definitions and Adjudication Criteria for Ulcer Complications

| Event | Criteria for Confirmed Event |
|---|---|
| Gastric or duodenal perforation | A perforated lesion that required surgery. It could involve a laparoscopic repair, but only if evidence of the perforation was unequivocal, such as free air in the abdomen visible by x-ray, or peritoneal signs upon physical examination. |
| Gastric outlet obstruction | Gastric outlet obstruction was required to be diagnosed by the investigator, and the diagnosis was required to be supported by endoscopy (e.g., ulcer with a tight edematous pyloric channel) or by x-ray results (e.g., a dilated stomach, delayed barium emptying with clinical evidence of outlet obstruction and with an ulcer in the channel, or severe outlet narrowing and edema) |
| Upper GI bleeding | • hematemesis with a lesion (ulcer or large erosion) at endoscopy or x-ray<br>• lesion (ulcer or large erosion) at endoscopy with evidence of active bleeding or stigmata of a recent hemorrhage (visible vessel or clot attached to the base of an ulcer)<br>• melena with a lesion (ulcer or large erosion) at endoscopy or x-ray with evidence of serious bleeding, which included at least one of the following:<br>  • decrease in hematocrit (of at least 5 percentage points) or decrease in hemoglobin (greater than 1.5 g/dL relative to baseline)<br>  • signs of postural vital sign changes (increase in pulse rate of at least 20 bpm and/or decrease in systolic blood pressure of at least 20 mm Hg and/or in diastolic blood pressure of at least 10 mm Hg)<br>  • transfusion of more than two units of blood<br>  • blood in the stomach at endoscopy or nasogastric aspiration |

SIMON 01292

Table 2. Baseline Characteristics and Patient Demographics

| Characteristic | Celecoxib 400 mg BID (n = 3987) | NSAIDs (n = 3,981) |
|---|---|---|
| Mean age (range), y | 60.6 (20-89) | 59.8 (18-90) |
| >65 years of age (%) | 39.1 | 37.3 |
| >75 years of age (%) | 12.2 | 11.3 |
| Women, (%) | 68.5 | 69.1 |
| Race, (%) | | |
| White | 88.5 | 87.8 |
| Black | 7.5 | 8.1 |
| Hispanic | 2.7 | 2.8 |
| Asian | 0.8 | 0.7 |
| Other | 0.5 | 0.6 |
| Primary disease, (%) | | |
| RA | 27.3 | 27.5 |
| Mean (SD) duration of disease, y | | |
| OA | 10.2 (9.7) | 10.1 (9.9) |
| RA | 11.3 (9.9) | 10.7 (9.6) |
| Potential Risk Factor (%) | | |
| History of GI bleeding | 1.7 | 1.5 |
| History of GI ulcer | 8.4 | 8.1 |
| Positive *Helicobacter pylori* infection (%) | 37.1 | 36.7 |
| Tobacco use, (%) | 15.8 | 14.9 |
| Alcohol use, (%) | 30.9 | 30.1 |
| Concurrent medications, (%) | | |
| Aspirin ($\leq$325 mg daily) | 20.9 | 20.4 |
| Corticosteroids | 30.2 | 29.3 |
| Anticoagulants | 0.5 | 0.9 |

SIMON 01293

28

Table 3.  Number of Potential Cases Reported, Adjudicated Cases, Gastroduodenal Ulcers, and Ulcer Complications that Met Pre-specified Definitions

| Category | Celecoxib 400 mg BID (n = 3,987) | NSAIDs (n = 3,981) |
|---|---|---|
| Total cases adjudicated | 114 | 147* |
| Total cases not meeting the definition of a gastroduodenal ulcer or ulcer complication | 82 | 96 |
| Esophageal disease | 16 | 14 |
| Gastroduodenitis | 16 | 19 |
| Colonic or small bowel disease | 2 | 6 |
| Non-ulcer bleeding | 18 | 21 |
| Miscellaneous GI symptoms | 24 | 24 |
| Anemia | 5 | 12 |
| Cholelithiasis | 1 | |
| Ulcer complications and gastroduodenal ulcers | 32 | 51 |
| Gastroduodenal ulcers | 19 | 29 |
| Ulcer complications† | 13 | 22 |
| Upper GI bleeding | 10 | 20 |
| Perforation | 0 | 0 |
| Gastric outlet obstruction | 1 | 0 |

*p<0.001 vs  celecoxib
†4 ulcer complications (2 in celecoxib patients and 2 in NSAID patients were censored from the analysis due to the timing of the event)

SIMON 01294

Table 4. Adverse Events

| Characteristic | All Patients | | Non-aspirin Cohort | |
|---|---|---|---|---|
| | Celecoxib 400 mg BID (n = 3995) | NSAIDs (n = 3987) | Celecoxib 400 mg.BID (n = 3154) | NSAIDs (n = 3169) |
| Gastrointestinal | | | | |
| Dyspepsia | 14.4 | 16.0* | 13.5 | 15.7* |
| Abdominal pain | 9.7 | 13.1* | 9.1 | 12.5* |
| Diarrhea | 9.4 | 9.8 | 9.1 | 9.2 |
| Nausea | 6.9 | 9.3* | 6.8 | 8.7* |
| Constipation | 1.7 | 5.9* | 1.5 | 5.4* |
| Withdrawals | 10.8 | 13.8* | 10.2 | 13.0* |
| Hepatic | | | | |
| Elevated serum ALT or AST | 0.9 | 3.2* | 0.9 | 3.0* |
| Withdrawals | 0.1 | 1.5* | 0.1 | 1.4* |
| Bleeding-Related | | | | |
| Anemia | 2.2 | 4.4* | 1.9 | 3.9* |
| Ecchymosis | 0.7 | 0.8 | 0.7 | 0.8 |
| Hematochezia | 0.4 | 1.0* | 0.3 | 0.9* |
| Withdrawals | 0.3 | 0.6* | 0.4 | 0.6 |
| Renal | | | | |
| Peripheral edema | 2.8 | 3.5 | 2.9 | 3.4 |
| Hypertension | 1.7 | 2.3 | 1.5 | 2.0 |
| Increased creatinine | 0.7 | 1.2* | 0.6 | 1.0 |
| Withdrawals | 1.2 | 1.0 | 1.2 | 1.0 |
| Cardiovascular | | | | |
| Cerebrovascular | 0.1 | 0.3 | <0.1 | 0.2 |
| Myocardial infarction | 0.3 | 0.3 | <0.1 | 0.1 |
| Angina | 0.6 | 0.6 | 0.3 | 0.3 |
| Withdrawals | 0.3 | 0.4 | 0.3 | 0.2 |
| Cutaneous | | | | |
| Rash | 5.5 | 2.6* | 5.7 | 2.9* |
| Pruritus | 2.3 | 1.5* | 2.3 | 1.4* |
| Urticaria | 0.6 | 0.4 | 0.3 | 0.1 |
| Withdrawals | 3.1 | 1.3* | 3.4 | 1.5* |

SIMON 01295



Figure 1



SIMON 01296

31

Figure 2





SIMON 01297

32



**Figure 3**



33

Figure 4



SIMON 01300

# EXHIBIT 147

| | |
|---|---|
| **From:** | ZHAO, WILLIAM W [PHR/1825] |
| **Sent:** | Monday, June 19, 2000 4:17 PM |
| **To:** | LEFKOWITH, JAMES B. [PHR/1825]; VERBURG, KENNETH M [PHR/1825] |
| **Subject:** | CBX-0372814_RE: comments on added sentence to CLASS ms. |

Jim,

Please see my change in blue.

William

-----Original Message-----

| | |
|---|---|
| **From:** | LEFKOWITH, JAMES B. [PHR/1825] |
| **Sent:** | Monday, June 19, 2000 10:18 AM |
| **To:** | ZHAO, WILLIAM W [PHR/1825]; VERBURG, KENNETH M [PHR/1825] |
| **Subject:** | comments on added sentence to CLASS ms. |

## Statistical Analysis

Homogeneity of the treatment groups at baseline was analyzed by using the chi-square test for categorical variables and two-way ANOVA with treatment and center effects for continuous variables. Statistical analyses were conducted on the intent-to-treat population that consisted of all patients who received at least one dose of assigned study medication and on the population of patients not taking ASA (since ASA use was a predefined risk factor for GI events). *Data were censored at 6 months because of the much higher than expected withdrawal rate (ca. 45% observed vs. ca. 25% expected) as well as evidence of progressive differential withdrawal of patients with NSAID GI risk factors and intolerance both within and between treatment groups which confounded standard analysis (because of depletion of susceptible patients and informative censoring, manuscript in preparation).ff* Continue as one paragraph. Time-to-event analyses of upper GI ulcer complications alone or combined with symptomatic ulcers were performed based on Kaplan-Meier estimates of cumulative event rates over 6 months which was required minimum treatment duration. But in the text the annualized incidence rates (number of events per 100 patient-years of exposure or %) were expressed for summary. Log-rank tests were used to compare the time-to-event curves between treatments. The effects of potential risk factors for the development of a symptomatic ulcer and/or ulcer complication (including but not limited to concurrent ASA use) were analyzed by Cox proportional hazards model. The

1



EXHIBIT
440
4/11/11    LP

Confidential - Subject to Protective Order

DEFS 00537079

incidences of treatment-emergent adverse effects or clinical laboratory changes in the different treatment groups over 6 months were determined by Fisher's exact test.  All p values and 95% confidence intervals are of the two-sided type.

2

Confidential - Subject to Protective Order

DEFS 00537080

# EXHIBIT 148

| | |
|---|---|
| **From:** | TAM, NANCY W [PHR/1825] |
| **Sent:** | Tuesday, April 04, 2000 4:03 PM |
| **To:** | VERBURG, KENNETH M [PHR/1825] |
| **Subject:** | CBX-0367790_manuscript |

Ken,

Below is the most recent version of the CLASS manuscript.

Nancy

CBX-0367791_CLAS
S_manuscript.v...

EXHIBIT
38
1·12·07    os

1

Confidential - Subject To Protective Order                                                                 DEFS 01064897

# THE CELECOXIB LONG-TERM ARTHRITIS SAFETY STUDY (CLASS): REDUCED RISK FOR UPPER GASTROINTESTINAL BLEEDING, PERFORATION, AND OBSTRUCTION COMPARED TO DICLOFENAC AND IBUPROFEN

Running Title: Effects of Celecoxib on Ulcer Complications

Byline: Celecoxib Long-Term Arthritis Safety Study Group

Word Count: 4072/3000

Confidential - Subject To Protective Order

DEFS 01064898

## ABSTRACT

*Background:*  Use of nonsteroidal anti-inflammatory drugs (NSAIDs) has been strongly linked with upper gastrointestinal (GI) toxicity, and appears to result from inhibition of cyclooxygenase (COX)-1 and loss of prostaglandin-dependent mucosal protection.  Celecoxib is a COX-2-specific inhibitor that has been shown to be as effective as naproxen and diclofenac in treating the inflammation and pain of osteoarthritis (OA) and rheumatoid arthritis (RA), with a lower risk of gastroduodenal ulceration.  Based on these findings, we postulated that celecoxib would also be associated with a lower risk of upper GI ulcer complications.  To test this theory, we compared the incidence rate of upper GI ulcer complications associated with celecoxib to that of diclofenac and ibuprofen in two companion, long-term, randomized, double-blind clinical trials.

*Methods:*  Patients with OA or RA were enrolled into one of two studies simultaneously conducted for a period up to 65 weeks.  In one study, patients were randomly assigned to receive celecoxib 400 mg BID (n = XX; XX patient-years) or ibuprofen 800 mg TID (n = XX; XX patient-years), while in the second study, patients were randomly allocated to treatment with celecoxib 400 mg BID (n = XX; XX patient-years) or diclofenac 75 mg BID (n = XX; XX patient-years).  The primary outcome measure was the incidence of a clinically significant upper GI ulcer complication, prospectively defined as upper GI bleeding, perforation, or gastric outlet obstruction.  All potential ulcer complications were reviewed and adjudicated by members of an expert committee, who were blinded to patients' treatments.  By prospective design, the results of the two studies were analyzed in an integrated manner, combining the celecoxib groups into one group.

Confidential - Subject To Protective Order

*Results:*  The incidence of upper GI ulcer complications was lower for celecoxib-treated patients (XX%, XX of XX patients) than for patients receiving ibuprofen or diclofenac (XX%, XX of XX patients and XX%, XX of XX patients, respectively).  The annualized incidences of upper GI ulcer complications for celecoxib, ibuprofen, and diclofenac were XX%, XX%, and XX%, respectively ($p = $ XX for ibuprofen and XX for diclofenac).  The frequency of GI-related adverse events was also lower in the celecoxib group (XX%, XX patients) than in the ibuprofen (XX%, XX patients) or diclofenac group (XX%, XX patients).  Overall, celecoxib was better tolerated than NSAIDs as fewer celecoxib-treated patients (XX%, XX patients) withdrew from the studies than patients receiving ibuprofen (XX%, XX patients) or diclofenac (XX%, XX patients) due to any adverse effect.

*Conclusion:*  At twice the highest therapeutic dose, long-term use of celecoxib is associated with a significantly lower frequency of upper GI ulcer complications than long-term use of therapeutic doses of ibuprofen or diclofenac.  These results demonstrate that celecoxib has a much better overall GI safety profile than either ibuprofen or diclofenac when used chronically for the treatment of OA or RA.

*Key words:*  Ulcer complication, bleeding, perforation, obstruction, NSAID, COX-2-specific inhibitor

*Word count:* 460/250

Confidential - Subject To Protective Order

DEFS 01064900

4

## INTRODUCTION

Nonsteroidal anti-inflammatory drugs (NSAIDs) are widely used as treatments for osteoarthritis (OA) and rheumatoid arthritis (RA). It has been estimated that 13 to 15 million patients with arthritis in the U.S. require regular and often chronic treatment with NSAIDs.[1,2] Many studies have now documented an increased risk for the development of gastroduodenal ulceration or ulcer complication, such as upper gastrointestinal (GI) bleeding, perforation, or gastric outlet obstruction in patients taking NSAIDs. Based on epidemiological and controlled trial experience, there is an estimated five-fold greater risk for an ulcer complication in NSAID users and an annual incidence rate ranging from 1% to 2%.[3,4]

The ulcerogenic effects of NSAIDs are largely attributable to the effects of these agents on the production of gastrointestinal prostaglandins, which confer mucosal protection in the upper GI tract. NSAID-mediated regulation of prostaglandin synthesis involves inhibition of cyclooxygenase (COX), an enzyme that mediates the conversion of arachidonic acid to prostaglandins.[5,6,7] COX exists as two isoforms: COX-1 and COX-2.[8,9,10,11] COX-1 is a constitutively expressed isoform, while COX-2 is an inducible isoform that is rapidly and highly induced at sites of inflammation. Thus, the therapeutic effects of NSAIDs are derived from their ability to inhibit COX-2 activity, while the adverse effects of these agents within the upper GI tract arise from inhibition of COX-1 function.

Celecoxib (Celebrex[TM]) is a recently approved agent for treating the inflammation and pain of arthritis that specifically inhibits COX-2.[12,13] Due to its COX-1 sparing activity, celecoxib appears to have a lower potential to produce upper GI ulcer complications than conventional

Confidential - Subject To Protective Order

DEFS 01064901

5

NSAIDs, based on the evidence accumulated to date. For example, celecoxib was shown to be associated with a four-fold to six-fold lower potential to produce gastroduodenal ulceration, as determined by endoscopy, than either naproxen or diclofenac; in these studies, the risk of gastroduodenal ulceration due to celecoxib was comparable to placebo.[14,15] More recently, a pooled analysis of 14 randomized controlled trials studies indicated that the incidence of upper GI ulcer complications associated with celecoxib use was eight-fold lower than that associated with NSAID (ibuprofen, diclofenac, or naproxen) treatment.[16] While promising, these results alone are inconclusive, and demonstration of a superior upper GI safety profile could only be clearly established by a large, long-term, prospective outcomes trial.

We report herein the results obtained from two companion, prospective, randomized, double-blind studies designed to assess the incidence of clinically significant upper GI ulcer complications among patients chronically receiving celecoxib or NSAIDs. To clearly establish that celecoxib is COX-1 sparing at doses that provide maximal COX-2 inhibition and efficacy, celecoxib administered at twice the maximum anti-inflammatory dose was compared to therapeutic doses of ibuprofen and diclofenac, two non-specific NSAIDs commonly used to treat OA and RA.

Confidential - Subject To Protective Order

6

## PATIENTS AND METHODS

### Study Design

Two companion multicenter studies were simultaneously conducted at XX centers in the U.S. and Canada from December 1998 to December 1999. Each study was a double-blind, double-dummy, randomized, parallel trial. The companion studies were prospectively designed with the intent to pool the data into a single integrated analysis. This design was chosen to obviate concerns with patient compliance for taking study medication. Fully masking all treatment regimens in one trial, so that patients received the same number of capsules and all regimens were identical in appearance, would have required each patient to take 11 capsules per day. The companion studies were performed in accordance with the principles of good clinical practice and the Declaration of Helsinki. The trial protocols and amendments were reviewed and approved by the appropriate ethics committee and institutional review board at each study site, and written informed consent was obtained from each subject.

### Study Population

Male and female outpatients 18 years of age and older were enrolled. Patients were eligible to participate if they were diagnosed with OA or RA evident for 3 months or longer and were expected to require continuous treatment with an NSAID for the duration of the trial.

Patients were excluded from the study if they had active GI tract, renal, hepatic, or coagulation disorders; malignancy (individuals who had been treated for basal cell carcinoma or who had a malignancy surgically removed with no recurrence within 5 years were not excluded); esophageal or gastroduodenal ulceration within the previous 30 days; a history of gastric or

7

duodenal surgery other than an oversew; or known hypersensitivity to COX-2 inhibitors, sulfonamides, ibuprofen, or diclofenac. Patients were also excluded from the studies if they had any clinically abnormal values on pretreatment laboratory tests as judged by the investigator. Women of childbearing age were excluded if they were pregnant, might become pregnant, or were lactating.

**Study Protocol**

Prior to enrollment, patients completed a physical examination and clinical laboratory testing, including a baseline serological test for *Helicobacter pylori* antibodies (FlexSure, Beckman-Coulter, Palo Alto, CA). Screening or baseline clinical assessments of arthritis included patient's global assessment of arthritis, scored on a scale of 1 (very good) to 5 (very poor), and the patient's assessment of arthritis pain, marked on a visual analog scale (VAS) from 0 mm (no pain) to 100 mm (most severe pain).

Patients were not required to undergo a washout period of NSAID before study entry. After discontinuing their current NSAID use, patients were allocated to one of the two companion studies. In each study, patients were randomly assigned to receive either celecoxib 400 mg BID or the comparator NSAID (ibuprofen 800 mg TID or diclofenac 75 mg BID). All treatment regimens were fully masked to ensure that all patients took the same number of capsules and that the two regimens in a single study were identical in appearance.

Follow-up visits took place at 4, 13, 26, 29, and 52 weeks after the initial dose of medication; an additional follow-up visit occurred at week 65 for the celecoxib and ibuprofen comparison

study. Arthritis assessments and clinical laboratory testing were repeated at all follow-up visits (fecal occult blood testing was repeated at the final visit only). Pregnancy testing was performed at weeks 13, 26, 39, and 52 (and week 65 for the celecoxib and ibuprofen comparison study). The SF-36 Health Survey and HAQ were repeated at week 26 and the final visit. Gastrointestinal and overall tolerability were based on clinical laboratory tests, physical examinations, observed or repeated adverse events, and withdrawals because of adverse events.

**Concomitant Medications**

Use of the following drugs was prohibited during the course of the study: NSAIDs (except for stables doses of aspirin up to 325 mg/d); anti-ulcer drugs (except for antacid use up to 7 days); antibiotics used alone or in combination with omeprazole, lansoprazole, and ranitidine for treatment of *H. pylori* infection; and antineoplastics. Use of oral, intramuscular, and intra-articular corticosteroids as well as daily use of calcium-containing antacids as a calcium supplement were permitted.

**Outcome Measures**

The primary end point was the incidence of upper GI ulcer complications during the period of drug administration (up to 65 weeks). Clinically significant upper GI ulcer complications were prospectively defined as follows:

1. Upper GI bleeding

- hematemesis with a lesion (ulcer or large erosion) at endoscopy or x-ray

Confidential - Subject To Protective Order

DEFS 01064905

9

- lesion (ulcer or large erosion) at endoscopy with evidence of active bleeding or stigmata of a recent hemorrhage (visible vessel or clot attached to the base of an ulcer)

- melena with a lesion (ulcer or large erosion) at endoscopy or x-ray with evidence of serious bleeding, which included at least one of the following:

  - decrease in hematocrit (of at least 5 percentage points) or decrease in hemoglobin (greater than 1.5 g/dL relative to baseline)

  - signs of postural vital sign changes (increase in pulse rate of at least 20 bpm and/or decrease in systolic blood pressure of at least 20 mm Hg and/or in diastolic blood pressure of at least 10 mm Hg)

  - transfusion of more than two units of blood

  - blood in the stomach at endoscopy or nasogastric aspiration

2.    Perforation

This was defined as a perforated lesion that required surgery.  It could involve a laparoscopic repair, but only if evidence of the perforation was unequivocal, such as free air in the abdomen visible by x-ray, or peritoneal signs upon physical examination.

3.    Gastric outlet obstruction

Gastric outlet obstruction was required to be diagnosed by the investigator, and the diagnosis was required to be supported by endoscopy (e.g., ulcer with a tight edematous pyloric channel) or by x-ray results (e.g., a dilated stomach, delayed barium emptying with clinical evidence of outlet obstruction and with an ulcer in the channel, or severe outlet narrowing and edema)

Confidential - Subject To Protective Order

Investigators were instructed to identify and report all potential clinically significant upper GI ulcer complications.  A complete evaluation was required for any of the following presentations: severe acute abdominal pain or acute abdomen; intractable abdominal pain with nausea or vomiting; hematemesis or melena; acute hypovolemia or hypotension; history of melena within past 14 days or black stool representing a change in normal pattern; development of postural dizziness or lightheadedness, or syncope; history of vaguely characterized dark stool, or dark stool within past 14 days or with concurrent iron or bismuth ingestion; history of hematochezia, or anal or rectal bleeding after elimination; development of new anemia or decrease in hematocrit of 5% of more; development of dyspepsia, abdominal pain, or nausea or vomiting; or development of heme-positive stools.

All potential clinically significant upper GI ulcer complications were evaluated according to a pre-specified algorithm.  If evidence of a potential upper GI ulcer complication was lacking, the event was classified as an unspecified event.  If evidence of a potential upper GI ulcer complication was present, all documentation relating to the event was forwarded to a Gastrointestinal Events Committee (GEC; comprised of Jay Goldstein, MD, Naurang Agrawal, MD, Glenn Eisen, MD, and William Stenson, MD), which was established to review and adjudicate all potential upper GI ulcer complications.  Reviews of all events by the GEC were conducted in a blinded fashion.  The GEC collectively reviewed each case and assigned it by consensus as either meeting or not meeting the definition of a clinically significant upper GI ulcer complication.

11

In addition to clinically significant upper GI ulcer complications, data were collected on other GI adverse events, including symptomatic upper GI ulcers and lower GI adverse events.

**Statistical Analysis**

The sample size calculations were based on the assumption that the annualized incidence of upper GI ulcer complications would be 0.3% for celecoxib and 1.2% for each NSAID. To detect this difference with a 5% significance level (two-sided) and a power of 85% and assuming a 30% withdrawal rate, a sample size of 4,000 patients was required for the celecoxib group and 2,000 patients for each NSAID group. A total of 40 clinically significant ulcer complications were expected from both studies. The studies were scheduled to conclude when 20 adjudicated events had been obtained from each study or a total of 45 events had been obtained from the two studies combined.

Homogeneity of the treatment groups at baseline was analyzed by using the chi-square test for categorical variables and two-way ANOVA with treatment and center effects for continuous variables.

All analyses of safety were based on intent-to-treat populations, which consisted of all subjects who received at least one dose of assigned study medication. In the primary outcome analysis, time-to-event analyses of upper GI ulcer complications were performed based on Kaplan-Meier estimates of cumulative even incidences. Log-rank tests were used to compare the incidences.

Confidential - Subject To Protective Order

12

Potential risk factors for the development of an ulcer complication were identified prior to the study. These included demographic and disease characteristics (age; disease type and duration; baseline disease severity; and GI history, such as positive *H. pylori* serology, history of upper GI bleeding or gastroduodenal ulcer, or NSAID intolerance), history of cardiovascular disease, concomitant medication use, alcohol use, or tobacco use. Each of these factors was analyzed by univariate logistic regression analysis.

Upper GI ulcer complications not considered to be possibly related to the study drug were censored in the following manner. Events occurring within 48 hours after midnight of the first dose day or more than 48 hours after midnight of the last dose day were censored and not included in the analysis. However, any of the latter events were included in the analysis if they occurred within two weeks after the last dose of study medication and were considered by the GEC to be related to treatment.

**RESULTS**

A total of XX patients were enrolled in the two companion studies (Figure 1). XX patients were randomly assigned to receive celecoxib. XX patients received NSAIDs; of these, XX were randomly allocated to ibuprofen and XX to diclofenac. In the two studies combined, XX% (XX patients) had OA, while XX% (XX patients) had RA (Table 1). At baseline, no significant differences were detected among the treatment groups with respect to demography, duration of OA or RA, history of GI disease and disease severity, or NSAID intolerance. (1) The studies were completed by XX patients (XX%). Withdrawal rates were similar for all treatment groups. XX% (XX patients) of celecoxib-treated patients withdrew from the study in comparison to XX% (XX patients) and XX% (XX patients) for the ibuprofen and diclofenac groups, respectively. Reasons for early discontinuation are summarized in Figure 1. (2) The studies were completed by XX patients (XX%). As shown in Figure 1, the most common cause(s) of withdrawal was XX. Approximately XX-fold fewer celecoxib-treated patients (XX%, XX patients) withdrew for this reason in comparison to patients in the ibuprofen (XX%, XX patients) and diclofenac (XX%, XX patients) groups.

A total of XX potential clinically significant upper GI ulcer complications were reported (Table 2). Of these, the GEC identified and adjudicated XX bleeding episodes, XX gastric outlet obstructions, and XX perforations (Figure 2; Table 3); upper GI bleeding, gastric outlet obstruction, and perforation were most frequently detected in the XX, XX, and XX, respectively. For patients receiving NSAIDs, upper GI ulcer complications occurred in XX (XX%) ibuprofen-treated patients and in XX (XX%) diclofenac-treated patients. The combined incidence of upper GI ulcer complications for the NSAID group was approximately

Confidential - Subject To Protective Order

14

XX%. In comparison, upper GI ulcer complications were identified in XX (XX%) of patients receiving celecoxib. When normalized according to patient-years of exposure, the annualized incidences of upper GI ulcer complications were XX%, XX%, and XX% for celecoxib, ibuprofen, and diclofenac, respectively. Overall, the risk of developing a clinically significant upper GI ulcer complication was XX-fold lower in the celecoxib group than in either NSAID group. The time-to-event analysis also demonstrated a difference in favor of celecoxib versus ibuprofen or diclofenac (Figure 3). (1) Upper GI ulcer complications were more frequently detected in patients over the age of 65/with a history of XX/who were concurrently receiving XX (XX%, XX patients) than in patients under the age of 65/without a history of XX/who were not concurrently receiving XX (XX%, XX patients) (Table 4). (2) An analysis of previously identified risk factors for NSAID-induced ulcer complications did not reveal an effect of any of these factors on the incidence of upper GI ulcer complications in our investigation (Table 4).

Although the dose of celecoxib used in the trial was twice the maximum anti-inflammatory dose, celecoxib 400 mg BID was safe and well tolerated when chronically administered. The incidence rate for all adverse events combined and the 5 most common adverse events are listed in Table 5. During the course of the study, the incidence of overall adverse events was significantly higher in the NSAID treatment groups relative to the celecoxib group; XX (XX%) celecoxib-treated patients, XX (XX%) ibuprofen-treated patients, and XX (XX%) diclofenac-treated patients reported adverse events, respectively. Fewer celecoxib-treated patients (XX%, XX patients) withdrew from the studies due to adverse events than patients in either NSAID group (XX%, XX patients for ibuprofen and XX%, XX patients for diclofenac). The 9-month

Confidential - Subject To Protective Order

DEFS 01064911

cumulative incidences of study withdrawals due to adverse events were XX% (XX patients) for the celecoxib group, XX% (XX patients) for the ibuprofen group, and XX% (XX patients) for the diclofenac group. By 12 months, XX% (XX patients) of the celecoxib group had withdrawn from the study, while XX% (XX patients) and XX% (XX patients) of the ibuprofen and diclofenac groups had withdrawn, respectively. The difference between the celecoxib group and each NSAID group was significant.

GI-related adverse events constituted XX% (XX of XX) of all adverse events (Table 5). The frequency of GI-related adverse events was approximately XX-fold lower in the celecoxib group (XX%, XX patients) than in the ibuprofen group (XX%, XX patients) or diclofenac group (XX%, XX patients). Consistent with earlier reports, the incidence of gastroduodenal ulcers was lower in the celecoxib group (XX%, XX patients) than in the ibuprofen (XX%, XX patients) or diclofenac (XX%, XX patients) group.

No other significant adverse events were detected in the celecoxib group.



The mean values for hemoglobin levels, systolic and diastolic blood pressures, creatine levels, or activity of hepatic enzymes, such as alanine aminotransferase and aspartate aminotransferase, were not significantly altered in the celecoxib group (Table 6).

Confidential - Subject To Protective Order

16

All treatment regimens improved the pain and inflammation due to OA and RA to comparable degrees as determined by all measures of efficacy (data not shown).  The number of patients withdrawn due to lack of treatment efficacy was similar for each treatment group; XX% (XX patients) of the celecoxib group, XX% (XX patients) of the ibuprofen group, and XX% (XX patients) of the diclofenac group withdrew, respectively.  Data relating to efficacy and quality of life assessments performed in this study have been described elsewhere.

Confidential - Subject To Protective Order

## DISCUSSION

We have presented here the results of two companion studies comparing the effects of celecoxib, a COX-2-specific inhibitor, and two non-specific NSAIDs on the incidence of upper GI ulcer complications in OA and RA patients. Our results demonstrate that long-term use of celecoxib, even when administered at a supratherapeutic dose, is associated with a significantly lower frequency of upper GI ulcer complications than long-term use of either ibuprofen or diclofenac provided at a therapeutic dose. The annualized incidence of upper GI ulcer complications was XX% for patients receiving celecoxib, and XX% and XX% for patients receiving ibuprofen and diclofenac, respectively. Overall, the risk of developing an upper GI ulcer complication was XX-fold to XX-fold greater for NSAID-treated patients than for celecoxib-treated patients. Altogether, these data indicate that celecoxib has superior upper GI safety relative to diclofenac and ibuprofen in both OA and RA patients.

Our investigation is distinguished from the majority of studies that have examined the association between NSAIDs and upper GI toxicity. Such studies have primarily been retrospective epidemiological case-control or cohort analyses that tested the association of NSAIDs to GI-related hospitalizations for upper GI bleeding or perforation. Instead, we chose to use routine clinical criteria to define clinically significant upper GI complications. Despite this methodological difference, the XX% annualized rate with NSAIDs observed in our study is in reasonable agreement with/only slightly higher than, for example, the 0.9% to 1.3% annual rates of GI-related hospitalizations due to NSAID use derived from certain epidemiological studies.[3,17]

Confidential - Subject To Protective Order

DEFS 01064914

18

The XX% annualized incidence of NSAID-related ulcer complications is also consistent with incidences obtained from studies using similar pre-specified criteria.  For instance, a 1.9% annual incidence of upper GI ulcer complications due to NSAID use was found in the MUCOSA study.[4]  Similarly, other studies that examined the effect of selective COX-2 inhibition on the development of upper GI ulcer complications reported an annualized incidence of 1.68% to 1.8%.[16,18]  Based on these comparisons, it appears that our method of reviewing and adjudicating upper GI ulcer complications was sensitive and reliable.

While gastroduodenal ulcers detected by upper GI endoscopy have been considered by some as surrogate markers for upper GI ulcer complications, their reliability as antecedents to NSAID-induced upper GI ulcer complications has been questioned, given that endoscopic ulcers can be identified in over 20% of NSAID users and that significant upper GI ulcer complications may occur without prior evidence of mucosal damage.[19,20,21,22,23]  Interestingly, we observed that the relative reductions in the rates of gastroduodenal ulcers confirmed by endoscopy or x-ray (XX%) and upper GI ulcer complications (XX%) in celecoxib-treated patients were in reasonably good agreement.  Another indicator that has been used for upper GI ulcer complications is a composite end point consisting of upper GI perforation, ulceration, and bleeding (PUB).[18]  In this regard, it has been suggested that this approach is also limited, since it combines commonly occurring ulcers with much less frequently occurring perforations and bleeding.[24]  Rather, a composite end point comprised of upper GI perforation, obstruction, and bleeding, such as the one used in the present analysis, may be a more accurate indicator of clinically significant upper GI ulcer complications.

Confidential - Subject To Protective Order

We also chose to compare celecoxib against more than one NSAID, since it had been previously reported that individual NSAIDs can produce varying degrees of upper GI toxicity.[25]  Ibuprofen and diclofenac were selected as comparators because these NSAIDs are generally associated with the lowest frequencies of upper GI ulcer complications.[26]  Since our data show that celecoxib has a lower potential than either ibuprofen or diclofenac for producing upper GI ulcer complications, it is reasonable to conclude that celecoxib is most likely superior to all NSAIDs in terms of upper GI safety.

Given the patient population selected for the study and the necessity for a chronic treatment period, it was not possible to include a placebo arm in the trial.  However, historical data indicate that the annualized incidence of upper GI ulcer complications for celecoxib reported here is comparable to previously published incidences, which ranged from 0% to 0.9%, for patients of reasonably similar demography and medical history who were not taking NSAIDs.[3,16,17,18]  Therefore, it is plausible that the risk of upper GI ulcer complications associated with long-term use of celecoxib may be similar to the background incidence in non-treated patients.

Advanced age has been identified as one of the primary risk factors for NSAID-induced ulcer complications.  Many studies have also identified one or more of the following risk factors: higher doses, history of upper GI injury (e.g., gastroduodenal ulceration and upper GI bleeding), concomitant corticosteroid use, concomitant anticoagulant use, and a history of cardiovascular disease.[27,28]  (1) Our results confirm previous findings.  Patients over the age of 65/with a history of XX/who were concurrently taking XX had a XX-fold greater risk of

Confidential - Subject To Protective Order

experiencing an upper GI ulcer complication.  (2) The precise cause(s) the ulcer complications that developed in patients treated with celecoxib in our study are not readily apparent.  Age, disease type and duration, history of GI disease, history of cardiovascular disease, *H. pylori* status, concurrent medication use, alcohol use, and tobacco use did not appear to predispose to upper GI ulcer complications in our study.

NSAID-related GI toxicity ranges in severity from life-threatening ulcer complications to asymptomatic ulcers or side effects, such as abdominal pain, dyspepsia, and nausea.  Our data indicate that the occurrence of GI-related adverse events was lower in the celecoxib group (XX%) than in either the ibuprofen (XX%) or diclofenac (XX%) group; the incidence of other untoward effects, such as renal and hepatic effects, was not significant.  Notably, this rate is similar to the withdrawal rates associated with celecoxib use in studies of substantially shorter duration.[14,15,29]  It appears then that celecoxib is generally well tolerated even with long-term use.  Considering that it has been estimated that approximately 20% to 30% of patients receiving NSAIDs develop peristent GI-related adverse events and that as many as 10% discontinue treatment because of these symptoms,[3,30] our findings may have important implications on improving treatment compliance in OA and RA patients.

In the present study, celecoxib relieved the pain and inflammation due to OA and RA as effectively as both ibuprofen and diclofenac.  The reduction in pain was meaningful to patients in all treatment groups as assessed by the SF-36 Health Survey and the HAQ.  These findings, in conjunction with the above results, indicate that celecoxib provides sustained arthritis efficacy without detrimental effects on GI safety and tolerability.

Confidential - Subject To Protective Order

21

Based on our findings, we conclude that long-term use of celecoxib is associated with a significantly lower risk of clinically significant upper GI ulcer complications than long-term use of either ibuprofen or diclofenac. Overall, our analysis indicates that celecoxib can reduce the risk of mild to life-threatening NSAID-mediated upper GI tract injury when used chronically for the treatment of OA or RA.

Confidential - Subject To Protective Order

DEFS 01064918

22

## REFERENCES

1. Fries JF. NSAID gastropathy: epidemiology. *J Musculoskel Med* 1991;8:21-28.

2. Roth SH. NSAID gastropathy: a new understanding. *Arch Intern Med* 1996;156:1623-1628.

3. Singh G, Ramey DR. NSAID-induced gastrointestinal complications: the ARAMIS perspective-1997. *J Rheumatol* 1998;25(suppl 51):8-16.

4. Silverstein FE, Graham DY, Senior JR, Davies HW, Struthers BJ, Bittman RM, Geis GS. Misoprostol reduces serious gastrointestinal complications in patients with rheumatoid arthritis receiving nonsteroidal anti-inflammatory drugs: a randomized, double-blind, placebo-controlled trial. *Ann Intern Med* 1995;123:241-249.

5. Vane JR. Inhibition of prostaglandin synthesis as a mechanism of action for the aspirin-like drugs. *Nature (New Biology)* 1971;321:232-235.

6. Davies P, Bailey PJ, Goldenberg MM, Ford-Hutchinson AW. The role of arachidonic acid oxygenation products in pain and inflammation. *Annu Rev Immunol* 1984;2:335-357.

7. Needleman P, Turk JL, Jakschik BA, Morrison AR, Lefkowith JB. Arachidonic acid metabolism. *Annu Rev Biochem* 1986;55:69-102.

Confidential - Subject To Protective Order

8. Smith WL, DeWitt DL. Prostaglandin endoperoxide H synthases -1 and -2. *Adv Immunol* 1996;62:167-215.

9. Xie W, Chipman JG, Robertson DL, Erikson RL, Simmons DL. Expression of a mitogen-responsive gene encoding prostaglandin synthase is regulated by mRNA splicing. *Proc Natl Acad Sci USA* 1991;88:2692-2696.

10. Kujubu DA, Fletcher BS, Varnum BC, Lim RW, Herschman HR. TIS10, a phorbol ester tumor promoter-inducible mRNA from Swiss 3T3 cells, encodes a novel prostaglandin synthase/cyclooxygenase homologue. *J Biol Chem* 1991;266:12866-12872.

11. O'Banion MK, Sadowski HB, Winn V, Young DA. A serum- and glucocorticoid-regulated 4-kilobase mRNA encodes a cyclooxygenase-related protein. *J Biol Chem* 1991;266:23261 23267.

12. Penning TD, Talley JJ, Bertenshaw SR, et al. Synthesis and biological evaluation of the 1,5-diarylpyrazole class of cyclooxygenase-2 inhibitors: identification of 4-[5-(4-methylphenyl)-3-(trifluromethyl)-1H-pyrazol-1-yl]benzenesulfonamide (SC-58635, celecoxib). *J Med Chem* 1997;40:1347-1365.

13. Simon LS, Lanza FL, Lipsky PE, et al. Preliminary study of the safety and efficacy of SC-58635, a novel COX-2 inhibitor. *Arthritis Rheum* 1998;41:1591-1602.

Confidential - Subject To Protective Order

DEFS 01064920

24

14. Lee SS, Weaver AL, Graham DY, et al. Anti-inflammatory and upper gastrointestinal effects of celecoxib in rheumatoid arthritis. *JAMA* 1999;282:1921-1928.

15. Emery P, Ziedler H, Kvien TK, et al. Celecoxib versus diclofenac in long-term management of rheumatoid arthritis: randomised double-blind comparison. *Lancet* 1999;354:2106-2111.

16. Goldstein JL, Silverstein FE, Agrawal NM, et al. Reduced risk of upper gastrointestinal ulcer complications with celecoxib, a novel COX-2 inhibitor. *Am. J Gastroenterol* in press.

17. Guthann SP, Garcia Rodriguez LA, Raiford DS. Individual nonsteroidal anti-inflammatory drugs and other risk factors for upper gastrointestinal bleeding and perforation. *Epidemiology* 1997;8:18-24.

18. Langman MJ, Jensen, DM, Watson DJ, et al. Adverse upper gastrointestinal effects of rofecoxib compared with NSAIDs. *JAMA* 1999; 282:1929-1933.

19. Feldman M. Can gastroduodenal ulcers in NSAID users be prevented? *Ann Intern Med* 1993;119:337-339.

20. Coles LS, Fries JF, Kraines RG, Roth SH. From experiment to experience: side effects of nonsteroidal antiinflammatory drugs, etc. *Am J Med* 1983;74:820-828.

Confidential - Subject To Protective Order

DEFS 01064921

21. Armstrong CP, Blower AL. Non-steroidal anti-inflammatory drugs and life threatening complications of peptic ulceration. *Gut* 1987;28:527-532.

22. Larkai EN, Smith JL, Lidsky MD, Graham DY. Gastroduodenal mucosa and dyspeptic symptoms in arthritic patients during chronic non-steroidal anti-inflammatory drugs. *Am J Gastroenterol* 1987;82:1153-1158.

23. Jaszewski R. Frequency of gastroduodenal lesion in asymptomatic patients on chronic aspirin or nonsteroidal antiinflammatory drug therapy. *J Clin Gastroenterol* 1990;12:10-13.

24. McCarthy D. Comparative toxicity of nonsteroidal anti-inflammatory drugs. *Am J Med* 1999; 107:37S-46S.

25. Henry D, Dobson A, Turner C. Variability in the risk of major gastrointestinal complications from nonaspirin nonsteroidal anti-inflammatory drugs. *Gastroenterology* 1993;105:1078-1088.

26. Henry D, Lim LL-Y, Garcia Rodriguez LA, et al. Variability in risk of gastrointestinal complications with individual non-steroidal anti-inflammatory drugs: results of a collaborative meta-analysis. *BMJ* 1996;312:1563-1566.

Confidential - Subject To Protective Order

DEFS 01064922

27. Wolfe MM, Lichtenstein, DR, Singh, G. Gastrointestinal toxicity of nonsteroidal antiinflammatory drugs. *N Engl J Med* 1999;340:1888-1899.

28. Singh G, Triadafilopoulos, G. Epidemiology of NSAID induced gastrointestinal complications. *J Rheumatol* 1999;26 Suppl 26:18-24.

29. Bensen, WG, Riechtner, JJ, McMillen, JI et al. 1999 Treatment of osteoarthritis with celecoxib, a cyclooxygenase-2 inhibitor: a randomized controlled trial. *Mayo Clin Proc* 1999;74: 1095-1105.

30. Shoen RT, Vender RJ Mechanisms of nonsteroidal antiinflammatory drug-induced gastric damage. *Am J Med.* 1989;86:449-458.

Confidential - Subject To Protective Order

DEFS 01064923

Table 1. Baseline Characteristics and Patient Demographics

| Characteristic | Celecoxib 400 mg BID (n = XX) | Ibuprofen 800 mg TID (n = XX) | Diclofenac 75 mg BID (n = XX) |
|---|---|---|---|
| Mean age, y (range) | | | |
| Gender, n (%) | | | |
| Male | | | |
| Female | | | |
| Race, n (%) | | | |
| White | | | |
| Black | | | |
| Asian | | | |
| Hispanic | | | |
| Other | | | |
| Primary disease, n (%) | | | |
| OA | | | |
| RA | | | |
| Mean duration of disease, y | | | |
| OA | | | |
| RA | | | |
| History of GI bleeding, n (%) | | | |
| History of gastroduodenal ulcer, n (%) | | | |
| History of GI-related NSAID intolerance, n (%) | | | |

27

Confidential - Subject To Protective Order

DEFS 01064924

| Concurrent medications, n (%)<br>Aspirin<br>Corticosteroids<br>DMARDs | | | |
|---|---|---|---|
| | | | |
| | | | |

28

Confidential - Subject To Protective Order

DEFS 01064925

Table 2. Incidence of Potential Clinically Significant upper GI Ulcer Complications

| Category | Celecoxib 400 mg BID (n = XX) | Ibuprofen 800 mg TID (n = XX) | Diclofenac 75 mg BID (n = XX) |
|---|---|---|---|
| Total potential ulcer complications | | | |
| Not meeting definition of a complication | | | |
| Anemia | | | |
| Esophageal stricture/ esophagitis/erosive esophagitis/ulcerative esophagitis/esophageal ulcer/esophageal carcinoma | | | |
| GERD | | | |
| Gastric arteriovenous malformations | | | |
| Mallory-Weiss tear | | | |
| Gastritis/erosive gastritis/ duodenitis | | | |
| Uncomplicated gastric ulcer/ pyloric channel ulcer/ gastroduodenal ulcer/ duodenal ulcer/ | | | |
| Small bowel obstruction | | | |
| Diverticulosis/diverticulitis/ diverticular bleeding | | | |
| Colitis/ischemic colitis/ colonic polyps/ | | | |

29

Confidential - Subject To Protective Order

DEFS 01064926

| | |
|---|---|
| colon carcinoma | |
| Hemorrhoids/proctitis | |
| Cholelithiasis | |
| **Total definite ulcer complications** | |

30

Confidential - Subject To Protective Order

DEFS 01064927

Table 3a. Incidence of Definite Clinically Significant upper GI Ulcer Complications (w/ *P* values)

| Category | Celecoxib 400 mg BID (n = XX) | Ibuprofen 800 mg TID (n = XX) | Diclofenac 75 mg BID (n = XX) | Celecoxib vs. Ibuprofen | Celecoxib vs. Diclofenac |
|---|---|---|---|---|---|
| | | n (%) | | *P* value | |
| Total upper GI ulcer complications | | | | | |
| Hematemesis with a lesion | | | | | |
| Lesion with evidence of active bleeding or stigmata of recent hemorrhage | | | | | |
| Melena with a lesion | | | | | |
| Hemoccult-positive stool with a lesion and a decrease in hematocrit of >5% | | | | | |
| Hemoccult-positive stool with a lesion and signs of postural hypotension | | | | | |
| Hemoccult-positive stool with a lesion and a need for 2 units of blood transfusion | | | | | |
| Hemoccult-positive stool with a lesion and blood in stomach | | | | | |
| Perforated ulcer | | | | | |
| Gastric outlet obstruction | | | | | |
| Total patient-years of exposure | | | | | |
| Annualized incidence | | | | | |

31

Confidential - Subject To Protective Order

DEFS 01064928

Table 3b.  Incidence of Definite Clinically Significant upper GI Ulcer Complications (w/o *P* values)

| Category | Celecoxib 400 mg BID (n = XX) | Ibuprofen 800 mg TID (n = XX) | Diclofenac 75 mg BID (n = XX) |
|---|---|---|---|
| | | n (%) | |
| **Total upper GI ulcer complications** | | | |
| Hematemesis with a lesion | | | |
| Lesion with evidence of active bleeding or stigmata of recent hemorrhage | | | |
| Melena with a lesion | | | |
| Hemoccult-positive stool with a lesion and a decrease in hematocrit of >5% | | | |
| Hemoccult-positive stool with a lesion and signs of postural hypotension | | | |
| Hemoccult-positive stool with a lesion and a need for 2 units of blood transfusion | | | |
| Hemoccult-positive stool with a lesion and blood in stomach | | | |
| Perforated ulcer | | | |
| Gastric outlet obstruction | | | |
| **Total patient-years of exposure** | | | |
| **Annualized incidence** | | | |

32

Confidential - Subject To Protective Order

DEFS 01064929

Table 4. Risk Factor Analysis

| Category | Celecoxib 400 mg BID (n = XX) | Ibuprofen 800 mg TID (n = XX) | Diclofenac 75 mg BID (n = XX) | Celecoxib vs. Ibuprofen | Celecoxib vs. Diclofenac |
|---|---|---|---|---|---|
| | ← | n (%) | → | ← P value → | |
| Age | | | | | |
| <=65 years | | | | | |
| > 65 years | | | | | |
| Primary disease | | | | | |
| OA | | | | | |
| RA | | | | | |
| Duration of OA | | | | | |
| < 5 years | | | | | |
| >= 5 years | | | | | |
| Duration of RA | | | | | |
| < 5 years | | | | | |
| >= 5 years | | | | | |
| History of upper GI bleeding | | | | | |
| Positive | | | | | |
| Negative | | | | | |
| History of gastroduodenal ulcer | | | | | |
| Positive | | | | | |
| Negative | | | | | |
| History of GI-related NSAID intolerance | | | | | |
| Positive | | | | | |
| Negative | | | | | |
| *Helicobacter pylori* status | | | | | |

33

Confidential - Subject To Protective Order

DEFS 01064930

| | | | | | |
|---|---|---|---|---|---|
| Positive | | | | | |
| Negative | | | | | |
| Concomitant aspirin use | | | | | |
| Positive | | | | | |
| Negative | | | | | |
| Concomitant corticosteroid use | | | | | |
| Positive | | | | | |
| Negative | | | | | |
| Concomitant DMARD use | | | | | |
| Positive | | | | | |
| Negative | | | | | |
| Tobacco use | | | | | |
| Positive | | | | | |
| Negative | | | | | |
| Alcohol use | | | | | |
| Positive | | | | | |
| Negative | | | | | |

34

Confidential - Subject To Protective Order

DEFS 01064931

Table 5a.  Incidence of Adverse Events (w/ *P* values)

| Category | Celecoxib 400 mg BID (n = XX) | Ibuprofen 800 mg TID (n = XX) | Diclofenac 75 mg BID (n = XX) | Celecoxib vs. Ibuprofen | Celecoxib vs. Diclofenac |
|---|---|---|---|---|---|
| | ← n (%) → | | | ← *P* value → | |
| Adverse events | | | | | |
| Total | | | | | |
| Causing withdrawal | | | | | |
| Most frequent adverse events | | | | | |
| XX | | | | | |
| XX | | | | | |
| XX | | | | | |
| XX | | | | | |
| XX | | | | | |
| GI adverse events | | | | | |
| Gastric ulcer | | | | | |
| Duodenal ulcer | | | | | |
| XX | | | | | |
| XX | | | | | |
| Renal adverse events | | | | | |
| Peripheral edema | | | | | |
| Non-Resp... | | | | | |

35

Confidential - Subject To Protective Order

DEFS 01064932

Table 5b.  Incidence of Adverse Events (w/o *P* values)

| Category | Celecoxib 400 mg BID (n = XX) | Ibuprofen 800 mg TID (n = XX) | Diclofenac 75 mg BID (n = XX) |
|---|---|---|---|
| | | n (%) | |
| Adverse events | | | |
| Total | | | |
| Causing withdrawal | | | |
| Most frequent adverse events | | | |
| XX | | | |
| XX | | | |
| XX | | | |
| XX | | | |
| GI adverse events | | | |
| Gastric ulcer | | | |
| Duodenal ulcer | | | |
| XX | | | |
| XX | | | |
| XX | | | |
| Renal adverse events | | | |
| Peripheral edema | | | |
| Non-Respl | | | |

36

Confidential - Subject To Protective Order

DEFS 01064933

Table 6. Representative Clinical Laboratory Measurements

| Measurement | Celecoxib 400 mg BID (n = XX) | Ibuprofen 800 mg TID (n = XX) | Diclofenac 75 mg BID (n = XX) |
|---|---|---|---|
| Blood pessure, mm Hg | | | |
| Systolic | | | |
| Baseline | | | |
| Final visit | | | |
| Diastolic | | | |
| Baseline | | | |
| Final visit | | | |
| Hemoglobin, g/L | | | |
| Baseline | | | |
| Final visit | | | |
| Creatine, μmol/L | | | |
| Baseline | | | |
| Final visit | | | |
| Alanine aminotransferase, U/L | | | |
| Baseline | | | |
| Final visit | | | |
| Aspartate aminotransferase, U/L | | | |
| Baseline | | | |
| Final visit | | | |

37

Confidential - Subject To Protective Order

DEFS 01064934



Figure 1. Patient Disposition Flowchart

Patients Randomized
(n = XX)

Celecoxib
(n = XX)

Withdrawn (n = XX)
Lost to Follow-up (n = XX)
Treatment Failure (n = XX)
Adverse Events (n = XX)
Non-compliance (n = XX)

Complete Study
(n = XX)

Ibuprofen
(n = XX)

Withdrawn (n = XX)
Lost to Follow-up (n = XX)
Treatment Failure (n = XX)
Adverse Events (n = XX)
Non-compliance (n = XX)

Completed Study
(n = XX)

Diclofenac
(n = XX)

Withdrawn (n = XX)
Lost to Follow-up (n = XX)
Treatment Failure (n = XX)
Adverse Events (n = XX)
Non-compliance (n = XX)

Completed Study
(n = XX)

38

Confidential - Subject To Protective Order

DEFS 01064935

**Figure 2. Incidence of Clinically Significant upper GI Ulcer Complications**

(Bar graph: X axis = Total no. upper GI events; Y axis = Celecoxib, Ibuprofen, and Diclofenac)

39

Confidential - Subject To Protective Order

DEFS 01064936

**Figure 3. Time-to-Event Analysis for Clinically Significant upper GI Ulcer Complications**

(Kaplan-Meier curves for celecoxib, ibuprofen, and diclofenac)

40

Confidential - Subject To Protective Order

DEFS 01064937

EXHIBIT 149

# THE CELECOXIB LONG-TERM ARTHRITIS SAFETY STUDY (CLASS)

Fred E. Silverstein MD, Gerald Faich MD, Jay Goldstein MD, Aimee M. Burr MS,
William W. Zhao PhD, Jeffrey Kent MD, James Lefkowith MD, Kenneth M. Verburg PhD
and G. Steven Geis PhD, MD.

**From**

Running Title: GI Safety of Celecoxib

Word Count: 4072/3000



DEPOSITION
EXHIBIT 93
8/6/10   TD

Confidential - Subject To Protective Order

DEFS 01628309

2

## ABSTRACT

*Context:* Use of nonsteroidal anti-inflammatory drugs (NSAIDs) is associated with symptomatic upper gastrointestinal (GI) ulcers and ulcer complications such as perforation, obstruction and bleeding. These effects have been linked to inhibition of cyclooxygenase (COX)-1 and loss of prostaglandin-dependent mucosal protection. Celecoxib specifically inhibits COX-2 and has demonstrated a low potential for producing GI injury.

*Objective:* To compare the incidence of symptomatic ulcers and ulcer complications in patients with osteoarthritis (OA) or rheumatoid arthritis (RA) treated with twice the highest recommended dose of celecoxib versus two NSAID comparators administered at standard therapeutic doses.

*Design:* Randomized, multicenter, double-blind trial lasting 6 months with follow-up visits occurring at weeks 4, 13 and 26 from December 1998 through January 2000.

*Setting:* Three hundred eighty clinical sites in the United States and Canada.

*Patients:* A total of 7,982 patients aged 18 years and older with OA (n= 5,795) or RA (n= 2,187) who met inclusion criteria were randomized; 4,575 (57%) patients completed the study.

*Interventions:* Patients were randomized to receive celecoxib 400 mg twice daily (n=3,995) versus ibuprofen 800 mg three times per day (n=1,988) and diclofenac 75 mg twice daily (n=1,999) (combined).

*Main Outcome Measures:* Cumulative incidence of symptomatic ulcers and ulcer complications combined or ulcer complications alone for celecoxib versus NSAIDs based on survival analysis of time to event using symptomatic ulcers and ulcer complications that met pre-specified criteria judged by a blinded expert adjudication committee.

Confidential - Subject To Protective Order

DEFS 01628310

*Results:* The incidence of symptomatic ulcers and ulcer complications over 6 months was significantly lower with celecoxib compared to NSAIDs (annualized incidence 2.0% vs 3.5%, p=0.023; relative risk = 0.57; 95% confidence interval 0.xx to 0.xx). This treatment effect was further evident when patients taking low dose aspirin (≤325 mg daily; n=) for cardiovascular prophylaxis were excluded (annualized incidence 1.5% vs 3.0%, p=0.017; relative risk = 0.50; 95% confidence interval 0.xx to 0.xx). The annualized incidence rates of ulcer complications alone for celecoxib and NSAIDs were 0.75% and 1.45%, respectively (p=0.092) and 0.45% and 1.3%, respectively in non-aspirin users (p=0.047; relative risk = 0.35; 95% confidence interval 0.xx to 0.xx). Overall, celecoxib was also better tolerated than NSAIDs as fewer celecoxib-treated patients experienced GI, hepatic and renal or bleeding-related adverse effects.
*Conclusion:* At twice the highest therapeutic dose, chronic use of celecoxib was associated with a significantly lower incidence of symptomatic ulcers and ulcer complications and improved general safety and tolerability than therapeutic doses of NSAIDs. This study establishes that celecoxib has a low potential for producing GI injury and has other significant benefits when used chronically for the treatment of OA or RA.


*Key words:* ulcer complications, symptomatic ulcers, bleeding, NSAIDs, celecoxib


*Word count:* 429/250

Confidential - Subject To Protective Order

4

## INTRODUCTION

It is estimated that 13 to 15 million patients with osteoarthritis (OA) and rheumatoid arthritis (RA) in the United States require regular and often chronic treatment with nonsteroidal anti-inflammatory drugs (NSAIDs).[1,2]  A well-established limitation of NSAID therapy is the risk of developing clinically significant injury to the upper gastrointestinal (GI) tract, including ulceration or an ulcer complication such as perforation, gastric outlet obstruction and hemorrhage.[3,4]  Based on epidemiological and controlled trial experience, there is an estimated five-to ten-fold greater risk for developing a symptomatic ulcer or ulcer complication in NSAID users when compared to nonusers and an annual incidence rate ranging from 2-4% or 1-2% for ulcer complications alone.[3,4]

NSAIDs inhibit cyclooxygenase (COX), the enzyme that converts arachidonic acid to prostaglandins and ulcerogenic effects of these agents are attributed to interference with prostaglandin production and mucosal protection in the upper GI tract.  COX exists in two isoforms.[5-7] COX-1 is a ubiquitous constitutive isozyme; gastrointestinal prostaglandins and thromboxane $A_2$ formed in platelets are derived exclusively from COX-1.[10]  COX-2 is largely a cytokine-induced isozyme, produces prostaglandins that mediate pain and inflammation.[11-13] With the exception of brain, reproductive organs and kidney, COX-2 is expressed in very low levels in most normal tissue, but is up-regulated in inflammatory cells such as activated macrophages and synoviocytes.[12,14,15]  All NSAIDs inhibit both COX-1 and COX-2, each to varying degrees.[16-18]  Thus, the therapeutic effects of NSAIDs are derived from their ability to inhibit COX-2 activity, while the adverse effects of these agents within the upper GI tract or platelet function arise from inhibition of COX-1 function.

Confidential - Subject To Protective Order

5

Celecoxib (Celebrex) is a recently approved agent for treating the inflammation and pain of arthritis that specifically inhibits COX-2.[5,6]  Celecoxib appears to have a little potential to produce upper GI injury as evidenced by a four-fold to six-fold lower association with gastroduodenal ulceration, as determined by endoscopy, than either naproxen or diclofenac.  In these studies, the risk of gastroduodenal ulceration in celecoxib-treated patients was comparable to placebo.[7,8]  More recently, a pooled analysis of 14 randomized controlled trials studies indicated that the incidence of upper GI ulcer complications associated with celecoxib use was eight-fold lower than that associated with diclofenac, ibuprofen and naproxen combined.[9]

While promising, these results alone are inconclusive, and the demonstration of a superior upper GI safety could only be clearly established by a large, long-term, prospective outcomes trial.  We report here the results obtained from a prospective, randomized, double-blind study designed to assess the incidence of symptomatic ulcers and ulcer complications among OA and RA patients chronically receiving celecoxib or NSAIDs.  To clearly establish that celecoxib is COX-1 sparing at doses that provide maximal COX-2 inhibition and efficacy, celecoxib administered at twice the maximum anti-inflammatory dose was compared to therapeutic doses of ibuprofen and diclofenac, two non-specific NSAIDs commonly used to treat OA and RA.

Confidential - Subject To Protective Order

## METHODS

### Study Population

Men and women outpatients 18 years of age and older were eligible to participate in the study they were diagnosed with OA or RA evident for 3 months or longer and were expected to require continuous treatment with an NSAID for the duration of the trial.  Patients were excluded from the study participation if they had active GI, renal, hepatic, or coagulation disorders; malignancy (unless removed surgically with no recurrence within 5 years); esophageal or gastroduodenal ulceration within the previous 30 days; a history of gastric or duodenal surgery other than an oversew; or known hypersensitivity to COX-2 inhibitors, sulfonamides, ibuprofen, or diclofenac.  Women were excluded if they were pregnant, might become pregnant, or were lactating.

### Study Protocol

This prospective, randomized, double-blind trial was conducted at 380 centers in the United States and Canada from December 1998 to January 2000 in accordance with the principles of good clinical practice and the Declaration of Helsinki.  The protocol was approved by the institutional review board at each study site and all patients were required to provide written informed consent.

Prior to enrollment, patients completed a physical examination and clinical laboratory testing, including a baseline serological test for *Helicobacter pylori* antibodies (FlexSure, Beckman-Coulter, Palo Alto, CA).  Screening or baseline clinical assessments of arthritis included patient's global assessment of arthritis, scored on a scale of 1 (very good) to 5 (very poor), and

Confidential - Subject To Protective Order

the patient's assessment of arthritis pain, marked on a visual analog scale (VAS) from 0 mm (no pain) to 100 mm (most severe pain).  Follow-up clinic visits took place at weeks 4, 13, and 26 after the initial dose of medication.  Arthritis assessments and clinical laboratory testing were repeated at all follow-up visits.

**Treatment**

Patients were randomly assigned by a computer-generated randomization schedule to receive either celecoxib 400 mg BID or the comparator NSAID (ibuprofen 800 mg TID or diclofenac 75 mg BID).  All treatment regimens were fully masked to ensure they were identical in appearance and that patients took the same number of capsules.

**Concomitant Medications**

NSAIDs (except for stables doses of aspirin up to 325 mg/d); anti-ulcer drugs (except for antacid use up to 7 days); antibiotics used alone or in combination with omeprazole, lansoprazole, and ranitidine for treatment of *H. pylori* infection; and antineoplastics were prohibited during the course of the study.  Use of oral, intramuscular, and intra-articular corticosteroids, DMARDs, as well as daily use of calcium-containing antacids as a calcium supplement were permitted.

**Clinical Assessments**

Investigators were instructed to identify and report all potential ulcer complications.  A complete evaluation according to a pre-specified algorithm was required for any of the following presentations: severe acute abdominal pain or acute abdomen; intractable abdominal

Confidential - Subject To Protective Order

pain with nausea or vomiting; hematemesis or melena; acute hypovolemia or hypotension; history of melena within past 14 days or black stool representing a change in normal pattern; development of postural dizziness or lightheadedness, or syncope; history of vaguely characterized dark stool, or dark stool within past 14 days or with concurrent iron or bismuth ingestion; history of hematochezia, or anal or rectal bleeding after elimination; development of new anemia or decrease in hematocrit of 5% of more; development of dyspepsia, abdominal pain, or nausea or vomiting; or development of heme-positive stools.

All documentation relating to potential ulcer complications was forwarded to a Gastrointestinal Events Committee (comprised of Jay Goldstein, MD, Naurang Agrawal, MD, Glenn Eisen, MD, and William Stenson, MD). The Committee was established to review and adjudicate all potential events according to prospectively established ulcer complication definitions as provided in Table 1. The Committee collectively reviewed each case in a blinded fashion and assigned it by consensus as either meeting or not meeting the definition of an ulcer complication. Symptomatic ulcers comprised those cases that did not meet the definition of an ulcer complication, but did have endoscopic or x-ray evidence of a gastric or duodenal ulcer as judged by the Committee.

**Statistical Analysis**

The sample size calculations were based on the assumption that the annualized incidence of upper GI ulcer complications would be 0.3% for celecoxib and 1.2% for NSAIDs. To detect this difference with a 5% significance level (two-sided) and a power of 85% and assuming a

Confidential - Subject To Protective Order

30% withdrawal rate, a sample size of 4,000 patients was required for the celecoxib group and 2,000 patients for each NSAID group.

Homogeneity of the treatment groups at baseline was analyzed by using the chi-square test for categorical variables and two-way ANOVA with treatment and center effects for continuous variables. All statistical analyses were conducted on the intent-to-treat populations which consisted of all patients who received at least one dose of assigned study medication. Time-to-event analyses of ulcers plus upper GI ulcer complications or ulcer complications alone were performed based on Kaplan-Meier estimates of cumulative event rates.  Log-rank tests were used to compare the incidence rates. Potential risk factors for the development of an ulcer complication were pre-specified and analyzed by univariate logistic regression analysis. Treatment-related differences in the incidence of adverse effects or clinical laboratory changes were determined by Fisher's exact test.

Confidential - Subject To Protective Order

**RESULTS**

A total of 3,995 patients received celecoxib 400 mg BID patients received NSAIDs; of these, XX were randomly allocated to ibuprofen and XX to diclofenac. In the two studies combined, XX% (XX patients) had OA, while XX% (XX patients) had RA (Table 1). At baseline, no significant differences were detected among the treatment groups with respect to demography, duration of OA or RA, history of GI disease and disease severity, or NSAID intolerance. (1) The studies were completed by XX patients (XX%). Withdrawal rates were similar for all treatment groups. XX% (XX patients) of celecoxib-treated patients withdrew from the study in comparison to XX% (XX patients) and XX% (XX patients) for the ibuprofen and diclofenac groups, respectively. Reasons for early discontinuation are summarized in Figure 1. (2) The studies were completed by XX patients (XX%). As shown in Figure 1, the most common cause(s) of withdrawal was XX. Approximately XX-fold fewer celecoxib-treated patients (XX%, XX patients) withdrew for this reason in comparison to patients in the ibuprofen (XX%, XX patients) and diclofenac (XX%, XX patients) groups.

A total of XX potential clinically significant upper GI ulcer complications were reported (Table 2). Of these, the GEC identified and adjudicated XX bleeding episodes, XX gastric outlet obstructions, and XX perforations (Figure 2; Table 3); upper GI bleeding, gastric outlet obstruction, and perforation were most frequently detected in the XX, XX, and XX, respectively. For patients receiving NSAIDs, upper GI ulcer complications occurred in XX (XX%) ibuprofen-treated patients and in XX (XX%) diclofenac-treated patients. The combined incidence of upper GI ulcer complications for the NSAID group was approximately XX%. In comparison, upper GI ulcer complications were identified in XX (XX%) of patients

Confidential - Subject To Protective Order

11

receiving celecoxib. When normalized according to patient-years of exposure, the annualized incidences of upper GI ulcer complications were XX%, XX%, and XX% for celecoxib, ibuprofen, and diclofenac, respectively. Overall, the risk of developing a clinically significant upper GI ulcer complication was XX-fold lower in the celecoxib group than in either NSAID group. The time-to-event analysis also demonstrated a difference in favor of celecoxib versus ibuprofen or diclofenac (Figure 3). (1) Upper GI ulcer complications were more frequently detected in patients over the age of 65/with a history of XX/who were concurrently receiving XX (XX%, XX patients) than in patients under the age of 65/without a history of XX/who were not concurrently receiving XX (XX%, XX patients) (Table 4). (2) An analysis of previously identified risk factors for NSAID-induced ulcer complications did not reveal an effect of any of these factors on the incidence of upper GI ulcer complications in our investigation (Table 4).

Although the dose of celecoxib used in the trial was twice the maximum anti-inflammatory dose, celecoxib 400 mg BID was safe and well tolerated when chronically administered. The incidence rate for all adverse events combined and the 5 most common adverse events are listed in Table 5. During the course of the study, the incidence of overall adverse events was significantly higher in the NSAID treatment groups relative to the celecoxib group; XX (XX%) celecoxib-treated patients, XX (XX%) ibuprofen-treated patients, and XX (XX%) diclofenac-treated patients reported adverse events, respectively. Fewer celecoxib-treated patients (XX%, XX patients) withdrew from the studies due to adverse events than patients in either NSAID group (XX%, XX patients for ibuprofen and XX%, XX patients for diclofenac). The 9-month cumulative incidences of study withdrawals due to adverse events were XX% (XX patients) for

Confidential - Subject To Protective Order

12

the celecoxib group, XX% (XX patients) for the ibuprofen group, and XX% (XX patients) for the diclofenac group.  By 12 months, XX% (XX patients) of the celecoxib group had withdrawn from the study, while XX% (XX patients) and XX% (XX patients) of the ibuprofen and diclofenac groups had withdrawn, respectively.  The difference between the celecoxib group and each NSAID group was significant.

GI-related adverse events constituted XX% (XX of XX) of all adverse events (Table 5).  The frequency of GI-related adverse events was approximately XX-fold lower in the celecoxib group (XX%, XX patients) than in the ibuprofen group (XX%, XX patients) or diclofenac group (XX%, XX patients).  Consistent with earlier reports, the incidence of gastroduodenal ulcers was lower in the celecoxib group (XX%, XX patients) than in the ibuprofen (XX%, XX patients) or diclofenac (XX%, XX patients) group.

No other significant adverse events were detected in the celecoxib group.  Renal effects, such as peripheral edema ███Non-Resp.███ occurred at a low frequency in celecoxib-treated patients (XX%, XX patients) relative to NSAID-treated patients (XX%, XX patients for ibuprofen; XX%, XX patients for diclofenac) (Table 5). ███████Non-Resp.███████

███████████Non-Resp.███████████

███Non-Resp.███ .

All treatment regimens improved the pain and inflammation due to OA and RA to comparable degrees as determined by all measures of efficacy (data not shown).  The number of patients

Confidential - Subject To Protective Order

13

withdrawn due to lack of treatment efficacy was similar for each treatment group; XX% (XX patients) of the celecoxib group, XX% (XX patients) of the ibuprofen group, and XX% (XX patients) of the diclofenac group withdrew, respectively.  Data relating to efficacy and quality of life assessments performed in this study have been described elsewhere.

Confidential - Subject To Protective Order

14

## DISCUSSION

We have presented here the results of two companion studies comparing the effects of celecoxib, a COX-2-specific inhibitor, and two non-specific NSAIDs on the incidence of upper GI ulcer complications in OA and RA patients.  Our results demonstrate that long-term use of celecoxib, even when administered at a supratherapeutic dose, is associated with a significantly lower frequency of upper GI ulcer complications than long-term use of either ibuprofen or diclofenac provided at a therapeutic dose.  The annualized incidence of upper GI ulcer complications was XX% for patients receiving celecoxib, and XX% and XX% for patients receiving ibuprofen and diclofenac, respectively.  Overall, the risk of developing an upper GI ulcer complication was XX-fold to XX-fold greater for NSAID-treated patients than for celecoxib-treated patients.  Altogether, these data indicate that celecoxib has superior upper GI safety relative to diclofenac and ibuprofen in both OA and RA patients.

Our investigation is distinguished from the majority of studies that have examined the association between NSAIDs and upper GI toxicity.  Such studies have primarily been retrospective epidemiological case-control or cohort analyses that tested the association of NSAIDs to GI-related hospitalizations for upper GI bleeding or perforation.  Instead, we chose to use routine clinical criteria to define clinically significant upper GI complications.  Despite this methodological difference, the XX% annualized rate with NSAIDs observed in our study is in reasonable agreement with/only slightly higher than, for example, the 0.9% to 1.3% annual rates of GI-related hospitalizations due to NSAID use derived from certain epidemiological studies.[3,10]

DEFS 01628322

15

The XX% annualized incidence of NSAID-related ulcer complications is also consistent with incidences obtained from studies using similar pre-specified criteria.  For instance, a 1.9% annual incidence of upper GI ulcer complications due to NSAID use was found in the MUCOSA study.[4]  Similarly, other studies that examined the effect of selective COX-2 inhibition on the development of upper GI ulcer complications reported an annualized incidence of 1.68% to 1.8%.[16,11]  Based on these comparisons, it appears that our method of reviewing and adjudicating upper GI ulcer complications was sensitive and reliable.

While gastroduodenal ulcers detected by upper GI endoscopy have been considered by some as surrogate markers for upper GI ulcer complications, their reliability as antecedents to NSAID-induced upper GI ulcer complications has been questioned, given that endoscopic ulcers can be identified in over 20% of NSAID users and that significant upper GI ulcer complications may occur without prior evidence of mucosal damage.[12,13,14,15,16]  Interestingly, we observed that the relative reductions in the rates of gastroduodenal ulcers confirmed by endoscopy or x-ray (XX%) and upper GI ulcer complications (XX%) in celecoxib-treated patients were in reasonably good agreement.  Another indicator that has been used for upper GI ulcer complications is a composite end point consisting of upper GI perforation, ulceration, and bleeding (PUB).[18]  In this regard, it has been suggested that this approach is also limited, since it combines commonly occurring ulcers with much less frequently occurring perforations and bleeding.[17]  Rather, a composite end point comprised of upper GI perforation, obstruction, and bleeding, such as the one used in the present analysis, may be a more accurate indicator of clinically significant upper GI ulcer complications.

Confidential - Subject To Protective Order

16

We also chose to compare celecoxib against more than one NSAID, since it had been previously reported that individual NSAIDs can produce varying degrees of upper GI toxicity.[18] Ibuprofen and diclofenac were selected as comparators because these NSAIDs are generally associated with the lowest frequencies of upper GI ulcer complications.[19] Since our data show that celecoxib has a lower potential than either ibuprofen or diclofenac for producing upper GI ulcer complications, it is reasonable to conclude that celecoxib is most likely superior to all NSAIDs in terms of upper GI safety.

Given the patient population selected for the study and the necessity for a chronic treatment period, it was not possible to include a placebo arm in the trial. However, historical data indicate that the annualized incidence of upper GI ulcer complications for celecoxib reported here is comparable to previously published incidences, which ranged from 0% to 0.9%, for patients of reasonably similar demography and medical history who were not taking NSAIDs.[3,16,17,18] Therefore, it is plausible that the risk of upper GI ulcer complications associated with long-term use of celecoxib may be similar to the background incidence in non-treated patients.

Advanced age has been identified as one of the primary risk factors for NSAID-induced ulcer complications. Many studies have also identified one or more of the following risk factors: higher doses, history of upper GI injury (e.g., gastroduodenal ulceration and upper GI bleeding), concomitant corticosteroid use, concomitant anticoagulant use, and a history of cardiovascular disease.[20,21] (1) Our results confirm previous findings. Patients over the age of 65/with a history of XX/who were concurrently taking XX had a XX-fold greater risk of

Confidential - Subject To Protective Order

experiencing an upper GI ulcer complication.  (2) The precise cause(s) the ulcer complications that developed in patients treated with celecoxib in our study are not readily apparent.  Age, disease type and duration, history of GI disease, history of cardiovascular disease, *H. pylori* status, concurrent medication use, alcohol use, and tobacco use did not appear to predispose to upper GI ulcer complications in our study.

NSAID-related GI toxicity ranges in severity from life-threatening ulcer complications to asymptomatic ulcers or side effects, such as abdominal pain, dyspepsia, and nausea.  Our data indicate that the occurrence of GI-related adverse events was lower in the celecoxib group (XX%) than in either the ibuprofen (XX%) or diclofenac (XX%) group; the incidence of other untoward effects, such as renal and hepatic effects, was not significant.  Notably, this rate is similar to the withdrawal rates associated with celecoxib use in studies of substantially shorter duration.[14,15,22]  It appears then that celecoxib is generally well tolerated even with long-term use.  Considering that it has been estimated that approximately 20% to 30% of patients receiving NSAIDs develop peristent GI-related adverse events and that as many as 10% discontinue treatment because of these symptoms,[3,23] our findings may have important implications on improving treatment compliance in OA and RA patients.

In the present study, celecoxib relieved the pain and inflammation due to OA and RA as effectively as both ibuprofen and diclofenac.  The reduction in pain was meaningful to patients in all treatment groups as assessed by the SF-36 Health Survey and the HAQ.  These findings, in conjunction with the above results, indicate that celecoxib provides sustained arthritis efficacy without detrimental effects on GI safety and tolerability.

Confidential - Subject To Protective Order

18

Based on our findings, we conclude that long-term use of celecoxib is associated with a significantly lower risk of clinically significant upper GI ulcer complications than long-term use of either ibuprofen or diclofenac.  Overall, our analysis indicates that celecoxib can reduce the risk of mild to life-threatening NSAID-mediated upper GI tract injury when used chronically for the treatment of OA or RA.

Confidential - Subject To Protective Order

19

# REFERENCES

1. Fries JF. NSAID gastropathy: epidemiology. *J Musculoskel Med* 1991;8:21-28.

2. Roth SH. NSAID gastropathy: a new understanding. *Arch Intern Med* 1996;156:1623-1628.

3. Singh G, Ramey DR. NSAID-induced gastrointestinal complications: the ARAMIS perspective-1997. *J Rheumatol* 1998;25(suppl 51):8-16.

4. Silverstein FE, Graham DY, Senior JR, Davies HW,  Struthers BJ, Bittman RM, Geis GS. Misoprostol reduces serious gastrointestinal complications in patients with rheumatoid arthritis receiving nonsteroidal anti-inflammatory drugs: a randomized, double-blind, placebo-controlled trial. *Ann Intern Med* 1995;123:241-249.

12. Penning TD, Talley JJ, Bertenshaw SR, et al.  Synthesis and biological evaluation of the 1,5-diarylpyrazole class of cyclooxygenase-2 inhibitors: identification of 4-[5-(4-methylphenyl)-3-(trifluromethyl)-1H-pyrazol-1-yl]benzenesulfonamide (SC-58635, celecoxib).  *J Med Chem* 1997;40:1347-1365.

13. Simon LS, Lanza FL, Lipsky PE, et al. Preliminary study of the safety and efficacy of SC-58635, a novel COX-2 inhibitor. *Arthritis Rheum* 1998;41:1591-1602.

Confidential - Subject To Protective Order

14. Lee SS, Weaver AL, Graham DY, et al. Anti-inflammatory and upper gastrointestinal effects of celecoxib in rheumatoid arthritis. *JAMA* 1999;282:1921-1928.

15. Emery P, Ziedler H, Kvien TK, et al. Celecoxib versus diclofenac in long-term management of rheumatoid arthritis: randomised double-blind comparison. *Lancet* 1999;354:2106-2111.

16. Goldstein JL, Silverstein FE, Agrawal NM, et al. Reduced risk of upper gastrointestinal ulcer complications with celecoxib, a novel COX-2 inhibitor. *Am. J Gastroenterol* in press.

17. Guthann SP, Garcia Rodriguez LA, Raiford DS. Individual nonsteroidal anti-inflammatory drugs and other risk factors for upper gastrointestinal bleeding and perforation. *Epidemiology* 1997;8:18-24.

18. Langman MJ, Jensen, DM, Watson DJ, et al. Adverse upper gastrointestinal effects of rofecoxib compared with NSAIDs. *JAMA* 1999; 282:1929-1933.

19. Feldman M. Can gastroduodenal ulcers in NSAID users be prevented? *Ann Intern Med* 1993;119:337-339.

20. Coles LS, Fries JF, Kraines RG, Roth SH. From experiment to experience: side effects of nonsteroidal antiinflammatory drugs, etc. *Am J Med* 1983;74:820-828.

21. Armstrong CP, Blower AL. Non-steroidal anti-inflammatory drugs and life threatening complications of peptic ulceration. *Gut* 1987;28:527-532.

Confidential - Subject To Protective Order

22. Larkai EN, Smith JL, Lidsky MD, Graham DY. Gastroduodenal mucosa and dyspeptic symptoms in arthritic patients during chronic non-steroidal anti-inflammatory drugs. *Am J Gastroenterol* 1987;82:1153-1158.

23. Jaszewski R. Frequency of gastroduodenal lesion in asymptomatic patients on chronic aspirin or nonsteroidal antiinflammatory drug therapy. *J Clin Gastroenterol* 1990;12:10-13.

24. McCarthy D. Comparative toxicity of nonsteroidal anti-inflammatory drugs. *Am J Med* 1999; 107:37S-46S.

25. Henry D, Dobson A, Turner C. Variability in the risk of major gastrointestinal complications from nonaspirin nonsteroidal anti-inflammatory drugs. *Gastroenterology* 1993;105:1078-1088.

26. Henry D, Lim LL-Y, Garcia Rodriguez LA, et al. Variability in risk of gastrointestinal complications with individual non-steroidal anti-inflammatory drugs: results of a collaborative meta-analysis. *BMJ* 1996;312:1563-1566.

27. Wolfe MM, Lichtenstein, DR, Singh, G. Gastrointestinal toxicity of nonsteroidal antiinflammatory drugs. *N Engl J Med* 1999;340:1888-1899.

Confidential - Subject To Protective Order

22

28. Singh G, Triadafilopoulos, G. Epidemiology of NSAID induced gastrointestinal complications. *J Rheumatol* 1999;26 Suppl 26:18-24.

29. Bensen, WG, Riechtner, JJ, McMillen, JI et al. 1999 Treatment of osteoarthritis with celecoxib, a cyclooxygenase-2 inhibitor: a randomized controlled trial. *Mayo Clin Proc* 1999;74: 1095-1105.

30. Shoen RT, Vender RJ Mechanisms of nonsteroidal antiinflammatory drug-induced gastric damage. *Am J Med.* 1989;86:449-458.

Confidential - Subject To Protective Order

Table 1.  Definitions and Adjudication Criteria for Ulcer Complications

| Event | Criteria for Confirmed Event |
|---|---|
| Gastric or duodenal perforation | A perforated lesion that required surgery.  It could involve a laparoscopic repair, but only if evidence of the perforation was unequivocal, such as free air in the abdomen visible by x-ray, or peritoneal signs upon physical examination. |
| Gastric outlet obstruction | Gastric outlet obstruction was required to be diagnosed by the investigator, and the diagnosis was required to be supported by endoscopy (e.g., ulcer with a tight edematous pyloric channel) or by x-ray results (e.g., a dilated stomach, delayed barium emptying with clinical evidence of outlet obstruction and with an ulcer in the channel, or severe outlet narrowing and edema) |
| Upper GI bleeding | <ul><li>hematemesis with a lesion (ulcer or large erosion) at endoscopy or x-ray</li><li>lesion (ulcer or large erosion) at endoscopy with evidence of active bleeding or stigmata of a recent hemorrhage (visible vessel or clot attached to the base of an ulcer)</li><li>melena with a  lesion (ulcer or large erosion) at endoscopy or x-ray with evidence of serious bleeding, which included at least one of the following:<ul><li>decrease in hematocrit (of at least 5 percentage points) or decrease in hemoglobin (greater than 1.5 g/dL relative to baseline)</li><li>signs of postural vital sign changes (increase in pulse rate of at least 20 bpm and/or decrease in systolic blood pressure of at least 20 mm Hg and/or in diastolic blood pressure of at least 10 mm Hg)</li><li>transfusion of more than two units of blood</li><li>blood in the stomach at endoscopy or nasogastric aspiration</li></ul></li></ul> |

Confidential - Subject To Protective Order

24



Confidential - Subject To Protective Order

25

**Table 1. Baseline Characteristics and Patient Demographics**

| Characteristic | Celecoxib 400 mg BID (n = 3995) | NSAIDs (n = 3987) |
|---|---|---|
| Mean age (range), y | 60.6 (20-89) | 59.8 (18-90) |
| >65 years of age (%) | 36.5 | 34.2 |
| >75 years of age (%) | 10.4 | 9.2 |
| Women, (%) | 68.5 | 69.1 |
| Race, (%) | | |
|    White | 88.5 | 87.8 |
|    Black | 7.5 | 8.1 |
|    Hispanic | 2.7 | 2.8 |
|    Asian | 0.8 | 0.7 |
|    Other | 0.5 | 0.6 |
| Primary disease, (%) | | |
|    RA | 27.3 | 27.5 |
| Mean (SD) duration of disease, y | | |
|    OA | 10.2 (9.7) | 10.1 (9.9) |
|    RA | 11.3 (9.9) | 10.7 (9.6) |
| Potential Risk Factor (%) | | |
|    History of GI bleeding | 1.7 | 1.5 |
|    History of GI ulcer | 8.4 | 8.1 |
| Positive *Helicobacter pylori* infection (%) | 37.1 | 36.7 |
| Tobacco use, (%) | 15.8 | 14.9 |
| Alcohol use, (%) | 30.9 | 30.1 |
| Concurrent medications, (%) | | |
|    Aspirin ($\leq$325 mg daily) | 21.8 | 21.3 |
|    Corticosteroids | 30.2 | 29.3 |
|    DMARDs | ? | ? |
|    Anticoagulants | 0.5 | 0.9 |

Confidential - Subject To Protective Order

26

**Table 2.  Incidence of Potential Clinically Significant upper GI Ulcer Complications**

| Category | Celecoxib 400 mg BID (n = 3,995) | NSAIDs (n = 3,987) |
|---|---|---|
| Total potential cases reported | 677 | 837*  (need 6 mo) |
| Total cases adjudicated | 162 | 211* |
| Not meeting the definition of an ulcer or POB | 82 | 96 |
| Esophageal Disease | | |
|    esophagitis | 11 | 11 |
|    esophageal ulcer | 1 | 2 |
|    esophageal stricture | 1 | 1 |
|    Mallory-Weiss tear | 2 | - |
|    esophageal carcinoma | 1 | - |
| Gastroduodenitis | | |
|    gastritis | 13 | 18 |
|    duodenitis | 3 | 1 |
| Colonic or Small Bowel Disease | | |
|    diverticular disease | | 2 |
|    colitis/proctitis | - | 2 |
|    colon polyps/carcinoma | 1 | 1 |
|    small bowel obstruction | 1 | 1 |
| | - | |
| Non-ulcer bleeding | | |
|    diverticular | | 1 |
|    hematochezia | 7 | 10 |
|    hemoccult positive stool | 3 | 6 |
|    AVMS | 7 | 1 |
|    unknown | - | 1 |
| | - | |
| Miscellaneous GI symptoms | | |
|    abdominal pain | | 7 |
|    dyspepsia | 8 | 9 |
|    GERD | 10 | 6 |
|    nausea/vomiting | 6 | 1 |
|    chest pain | - | 1 |
| | - | |
| Miscellaneous | | |
|    anemia | 5 | 12 |
|    hemorrhoids | 1 | 2 |
|    cholethiasis | 1 | - |
| **Total definite ulcer complications** | | |

Confidential - Subject To Protective Order

DEFS 01628334

27

Table 2.  Number of Potential Cases Reported, Adjudicated Cases, Gastroduodenal Ulcers, and Ulcer Complications that Met Pre-specified Definitions

| Category | Celecoxib 400 mg BID (n = 3,995) | NSAIDs (n = 3,987) |
|---|---|---|
| Total potential cases reported | 677 | 837*  (need 6 mo) |
| Total cases adjudicated | 112 | 145* |
| | | |
| Esophageal disease | 16 | 14 |
| Gastroduodenitis | 16 | 19 |
| Colonic or small bowel disease | 2 | 6 |
| Non-ulcer bleeding | 18 | 21 |
| Miscellaneous GI symptoms | 24 | 24 |
| Anemia | 5 | 12 |
| Cholelithiasis | 1 | - |
| | | |
| Total cases not meeting the definition of a gastrodoudenal ulcer or ulcer complication | 82 | 96 |
| Gastroduodenal ulcers and ulcer complications | 30 | 49 |
| Ulcer complications only | 11 | 20 |

Confidential - Subject To Protective Order

28

**Table 3. Adverse Events**

| Characteristic | Celecoxib 400 mg BID (n = 3995) | NSAIDs (n = 3987) |
|---|---|---|
| GI Adverse Effects | | |
|   Dyspepsia | 16.5 | 18.0 |
|   Abdominal pain | 11.7 | 14.9* |
|   Diarrhea | 10.9 | 11.2 |
|   Nausea | 8.2 | 10.5* |
|   Constipation | 2.2 | 6.7* |
| Withdrawals | | |
| Hepatic Adverse Effects | | |
|   Increased SGPT | 1.0 | 3.1* |
|   Increased SGOT | 0.9 | 2.6* |
|   Abnormal hepatic function | 0.3 | 1.0* |
| Withdrawals | | |
| Bleeding-Related Adverse Effects | | |
|   Anemia | 4.5 | 7.0* |
|   Ecchymosis | 1.1 | 1.3 |
| Withdrawals | | |
| Renal Adverse Effects | | |
|   Peripheral edema | 3.7 | 4.4 |
| Non-Resp. | | |
|   Increased creatinine | 1.3 | 1.5 |
| Non-Resp. | | |
| Withdrawals | | |
| Non-Resp. | | |
| Withdrawals | | |

Confidential - Subject To Protective Order

DEFS 01628336

29





Confidential - Subject To Protective Order

DEFS 01628337

30



DEFS 01628338

31



DEFS 01628339

Table 6. Representative Clinical Laboratory Measurements

| Measurement | Celecoxib 400 mg BID (n = XX) | Ibuprofen 800 mg TID (n = XX) | Diclofenac 75 mg BID (n = XX) |
|---|---|---|---|
| Blood pressure, mm Hg | | | |
| Systolic | | | |
| Baseline | | | |
| Final visit | | | |
| Diastolic | | | |
| Baseline | | | |
| Final visit | | | |
| Hemoglobin, g/L | | | |
| Baseline | | | |
| Final visit | | | |
| Creatine, μmol/L | | | |
| Baseline | | | |
| Final visit | | | |
| Alanine aminotransferase, U/L | | | |
| Baseline | | | |
| Final visit | | | |
| Aspartate aminotransferase, U/L | | | |
| Baseline | | | |
| Final visit | | | |

32

Confidential - Subject To Protective Order

DEFS 01628340

33

Confidential - Subject To Protective Order

DEFS 01628341

DEFS 01628309 - 41

| BEGNO | ENDNO | BEGATTACH | ENDATTACH | PGS | DOCDATE | AUTHORNAM | CUSTODIAN |
|-------|-------|-----------|-----------|-----|---------|-----------|-----------|
| DEFS 01628309 | DEFS 01628341 | | | 33 | 04/15/2000 | Searle | Verburg, Kenneth |

# EXHIBIT 150

| | |
|---|---|
| **From:** | LEFKOWITH, JAMES B. [PHR/1825] |
| **Sent:** | Thursday, May 25, 2000 7:27 PM |
| **To:** | ISAKSON, PETER C [PHR/1005]; FRIEDMAN, MICHAEL A [PHR/1825]; NEEDLEMAN, PHILIP [UNK/1000]; JORDAN, DAVID C. [PHR/1825]; ZHAO, WILLIAM W [PHR/1825]; BURR, AIMEE M. [PHR/1825]; KENT, JEFFREY D [PHR/1825]; VERBURG, KENNETH M [PHR/1825]; GEIS, GEORGE S. [PHR/1825] |
| **Subject:** | CBX-0375154_CLASS ms |

CBX-0375155_CLAS
S_manuscript.v...

**For your reading pleasure.**
JL



1

Confidential - Subject To Protective Order

DEFS 00874466

## THE CELECOXIB LONG-TERM ARTHRITIS SAFETY STUDY (CLASS)

**Authors:**

Fred E. Silverstein MD, Gerald Faich MD, Jay L. Goldstein MD, Lee Simon MD, Theodore Pincus MD, Andrew Whelton MD, Robert Makuch PhD, Glen Eisen MD, Naurang M. Agrawal MD, William Stenson, MD, Aimee M. Burr MS, William W. Zhao PhD, Jeffrey D. Kent MD, James B. Lefkowith MD, Kenneth M. Verburg PhD and G. Steven Geis PhD, MD.

**Affliations:**

Dept. of Medicine, University of Washington, Seattle WA (FES), Dept. of Medicine University of Pennsylvania, Philadelphia, PA (GF), Dept. of Medicine, Section of Digestive and Liver Diseases, College of Medicine, University of Illinois at Chicago, Chicago, IL (JG), Division of Rheumatology and Metabolic Bone Disease, Dept. of Medicine, Beth Israel Deaconess Medical Center, Harvard University, Boston, MA, Division of Rheumatology and Immunology, Vanderbilt University School of Medicine, Nashville, TN (TP), Dept. of Medicine, Johns Hopkins University, Baltimore, MD (AW), Dept. of Biostatistics, Yale University, New Haven, CT (RM), Division of Gastroenterology, Vanderbilt University School of Medicine, Nashville, TN (GE), Division of Gastroenterology, Duke University, Durham, NC (NMA), Division of Gastroenterology, Washington University, St. Louis, MO (WS) and Clinical Research and Development, Pharmacia, Skokie, IL (AMB, WWZ, JDK, JBL, KMV, GSG)

**Running Title:** Upper GI Safety of Celecoxib

**Corresponding Author:**      James B. Lefkowith, MD
Pharmacia Clinical Research and Development
4901 Searle Parkway, Bldg A3E
Skokie, IL  60077
Phone 847-982-4707, fax 847-982-8356
Email: James.B.Lefkowith@monsanto.com

Confidential - Subject To Protective Order

May 14, 2000                                                                 2

## ABSTRACT

*Context:*  Use of nonsteroidal anti-inflammatory drugs (NSAIDs) is associated with upper gastrointestinal (GI) toxicity caused by inhibition of GI mucosal cyclooxygenase (COX)-1. Celecoxib specifically inhibits COX-2 and has demonstrated a low potential for producing GI injury.

*Objective:*  To compare the incidence of significant upper GI toxicity in patients with rheumatoid arthritis (RA) or osteoarthritis (OA) treated with 2- to 4-times the maximum therapeutic doses of celecoxib, respectively, versus two NSAID comparators administered at standard therapeutic doses.

*Design:*  Randomized, multicenter, double-blind trial from October 1998 through January 2000.  All patients were provided the opportunity to complete at least six months of treatment.

*Setting:*  Three hundred eighty clinical sites in the United States and Canada.

*Patients:*  A total of 7,968 patients aged 18 years and older with OA (n= 5,746) or RA (n= 2,183) who met inclusion criteria were randomized; 4,575 (57%) patients completed 6 months of treatment or withdrew prior to 6 months..

*Interventions:* Patients were randomized to receive celecoxib 400 mg twice daily (n=3,987), ibuprofen 800 mg three times daily (n=1,996) or diclofenac 75 mg twice daily (n=1,985) in 2:1:1 proportions.  Concomitant low dose aspirin use ($\leq$325 mg daily) for cardiovascular prophylaxis was permitted.

*Main Outcome Measures:*  Incidence of upper GI ulcer complications (bleeding, perforation and obstruction) and symptomatic ulcers, or ulcer complications alone, for celecoxib versus NSAIDs that met pre-specified criteria judged by a blinded expert adjudication committee.

Confidential - Subject To Protective Order                                                                 DEFS 00874468

May 14, 2000                                                                                 3

*Results:* For the entire cohort, the annualized incidence rates of upper GI ulcer complications alone, or combined with symptomatic ulcers, for celecoxib vs. NSAID comparators were 0.76% vs. 1.45% (p=0.092; relative risk = 0.53; 95% confidence interval (CI) 0.26 to 1.11) and 2.08% vs 3.54% (p=0.023; relative risk = 0.59; 95% CI 0.38 to 0.94).  Removing the confounding effect of concomitant aspirin use, the annualized incidence rates of upper GI ulcer complications alone, or combined with symptomatic ulcers, for celecoxib vs. NSAID comparators were 0.44% vs.1.27% (p=0.037; relative risk = 0.35; 95% CI 0.14 to 0.98) and 1.40% vs 2.91% (p=0.017; relative risk = 0.48; 95% CI 0.28 to 0.89).  Overall, celecoxib was better tolerated than NSAID comparators as fewer celecoxib-treated patients experienced GI, hepatic, renal or hemostasis-related adverse effects. [Non-Resp.]

[Non-Resp.]

*Conclusion:*  Celecoxib, at 2- to 4-times the maximally effective RA and OA doses, was associated with a lower incidence of significant upper GI toxicity and other adverse effects than NSAID comparators at standard therapeutic doses.  This study validates celecoxib's unique mechanism of action and intrinsic general safety profile.

*Key words:* ulcer complications, symptomatic ulcers, cyclooxygenase, NSAIDs, celecoxib

**Word Count:** 3730 (manuscript), 431 (abstract)

Confidential - Subject To Protective Order                                                                    DEFS 00874469

May 14, 2000                                                                                       4

## INTRODUCTION

Musculoskeletal disorders are extremely common and represent a frequent cause of health care resource utilization.[1]  For such disorders, nonsteroidal anti-inflammatory drugs (NSAIDs) are a mainstay of clinical care and are the preferred agent by patients.[2-4]  Well-established limitations of NSAID therapy include the risk of developing significant injury to the upper gastrointestinal (GI) tract, primarily ulceration or complications resulting from an ulcer such as perforation, gastric outlet obstruction and hemorrhage. Based on epidemiological and controlled trial experience, there is an estimated two- to ten-fold greater risk for upper GI injury in NSAID users when compared to nonusers.[5-11]  The annualized incidence rate of upper GI ulcer complications and symptomatic ulcers in NSAID users ranges from 2 to 4% and 1 to 2% for ulcer complications alone.[12-16]

It is known that NSAIDs inhibit cyclooxygenase (COX), the enzyme responsible for the conversion of arachidonic acid to prostaglandins.[17]  The ulcerogenic effects of these agents are attributed to interference with prostaglandin formation, thereby, leading to inadequate mucosal protection in the upper GI tract.[18;19]  COX exists in two isoforms.[20-23]  COX-1 is a ubiquitous constitutive isozyme; both gastrointestinal prostaglandins and platelet-derived thromboxane $A_2$ are formed exclusively from COX-1.  Alternatively, COX-2 is largely a cytokine-induced isozyme producing prostaglandins that mediate pain and inflammation.[24-30]  NSAIDs inhibit both COX-1 and COX-2 to varying degrees.[31;32]  Thus, the therapeutic effects of NSAIDs are derived from inhibition of COX-2, while the adverse effects of these agents within the upper GI tract or with respect to platelet function arise from inhibition of COX-1 activity.

Confidential - Subject To Protective Order

May 14, 2000                                                                                          5

Celecoxib (Celebrex) is a recently approved agent for treating the inflammation and pain of arthritis that specifically inhibits COX-2. Celecoxib appears to have little potential to produce upper GI injury as evidenced by a four-fold to six-fold lower association with gastroduodenal ulceration than either naproxen or diclofenac in endoscopic studies.[33;34] In these same trials, the risk of gastroduodenal ulceration in celecoxib-treated patients was comparable to placebo. A pooled analysis of 14 randomized controlled trials of arthritis patients also indicated that the incidence of upper GI ulcer complications associated with celecoxib was eight-fold lower than that found with diclofenac, ibuprofen and naproxen combined.[16]

In order to establish the distinct nature of the underlying biochemical mechanism of celecoxib more rigorously, however, it was essential to perform a prospective, randomized, double-blind study to determine the incidence of upper GI ulcer complications alone or combined with symptomatic gastroduodenal ulcers among arthritis patients chronically receiving celecoxib or NSAIDs. To clearly establish that celecoxib is COX-1 sparing, our study compared celecoxib administered at 2- to 4-times the maximum effective doses for RA and OA, respectively, to common therapeutic doses of ibuprofen and diclofenac, two non-specific NSAIDs commonly used to treat OA and RA. Concomitantly, this study served to assess more broadly the safety of celecoxib at supratherapeutic doses with respect to other potentially mechanism-based, as well as idiosyncratic, toxicities.

Confidential - Subject To Protective Order                                    DEFS 00874471

May 14, 2000                                                                                    6

## METHODS

### Study Population

Men and women outpatients 18 years of age and older were eligible to participate in the study

they were diagnosed with OA or RA evident for 3 months or longer and were expected to

require continuous treatment with an NSAID for the duration of the trial.  Patients were

excluded from the study participation if they had active GI, renal, hepatic, or coagulation

disorders; malignancy (unless removed surgically with no recurrence within 5 years);

esophageal or gastroduodenal ulceration within the previous 30 days; a history of gastric or

duodenal surgery other than an oversew; or known hypersensitivity to COX-2 inhibitors,

sulfonamides, ibuprofen, or diclofenac.  Women were excluded if they were pregnant, might

become pregnant, or were lactating.

### Study Protocol

This prospective, randomized, double-blind trial was conducted at 380 centers in the United

States and Canada from December 1998 to January 2000 in accordance with the principles of

good clinical practice and the Declaration of Helsinki.  The protocol was approved by the

institutional review board at each study site and all patients were required to provide written

informed consent.

Prior to enrollment, patients completed a physical examination and clinical laboratory testing,

including a baseline serological test for *Helicobacter pylori* antibodies (FlexSure, Beckman-

Coulter, Palo Alto, CA).  After a baseline visit, follow-up clinic visits took place at weeks 4,

13, 26, and every 13 weeks thereafter (if necessary) after the initial dose of medication.

May 14, 2000                                                          7

Monitoring for adverse events and clinical laboratory testing were repeated at all follow-up visits. All patients were given the opportunity to complete a minimum of 6 months of treatment.

**Treatment**

Patients were randomly assigned by a computer-generated randomization schedule to receive either celecoxib 400 mg BID or the comparator NSAID (ibuprofen 800 mg TID or diclofenac 75 mg BID) on a 2:1:1 basis. All treatment regimens were fully masked to ensure they were identical in appearance and that patients took the same number of capsules.

**Concomitant Medications**

NSAIDs (except for stables doses of aspirin up to 325 mg daily); anti-ulcer drugs (except for single dose antacid use daily or multiple dose use up to 7 days each month); antibiotics used alone or in combination with omeprazole, lansoprazole, and ranitidine for treatment of *H. pylori* infection; and antineoplastics were prohibited during the course of the study. Use of oral, intramuscular, and intra-articular corticosteroids, and DMARDs were permitted.

**Clinical Assessments**

Investigators were instructed to identify and report all potential upper GI ulcer complications. Evaluation of such events was outlined in a pre-specified algorithm structured to reproduce clinical practice norms. Evaluation was required for any of the following presentations: severe acute abdominal pain or acute abdomen; intractable abdominal pain with nausea or vomiting; hematemesis or melena; acute hypovolemia ▓▓▓Non-Resp.▓▓▓ history of melena within the past

May 14, 2000                                                                                    8

14 days or black stool representing a change in normal pattern; development of postural

dizziness or lightheadedness, or syncope; history of vaguely characterized dark stool, or dark

stool within the past 14 days or with concurrent iron or bismuth ingestion; history of

hematochezia, or anal or rectal bleeding after elimination; development of new anemia or

decrease in hematocrit of 5% of more; development of dyspepsia, abdominal pain, or nausea or

vomiting; or development of heme-positive stools.  Endoscopy was encouraged to document

bleeding lesions but could also be performed if indicated by the investigator's clinical

judgement.


All documentation relating to potential ulcer complications was forwarded to a Gastrointestinal

Events Committee (comprised of Jay Goldstein, MD, Naurang Agrawal, MD, Glenn Eisen,

MD, and William Stenson, MD).  The Committee was established to review and adjudicate all

potential events according to prospectively established upper GI ulcer complication definitions

as provided in Table 1. The Committee collectively reviewed each case in a blinded fashion and

assigned it by consensus as either meeting or not meeting the definition of an upper GI ulcer

complication.  Symptomatic ulcers comprised those cases that did not meet the definition of an

ulcer complication, but did have endoscopic or x-ray evidence of a gastric or duodenal ulcer as

judged by the Committee.  All patients with symptomatic ulcers or ulcer complications were

withdrawn from the study.


**Statistical Analysis**

The sample size calculations were based on the assumption that the annualized incidence of

upper GI ulcer complications would be 0.3% for celecoxib and 1.2% for NSAIDs.  To detect

Confidential - Subject To Protective Order                                                                      DEFS 00874474

May 14, 2000                                                                9

this difference with a 5% significance level (two-sided) and a power of 85% and assuming a 30% withdrawal rate, a sample size of 4,000 patients was required for the celecoxib group and 2,000 patients for each NSAID group.

Homogeneity of the treatment groups at baseline was analyzed by using the chi-square test for categorical variables and two-way ANOVA with treatment and center effects for continuous variables. All statistical analyses were conducted on the intent-to-treat populations that consisted of all patients who received at least one dose of assigned study medication. Time-to-event analyses of upper GI ulcer complications alone or combined with symptomatic ulcers were performed based on Kaplan-Meier estimates of cumulative event rates, but are expressed in the text as annualized incidence rates.  Log-rank tests were used to compare the incidence rates based on the Kaplan-Meier estimate. The effect of potential risk factors for the development of an ulcer complication (including but not limited to concurrent aspirin use) were pre-specified and analyzed by Cox proportional hazards model.  Treatment-related differences in the incidence of adverse effects or clinical laboratory changes were determined by Fisher's exact test.

Confidential - Subject To Protective Order

May 14, 2000                                                                  10

## RESULTS

A total of 7,968 patients were enrolled.  Of these, 3,987 patients were treated with celecoxib

400 mg BID and 3,981 patients were treated with NSAIDs (1,996 received ibuprofen 800 mg

TID and 1,985 received diclofenac 75 mg BID).  Total patient-years of exposure were 1,473

and 1,377 in the celecoxib and NSAID treatment groups, respectively.  There were no clinically

meaningful differences in baseline characteristics between groups (Table 2).  Mean age overall

was 60 years (range 18-90 years); 38% of the patients were 65 years or older, 69% were

women and 73% were diagnosed with OA.  Approximately, 10% of the patients in each group

had a prior medical history of a peptic ulcer or upper GI bleeding and over 20% of the patients

were taking low dose aspirin ($\leq$325 mg daily) for cardiovascular prophylaxis.  Approximately

57% of the patients (n=4,573) completed six months of treatment.  Figure 1 shows reasons for

early discontinuation from the study.   More patients in the NSAID treatment group withdrew

from the study for either adverse effects or for lack of efficacy than did celecoxib-treated

patients (p<0.05).  No patients were lost to follow-up.


The crude rate of potential upper GI ulcer complications reported by investigators to the

Events Committee over 6 months was significantly lower in celecoxib-treated patients than with

NSAIDs (16.0% vs 12.6%, p<0.001).  All reports were reviewed by the Events Committee and

a total of 261 cases of potential upper GI ulcer complications were selected for adjudication

(the remainder being cases of either isolated GI symptoms or anemia without further evidence

of a potential event).  Upon adjudication, the Events Committee identified 35 upper GI ulcer

complications and another 48 cases that represented symptomatic, but uncomplicated,

gastroduodenal ulcers (Table 3).  All but one of the upper GI ulcer complications (a gastric

Confidential - Subject To Protective Order

outlet obstruction in a celecoxib-treated patient) represented bleeding events in which an ulcer or large erosion was associated with either visual evidence of bleeding, melena, or occult blood-positive stools and a decrease in hematocrit or hemoglobin.  Four upper GI ulcer complications (2 in celecoxib patients and 2 in NSAID-treated patients) were censored from the analysis owing to the timing of the event as prespecified by the Events Committee (within 48 hours after the first dose day or after 14 days after the last known dose).  The remaining 178 cases were judged by the Committee to represent neither an upper GI ulcer complication nor a symptomatic ulcer and were assigned a diagnosis under the categories listed in Table 3.

The annualized incidence of upper GI ulcer complications in celecoxib-treated patients based on 6 months exposure was approximately one-half the rate observed in patients taking NSAIDs (0.76% vs 1.45%, p=0.092, Figure 2 top panel).  The relative risk over 6 months for celecoxib compared to NSAIDs was 0.53 (95% CI, 0.26-1.11).  The annualized incidence of upper GI ulcer complications plus symptomatic ulcers with celecoxib was significantly lower than with NSAIDs (2.08% vs 3.54%, p=0.023, Figure 2 top panel).  The relative risk over 6 months for celecoxib compared to NSAIDs was 0.59 (95% CI, 0.38-0.94).

Based on survival analyses with a Cox proportional hazard model, low dose aspirin use was found to have a statistically significant effect (p=0.005) on the incidence of upper GI ulcer complications (alone or in combination with symptomatic ulcers) in the celecoxib-treated patients. Within the celecoxib treatment group, an upper GI ulcer complication was nearly 4-fold more common in aspirin users occurring in 6 of 833 patients (0.7%) taking low dose aspirin vs 5 such events in 3,154 (0.2%) non-aspirin users.  Low dose aspirin use did not have a

May 14, 2000                                                                          12

significant effect on the rate of upper GI ulcer complications in patients receiving NSAIDs (p=0.21).  In consequence, the non-aspirin using cohort was examined independently.

The annualized incidence of upper GI ulcer complications over 6 months in non-aspirin users was significantly lower with celecoxib vs NSAIDs (0.44% vs 1.27%, p=0.037, Figure 2 bottom panel).  The relative risk over 6 months for celecoxib compared to NSAIDs was 0.35 (95% CI, 0.14-0.98). The annualized incidence of upper GI ulcer complications plus symptomatic ulcers over 6 months in patients not taking aspirin users was also significantly lower with celecoxib than with NSAIDs (1.40% vs 2.91%, p=0.017, Figure 2 bottom panel).  The relative risk over 6 months for celecoxib compared to NSAIDs was 0.48 (95% CI, 0.28-0.89).

Celecoxib, administered at 2- to 4-times the maximum effective RA and OA doses respectively, was safe and generally well-tolerated when chronically administered as compared to standard therapeutic doses of either ibuprofen or diclofenac. The adverse effects with the highest incidence in either treatment group were dyspepsia, upper respiratory infection, headache, abdominal pain and diarrhea.

Celecoxib was associated with better GI tolerability than NSAID treatment. The overall incidence of GI adverse effects experienced by patients taking celecoxib was significantly lower than with NSAIDs (40% vs 45%; p<0.001) as was the rate of withdrawal due to GI intolerability (Table 4).  Of the most commonly reported GI adverse effects, dyspepsia, abdominal pain, nausea, and constipation were significantly less common (p<0.001) with

Confidential - Subject To Protective Order                                                     DEFS 00874478

May 14, 2000                                                                 13

celecoxib than with NSAIDs (Table 4).  Similar effects were seen in the cohort of patients not

taking low dose aspirin.

Significantly less hemostasis-related adverse effects (anemia, ecchymoses, hematochezia) and

withdrawals due to such were observed in patients receiving celecoxib when compared to

NSAID-treated patients (Table 4). Celecoxib was also associated with a lower incidence

($p<0.05$) of clinically meaningful reductions in hematocrit or hemoglobin for the entire patient

cohort (Figure 3).  This difference persisted when all patients with potential upper GI events

were excluded from the analysis, thus removing all patients with ulcer complications,

symptomatic ulcers or other diagnosed GI pathology (Figure 3).  In parallel with changes seen

in hematocrit and hemoglobin, serum iron to iron binding capacity ratios tended to increase on

celecoxib and decrease on NSAIDs (+1.4% vs -2.4%, $p<0.05$).

As shown in Figure 4, the incidence of serum alanine aminotransferase (ALT) or aspartate

aminotransferase (AST) elevations that exceeded 3 times the upper limit of normal was 5- to

10-fold higher ($p<0.05$) in patients receiving NSAIDs than with celecoxib. Similarly,

investigators reported a significantly higher ($p<0.05$) incidence of elevated serum transaminases

with NSAID treatment (Table 4). Study withdrawals due to elevated serum transaminases were

also higher in patients receiving NSAIDs.  Most liver function enzyme elevations occurred in

patients receiving diclofenac.

The incidence rates of renal-related adverse effects such as peripheral edema, Non-Resp.

Non-Resp. · were similar between the treatment groups (Table 4).  However, an

May 14, 2000                                                         14

elevated serum creatinine was noted more frequently by investigators in patients on NSAIDs

than in patients on celecoxib (p<0.05).  Also, a greater number of patients (p<0.05) receiving

NSAIDs were found with elevations in serum creatinine levels above 2 mg/dL and/or BUN

values above 40 mg /dL than with celecoxib (Figure 4).  Celecoxib was associated with a

significantly higher incidence (p<0.05) of rash and pruritus and study withdrawals due to

cutaneous adverse effects as compared to NSAID therapy (Table 4).



Serious adverse effects (representing hospitalizations or malignancies detected during study

participation) were reported for 4.3% of patients receiving celecoxib and 4.2% of NSAID

patients. The most common serious adverse effects were accidental fractures, pneumonia,

consistent with expected

co-morbidities in this patient population. No serious rashes or unexpected serious adverse

events were observed in patients on celecoxib.  No treatment-related differences were

observed.

Confidential - Subject To Protective Order

May 14, 2000                                                                                      15

## DISCUSSION

Our study establishes that celecoxib when used chronically at 2- to 4-times the maximum

effective doses for RA and OA, respectively, is associated with a lower incidence of upper GI

ulcer complications and symptomatic ulcers than comparator NSAIDs (ibuprofen and

diclofenac) at standard therapeutic doses. This study thus directly addresses the critical safety

issue inherent to COX-2 specificity, namely that COX-2 specific inhibitors are associated with a

reduction in upper GI toxicity relative to non-specific COX inhibitors. In addition, the data

presented herein support the overall safety and tolerability of celecoxib, part of which may be

mechanism-dependent and part of which may be specific to the pharmacology of this agent. It

is worth noting that a clinical trial using an NSAID at supratherapeutic doses (similar to those

used for celecoxib in the current trial) would not be feasible given the known toxicology of

NSAIDs.[35-38]

The driving force behind the development of COX-2 specific inhibitors has been a widening

appreciation of the mechanism-based GI toxicity of NSAIDs. The public health impact of

NSAID-related upper GI toxicity is substantial. Based on the NSAID-attributable incidence of

ulcer complications, it has been estimated that such complications lead to approximately

107,000 hospitalizations and 16,500 deaths yearly in the US.[11]

In this study, the incidence of an upper GI ulcer complication combined with symptomatic

ulcers associated with NSAID comparators was 3.54%, with an incidence of ulcer complication

alone of 1.45%. In comparison, the corresponding rates associated with supratherapeutic

doses of celecoxib in this study were 2.08% and 0.76%, respectively, the difference in

Confidential - Subject To Protective Order

May 14, 2000                                                    16

symptomatic ulcers and ulcer complications being statistically significant.  The lack of a statistical significant separation of upper GI complications associated with celecoxib when compared to NSAIDs in the entire study cohort was largely a function of the higher than expected event rate observed in the celecoxib treatment group relative to the previously reported annualized incidence rate of 0.2% obtained from a pooled analyses of 14 randomized controlled trials ranging from 2 to 24 weeks in duration.[16]

This increase was attributable to concurrent low-dose aspirin use. The percentage of patients using low-dose aspirin for cardiovascular prophylaxis was nearly double that seen in other endoscopic trials that we have conducted recently, albeit within the range reported for the general population.[39]  Low-dose aspirin therapy also has been associated with serious GI complications in numerous epidemiological studies.[40-43]  In our study, aspirin increased the relative risk of an upper GI ulcer complication by nearly four-fold in patients on celecoxib.

Given the confounding effect of aspirin use, analysis of the non-aspirin users in this study addresses more directly the relative upper GI safety attributes of celecoxib vs comparator NSAIDs.  In this analysis, celecoxib was associated with a significantly lower incidence of upper GI ulcer complications and symptomatic ulcers vs. NSAIDs (1.40% vs 2.91%, respectively) as well as a significantly lower incidence of ulcer complications alone (0.44% vs 1.27%, respectively).  The rate of ulcer complications in non-aspirin users on celecoxib (0.44%) is sufficiently close to the background rate in the population (0.1-0.4%) that the attributable risk of ulcer complications cannot be estimated with accuracy.[9;10;12;13;44-47]

Confidential - Subject To Protective Order

May 14, 2000                                                              17

In addition to the assessment of GI safety, the present study provides data to characterize the overall safety profile of celecoxib. In particular, supratherapeutic doses of celecoxib were not found to have a side effect profile that differed remarkably from the profile reported elsewhere for doses two- to four-fold lower and representing the maximum therapeutic doses for RA and OA, respectively.[33;34;48] Moreover, the incidence rates for most common and uncommon adverse effects that occurred with celecoxib were below or similar to those seen with NSAID treatment with the exception of rash and pruritus.

An important finding of the present study is that celecoxib-treated patients had a significantly lower incidence of clinically significant decreases in hemoglobin or hematocrit when compared to NSAID-treated patients, even when patients with upper GI ulcer complications, symptomatic ulcers and other cases of potential upper GI events were excluded. Such decreases with NSAIDs were also associated with evidence of decreasing iron stores. These data together suggest chronic lower GI blood loss. NSAID-associated chronic blood loss from the lower GI tract may result from two non-mutually exclusive sources: (1) pre-existing lesions (e.g. polyps) that bleed due to the anti-platelet effects of these drugs, or (2) NSAID-associated enteropathy.[49;50] Thus, the diminution of significant GI blood loss observed with celecoxib may be due to the absence of platelet effects, reduced lower GI toxicity, or both. The potential clinical implication of the decreased incidence of chronic GI blood loss with celecoxib is a reduction in the incidence of anemia, which can add to the debility of chronic arthritis or possibly exacerbate co-morbidities ███████████ Non-Resp. ███████

Confidential - Subject To Protective Order                                                    DEFS 00874483

May 14, 2000                                                                 18

Supratherapeutic doses of celecoxib were also better tolerated than NSAIDs as evidenced by

the decreased incidence of GI symptoms.  Improved tolerability is important clinically as

reflected by the significant difference in withdrawal rates for GI symptoms.  Whether or not GI

symptoms are COX-1 mediated, however, is uncertain.  Although ulcer complications are often

asymptomatic, NSAID intolerance has been identified as a risk factor for such

complications.[11;51]

The clinical consequences of NSAIDs on the kidney are heterogenous and at present the

relative importance of COX-1 and COX-2 in the human kidney is not well defined.[52]

Regardless, celecoxib at supratherapeutic doses appeared to be associated with significantly

less renal toxicity when compared to NSAID therapy.  A treatment difference was evident for

increases in serum creatinine suggesting a differential effect on glomerular filtration.  This

observation is consistent with a recently reported renal pharmacological study in elderly

subjects.[53]



Confidential - Subject To Protective Order

May 14, 2000                                                                 19

In conclusion, our results establish that celecoxib at doses 2- to 4-fold greater than the maximum therapeutic doses for RA and OA is associated with reduced upper GI toxicity when compared to standard therapeutic doses of NSAIDs.  This finding confirms the COX-2 hypothesis, that is, that COX-2 specific agents will exhibit diminished GI toxicity at supratherapeutic doses for OA and RA.[55]  This improvement in GI safety was not tempered by other toxicities which emerged at supratherapeutic doses establishing the intrinsic safety profile of celecoxib specifically. Our findings thus have significant healthcare implications with respect to optimal drug therapy for the treatment of OA, RA and other musculoskeletal disorders.

Confidential - Subject To Protective Order                                                                 DEFS 00874485

May 14, 2000                                                                                     20

## REFERENCES

1.  Wolfe F, Zhao S, Lane N: Preference for nonsteroidal antiinflammatory drugs over acetaminophen by rheumatic disease patients - A survey of 1,799 patients with osteoarthritis, rheumatoid arthritis, and fibromyalgia. *Arthritis And Rheumatism* 2000;43:378-385.

2.  The American College of Rheumatology Clinical Guidelines. 1997. Atlanta, Georgia, American College of Rheumatology.

3.  Wolfe F, Zhao S, Lane N: Preference for nonsteroidal antiinflammatory drugs over acetaminophen by rheumatic disease patients: a survey of 1,799 patients with osteoarthritis, rheumatoid arthritis, and fibromyalgia. *Arthritis Rheum.* 2000;43:378-385.

4.  Pincus T, Swearingen C, Cummins P, Callahan LF: Preference for nonsteroidal antiinflammatory drugs versus acetaminophen and concomitant use of both types of drugs in patients with osteoarthritis. *Journal Of Rheumatology* 2000;27:1020-1027.

5.  Gabriel SE, Jaakkimainen L, Bombardier C: Risk for serious gastrointestinal complications related to use of nonsteroidal anti-inflammatory drugs. A meta-analysis. *Ann.Intern.Med.* 1991;115:787-796.

6.  Henry D, Lim LL, Garcia RL, et al: Variability in risk of gastrointestinal complications with individual non-steroidal anti-inflammatory drugs: results of a collaborative meta-analysis [see comments]. *BMJ.* 1996;312:1563-1566.

7.  Griffin MR, Piper JM, Daugherty JR, Snowden M, Ray WA: Nonsteroidal anti-inflammatory drug use and increased risk for peptic ulcer disease in elderly persons. *Ann.Intern.Med.* 1991;114:257-263.

8.  Langman MJ, Weil J, Wainwright P, et al: Risks of bleeding peptic ulcer associated with individual non-steroidal anti-inflammatory drugs [see comments] [published erratum appears in Lancet 1994 May 21;343(8908):1302]. *Lancet* 1994;343:1075-1078.

9.  Macdonald TM, Morant SV, Robinson GC, et al: Association of upper gastrointestinal toxicity of non- steroidal anti-inflammatory drugs with continued exposure: cohort study. *Br.Med.J.* 1997;315:1333-1337.

10. Smalley WE, Ray WA, Daugherty JR, Griffin MR: Nonsteroidal anti-inflammatory drugs and the incidence of hospitalizations for peptic ulcer disease in elderly persons. *Am.J.Epidemiol.* 1995;141:539-545.

Confidential - Subject To Protective Order                                                       DEFS 00874486

May 14, 2000                                                                                          21

11.   Wolfe MM, Lichtenstein DR, Singh G: Gastrointestinal toxicity of nonsteroidal
        antiinflammatory drugs. *N.Engl.J.Med.* 1999;340:1888-1899.

12.   Gutthann SP, Garcia RL, Raiford DS: Individual nonsteroidal antiinflammatory drugs and
        other risk factors for upper gastrointestinal bleeding and perforation.
        *Epidemiology* 1997;8:18-24.

13.   Singh G, Rosen Ramey D: NSAID induced gastrointestinal complications: the ARAMIS
        perspective--1997. Arthritis, Rheumatism, and Aging Medical Information
        System. *J.Rheumatol.Suppl.* 1998;51:8-16.

14.   Silverstein FE, Graham DY, Senior JR, et al: Misoprostol reduces serious gastrointestinal
        complications in patients with rheumatoid arthritis receiving nonsteroidal anti-
        inflammatory drugs. A randomized, double-blind, placebo- controlled trial [see
        comments]. *Ann.Intern.Med.* 1995;123:241-249.

15.   Paulus HE: FDA arthritis advisory committee meeting:  serious gastrointestinal toxicity of
        nonsteroidal antiinflammatory drugs; drug-contaiing renal and biliary stones;
        diclofenac and carprofen approved. *Arthritis Rheum.* 1988;31:1450-1451.

16.   Goldstein JL, Silverstein FE, Agrawal NM, et al: Reduced risk of upper gastrointestinal
        ulcer complications with celecoxib, a novel COX-2 inhibitor.
        *Amer.J.Gastroenterol.* 2000;(in press).

17.   Vane JR: Inhibition of prostaglandin synthesis as a mechanism of action for the aspirin-
        like drugs. *Nature* 1971;231:235-239.

18.   Shorrock CJ, Rees WD: Overview of gastroduodenal mucosal protection. *Am.J.Med.*
        1988;84:25-34.

19.   Schoen RT, Vender RJ: Mechanisms of nonsteroidal anti-inflammatory drug-induced
        gastric damage. *Am.J.Med.* 1989;86:449-458.

20.   Dewitt DL, Smith WL: Primary structure of prostaglandin G/H synthase from sheep
        vesicular gland determined from the complementary DNA sequence [published
        erratum appears in Proc Natl Acad Sci U S A 1988 Jul;85(14):5056].
        *Proc.Natl.Acad.Sci.U.S.A.* 1988;85:1412-1416.

21.   Xie WL, Chipman JG, Robertson DL, Erikson RL, Simmons DL: Expression of a
        mitogen-responsive gene encoding prostaglandin synthase is regulated by mRNA
        splicing. *Proc.Natl.Acad.Sci.U.S.A.* 1991;88:2692-2696.

22.   Kujubu DA, Fletcher BS, Varnum BC, Lim RW, Herschman HR: TIS10, a phorbol ester
        tumor promoter-inducible mRNA from Swiss 3T3 cells, encodes a novel
        prostaglandin synthase/cyclooxygenase homologue. *J.Biol.Chem.*
        1991;266:12866-12872.

Confidential - Subject To Protective Order                                    DEFS 00874487

May 14, 2000                                                                                                22

23.  O'Banion MK, Sadowski HB, Winn V, Young DA: A serum- and glucocorticoid-regulated 4-kilobase mRNA encodes a cyclooxygenase-related protein. *J.Biol.Chem.* 1991;266:23261-23267.

24.  Masferrer JL, Seibert K, Zweifel B, Needleman P: Endogenous glucocorticoids regulate an inducible cyclooxygenase enzyme. *Proc.Natl.Acad.Sci.U.S.A.* 1992;89:3917-3921.

25.  Masferrer JL, Zweifel BS, Seibert K, Needleman P: Selective regulation of cellular cyclooxygenase by dexamethasone and endotoxin in mice. *J.Clin.Invest.* 1990;86:1375-1379.

26.  Kargman S, Charleson S, Cartwright M, et al: Characterization of Prostaglandin G/H Synthase 1 and 2 in rat, dog, monkey, and human gastrointestinal tracts. *Gastroenterology* 1996;111:445-454.

27.  Funk CD, Funk LB, Kennedy ME, Pong AS, FitzGerald GA: Human platelet/erythroleukemia cell prostaglandin G/H synthase: cDNA cloning, expression, and gene chromosomal assignment. *FASEB J.* 1991;5:2304-2312.

28.  Seibert K, Masferrer J, Zhang Y, et al: Expression and selective inhibition of constitutive and inducible forms of cyclooxygenase. *Adv.Prostaglandin.Thromboxane.Leukot.Res.* 1995;23:125-127.

29.  Masferrer JL, Zweifel BS, Manning PT, et al: Selective inhibition of inducible cyclooxygenase 2 in vivo is antiinflammatory and nonulcerogenic. *Proc.Natl.Acad.Sci.U.S.A.* 1994;91:3228-3232.

30.  Seibert K, Zhang Y, Leahy K, et al: Pharmacological and biochemical demonstration of the role of cyclooxygenase 2 in inflammation and pain. *Proc.Natl.Acad.Sci.U.S.A.* 1994;91:12013-12017.

31.  Gierse JK, Koboldt CM, Walker MC, Seibert K, Isakson PC: Kinetic basis for selective inhibition of cyclo-oxygenases. *Biochem.J.* 1999;339:607-614.

32.  Gierse JK, Hauser SD, Creely DP, et al: Expression and selective inhibition of the constitutive and inducible forms of human cyclo-oxygenase. *Biochem.J.* 1995;305:479-484.

33.  Emery P, Zeidler H, Kvien TK, et al: Celecoxib versus diclofenac in long-term management of rheumatoid arthritis: randomised double-blind comparison. *Lancet* 1999;354:2106-2111.

34.  Simon LS, Weaver AL, Graham DY, et al: Anti-inflammatory and upper gastrointestinal effects of celecoxib in rheumatoid arthritis - A randomized controlled trial. *Jama-Journal Of The American Medical Association* 1999;282:1921-1928.

Confidential - Subject To Protective Order                                                                DEFS 00874488

May 14, 2000                                                                                       23

35.  Elliot GA, Purmalis A, VanderMeer DA, Denlinger RH: The propionic acids. Gastrointestinal toxicity in various species. *Toxicologic Pathology* 1988;16:245-250.

36.  Hallesy DW, Shott LD, Hill R: Comparative toxicology of naproxen. *Scand.J.Rheumatology* 1973;Suppl. 2:20-28.

37.  Adams SS, Bough RGCEE, Lessel B, Mills RFN: Absorption, distribution and toxicity of ibuprofen. *Toxicology and Applied Pharmacology* 1969;15:310-330.

38.  Kore AM: Toxicology of Nonsteroidal Antiinflammatory Drugs. *Veterinary Clinics of North America: Small Animal Practice* 1990;20:419-429.

39.  AnonymousPhysician advice and individual behaviors about cardiovascular disease risk reduction--seven states and Puerto Rico, 1997. *MMWR.Morb.Mortal.Wkly.Rep.* 1999;48:74-77.

40.  Stalnikowicz DR: Gastrointestinal bleeding during low-dose aspirin administration for prevention of arterial occlusive events. A critical analysis. *J.Clin.Gastroenterol.* 1995;21:13-16.

41.  Roderick PJ, Wilkes HC, Meade TW: The gastrointestinal toxicity of aspirin: an overview of randomised controlled trials. *Br.J.Clin.Pharmacol.* 1993;35:219-226.

42.  Weil J, Colin JD, Langman M, et al: Prophylactic aspirin and risk of peptic ulcer bleeding [see comments]. *BMJ.* 1995;310:827-830.

43.  Kelly JP, Kaufman DW, Jurgelon JM, Sheehan J, Koff RS, Shapiro S: Risk of aspirin-associated major upper-gastrointestinal bleeding with enteric-coated or buffered product [see comments]. *Lancet* 1996;348:1413-1416.

44.  Garcia RL, Jick H: Risk of upper gastrointestinal bleeding and perforation associated with individual non-steroidal anti-inflammatory drugs [see comments] [published erratum appears in Lancet 1994 Apr 23;343(8904):1048]. *Lancet* 1994;343:769-772.

45.  Lanza LL, Walker AM, Bortnichak EA, Dreyer NA: Peptic ulcer and gastrointestinal hemorrhage associated with nonsteroidal anti-inflammatory drug use in patients younger than 65 years. A large health maintenance organization cohort study. *Arch.Intern.Med.* 1995;155:1371-1377.

46.  Hallas J, Lauritsen J, Villadsen HD, Gram LF: Nonsteroidal anti-inflammatory drugs and upper gastrointestinal bleeding, identifying high-risk groups by excess risk estimates. *Scand.J.Gastroenterol.* 1995;30:438-444.

47.  Rodriguez LAG, Cattaruzzi C, Troncon MG, Agostinis L: Risk of hospitalization for upper gastrointestinal tract bleeding associated with ketorolac, other nonsteroidal

Confidential - Subject To Protective Order                                      DEFS 00874489

May 14, 2000                                                             24

anti- inflammatory drugs, calcium antagonists, and other antihypertensive drugs. *Archives Of Internal Medicine* 1998;158:33-39.

48. Bensen WG, Fiechtner JJ, McMillen JI, et al: Treatment of osteoarthritis with celecoxib, a cyclooxygenase-2 inhibitor: a randomized controlled trial. *Mayo Clin.Proc.* 1999;74:1095-1105.

49. Bjarnason I, Hayllar J, Macpherson AJ, Russell AS: Side effects of nonsteroidal anti-inflammatory drugs on the small and large intestine in humans [see comments]. *Gastroenterology* 1993;104:1832-1847.

50. Bjarnason I, Macpherson AJ: Intestinal toxicity of non-steroidal anti-inflammatory drugs. *Pharmacol.Ther.* 1994;62:145-157.

51. Hansen JM, Hallas J, Lauritsen JM, Bytzer P: Non-steroidal anti-inflammatory drugs and ulcer complications: a risk factor analysis for clinical decision-making. *Scand.J.Gastroenterol.* 1996;31:126-130.

52. Whelton A: Nephrotoxicity of nonsteroidal anti-inflammatory drugs: physiologic foundations and clinical implications. *Am.J.Med.* 1999;106:13S-24S.

53. Whelton A, Schulman G, Wallemark C, et al: Effects of celecoxib and naproxen on renal function in the elderly. *Arch.Intern.Med.* 2000;(in press).

54. McAdam BF, Catella LF, Mardini IA, Kapoor S, Lawson JA, FitzGerald GA: Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: the human pharmacology of a selective inhibitor of COX-2 [published erratum appears in Proc Natl Acad Sci U S A 1999 May 11;96(10):5890]. *Proc.Natl.Acad.Sci.U.S.A.* 1999;96:272-277.

55. Crofford LJ, Lipsky PE, Brooks P, Abramson SB, Simon LS, Van de Putte LBA: Basic biology and clinical application of specific cyclooxygenase-2 inhibitors. *Arthritis And Rheumatism* 2000;43:4-13.

Confidential - Subject To Protective Order

May 14, 2000                                                                                            25

**FIGURE LEGENDS**

Figure 1:  Flow chart of patient disposition

Figure 2:  The annualized incidence (percentage of patients) of upper GI ulcer complications alone or combined with symptomatic gastroduodenal ulcers for the entire study population (top panel) and for the cohort of patients not taking low dose aspirin.

Figure 3:  The percentage of patients with a decrease in hematocrit (Hct) of 10 percentage points or more from pretreatment, a decrease in hemoglobin (Hgb) of 2 gm/dL or more from pretreatment, or both.  Results for the entire study population are shown on the left.  On the right, the results for all patients excluding those with an upper GI ulcer complication, symptomatic ulcer or other diagnosed GI pathology are shown.

Figure 4:  The percentage of patients with an increase in serum creatinine to a value of 2 mg/dL or more, an increase in blood urea nitrogen (BUN) to a value of 40 mg/dL, or both (top panel) and the percentage of patients with elevations in alanine aminotransferase (ALT) and asparate aminotransferase (AST) to a value three times the upper limit of normal (bottom panel).

Confidential - Subject To Protective Order

May 14, 2000                                                                                    26

Table 1.  Definitions and Adjudication Criteria for Ulcer Complications

| Event | Criteria for Confirmed Event |
|---|---|
| Gastric or duodenal perforation | A perforated lesion that required surgery.  It could involve a laparoscopic repair, but only if evidence of the perforation was unequivocal, such as free air in the abdomen visible by x-ray, or peritoneal signs upon physical examination. |
| Gastric outlet obstruction | Gastric outlet obstruction was required to be diagnosed by the investigator, and the diagnosis was required to be supported by endoscopy (e.g., ulcer with a tight edematous pyloric channel) or by x-ray results (e.g., a dilated stomach, delayed barium emptying with clinical evidence of outlet obstruction and with an ulcer in the channel, or severe outlet narrowing and edema) |
| Upper GI bleeding | <ul><li>hematemesis with a lesion (ulcer or large erosion) at endoscopy or x-ray</li><li>lesion (ulcer or large erosion) at endoscopy with evidence of active bleeding or stigmata of a recent hemorrhage (visible vessel or clot attached to the base of an ulcer)</li><li>melena with a  lesion (ulcer or large erosion) at endoscopy or x-ray with evidence of serious bleeding, which included at least one of the following:<ul><li>decrease in hematocrit (of at least 5 percentage points) or decrease in hemoglobin (greater than 1.5 g/dL relative to baseline)</li><li>signs of postural vital sign changes (increase in pulse rate of at least 20 bpm and/or decrease in systolic blood pressure of at least 20 mm Hg and/or in diastolic blood pressure of at least 10 mm Hg)</li><li>transfusion of more than two units of blood</li><li>blood in the stomach at endoscopy or nasogastric aspiration</li></ul></li></ul> |

Confidential - Subject To Protective Order

27

**Table 2. Baseline Characteristics and Patient Demographics**

| Characteristic | Celecoxib 400 mg BID (n = 3987) | NSAIDs (n = 3,981) |
|---|---|---|
| Mean age (range), y | 60.6 (20-89) | 59.8 (18-90) |
| >65 years of age (%) | 39.1 | 37.3 |
| >75 years of age (%) | 12.2 | 11.3 |
| Women, (%) | 68.5 | 69.1 |
| Race, (%) | | |
| White | 88.5 | 87.8 |
| Black | 7.5 | 8.1 |
| Hispanic | 2.7 | 2.8 |
| Asian | 0.8 | 0.7 |
| Other | 0.5 | 0.6 |
| Primary disease, (%) | | |
| RA | 27.3 | 27.5 |
| Mean (SD) duration of disease, y | | |
| OA | 10.2 (9.7) | 10.1 (9.9) |
| RA | 11.3 (9.9) | 10.7 (9.6) |
| Potential Risk Factor (%) | | |
| History of GI bleeding | 1.7 | 1.5 |
| History of GI ulcer | 8.4 | 8.1 |
| Positive *Helicobacter pylori* infection (%) | 37.1 | 36.7 |
| Tobacco use, (%) | 15.8 | 14.9 |
| Alcohol use, (%) | 30.9 | 30.1 |
| Concurrent medications, (%) | | |
| Aspirin (≤325 mg daily) | 20.9 | 20.4 |
| Corticosteroids | 30.2 | 29.3 |
| Anticoagulants | 0.5 | 0.9 |

Confidential - Subject To Protective Order

28

Table 3.  Number of Potential Cases Reported, Adjudicated Cases, Gastroduodenal Ulcers, and Ulcer Complications that Met Pre-specified Definitions

| Category | Celecoxib 400 mg BID (n = 3,987) | NSAIDs (n = 3,981) |
|---|---|---|
| Total cases adjudicated | 114 | 147* |
| | | |
| Total cases not meeting the definition of a gastroduodenal ulcer or ulcer complication | 82 | 96 |
| Esophageal disease | 16 | 14 |
| Gastroduodenitis | 16 | 19 |
| Colonic or small bowel disease | 2 | 6 |
| Non-ulcer bleeding | 18 | 21 |
| Miscellaneous GI symptoms | 24 | 24 |
| Anemia | 5 | 12 |
| Cholelithiasis | 1 | - |
| | | |
| Ulcer complications and gastroduodenal ulcers | 32 | 51 |
| Gastroduodenal ulcers | 19 | 29 |
| Ulcer complications† | 13 | 22 |
| Upper GI bleeding | 10 | 20 |
| Perforation | 0 | 0 |
| Gastric outlet obstruction | 1 | 0 |

*p<0.001 vs celecoxib
†4 ulcer complications (2 in celecoxib patients and 2 in NSAID patients were censored from the analysis due to the timing of the event)

Confidential - Subject To Protective Order

29

Table 4. Adverse Events

| Characteristic | All Patients | | Non-aspirin Cohort | |
|---|---|---|---|---|
| | Celecoxib 400 mg BID (n = 3995) | NSAIDs (n = 3987) | Celecoxib 400 mg BID (n = 3154) | NSAIDs (n = 3169) |
| Gastrointestinal | | | | |
|   Dyspepsia | 14.4 | 18.0* | 13.5 | 15.7* |
|   Abdominal pain | 9.7 | 13.1* | 9.1 | 12.5* |
|   Diarrhea | 9.4 | 9.8 | 9.1 | 9.2 |
|   Nausea | 6.9 | 9.3* | 6.8 | 8.7* |
|   Constipation | 1.7 | 5.9* | 1.5 | 5.4* |
| Withdrawals | 10.8 | 13.8* | 10.2 | 13.0* |
| Hepatic | | | | |
|   Elevated serum ALT or AST | 0.9 | 3.2* | 0.9 | 3.0* |
| Withdrawals | 0.1 | 1.5* | 0.1 | 1.4* |
| Bleeding-Related | | | | |
|   Anemia | 2.2 | 4.4* | 1.9 | 3.9* |
|   Ecchymosis | 0.7 | 0.8 | 0.7 | 0.8 |
|   Hematochezia | 0.4 | 1.0* | 0.3 | 0.9* |
| Withdrawals | 0.3 | 0.6* | 0.4 | 0.6 |
| Renal | | | | |
|   Peripheral edema | 2.8 | 3.5 | 2.9 | 3.4 |
|   Hypertension | 1.7 | 2.3 | 1.5 | 2.0 |
|   Increased creatinine | 0.7 | 1.2* | 0.6 | 1.0 |
| Withdrawals | 1.2 | 1.0 | 1.2 | 1.0 |
| Non-Resp. | | | | |
| Cutaneous | | | | |
|   Rash | 5.5 | 2.6* | 5.7 | 2.9* |
|   Pruritus | 2.3 | 1.5* | 2.3 | 1.4* |
|   Urticaria | 0.6 | 0.4 | 0.3 | 0.1 |
| Withdrawals | 3.1 | 1.3* | 3.4 | 1.5* |

Confidential - Subject To Protective Order

30

**Figure 1**



Confidential - Subject To Protective Order

DEFS 00874496

31

**Figure 2**



*(events/patient-yrs exposure)



*(events/patient-yrs exposure)

Confidential - Subject To Protective Order

32

**Figure 3**



DEFS 00874498

33

**Figure 4**



DEFS 00874466 - 99

| BEGNO | ENDNO | BEGATTACH | ENDATTACH | PGS | DOCDATE | AUTHORNAM | CUSTODIAN |
|-------|-------|-----------|-----------|-----|---------|-----------|-----------|
| DEFS 00874466 | DEFS 00874466 | DEFS 00874466 | DEFS 00874499 | 1 | 05/25/2000 | LEFKOWITH, JAMES B. [PHR/1825] | Verburg, Kenneth |
| DEFS 00874467 | DEFS 00874499 | DEFS 00874466 | DEFS 00874499 | 33 | 05/25/2000 | Searle | Verburg, Kenneth |

EXHIBIT 151

# THE CELECOXIB LONG-TERM ARTHRITIS SAFETY STUDY (CLASS)

**Authors:**

Fred E. Silverstein MD, Gerald Faich MD, Jay L. Goldstein MD, Lee Simon MD, Theodore Pincus MD, Andrew Whelton MD, Robert Makuch PhD, Glen Eisen  MD, Naurang M. Agrawal MD, William Stenson, MD, Aimee M. Burr MS, William W. Zhao PhD, Jeffrey D. Kent MD, James B. Lefkowith MD, Kenneth M. Verburg PhD and G. Steven Geis PhD, MD.


**Affiliations:**

Dept. of Medicine, University of Washington, Seattle WA (FES), Dept. of  Medicine University of Pennsylvania, Philadelphia, PA (GF), Dept. of Medicine, Section of Digestive and Liver Diseases, College of Medicine, University of Illinois at Chicago, Chicago, IL (JG), Division of Rheumatology and Metabolic Bone Disease, Dept. of Medicine, Beth Israel Deaconess Medical Center, Harvard University, Boston, MA, Division of Rheumatology and Immunology, Vanderbilt University School of Medicine, Nashville, TN (TP), Dept. of Medicine, Johns Hopkins University, Baltimore, MD (AW),  Dept. of Biostatistics, Yale University, New Haven, CT (RM), Division of Gastroenterology, Vanderbilt University School of Medicine, Nashville, TN (GE), Division of Gastroenterology, Duke University, Durham, NC (NMA), Division of Gastroenterology, Washington University, St. Louis, MO (WS) and Clinical Research and Development, Pharmacia, Skokie, IL (AMB, WWZ, JDK, JBL, KMV, GSG)


**Running Title:** Upper GI Safety of Celecoxib


**Corresponding Author:**     James B. Lefkowith, MD
Pharmacia Clinical Research and Development
4901 Searle Parkway, Bldg A3E
Skokie, IL  60077
Phone 847-982-4707, fax 847-982-8356
Email: James.B.Lefkowith@monsanto.com

*Jim, If someone criticizes us mixing up 6-month and study, are we covered ?*

*William*



EXHIBIT

439

4/11/11      LR

Confidential - Subject To Protective Order

DEFS 01714412

*[handwritten notes: "William", "a few notes on 2, 7, 9, 11, 14, 18", "David"]*

# THE CELECOXIB LONG-TERM ARTHRITIS SAFETY STUDY (CLASS)

**Authors:**

Fred E. Silverstein MD, Gerald Faich MD, Jay L. Goldstein MD, Lee Simon MD, Theodore Pincus MD, Andrew Whelton MD, Robert Makuch PhD, Glen Eisen MD, Naurang M. Agrawal MD, William Stenson, MD, Aimee M. Burr MS, William W. Zhao PhD, Jeffrey D. Kent MD, James B. Lefkowith MD, Kenneth M. Verburg PhD and G. Steven Geis PhD, MD.


**Affiliations:**

Dept. of Medicine, University of Washington, Seattle WA (FES), Dept. of Medicine University of Pennsylvania, Philadelphia, PA (GF), Dept. of Medicine, Section of Digestive and Liver Diseases, College of Medicine, University of Illinois at Chicago, Chicago, IL (JG), Division of Rheumatology and Metabolic Bone Disease, Dept. of Medicine, Beth Israel Deaconess Medical Center, Harvard University, Boston, MA, Division of Rheumatology and Immunology, Vanderbilt University School of Medicine, Nashville, TN (TP), Dept. of Medicine, Johns Hopkins University, Baltimore, MD (AW), Dept. of Biostatistics, Yale University, New Haven, CT (RM), Division of Gastroenterology, Vanderbilt University School of Medicine, Nashville, TN (GE), Division of Gastroenterology, Duke University, Durham, NC (NMA), Division of Gastroenterology, Washington University, St. Louis, MO (WS) and Clinical Research and Development, Pharmacia, Skokie, IL (AMB, WWZ, JDK, JBL, KMV, GSG)

**Running Title:** Upper GI Safety of Celecoxib

**Corresponding Author:**     James B. Lefkowith, MD
Pharmacia Clinical Research and Development
4901 Searle Parkway, Bldg A3E
Skokie, IL 60077
Phone 847-982-4707, fax 847-982-8356
Email: James.B.Lefkowith@monsanto.com

Confidential - Subject To Protective Order

May 14, 2000                                                                                    2

## ABSTRACT

*Context:* Use of nonsteroidal anti-inflammatory drugs (NSAIDs) is associated with upper gastrointestinal (GI) toxicity caused by inhibition of GI mucosal cyclooxygenase (COX)-1. Celecoxib specifically inhibits COX-2 and has demonstrated a low potential for producing GI injury.

*Objective:* To compare the incidence of significant upper GI toxicity in patients with rheumatoid arthritis (RA) or osteoarthritis (OA) treated with 2- to 4-times the maximum therapeutic doses of celecoxib, respectively, versus two NSAID comparators administered at standard therapeutic doses.

*Design:* Randomized, multicenter, double-blind trial from October 1998 through January 2000. All patients were provided the opportunity to complete at least six months of treatment.

*Setting:* Three hundred eighty clinical sites in the United States and Canada.

*Patients:* A total of 7,968 patients aged 18 years and older with OA (n= 5,746) or RA (n= 2,183) who met inclusion criteria were randomized; 4,575 (57%) patients completed 6 months of treatment or withdrew prior to 6 months.. [*handwritten note:* needs a change] [*handwritten note:* didn't all 7968 complete 6 months or withdraw prior to 6 months ??]

*Interventions:* Patients were randomized to receive celecoxib 400 mg twice daily (n=3,987), ibuprofen 800 mg three times daily (n=1,996) or diclofenac 75 mg twice daily (n=1,985) in 2:1:1 proportions. Concomitant low dose aspirin use ($\leq$325 mg daily) for cardiovascular prophylaxis was permitted.

*Main Outcome Measures:* Incidence of upper GI ulcer complications (bleeding, perforation and obstruction) and symptomatic ulcers, or ulcer complications alone, for celecoxib versus NSAIDs that met pre-specified criteria judged by a blinded expert adjudication committee.

Confidential - Subject To Protective Order                                    DEFS 01714414

May 14, 2000                                                                    3

*Results:*  For the entire cohort, the annualized incidence rates of upper GI ulcer complications

alone, or combined with symptomatic ulcers, for celecoxib vs. NSAID comparators were

0.76% vs. 1.45% (p=0.092; relative risk = 0.53; 95% confidence interval (CI) 0.26 to 1.11) and

2.08% vs 3.54% (p=0.023; relative risk = 0.59; 95% CI 0.38 to 0.94).  Removing the

confounding effect of concomitant aspirin use, the annualized incidence rates of upper GI ulcer

complications alone, or combined with symptomatic ulcers, for celecoxib vs. NSAID

comparators were 0.44% vs.1.27% (p=0.037; relative risk = 0.35; 95% CI 0.14 to 0.98) and

1.40% vs 2.91% (p=0.017; relative risk = 0.48; 95% CI 0.28 to 0.89).  Overall, celecoxib was

better tolerated than NSAID comparators as fewer celecoxib-treated patients experienced GI,

hepatic, renal or hemostasis-related adverse effects. ▆▆▆▆▆▆▆ Non-Resp. ▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆ Non-Resp. ▆▆▆▆▆▆▆▆▆▆▆▆

*Conclusion:*  Celecoxib, at 2- to 4-times the maximally effective RA and OA doses, was

associated with a lower incidence of significant upper GI toxicity and other adverse effects than

NSAID comparators at standard therapeutic doses.  This study validates celecoxib's unique

mechanism of action and intrinsic general safety profile.


*Key words:*  ulcer complications, symptomatic ulcers, cyclooxygenase, NSAIDs, celecoxib

**Word Count:** 3730 (manuscript), 431 (abstract)

Confidential - Subject To Protective Order                                    DEFS 01714415

May 14, 2000                                                  4

## INTRODUCTION

Musculoskeletal disorders are extremely common and represent a frequent cause of health care resource utilization.[1]  For such disorders, nonsteroidal anti-inflammatory drugs (NSAIDs) are a mainstay of clinical care and are the preferred agent by patients.[2-4]  Well-established limitations of NSAID therapy include the risk of developing significant injury to the upper gastrointestinal (GI) tract, primarily ulceration or complications resulting from an ulcer such as perforation, gastric outlet obstruction and hemorrhage. Based on epidemiological and controlled trial experience, there is an estimated two- to ten-fold greater risk for upper GI injury in NSAID users when compared to nonusers.[5-11]  The annualized incidence rate of upper GI ulcer complications and symptomatic ulcers in NSAID users ranges from 2 to 4% and 1 to 2% for ulcer complications alone.[12-16]

It is known that NSAIDs inhibit cyclooxygenase (COX), the enzyme responsible for the conversion of arachidonic acid to prostaglandins.[17]  The ulcerogenic effects of these agents are attributed to interference with prostaglandin formation, thereby, leading to inadequate mucosal protection in the upper GI tract.[18,19]  COX exists in two isoforms.[20-23]  COX-1 is a ubiquitous constitutive isozyme; both gastrointestinal prostaglandins and platelet-derived thromboxane $A_2$ are formed exclusively from COX-1.  Alternatively, COX-2 is largely a cytokine-induced isozyme producing prostaglandins that mediate pain and inflammation.[24-30]  NSAIDs inhibit both COX-1 and COX-2 to varying degrees.[31,32]  Thus, the therapeutic effects of NSAIDs are derived from inhibition of COX-2, while the adverse effects of these agents within the upper GI tract or with respect to platelet function arise from inhibition of COX-1 activity.

Confidential - Subject To Protective Order                                        DEFS 01714416

May 14, 2000                                                                                          5

Celecoxib (Celebrex) is a recently approved agent for treating the inflammation and pain of arthritis that specifically inhibits COX-2.  Celecoxib appears to have little potential to produce upper GI injury as evidenced by a four-fold to six-fold lower association with gastroduodenal ulceration than either naproxen or diclofenac in endoscopic studies.[33,34]  In these same trials, the risk of gastroduodenal ulceration in celecoxib-treated patients was comparable to placebo.  A pooled analysis of 14 randomized controlled trials of arthritis patients also indicated that the incidence of upper GI ulcer complications associated with celecoxib was eight-fold lower than that found with diclofenac, ibuprofen and naproxen combined.[16]

In order to establish the distinct nature of the underlying biochemical mechanism of celecoxib more rigorously, however, it was essential to perform a prospective, randomized, double-blind study to determine the incidence of upper GI ulcer complications alone or combined with symptomatic gastroduodenal ulcers among arthritis patients chronically receiving celecoxib or NSAIDs.  To clearly establish that celecoxib is COX-1 sparing, our study compared celecoxib administered at 2- to 4-times the maximum effective doses for RA and OA, respectively, to common therapeutic doses of ibuprofen and diclofenac, two non-specific NSAIDs commonly used to treat OA and RA.  Concomitantly, this study served to assess more broadly the safety of celecoxib at supratherapeutic doses with respect to other potentially mechanism-based, as well as idiosyncratic, toxicities.

Confidential - Subject To Protective Order                                          DEFS 01714417

May 14, 2000                                                                    6

## METHODS

### Study Population

Men and women outpatients 18 years of age and older were eligible to participate in the study

they were diagnosed with OA or RA evident for 3 months or longer and were expected to

require continuous treatment with an NSAID for the duration of the trial. Patients were

excluded from the study participation if they had active GI, renal, hepatic, or coagulation

disorders; malignancy (unless removed surgically with no recurrence within 5 years);

esophageal or gastroduodenal ulceration within the previous 30 days; a history of gastric or

duodenal surgery other than an oversew; or known hypersensitivity to COX-2 inhibitors,

sulfonamides, ibuprofen, or diclofenac. Women were excluded if they were pregnant, might

become pregnant, or were lactating.


### Study Protocol

This prospective, randomized, double-blind trial was conducted at 380 centers in the United

States and Canada from December 1998 to January 2000 in accordance with the principles of

good clinical practice and the Declaration of Helsinki. The protocol was approved by the

institutional review board at each study site and all patients were required to provide written

informed consent.


Prior to enrollment, patients completed a physical examination and clinical laboratory testing,

including a baseline serological test for *Helicobacter pylori* antibodies (FlexSure, Beckman-

Coulter, Palo Alto, CA). After a baseline visit, follow-up clinic visits took place at weeks 4,

13, 26, and every 13 weeks thereafter (if necessary) after the initial dose of medication.

Confidential - Subject To Protective Order

May 14, 2000                                                                    2      *Jim*

                                                                               *Some*
                                                                               *comments*
## ABSTRACT                                                                    *on the*
                                                                               *CLASS*
*Context:* Use of nonsteroidal anti-inflammatory drugs (NSAIDs) is associated with upper    *article*

gastrointestinal (GI) toxicity caused by inhibition of GI mucosal cyclooxygenase (COX)-1.   *Dave*

Celecoxib specifically inhibits COX-2 and has demonstrated a low potential for producing GI

injury.

*Objective:* To compare the incidence of significant upper GI toxicity in patients with

rheumatoid arthritis (RA) or osteoarthritis (OA) treated with 2- to 4-times the maximum

therapeutic doses of celecoxib, respectively, versus two NSAID comparators administered at

standard therapeutic doses.

*Design:* Randomized, multicenter, double-blind trial from October 1998 through January

2000. All patients were provided the opportunity to complete at least six months of treatment.

*Setting:* Three hundred eighty clinical sites in the United States and Canada.

*Patients:* A total of 7,968 patients aged 18 years and older with OA (n= 5,746) or RA

(n= 2,183) who met inclusion criteria were randomized; 4,575 (57%) patients completed 6

months of treatment or withdrew prior to 6 months..    *didn't all 7968 complete 6 months or withdraw prior to 6 months ??*

*Interventions:* Patients were randomized to receive celecoxib 400 mg twice daily (n=3,987),

ibuprofen 800 mg three times daily (n=1,996) or diclofenac 75 mg twice daily (n=1,985) in

2:1:1 proportions. Concomitant low dose aspirin use (≤325 mg daily) for cardiovascular

prophylaxis was permitted.

*Main Outcome Measures:* Incidence of upper GI ulcer complications (bleeding, perforation

and obstruction) and symptomatic ulcers, or ulcer complications alone, for celecoxib versus

NSAIDs that met pre-specified criteria judged by a blinded expert adjudication committee.

*needs a change*

Confidential - Subject To Protective Order                                      DEFS 01714419

May 14, 2000                                                      7

Monitoring for adverse events and clinical laboratory testing were repeated at all follow-up visits. All patients were given the opportunity to complete a minimum of 6 months of treatment.

**Treatment**

Patients were randomly assigned by a computer-generated randomization schedule to receive either celecoxib 400 mg BID or the comparator NSAID (ibuprofen 800 mg TID or diclofenac 75 mg BID) on a 2:1:1 basis. All treatment regimens were fully masked to ensure they were identical in appearance and that patients took the same number of capsules.

**Concomitant Medications**

NSAIDs (except for stables doses of aspirin up to 325 mg daily); anti-ulcer drugs (except for single dose antacid use daily or multiple dose use up to 7 days each month); antibiotics used alone or in combination with omeprazole, lansoprazole, and ranitidine for treatment of *H. pylori* infection; and antineoplastics were prohibited during the course of the study. Use of oral, intramuscular, and intra-articular corticosteroids, and DMARDs were permitted.

comma not necessary?

**Clinical Assessments**

Investigators were instructed to identify and report all potential upper GI ulcer complications. Evaluation of such events was outlined in a pre-specified algorithm structured to reproduce clinical practice norms. Evaluation was required for any of the following presentations: severe acute abdominal pain or acute abdomen; intractable abdominal pain with nausea or vomiting; hematemesis or melena; acute hypovolemia or hypotension; history of melena within the past

Confidential - Subject To Protective Order

May 14, 2000                                                                     9

this difference with a 5% significance level (two-sided) and a power of 85% and assuming a

30% withdrawal rate, a sample size of 4,000 patients was required for the celecoxib group and
*approximately*                                                                  ?

2,000 patients for each NSAID group.

Homogeneity of the treatment groups at baseline was analyzed by using the chi-square test for

categorical variables and two-way ANOVA with treatment and center effects for continuous

variables. All statistical analyses were conducted on the intent-to-treat populations that

*except the subgroup not receiving aspirin was used for numerous analyses since the ASA was such an important risk factor*

consisted of all patients who received at least one dose of assigned study medication. Time-to-

event analyses of upper GI ulcer complications alone or combined with symptomatic ulcers

were performed based on Kaplan-Meier estimates of cumulative event rates, but are expressed

in the text as annualized incidence rates.  Log-rank tests were used to compare the incidence *time to*

*event curves between treatments.*

rates based on the Kaplan-Meier estimate. The effect of potential risk factors for the

development of an ulcer complication (including but not limited to concurrent aspirin use) were

pre-specified and analyzed by Cox proportional hazards model.  Treatment-related differences

in the incidence of adverse effects or clinical laboratory changes were determined by Fisher's

exact test.

*this seems "defensive", wasn't all of this pre-specified so that we ought to be more positive if we are going to deal with this issue rather than just mention 1 item as pre-planned?  It would flow better to say something near the start of the section or not at all*

Confidential - Subject To Protective Order                                      DEFS 01714421

May 14, 2000                                                                                          11

gastroduodenal ulcers (Table 3).  All but one of the upper GI ulcer complications (a gastric

outlet obstruction in a celecoxib-treated patient) represented bleeding events in which an ulcer

or large erosion was associated with either visual evidence of bleeding, melena, or occult

blood-positive stools and a decrease in hematocrit or hemoglobin.  Four upper GI ulcer

complications (2 in celecoxib patients and 2 in NSAID-treated patients) were censored from

the analysis owing to the timing of the event as prespecified by the Events Committee (within

48 hours after the first dose day or after 14 days after the last known dose).  The remaining 178

cases were judged by the Committee to represent neither an upper GI ulcer complication nor a

symptomatic ulcer and were assigned a diagnosis under the categories listed in Table 3.


The annualized incidence of upper GI ulcer complications in celecoxib-treated patients based

on 6 months exposure was approximately one-half the rate observed in patients taking NSAIDs

(0.76% vs 1.45%, p=0.092, Figure 2 top panel).  The relative risk over 6 months for celecoxib

compared to NSAIDs was 0.53 (95% CI, 0.26-1.11).  The annualized incidence of upper GI

ulcer complications plus symptomatic ulcers with celecoxib was significantly lower than with

NSAIDs (2.08% vs 3.54%, p=0.023, Figure 2 top panel).  The relative risk over 6 months for

celecoxib compared to NSAIDs was 0.59 (95% CI, 0.38-0.94).

time - to - event ?

Based on survival analyses with a Cox proportional hazard model, low dose aspirin use was

found to have a statistically significant effect (p=0.005) on the incidence of upper GI ulcer

complications (alone or in combination with symptomatic ulcers) in the celecoxib-treated

patients. Within the celecoxib treatment group, an upper GI ulcer complication was nearly 4-

fold more common in aspirin users occurring in 6 of 833 patients (0.7%) taking low dose

Confidential - Subject To Protective Order                                                            DEFS 01714422

May 14, 2000                                                    14

elevated serum creatinine was noted more frequently by investigators in patients on NSAIDs

than in patients on celecoxib (p<0.05).  Also, a greater number of patients (p<0.05) receiving

NSAIDs were found with elevations in serum creatinine levels above 2 mg/dL and/or BUN

values above 40 mg /dL than with celecoxib (Figure 4).  Celecoxib was associated with a

significantly higher incidence (p<0.05) of rash and pruritus and study withdrawals due to

cutaneous adverse effects as compared to NSAID therapy (Table 4).  ████ Non-Resp. ████

████████████ Non-Resp. ████████████  No

treatment differences in such events were apparent in the patients in the two treatment groups

not taking aspirin for cardiovascular prophylaxis (Table 4).  *not really necessary*

Serious adverse effects (representing hospitalizations or malignancies detected during study

participation) were reported for 4.3% of patients receiving celecoxib and 4.2% of NSAID

patients. The most common serious adverse effects were accidental fractures, pneumonia,

████████ Non-Resp. ████████ consistent with expected

co-morbidities in this patient population. No serious rashes or unexpected serious adverse

events were observed in patients on celecoxib.  No treatment-related differences were

observed.

Confidential - Subject To Protective Order                                        DEFS 01714423

May 14, 2000                                                      18

Supratherapeutic doses of celecoxib were also better tolerated than NSAIDs as evidenced by the decreased incidence of GI symptoms.  Improved tolerability is important clinically as reflected by the significant difference in *is lower* withdrawal rates for GI symptoms. *among the celecoxib groups*  Whether or not GI symptoms are COX-1 mediated, however, is uncertain.  Although ulcer complications are often asymptomatic, NSAID intolerance has been identified as a risk factor for such complications.[11;51]

The clinical consequences of NSAIDs on the kidney are heterogenous and at present the relative importance of COX-1 and COX-2 in the human kidney is not well defined.[52] Regardless, celecoxib at supratherapeutic doses appeared to be associated with significantly less renal toxicity when compared to NSAID therapy.  A treatment difference was evident for increases in serum creatinine *, higher incidence with NSAIDs,* suggesting a differential effect on glomerular filtration.  This observation is consistent with a recently reported renal pharmacological study in elderly subjects.[53]



Non-Resp.

Confidential - Subject To Protective Order                                    DEFS 01714424

May 14, 2000                                                           7

Monitoring for adverse events and clinical laboratory testing were repeated at all follow-up visits. All patients were given the opportunity to complete a minimum of 6 months of treatment.

## Treatment

Patients were randomly assigned by a computer-generated randomization schedule to receive either celecoxib 400 mg BID or the comparator NSAID (ibuprofen 800 mg TID or diclofenac 75 mg BID) on a 2:1:1 basis. All treatment regimens were fully masked to ensure they were identical in appearance and that patients took the same number of capsules.

## Concomitant Medications

NSAIDs (except for stables doses of aspirin up to 325 mg daily); anti-ulcer drugs (except for single dose antacid use daily or multiple dose use up to 7 days each month); antibiotics used alone or in combination with omeprazole, lansoprazole, and ranitidine for treatment of *H. pylori* infection; and antineoplastics were prohibited during the course of the study. Use of oral, intramuscular, and intra-articular corticosteroids, and DMARDs ~~were~~ *was* permitted.

*was*

*once not necessary?*

## Clinical Assessments

Investigators were instructed to identify and report all potential upper GI ulcer complications. Evaluation of such events was outlined in a pre-specified algorithm structured to reproduce clinical practice norms. Evaluation was required for any of the following presentations: severe acute abdominal pain or acute abdomen; intractable abdominal pain with nausea or vomiting; hematemesis or melena; acute hypovolemia or hypotension; history of melena within the past

Confidential - Subject To Protective Order

DEFS 01714425

May 14, 2000                                                                                  8

14 days or black stool representing a change in normal pattern; development of postural

dizziness or lightheadedness, or syncope; history of vaguely characterized dark stool, or dark

stool within the past 14 days or with concurrent iron or bismuth ingestion; history of

hematochezia, or anal or rectal bleeding after elimination; development of new anemia or

decrease in hematocrit of 5% of more; development of dyspepsia, abdominal pain, or nausea or

vomiting; or development of heme-positive stools.  Endoscopy was encouraged to document

bleeding lesions but could also be performed if indicated by the investigator's clinical

judgement.


All documentation relating to potential ulcer complications was forwarded to a Gastrointestinal

Events Committee (comprised of Jay Goldstein, MD, Naurang Agrawal, MD, Glenn Eisen,

MD, and William Stenson, MD).  The Committee was established to review and adjudicate all

potential events according to prospectively established upper GI ulcer complication definitions

as provided in Table 1. The Committee collectively reviewed each case in a blinded fashion and

assigned it by consensus as either meeting or not meeting the definition of an upper GI ulcer

complication.  Symptomatic ulcers comprised those cases that did not meet the definition of an

ulcer complication, but did have endoscopic or x-ray evidence of a gastric or duodenal ulcer as

judged by the Committee.  All patients with symptomatic ulcers or ulcer complications were

withdrawn from the study.


**Statistical Analysis**

The sample size calculations were based on the assumption that the annualized incidence of

upper GI ulcer complications would be 0.3% for celecoxib and 1.2% for NSAIDs.  To detect

Confidential - Subject To Protective Order                                      DEFS 01714426

May 14, 2000                                                                         9

this difference with a 5% significance level (two-sided) and a power of 85% and assuming a

30% withdrawal rate, a sample size of ~approximately~ 4,000 patients was required for the celecoxib group and

2,000 patients for each NSAID group.

Homogeneity of the treatment groups at baseline was analyzed by using the chi-square test for

categorical variables and two-way ANOVA with treatment and center effects for continuous

variables. All statistical analyses were conducted on the intent-to-treat populations that
~except the subgroup not receiving aspirin~

consisted of all patients who received at least one dose of assigned study medication. Time-to-

event analyses of upper GI ulcer complications alone or combined with symptomatic ulcers

were performed based on Kaplan-Meier estimates of cumulative event rates, but are expressed

in the text as annualized incidence rates.  Log-rank tests were used to compare the ~incidence~
~time to~
~event curves between treatments.~
~rates based on the Kaplan-Meier estimate~. The effect of potential risk factors for the

development of an ulcer complication (including but not limited to concurrent aspirin use) were

~pre-specified and~ analyzed by Cox proportional hazards model.  Treatment-related differences

in the incidence of adverse effects or clinical laboratory changes were determined by Fisher's

exact test.

*this seems "defensive". wasn't all of this pre-specified so that we ought to be more positive ~if~ if we are going to deal with this issue rather than just mention 1 item as pre-planned? It would flow better to say something near the start of the section or not at all*

Confidential - Subject To Protective Order                                                      DEFS 01714427

May 14, 2000                                                                                    10

## RESULTS

A total of 7,968 patients were enrolled.  Of these, 3,987 patients were treated with celecoxib

400 mg BID and 3,981 patients were treated with NSAIDs (1,996 received ibuprofen 800 mg

TID and 1,985 received diclofenac 75 mg BID).  Total patient-years of exposure were 1,473

and 1,377 in the celecoxib and NSAID treatment groups, respectively.  There were no clinically

meaningful differences in baseline characteristics between groups (Table 2).  Mean age overall

was 60 years (range 18-90 years); 38% of the patients were 65 years or older, 69% were

women and 73% were diagnosed with OA.  Approximately, 10% of the patients in each group

had a prior medical history of a peptic ulcer or upper GI bleeding and over 20% of the patients

were taking low dose aspirin ($\leq$325 mg daily) for cardiovascular prophylaxis.  Approximately

57% of the patients (n=4,573) completed six months of treatment.  Figure 1 shows reasons for

early discontinuation from the study.   More patients in the NSAID treatment group withdrew

from the study for either adverse effects or for lack of efficacy than did celecoxib-treated

patients ($p<0.05$).  No patients were lost to follow-up.


The crude rate of potential upper GI ulcer complications reported by investigators to the

Events Committee over 6 months was significantly lower in celecoxib-treated patients than with

NSAIDs (16.0% vs 12.6%, $p<0.001$).  All reports were reviewed by the Events Committee and

a total of 261 cases of potential upper GI ulcer complications were selected for adjudication

(the remainder being cases of either isolated GI symptoms or anemia without further evidence

of a potential event).  Upon adjudication, the Events Committee identified 35 upper GI ulcer

complications and another 48 cases that represented symptomatic, but uncomplicated,

Confidential - Subject To Protective Order                                                         DEFS 01714428

May 14, 2000                                                    11

gastroduodenal ulcers (Table 3). All but one of the upper GI ulcer complications (a gastric

outlet obstruction in a celecoxib-treated patient) represented bleeding events in which an ulcer

or large erosion was associated with either visual evidence of bleeding, melena, or occult

blood-positive stools and a decrease in hematocrit or hemoglobin. Four upper GI ulcer

complications (2 in celecoxib patients and 2 in NSAID-treated patients) were censored from

the analysis owing to the timing of the event as prespecified by the Events Committee (within

48 hours after the first dose day or after 14 days after the last known dose). The remaining 178

cases were judged by the Committee to represent neither an upper GI ulcer complication nor a

symptomatic ulcer and were assigned a diagnosis under the categories listed in Table 3.

The annualized incidence of upper GI ulcer complications in celecoxib-treated patients based

on 6 months exposure was approximately one-half the rate observed in patients taking NSAIDs

(0.76% vs 1.45%, p=0.092, Figure 2 top panel). The relative risk over 6 months for celecoxib

compared to NSAIDs was 0.53 (95% CI, 0.26-1.11). The annualized incidence of upper GI

ulcer complications plus symptomatic ulcers with celecoxib was significantly lower than with

NSAIDs (2.08% vs 3.54%, p=0.023, Figure 2 top panel). The relative risk over 6 months for

celecoxib compared to NSAIDs was 0.59 (95% CI, 0.38-0.94).

Based on survival analyses with a Cox proportional hazard model, low dose aspirin use was

found to have a statistically significant effect (p=0.005) on the incidence of upper GI ulcer

complications (alone or in combination with symptomatic ulcers) in the celecoxib-treated

patients. Within the celecoxib treatment group, an upper GI ulcer complication was nearly 4-

fold more common in aspirin users occurring in 6 of 833 patients (0.7%) taking low dose

Confidential - Subject To Protective Order                                    DEFS 01714429

May 14, 2000                                                                                          12

aspirin vs 5 such events in 3,154 (0.2%) non-aspirin users.  Low dose aspirin use did not have a significant effect on the rate of upper GI ulcer complications in patients receiving NSAIDs (p=0.21).  In consequence, the non-aspirin using cohort was examined independently.

The annualized incidence of upper GI ulcer complications over 6 months in non-aspirin users was significantly lower with celecoxib vs NSAIDs (0.44% vs 1.27%, p=0.037, Figure 2 bottom panel).  The relative risk over 6 months for celecoxib compared to NSAIDs was 0.35 (95% CI, 0.14-0.98). The annualized incidence of upper GI ulcer complications plus symptomatic ulcers over 6 months in patients not taking aspirin users was also significantly lower with celecoxib than with NSAIDs (1.40% vs 2.91%, p=0.017, Figure 2 bottom panel).  The relative risk over 6 months for celecoxib compared to NSAIDs was 0.48 (95% CI, 0.28-0.89).

Celecoxib, administered at 2- to 4-times the maximum effective RA and OA doses respectively, was safe and generally well-tolerated when chronically administered as compared to standard therapeutic doses of either ibuprofen or diclofenac. The adverse effects with the highest incidence in either treatment group were dyspepsia, upper respiratory infection, headache, abdominal pain and diarrhea.

Celecoxib was associated with better GI tolerability than NSAID treatment. The overall incidence of GI adverse effects experienced by patients taking celecoxib was significantly lower than with NSAIDs (40% vs 45%; p<0.001) as was the rate of withdrawal due to GI intolerability (Table 4).  Of the most commonly reported GI adverse effects, dyspepsia, abdominal pain, nausea, and constipation were significantly less common (p<0.001) with

May 14, 2000                                                                                    13

celecoxib than with NSAIDs (Table 4). Similar effects were seen in the cohort of patients not

taking low dose aspirin.


Significantly less hemostasis-related adverse effects (anemia, ecchymoses, hematochezia) and

withdrawals due to such were observed in patients receiving celecoxib when compared to

NSAID-treated patients (Table 4). Celecoxib was also associated with a lower incidence

($p < 0.05$) of clinically meaningful reductions in hematocrit or hemoglobin for the entire patient

cohort (Figure 3). This difference persisted when all patients with potential upper GI events

were excluded from the analysis, thus removing all patients with ulcer complications,

symptomatic ulcers or other diagnosed GI pathology (Figure 3). In parallel with changes seen

in hematocrit and hemoglobin, serum iron to iron binding capacity ratios tended to increase on

celecoxib and decrease on NSAIDs (+1.4% vs -2.4%, $p < 0.05$).


As shown in Figure 4, the incidence of serum alanine aminotransferase (ALT) or aspartate

aminotransferase (AST) elevations that exceeded 3 times the upper limit of normal was 5- to

10-fold higher ($p < 0.05$) in patients receiving NSAIDs than with celecoxib. Similarly,

investigators reported a significantly higher ($p < 0.05$) incidence of elevated serum transaminases

with NSAID treatment (Table 4). Study withdrawals due to elevated serum transaminases were

also higher in patients receiving NSAIDs. Most liver function enzyme elevations occurred in

patients receiving diclofenac.


The incidence rates of renal-related adverse effects such as peripheral edema, [Non-Resp.]

[Non-Resp.] ) were similar between the treatment groups (Table 4). However, an

Confidential - Subject To Protective Order

DEFS 01714431

May 14, 2000                                                        14

elevated serum creatinine was noted more frequently by investigators in patients on NSAIDs

than in patients on celecoxib (p<0.05).   Also, a greater number of patients (p<0.05) receiving

NSAIDs were found with elevations in serum creatinine levels above 2 mg/dL and/or BUN

values above 40 mg /dL than with celecoxib (Figure 4).   Celecoxib was associated with a

significantly higher incidence (p<0.05) of rash and pruritus and study withdrawals due to

cutaneous adverse effects as compared to NSAID therapy (Table 4).   ▮▮▮Non-Resp.▮▮▮

▮▮▮▮▮▮▮▮▮▮▮Non-Resp.▮▮▮▮▮▮▮▮▮▮▮   No

treatment differences in such events were apparent in the patients in the two treatment groups

not taking aspirin for cardiovascular prophylaxis (Table 4).

Serious adverse effects (representing hospitalizations or malignancies detected during study

participation) were reported for 4.3% of patients receiving celecoxib and 4.2% of NSAID

patients. The most common serious adverse effects were accidental fractures, pneumonia,

▮▮▮▮▮▮▮▮Non-Resp.▮▮▮▮▮▮▮▮   consistent with expected

co-morbidities in this patient population. No serious rashes or unexpected serious adverse

events were observed in patients on celecoxib.  No treatment-related differences were

observed.

Confidential - Subject To Protective Order                                    DEFS 01714432

May 14, 2000                                                                15

## DISCUSSION

Our study establishes that celecoxib when used chronically at 2- to 4-times the maximum

effective doses for RA and OA, respectively, is associated with a lower incidence of upper GI

ulcer complications and symptomatic ulcers than comparator NSAIDs (ibuprofen and

diclofenac) at standard therapeutic doses. This study thus directly addresses the critical safety

issue inherent to COX-2 specificity, namely that COX-2 specific inhibitors are associated with a

reduction in upper GI toxicity relative to non-specific COX inhibitors. In addition, the data

presented herein support the overall safety and tolerability of celecoxib, part of which may be

mechanism-dependent and part of which may be specific to the pharmacology of this agent. It

is worth noting that a clinical trial using an NSAID at supratherapeutic doses (similar to those

used for celecoxib in the current trial) would not be feasible given the known toxicology of

NSAIDs.[35-38]


The driving force behind the development of COX-2 specific inhibitors has been a widening

appreciation of the mechanism-based GI toxicity of NSAIDs. The public health impact of

NSAID-related upper GI toxicity is substantial. Based on the NSAID-attributable incidence of

ulcer complications, it has been estimated that such complications lead to approximately

107,000 hospitalizations and 16,500 deaths yearly in the US.[11]


In this study, the incidence of an upper GI ulcer complication combined with symptomatic

ulcers associated with NSAID comparators was 3.54%, with an incidence of ulcer complication

alone of 1.45%. In comparison, the corresponding rates associated with supratherapeutic

doses of celecoxib in this study were 2.08% and 0.76%, respectively, the difference in

Confidential - Subject To Protective Order

DEFS 01714433

symptomatic ulcers and ulcer complications being statistically significant.  The lack of a

statistical significant separation of upper GI complications associated with celecoxib when

compared to NSAIDs in the entire study cohort was largely a function of the higher than

expected event rate observed in the celecoxib treatment group relative to the previously

reported annualized incidence rate of 0.2% obtained from a pooled analyses of 14 randomized

controlled trials ranging from 2 to 24 weeks in duration.[16]

This increase was attributable to concurrent low-dose aspirin use. The percentage of patients

using low-dose aspirin for cardiovascular prophylaxis was nearly double that seen in other

endoscopic trials that we have conducted recently, albeit within the range reported for the

general population.[39]  Low-dose aspirin therapy also has been associated with serious GI

complications in numerous epidemiological studies.[40-43]  In our study, aspirin increased the

relative risk of an upper GI ulcer complication by nearly four-fold in patients on celecoxib.

Given the confounding effect of aspirin use, analysis of the non-aspirin users in this study

addresses more directly the relative upper GI safety attributes of celecoxib vs comparator

NSAIDs.  In this analysis, celecoxib was associated with a significantly lower incidence of

upper GI ulcer complications and symptomatic ulcers vs. NSAIDs (1.40% vs 2.91%,

respectively) as well as a significantly lower incidence of ulcer complications alone (0.44% vs

1.27%, respectively).  The rate of ulcer complications in non-aspirin users on celecoxib

(0.44%) is sufficiently close to the background rate in the population (0.1-0.4%) that the

attributable risk of ulcer complications cannot be estimated with accuracy. [9;10;12;13;44-47]

Confidential - Subject To Protective Order

DEFS 01714434

17

In addition to the assessment of GI safety, the present study provides data to characterize the

overall safety profile of celecoxib.  In particular, supratherapeutic doses of celecoxib were not

found to have a side effect profile that differed remarkably from the profile reported elsewhere

for doses two- to four-fold lower and representing the maximum therapeutic doses for RA and

OA, respectively.[33;34;48]  Moreover, the incidence rates for most common and uncommon

adverse effects that occurred with celecoxib were below or similar to those seen with NSAID

treatment with the exception of rash and pruritus.

An important finding of the present study is that celecoxib-treated patients had a significantly

lower incidence of clinically significant decreases in hemoglobin or hematocrit when compared

to NSAID-treated patients, even when patients with upper GI ulcer complications,

symptomatic ulcers and other cases of potential upper GI events were excluded.  Such

decreases with NSAIDs were also associated with evidence of decreasing iron stores.  These

data together suggest chronic lower GI blood loss.  NSAID-associated chronic blood loss from

the lower GI tract may result from two non-mutually exclusive sources: (1) pre-existing lesions

(e.g. polyps) that bleed due to the anti-platelet effects of these drugs, or (2) NSAID-associated

enteropathy.[49;50]  Thus, the diminution of significant GI blood loss observed with celecoxib may

be due to the absence of platelet effects, reduced lower GI toxicity, or both.  The potential

clinical implication of the decreased incidence of chronic GI blood loss with celecoxib is a

reduction in the incidence of anemia, which can add to the debility of chronic arthritis or

possibly exacerbate co-morbidities ███████ Non-Resp. ███████

Confidential - Subject To Protective Order                                         DEFS 01714435

May 14, 2000                                                              18

Supratherapeutic doses of celecoxib were also better tolerated than NSAIDs as evidenced by

the decreased incidence of GI symptoms.  Improved tolerability is important clinically as

reflected by the (significant difference in) withdrawal rates for GI symptoms.  Whether or not GI

symptoms are COX-1 mediated, however, is uncertain.  Although ulcer complications are often

asymptomatic, NSAID intolerance has been identified as a risk factor for such

complications.[11;51]


The clinical consequences of NSAIDs on the kidney are heterogenous and at present the

relative importance of COX-1 and COX-2 in the human kidney is not well defined.[52]

Regardless, celecoxib at supratherapeutic doses appeared to be associated with significantly

less renal toxicity when compared to NSAID therapy.  A treatment difference was evident for

increases in serum creatinine suggesting a differential effect on glomerular filtration.  This

observation is consistent with a recently reported renal pharmacological study in elderly

subjects.[53]



Non-Resp

Confidential - Subject To Protective Order                                          DEFS 01714436

May 14, 2000                                                          19

In conclusion, our results establish that celecoxib at doses 2- to 4-fold greater than the maximum therapeutic doses for RA and OA is associated with reduced upper GI toxicity when compared to standard therapeutic doses of NSAIDs. This finding confirms the COX-2 hypothesis, that is, that COX-2 specific agents will exhibit diminished GI toxicity at supratherapeutic doses for OA and RA.[55] This improvement in GI safety was not tempered by other toxicities which emerged at supratherapeutic doses establishing the intrinsic safety profile of celecoxib specifically. Our findings thus have significant healthcare implications with respect to optimal drug therapy for the treatment of OA, RA and other musculoskeletal disorders.

Confidential - Subject To Protective Order                                    DEFS 01714437

May 14, 2000                                                               20

## REFERENCES

1. Wolfe F, Zhao S, Lane N: Preference for nonsteroidal antiinflammatory drugs over acetaminophen by rheumatic disease patients - A survey of 1,799 patients with osteoarthritis, rheumatoid arthritis, and fibromyalgia. *Arthritis And Rheumatism* 2000;43:378-385.

2. The American College of Rheumatology Clinical Guidelines. 1997. Atlanta, Georgia, American College of Rheumatology.

3. Wolfe F, Zhao S, Lane N: Preference for nonsteroidal antiinflammatory drugs over acetaminophen by rheumatic disease patients: a survey of 1,799 patients with osteoarthritis, rheumatoid arthritis, and fibromyalgia. *Arthritis Rheum.* 2000;43:378-385.

4. Pincus T, Swearingen C, Cummins P, Callahan LF: Preference for nonsteroidal antiinflammatory drugs versus acetaminophen and concomitant use of both types of drugs in patients with osteoarthritis. *Journal Of Rheumatology* 2000;27:1020-1027.

5. Gabriel SE, Jaakkimainen L, Bombardier C: Risk for serious gastrointestinal complications related to use of nonsteroidal anti-inflammatory drugs. A meta-analysis. *Ann.Intern.Med.* 1991;115:787-796.

6. Henry D, Lim LL, Garcia RL, et al: Variability in risk of gastrointestinal complications with individual non-steroidal anti-inflammatory drugs: results of a collaborative meta-analysis [see comments]. *BMJ.* 1996;312:1563-1566.

7. Griffin MR, Piper JM, Daugherty JR, Snowden M, Ray WA: Nonsteroidal anti-inflammatory drug use and increased risk for peptic ulcer disease in elderly persons. *Ann.Intern.Med.* 1991;114:257-263.

8. Langman MJ, Weil J, Wainwright P, et al: Risks of bleeding peptic ulcer associated with individual non-steroidal anti-inflammatory drugs [see comments] [published erratum appears in Lancet 1994 May 21;343(8908):1302]. *Lancet* 1994;343:1075-1078.

9. Macdonald TM, Morant SV, Robinson GC, et al: Association of upper gastrointestinal toxicity of non- steroidal anti-inflammatory drugs with continued exposure: cohort study. *Br.Med.J.* 1997;315:1333-1337.

10. Smalley WE, Ray WA, Daugherty JR, Griffin MR: Nonsteroidal anti-inflammatory drugs and the incidence of hospitalizations for peptic ulcer disease in elderly persons. *Am.J.Epidemiol.* 1995;141:539-545.

Confidential - Subject To Protective Order                                                               DEFS 01714438

May 14, 2000                                                                21

11. Wolfe MM, Lichtenstein DR, Singh G: Gastrointestinal toxicity of nonsteroidal antiinflammatory drugs. *N.Engl.J.Med.* 1999;340:1888-1899.

12. Gutthann SP, Garcia RL, Raiford DS: Individual nonsteroidal antiinflammatory drugs and other risk factors for upper gastrointestinal bleeding and perforation. *Epidemiology* 1997;8:18-24.

13. Singh G, Rosen Ramey D: NSAID induced gastrointestinal complications: the ARAMIS perspective—1997. Arthritis, Rheumatism, and Aging Medical Information System. *J.Rheumatol.Suppl.* 1998;51:8-16.

14. Silverstein FE, Graham DY, Senior JR, et al: Misoprostol reduces serious gastrointestinal complications in patients with rheumatoid arthritis receiving nonsteroidal anti-inflammatory drugs. A randomized, double-blind, placebo- controlled trial [see comments]. *Ann.Intern.Med.* 1995;123:241-249.

15. Paulus HE: FDA arthritis advisory committee meeting: serious gastrointestinal toxicity of nonsteroidal antiinflammatory drugs; drug-containg renal and biliary stones; diclofenac and carprofen approved. *Arthritis Rheum.* 1988;31:1450-1451.

16. Goldstein JL, Silverstein FE, Agrawal NM, et al: Reduced risk of upper gastrointestinal ulcer complications with celecoxib, a novel COX-2 inhibitor. *Amer.J.Gastroenterol.* 2000;(in press).

17. Vane JR: Inhibition of prostaglandin synthesis as a mechanism of action for the aspirin-like drugs. *Nature* 1971;231:235-239.

18. Shorrock CJ, Rees WD: Overview of gastroduodenal mucosal protection. *Am.J.Med.* 1988;84:25-34.

19. Schoen RT, Vender RJ: Mechanisms of nonsteroidal anti-inflammatory drug-induced gastric damage. *Am.J.Med.* 1989;86:449-458.

20. Dewitt DL, Smith WL: Primary structure of prostaglandin G/H synthase from sheep vesicular gland determined from the complementary DNA sequence [published erratum appears in Proc Natl Acad Sci U S A 1988 Jul;85(14):5056]. *Proc.Natl.Acad.Sci.U.S.A.* 1988;85:1412-1416.

21. Xie WL, Chipman JG, Robertson DL, Erikson RL, Simmons DL: Expression of a mitogen-responsive gene encoding prostaglandin synthase is regulated by mRNA splicing. *Proc.Natl.Acad.Sci.U.S.A.* 1991;88:2692-2696.

22. Kujubu DA, Fletcher BS, Varnum BC, Lim RW, Herschman HR: TIS10, a phorbol ester tumor promoter-inducible mRNA from Swiss 3T3 cells, encodes a novel prostaglandin synthase/cyclooxygenase homologue. *J.Biol.Chem.* 1991;266:12866-12872.

Confidential - Subject To Protective Order                              DEFS 01714439

May 14, 2000                                                                22

23. O'Banion MK, Sadowski HB, Winn V, Young DA: A serum- and glucocorticoid-regulated 4-kilobase mRNA encodes a cyclooxygenase-related protein. *J.Biol.Chem.* 1991;266:23261-23267.

24. Masferrer JL, Seibert K, Zweifel B, Needleman P: Endogenous glucocorticoids regulate an inducible cyclooxygenase enzyme. *Proc.Natl.Acad.Sci.U.S.A.* 1992;89:3917-3921.

25. Masferrer JL, Zweifel BS, Seibert K, Needleman P: Selective regulation of cellular cyclooxygenase by dexamethasone and endotoxin in mice. *J.Clin.Invest.* 1990;86:1375-1379.

26. Kargman S, Charleson S, Cartwright M, et al: Characterization of Prostaglandin G/H Synthase 1 and 2 in rat, dog, monkey, and human gastrointestinal tracts. *Gastroenterology* 1996;111:445-454.

27. Funk CD, Funk LB, Kennedy ME, Pong AS, FitzGerald GA: Human platelet/erythroleukemia cell prostaglandin G/H synthase: cDNA cloning, expression, and gene chromosomal assignment. *FASEB J.* 1991;5:2304-2312.

28. Seibert K, Masferrer J, Zhang Y, et al: Expression and selective inhibition of constitutive and inducible forms of cyclooxygenase. *Adv.Prostaglandin.Thromboxane.Leukot.Res.* 1995;23:125-127.

29. Masferrer JL, Zweifel BS, Manning PT, et al: Selective inhibition of inducible cyclooxygenase 2 in vivo is antiinflammatory and nonulcerogenic. *Proc.Natl.Acad.Sci.U.S.A.* 1994;91:3228-3232.

30. Seibert K, Zhang Y, Leahy K, et al: Pharmacological and biochemical demonstration of the role of cyclooxygenase 2 in inflammation and pain. *Proc.Natl.Acad.Sci.U.S.A.* 1994;91:12013-12017.

31. Gierse JK, Koboldt CM, Walker MC, Seibert K, Isakson PC: Kinetic basis for selective inhibition of cyclo-oxygenases. *Biochem.J.* 1999;339:607-614.

32. Gierse JK, Hauser SD, Creely DP, et al: Expression and selective inhibition of the constitutive and inducible forms of human cyclo-oxygenase. *Biochem.J.* 1995;305:479-484.

33. Emery P, Zeidler H, Kvien TK, et al: Celecoxib versus diclofenac in long-term management of rheumatoid arthritis: randomised double-blind comparison. *Lancet* 1999;354:2106-2111.

34. Simon LS, Weaver AL, Graham DY, et al: Anti-inflammatory and upper gastrointestinal effects of celecoxib in rheumatoid arthritis - A randomized controlled trial. *Jama-Journal Of The American Medical Association* 1999;282:1921-1928.

Confidential - Subject To Protective Order                                    DEFS 01714440

May 14, 2000                                                    23

35. Elliot GA, Purmalis A, VanderMeer DA, Denlinger RH: The propionic acids. Gastrointestinal toxicity in various species. *Toxicologic Pathology* 1988;16:245-250.

36. Hallesy DW, Shott LD, Hill R: Comparative toxicology of naproxen. *Scand.J.Rheumatology* 1973;Suppl. 2:20-28.

37. Adams SS, Bough RGCEE, Lessel B, Mills RFN: Absorption, distribution and toxicity of ibuprofen. *Toxicology and Applied Pharmacology* 1969;15:310-330.

38. Kore AM: Toxicology of Nonsteroidal Antiinflammatory Drugs. *Veterinary Clinics of North America: Small Animal Practice* 1990;20:419-429.

39. AnonymousPhysician advice and individual behaviors about cardiovascular disease risk reduction--seven states and Puerto Rico, 1997. *MMWR.Morb.Mortal.Wkly.Rep.* 1999;48:74-77.

40. Stalnikowicz DR: Gastrointestinal bleeding during low-dose aspirin administration for prevention of arterial occlusive events. A critical analysis. *J.Clin.Gastroenterol.* 1995;21:13-16.

41. Roderick PJ, Wilkes HC, Meade TW: The gastrointestinal toxicity of aspirin: an overview of randomised controlled trials. *Br.J.Clin.Pharmacol.* 1993;35:219-226.

42. Weil J, Colin JD, Langman M, et al: Prophylactic aspirin and risk of peptic ulcer bleeding [see comments]. *BMJ.* 1995;310:827-830.

43. Kelly JP, Kaufman DW, Jurgelon JM, Sheehan J, Koff RS, Shapiro S: Risk of aspirin-associated major upper-gastrointestinal bleeding with enteric-coated or buffered product [see comments]. *Lancet* 1996;348:1413-1416.

44. Garcia RL, Jick H: Risk of upper gastrointestinal bleeding and perforation associated with individual non-steroidal anti-inflammatory drugs [see comments] [published erratum appears in Lancet 1994 Apr 23;343(8904):1048]. *Lancet* 1994;343:769-772.

45. Lanza LL, Walker AM, Bortnichak EA, Dreyer NA: Peptic ulcer and gastrointestinal hemorrhage associated with nonsteroidal anti-inflammatory drug use in patients younger than 65 years. A large health maintenance organization cohort study. *Arch.Intern.Med.* 1995;155:1371-1377.

46. Hallas J, Lauritsen J, Villadsen HD, Gram LF: Nonsteroidal anti-inflammatory drugs and upper gastrointestinal bleeding, identifying high-risk groups by excess risk estimates. *Scand.J.Gastroenterol.* 1995;30:438-444.

47. Rodriguez LAG, Cattaruzzi C, Troncon MG, Agostinis L: Risk of hospitalization for upper gastrointestinal tract bleeding associated with ketorolac, other nonsteroidal

Confidential - Subject To Protective Order                                 DEFS 01714441

May 14, 2000                                                                 24

anti- inflammatory drugs, calcium antagonists, and other antihypertensive drugs. *Archives Of Internal Medicine* 1998;158:33-39.

48.  Bensen WG, Fiechtner JJ, McMillen JI, et al: Treatment of osteoarthritis with celecoxib, a cyclooxygenase-2 inhibitor: a randomized controlled trial. *Mayo Clin.Proc.* 1999;74:1095-1105.

49.  Bjarnason I, Hayllar J, Macpherson AJ, Russell AS: Side effects of nonsteroidal anti-inflammatory drugs on the small and large intestine in humans [see comments]. *Gastroenterology* 1993;104:1832-1847.

50.  Bjarnason I, Macpherson AJ: Intestinal toxicity of non-steroidal anti-inflammatory drugs. *Pharmacol.Ther.* 1994;62:145-157.

51.  Hansen JM, Hallas J, Lauritsen JM, Bytzer P: Non-steroidal anti-inflammatory drugs and ulcer complications: a risk factor analysis for clinical decision-making. *Scand.J.Gastroenterol.* 1996;31:126-130.

52.  Whelton A: Nephrotoxicity of nonsteroidal anti-inflammatory drugs: physiologic foundations and clinical implications. *Am.J.Med.* 1999;106:13S-24S.

53.  Whelton A, Schulman G, Wallemark C, et al: Effects of celecoxib and naproxen on renal function in the elderly. *Arch.Intern.Med.* 2000;(in press).

54.  McAdam BF, Catella LF, Mardini IA, Kapoor S, Lawson JA, FitzGerald GA: Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: the human pharmacology of a selective inhibitor of COX-2 [published erratum appears in Proc Natl Acad Sci U S A 1999 May 11;96(10):5890]. *Proc.Natl.Acad.Sci.U.S.A.* 1999;96:272-277.

55.  Crofford LJ, Lipsky PE, Brooks P, Abramson SB, Simon LS, Van de Putte LBA: Basic biology and clinical application of specific cyclooxygenase-2 inhibitors. *Arthritis And Rheumatism* 2000;43:4-13.

Confidential - Subject To Protective Order

DEFS 01714442

May 14, 2000                                                                 25

**FIGURE LEGENDS**

Figure 1: Flow chart of patient disposition

Figure 2: The annualized incidence (percentage of patients) of upper GI ulcer complications alone or combined with symptomatic gastroduodenal ulcers for the entire study population (top panel) and for the cohort of patients not taking low dose aspirin.

Figure 3: The percentage of patients with a decrease in hematocrit (Hct) of 10 percentage points or more from pretreatment, a decrease in hemoglobin (Hgb) of 2 gm/dL or more from pretreatment, or both. Results for the entire study population are shown on the left. On the right, the results for all patients excluding those with an upper GI ulcer complication, symptomatic ulcer or other diagnosed GI pathology are shown.

Figure 4: The percentage of patients with an increase in serum creatinine to a value of 2 mg/dL or more, an increase in blood urea nitrogen (BUN) to a value of 40 mg/dL, or both (top panel) and the percentage of patients with elevations in alanine aminotransferase (ALT) and asparate aminotransferase (AST) to a value three times the upper limit of normal (bottom panel).

Confidential - Subject To Protective Order

May 14, 2000                                                          26

Table 1.  Definitions and Adjudication Criteria for Ulcer Complications

| Event | Criteria for Confirmed Event |
|---|---|
| Gastric or duodenal perforation | A perforated lesion that required surgery.  It could involve a laparoscopic repair, but only if evidence of the perforation was unequivocal, such as free air in the abdomen visible by x-ray, or peritoneal signs upon physical examination. |
| Gastric outlet obstruction | Gastric outlet obstruction was required to be diagnosed by the investigator, and the diagnosis was required to be supported by endoscopy (e.g., ulcer with a tight edematous pyloric channel) or by x-ray results (e.g., a dilated stomach, delayed barium emptying with clinical evidence of outlet obstruction and with an ulcer in the channel, or severe outlet narrowing and edema) |
| Upper GI bleeding | <ul><li>. hematemesis with a lesion (ulcer or large erosion) at endoscopy or x-ray</li><li>lesion (ulcer or large erosion) at endoscopy with evidence of active bleeding or stigmata of a recent hemorrhage (visible vessel or clot attached to the base of an ulcer)</li><li>melena with a  lesion (ulcer or large erosion) at endoscopy or x-ray with evidence of serious bleeding, which included at least one of the following:<ul><li>decrease in hematocrit (of at least 5 percentage points) or decrease in hemoglobin (greater than 1.5 g/dL relative to baseline)</li><li>signs of postural vital sign changes (increase in pulse rate of at least 20 bpm and/or decrease in systolic blood pressure of at least 20 mm Hg and/or in diastolic blood pressure of at least 10 mm Hg)</li><li>transfusion of more than two units of blood</li><li>blood in the stomach at endoscopy or nasogastric aspiration</li></ul></li></ul> |

Confidential - Subject To Protective Order

27

Table 2. Baseline Characteristics and Patient Demographics

| Characteristic | Celecoxib 400 mg BID (n = 3987) | NSAIDs (n = 3,981) |
|---|---|---|
| Mean age (range), y | 60.6 (20-89) | 59.8 (18-90) |
| >65 years of age (%) | 39.1 | 37.3 |
| >75 years of age (%) | 12.2 | 11.3 |
| Women, (%) | 68.5 | 69.1 |
| Race, (%) | | |
| White | 88.5 | 87.8 |
| Black | 7.5 | 8.1 |
| Hispanic | 2.7 | 2.8 |
| Asian | 0.8 | 0.7 |
| Other | 0.5 | 0.6 |
| Primary disease, (%) | | |
| RA | 27.3 | 27.5 |
| Mean (SD) duration of disease, y | | |
| OA | 10.2 (9.7) | 10.1 (9.9) |
| RA | 11.3 (9.9) | 10.7 (9.6) |
| Potential Risk Factor (%) | | |
| History of GI bleeding | 1.7 | 1.5 |
| History of GI ulcer | 8.4 | 8.1 |
| Positive *Helicobacter pylori* infection (%) | 37.1 | 36.7 |
| Tobacco use, (%) | 15.8 | 14.9 |
| Alcohol use, (%) | 30.9 | 30.1 |
| Concurrent medications, (%) | | |
| Aspirin ($\leq$325 mg daily) | 20.9 | 20.4 |
| Corticosteroids | 30.2 | 29.3 |
| Anticoagulants | 0.5 | 0.9 |

Confidential - Subject To Protective Order

DEFS 01714445

28

Table 3.  Number of Potential Cases Reported, Adjudicated Cases, Gastroduodenal Ulcers, and Ulcer Complications that Met Pre-specified Definitions

| Category | Celecoxib 400 mg BID (n = 3,987) | NSAIDs (n = 3,981) |
|---|---|---|
| Total cases adjudicated | 114 | 147* |
| | | |
| Total cases not meeting the definition of a gastroduodenal ulcer or ulcer complication | 82 | 96 |
| | | |
| Esophageal disease | 16 | 14 |
| Gastroduodenitis | 16 | 19 |
| Colonic or small bowel disease | 2 | 6 |
| Non-ulcer bleeding | 18 | 21 |
| Miscellaneous GI symptoms | 24 | 24 |
| Anemia | 5 | 12 |
| Cholelithiasis | 1 | - |
| | | |
| Ulcer complications and gastroduodenal ulcers | 32 | 51 |
| | | |
| Gastroduodenal ulcers | 19 | 29 |
| | | |
| Ulcer complications† | 13 | 22 |
| | | |
| Upper GI bleeding | 10 | 20 |
| Perforation | 0 | 0 |
| Gastric outlet obstruction | 1 | 0 |

*p<0.001 vs  celecoxib
†4 ulcer complications (2 in celecoxib patients and 2 in NSAID patients were censored from the analysis due to the timing of the event)

Confidential - Subject To Protective Order

DEFS 01714446

29

## Table 4. Adverse Events

| Characteristic | All Patients | | Non-aspirin Cohort | |
| --- | --- | --- | --- | --- |
| | Celecoxib 400 mg BID (n = 3995) | NSAIDs (n = 3987) | Celecoxib 400 mg BID (n = 3154) | NSAIDs (n = 3169) |
| Gastrointestinal | | | | |
| Dyspepsia | 14.4 | 18.0* | 13.5 | 15.7* |
| Abdominal pain | 9.7 | 13.1* | 9.1 | 12.5* |
| Diarrhea | 9.4 | 9.8 | 9.1 | 9.2 |
| Nausea | 6.9 | 9.3* | 6.8 | 8.7* |
| Constipation | 1.7 | 5.9* | 1.5 | 5.4* |
| Withdrawals | 10.8 | 13.8* | 10.2 | 13.0* |
| Hepatic | | | | |
| Elevated serum ALT or AST | 0.9 | 3.2* | 0.9 | 3.0* |
| Withdrawals | 0.1 | 1.5* | 0.1 | 1.4* |
| Bleeding-Related | | | | |
| Anemia | 2.2 | 4.4* | 1.9 | 3.9* |
| Ecchymosis | 0.7 | 0.8 | 0.7 | 0.8 |
| Hematochezia | 0.4 | 1.0* | 0.3 | 0.9* |
| Withdrawals | 0.3 | 0.6* | 0.4 | 0.6 |
| Renal | | | | |
| Peripheral edema | 2.8 | 3.5 | 2.9 | 3.4 |
| | Non-Resp. | | | |
| Increased creatinine | 0.7 | 1.2* | 0.6 | 1.0 |
| Withdrawals | 1.2 | 1.0 | 1.2 | 1.0 |
| | Non-Resp. | | | |
| Withdrawals | 0.3 | 0.4 | 0.3 | 0.2 |
| Cutaneous | | | | |
| Rash | 5.5 | 2.6* | 5.7 | 2.9* |
| Pruritus | 2.3 | 1.5* | 2.3 | 1.4* |
| Urticaria | 0.6 | 0.4 | 0.3 | 0.1 |
| Withdrawals | 3.1 | 1.3* | 3.4 | 1.5* |

Confidential - Subject To Protective Order

DEFS 01714447

30

**Figure 1**



Confidential - Subject To Protective Order

DEFS 01714448

EXHIBIT 152

EXHIBIT
68
DENISE D. BACH 7/27/10

## LEFKOWITH, JAMES B. [PHR/1825]

| | |
|---|---|
| From: | express [JAMAEXPRESS@ama-assn.org] |
| Sent: | Tuesday, July 18, 2000 2:01 PM |
| To: | JAMES.B.LEFKOWITH@chi.monsanto.com |
| Subject: | Re: RE: RE: FW: RE: RE: CLASS manuscript |

Dear Dr Lefkowith,

Thank you for revising your manuscript for JAMA. We have discussed your manuscript and would like to continue to pursue it in an expedited fashion. However, we need some additional information. Please provide in a separate document (it is not necessary to include it the manuscript currently) the complete ITT analysis with all randomized patients included, to which you refer in your cover letter but which I couldn't find in the manuscript, and the results (not just P values) for the analyses including the censored patients (pages 12 and 13).

Also, please provide the number of patients who, prior to beginning the study, were taking the maximal doses of NSAIDs used in the study.

You state that the statistical analysis was performed by Pharmacia, yet there appears to be a statistician on your authorship list who is not at Pharmacia (Robert Makuch at Yale). What was his role? Were the authors who were not at Pharmacia involved with data analysis and interpretation as well, or did they just receive a copy of the already-analyzed data?

We appreciate your explanation for the rationale in using supraphysiological doses of celecoxib in this study. However, in the group taking ASA, the finding of no difference now makes these data difficult to interpret. Based on this analysis it would seem celecoxib provides no benefit, but since the doses aren't those used clinically it is difficult to say (although these are the best data available to answer the question). Were the supraphysiological doses required by FDA or was the study design determined solely by the company?

Finally, it appear on the authorship forms that you signed for Drs Verburg and Stephen Geis.  Please have them complete the authorship form themselves.

Thank you for revising your manuscript and please contact me if you have any questions. I look forward to hearing from you.

Sincerely,

Margaret Winker, MD
Deputy Editor, JAMA
Director, Division of Scientific Online Resources

>>> "LEFKOWITH, JAMES B. [PHR/1825]"
<JAMES.B.LEFKOWITH@chi.monsanto.com> 07/10 7:41 PM >>>
Your fax was received. We appreciate the opportunity to respond to the concerns of the reviewers and will endeavor to have a completed response in
48 h.
JL

——Original Message——

1

Confidential - Subject To Protective Order

DEFS 01714799

Responses to Editorial Comments/Questions:

1.  Patients who were randomized but not take drug did not contribute to either the number of events or the patient exposure. Therefore the annualized rates for this cohort are the same as those in the paper. The p values for the log rank tests for the Kaplan Meier analysis that includes such patients are also the same as those in the paper for the analysis that excludes such patients when rounded off to two decimal places. For the analysis which includes the censored events the annualized incidences are as follows:

| Treatment | Ulcer complications +symptomatic ulcers | Ulcer complications |
|---|---|---|
| All Patients: | | |
| Celecoxib | 2.22% (32 events/1441 pt yrs) | 0.90% (13 events/1441 pt yrs) |
| NSAIDs | 3.69% (51 events/1384 pt yrs) | 1.59% (22 evemts/1384 pt yrs) |
| Patients not on ASA: | | |
| Celecoxib | 1.49% (17 events/1143 pt yrs) | 0.52% (6 events/1143 pt yrs) |
| NSAIDs | 3.00% (33 events/1101 pt yrs) | 1.36% (15 events/1101 pt yrs) |
| Patients on ASA: | | |
| Celecoxib | 5.03% (15 events/298 pt yrs) | 2.35% (7 events/298 pt yrs) |
| NSAIDs | 6.36% (18 events/283 pt yrs) | 2.47% (7 events/283 pt yrs) |

In preparing these rates, we would note that our internal reviewers failed to catch an error on pages 12 and 13 and Figure 1. The patient exposures for all patients and those not on ASA are incorrect whereas the patient exposures for patients on ASA are correct. The incidence rates are correct as are the statistical analyses. We regret the error and have corrected it in the accompanying manuscript.

2.  The % (n) of patients on NSAIDs prior to study in each treatment group are:

| Treatment | NSAID | Ibuprofen only | Diclofenac only |
|---|---|---|---|
| Celecoxib | 81.4% (3246) | 21.7% (866) | 13.6% (543) |
| NSAID | 81.6% (3252) | 20.9% (834) | 14.0% (556) |

Given that patients on NSAIDs prior to study may be NSAID-tolerant, I would suggest that these data be added to Table 2 of the manuscript (Baseline Demographics) and have taken the liberty of doing so. Is this acceptable?

3.  The non-Pharmacia authors served on the Executive Committee (F.S., L.S. and G.F.) as well as the GI Events Committee and DSMB. The members of these committees helped draft the protocol and the statistical analysis plan. The committees had defined roles (by charter) during the study that are partly described in the Methods section. In addition to monitoring trial safety and the accrual of GI events, the DSMB was empowered to view unblinded data should a safety concern arise or perform an interim analysis if required (according to protocol specifications) in private session (i.e. without Pharmacia participation). Dr. Makuch, the non-Pharmacia statistican, was to serve as the unblinded statistican for the DSMB in these circumstances. Such circumstances did not arise in the trial.

Confidential - Subject To Protective Order

After completion of the trial, the statistical programming according to the statistical analysis plan was run at Pharmacia. The results from the closed database were then reviewed by a combined meeting of all the committees who had input both into the interpretation of the resulting data as well as the final display format of the locked and final dataset. The committee members also participated in the review of the resulting regulatory documents as well as the manuscript.

4.  The decision to use a dose twice the maximally effective dose for RA and four times the maximally effective dose for OA was a mutual one. We at Pharmacia felt that using such a dose was necessary to establish that celecoxib has a unique mechanism of action and therapeutic ratio distinct from that of conventional NSAIDs. The FDA requested such a dose in order to stringently test the safety of the compound with respect to GI events.

5.  The requested forms for Drs. Verburg and Geis will be faxed to you.

Confidential - Subject To Protective Order

EXHIBIT 153

**From:** express [JAMAEXPRESS@ama-assn.org]
**Sent:** Tuesday, June 20, 2000 9:52 PM
**To:** JAMES.B.LEFKOWITH@chi.monsanto.com
**Cc:** KENNETH.M.VERBURG@chi.monsanto.com
**Subject:** CBX-0372836_Re: manscript submission from CLASS trial

CBX-0372837_ATT1
02554.txt

```
        ***************************************** (on the network)

noname was scanned and no virus found
*********************************************************
```



EXHIBIT
441
4|11|11   LR

1

Dear Drs Lefkowith and Verburg,

Thank you for your message. As Dr Lefkowith and I discussed by phone on Monday, we would be pleased to evaluate your manuscript to determine whether it meets our criteria for JAMA-Express. You are welcome to send the manuscript as an e-mail attachment. Thank you for your interest in JAMA, and I look forward to hearing from you.

Sincerely,

Margaret Winker, MD
Deputy Editor, JAMA

>>> "LEFKOWITH, JAMES B. [PHR/1825]" <JAMES.B.LEFKOWITH@chi.monsanto.com> 06/19 5:04 PM >>>
Dear Dr. Winker-
As you may be aware, Pharmacia recently completed a large prospective outcome trial comparing celecoxib, the first specific cyclooxygenase-2 inhibitor, to conventional NSAIDs in terms of GI toxicity and other safety parameters. I discussed the possible submission of the resulting manuscript with Dr. Fontanarosa a number of months ago, and I am now pleased to follow up our conversation with a finalized manuscript which I would like to submit via the JAMA EXPRESS option on behalf of my colleagues.

We clearly feel that this manuscript contains important information regarding drug therapy for arthritis and is suitable for a general medical audience. If you concur, Dr. Verburg (copied on this email) will be happy to forward to you an electronic version for your consideration to start the process. Both Dr. Verburg and I clearly appreciate the energy required to complete this process and are more than happy to oblige you in terms of prompt replies along the timelines specified in the JAMA guidelines. Dr. Verburg will be the contact for this week as I will be in France attending EULAR. I will return on Saturday and can be reached 24 h a day by cell phone.

We look forward to your reply.

Regards,
James B. Lefkowith, MD

James B. Lefkowith, MD
Sr. Director, Searle R&D
4901 Searle Parkway
Skokie, IL 60077
847.982.4707
847.687.3154 (cell phone)
james.b.lefkowith@monsanto.com <mailto:james.b.lefkowith@monsanto.com>

Confidential - Subject to Protective Order

DEFS 00537085

# EXHIBIT 154

| | |
|---|---|
| From: | JAMES B. LEFKOWITH at Exchange |
| Sent: | Thursday, August 31, 2000 10:08 PM |
| To: | Gandelman, Mitchell |
| Subject: | RE: CONFIDENTIAL - Deeks review of CLASS. |

MICHAEL FRIEDMAN
CCR

NO.: 302

We addressed this issue at High Wycombe on Tuesday.  The review and manuscript
will be provided to NICE but not the study report.  The decision was made to
withhold the study report pending review by the MPA and FDA.  This decision was
made in concert with our EU Pharmacia and Pfizer colleagues who can fill you in.
The review, study report and manuscript are entirely consistent in my view.  The
report is simply more comprehensive than the other two documents (and in many
respects more technical).  The manuscript is the simplest version which treats
the NSAID groups as one.  It would not be possible to write a manuscript as
comprehensive as the report.

I am not familiar with the people in the e-mail chain below.  However, it is
R&D's purview to address questions regarding CLASS and we will continue to do so
along the lines we discussed today with Pfizer and Pharmacia by teleconference.
I suggest that it might be well for you to contact Mona Wahba and your EU
commercial colleagues to get caught up.
JL

-----Original Message-----
From: Mitchell Gandelman at NA1
Sent: Thursday, August 31, 2000 12:27 PM
To: LEFKOWITH, JAMES B. [PHR/1825]
Cc: LEVY, STEPHANE [PHR/1820]; Newell McElwee at NA1
Subject: FW: CONFIDENTIAL - Deeks review of CLASS.


Jim:

Can we discuss a plan to handle questions on any differences between the CLASS
Study Report and the JAMA Article?  Below are E-mails discussing this topic as
regards the NICE (National Center for Clinical Excellence) submission in the UK.
The Nice submission was completed this month in the UK.   NICE  assesses the
clinical effectiveness and cost effectiveness of treatments, both
pharmacological and also other medical interventions.  NICE assess the
intervention e.g. COX-2 inhibitors and decide whether or not to recommend NHS
usage in the UK.  They are therefore a very significant institution.  If they do
not recommend your product it will (to all intents and purposes) not be
prescribed on the NHS in the UK.

1

Confidential - Subject To Protective Order                                    DEFS 01899351

Sincerely,
Mitch

-----Original Message-----
From:      McElwee, Newell
Sent:      Thursday, August 31, 2000 7:31 AM
To:        Gandelman, Mitchell
Subject:      FW: CONFIDENTIAL - Deeks review of CLASS.

Pls handle as discussed. newell

  -----Original Message-----
From:      Bruce, Nick
Sent:      Tuesday, August 29, 2000 10:15 AM
To:      McElwee, Newell
Subject:      RE: CONFIDENTIAL - Deeks review of CLASS.

Newell

Further to our conversation, it would be most useful if you could
discuss Matt's
comments with Jim Lefkwoth on our behalf and more generally how we can
handle
the differences between the study report / Deeks review and the ms.  It
would
also be worth exploring with Jim his thoughts on how we introduce CLASS
into the
NICE submission.  Given that the expidition process will put the ms into
the
public domain in Sept (rather than Jan/Feb 2001 as orignially
anticipated) we
are taking as a given that NICE will identify the ms.  We also expect
that NICE
will ask for the study report in the same way they requested the P3
program
study reports.  In particular, what are the risks / benefits of
proactively
offer the Deeks report  / study report ahead of NICE receiving the ms?

Thnaks
Nick



-----Original Message-----
From:      McElwee, Newell
Sent:      Monday, August 28, 2000 01:33
To:      Bruce, Nick
Subject:      RE: CONFIDENTIAL - Deeks review of CLASS.

thanks Nick. I will talk to Liz Kitsis and Mitch Gandelman tomorrow
about this.
I think the authors of the JAMA publication should be ones addressing
the
discrepancies.  Has anyone contacted Jim Leftkowith?

I'll be in the office on Tuesday, I'll arrange a time to call. n

  -----Original Message-----
From:      Bruce, Nick
Sent:      Friday, August 25, 2000 12:10 PM
To:      McElwee, Newell
Subject:      CONFIDENTIAL - Deeks review of CLASS.
Importance:      High

2

Confidential - Subject To Protective Order                                                    DEFS 01899352

Hi Newell

I attach Jon Deeks review of the CLASS data based on the study report, carried
out for us under confidentiality agreement.  I also attach Matt's comparison of
Jon's review and the forthcoming JAMA publication.  This has highlighted a
number of differences between the manuscript and the trial study report. With
the expidited publication, it is very possible that NICE will ask for the CLASS
study report in the same way that they requested the reports for the P3
programme.  Pls can we discuss potential ways forward - Tuesday pm UK time would
be good for me (Monday is a public holiday here).

Regards
Nick


  << File: Class update.doc >>


Matts comments

Please treat this information in confidence.

I have seen the pre-publication of the CLASS data that will be published in
September, comments below show how this paper contrasts with Jon's recent
report:

(a) The paper does not report the results for the two NSAIDs separately (when in
fact they are very different)
(b) The paper fails to mention that trial follow-up was terminated early
(c) The non-aspirin subgroup is strongly emphasised (and better justified) in
the paper than in the full trial report but not noted as a posthoc subgroup
(this is not considered good practice in EBM circles)
(d) There is no discussion in the paper about the likely bias introduced by the
differential drop-out in the two groups
(e) In the paper the adjusted analysis is not mentioned at all and yet this is
probably the most powerful argument.
(f) Jon's full report contains a lot more information than you can gleam from
the paper. If NICE got the paper (which they will) they are bound to ask for the
study report, however if they received Jon's report it should contain everything
they need and even if they were to ask for the study report they will at least
have seen our interpretation first (this could be key in selling the adjustment
analysis)
(g) There are some small differences in the figures between Jon's report and the
paper- I suspect this is because the paper is based on "annualised incidence

3

Confidential - Subject To Protective Order                                                  DEFS 01899353

rates" whilst Jon used the event rate at 6 months. None of the differences are
of importance, but worth noting.

Confidential - Subject To Protective Order

DEFS 01899354

# EXHIBIT 155

**From:**       Kitsis, Elizabeth
**Sent:**       Thursday, August 31, 2000 9:44 PM
**To:**         Gandelman, Mitchell
**Subject:**    FW: CONFIDENTIAL - Deeks review of CLASS.

Mitch,
Spoke w/Joe about this.; Maybe we can follow up tomorrow. Thanks.
Liz

-----Original Message-----
**From:**       Feczko, Joe
**Sent:**       Monday, August 28, 2000 5:30 PM
**To:**         Kitsis, Elizabeth; Sigmund, William
**Subject:**    RE: CONFIDENTIAL - Deeks review of CLASS.

Liz

Not knowing the full report well the only point of differnece that seems somewhat relevant is the point 1---not reporting the two NSAIDs separately.  Are they mentioned somewhat but not fully?  I haven't had time to open this on the road but will look at it on my return.  Off hand I don't think the descrepancies are that big of a problem.  Authors ,especially if independent often put different interpretations.    The issue of post hock analysis not being mentioned is not that critical.  While EBM doesn't like it that is only an academic arguement for the purists.

Joe

-----Original Message-----
**From:**       Kitsis, Elizabeth
**Sent:**       Monday, August 28, 2000 4:32 PM
**To:**         Feczko, Joe; Sigmund, William
**Subject:**    FW: CONFIDENTIAL - Deeks review of CLASS.
**Importance:** High

FYI--this review was done by a consultant in preparation for the NICE submission.  It was supported jointly by Pfizer and Pharmacia, with Pfizer taking the lead.  I met with Newell, and we are ensuring that the information is provided to Pharmacia (Jim Lefkowith--corresponding author for CLASS).  I can provide further background on this if you wish, but I just wanted to keep you in the loop.
Liz

-----Original Message-----
**From:**       McElwee, Newell
**Sent:**       Friday, August 25, 2000 9:27 PM
**To:**         Kitsis, Elizabeth; Gandelman, Mitchell
**Cc:**         Egbuonu-Davis, Lisa
**Subject:**    FW: CONFIDENTIAL - Deeks review of CLASS.
**Importance:** High

MICHAEL FRIEDMAN
CCR

NO.: 303

It appears that there are discrepancies between the JAMA manuscript for CLASS and the CLASS study report. As I recall, the manuscript was submitted without Pfizer review.  It seems likely that this discrepancy will emerge during the NICE review if NICE requests the CSR -- the JAMA article will be published on Sept 13.  The external expert we used to prepare the clinical section of the NICE dossier (Jon Deeks from Oxford) will also be aware of this discrepancy as he has already seen the CSR.  Any suggestions on how we handle this?  Can we meet briefly on Monday to discuss? Newell

-----Original Message-----
**From:**       Bruce, Nick
**Sent:**       Friday, August 25, 2000 12:10 PM
**To:**         McElwee, Newell
**Subject:**    CONFIDENTIAL - Deeks review of CLASS.
**Importance:** High

Hi Newell

I attach Jon Deeks review of the CLASS data based on the study report, carried out for us under confidentiality

agreement. I also attach Matt's comparison of Jon's review and the forthcoming JAMA publication. This has highlighted a number of differences between the manuscript and the trial study report. With the expidited publication, it is very possible that NICE will ask for the CLASS study report in the same way that they requested the reports for the P3 programme. Pls can we discuss potential ways forward - Tuesday pm UK time would be good for me (Monday is a public holiday here).

Regards
Nick


<< File: Class update.doc >>


Matts comments

Please treat this information in confidence.

I have seen the pre-publication of the CLASS data that will be published in September, comments below show how this paper contrasts with Jon's recent report:

(a) The paper does not report the results for the two NSAIDs separately (when in fact they are very different)
(b) The paper fails to mention that trial follow-up was terminated early
(c) The non-aspirin subgroup is strongly emphasised (and better justified) in the paper than in the full trial report but not noted as a posthoc subgroup (this is not considered good practice in EBM circles)
(d) There is no discussion in the paper about the likely bias introduced by the differential drop-out in the two groups
(e) In the paper the adjusted analysis is not mentioned at all and yet this is probably the most powerful argument.
(f) Jon's full report contains a lot more information than you can gleam from the paper. If NICE got the paper (which they will) they are bound to ask for the study report, however if they received Jon's report it should contain everything they need and even if they were to ask for the study report they will at least have seen our interpretation first (this could be key in selling the adjustment analysis)
(g) There are some small differences in the figures between Jon's report and the paper- I suspect this is because the paper is based on "annualised incidence rates" whilst Jon used the event rate at 6 months. None of the differences are of importance, but worth noting.

Confidential - Subject To Protective Order

DEFS 03098715