COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)

Liaison Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN
ARTHUR C. LEAHY
SCOTT H. SAHAM
LUCAS F. OLTS
MATTHEW I. ALPERT
JENNIFER L. GMITRO
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALASKA ELECTRICAL PENSION FUND, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>                          Plaintiffs,<br><br>            vs.<br><br>PHARMACIA CORPORATION, et al.,<br><br>                          Defendants. | No. 03-1519 (AET)<br>**(Consolidated)**<br><br>CLASS ACTION<br><br>CERTIFICATE OF SERVICE |

689850_1

The undersigned certifies that on March 2, 2012, a copy of the foregoing PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (FILED UNDER SEAL); PLAINTIFFS' SUPPLEMENTAL STATEMENT OF DISPUTED MATERIAL FACTS (FILED UNDER SEAL); PLAINTIFFS' RESPONSE TO DEFENDANTS' STATEMENT OF UNDISPUTED FACTS PURSUANT TO LOCAL RULE 56.1 (FILED UNDER SEAL); PLAINTIFFS' OBJECTIONS TO EVIDENCE PROFFERED BY DEFENDANTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT (FILED UNDER SEAL); DECLARATION OF SCOTT H. SAHAM IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (FILED UNDER SEAL); and CERTIFICATION OF SERVICE were filed electronically.  Those attorneys who are registered with the Electronic Filing System may access this filing through the Court's System, and notice of this filing will be sent to these parties by operation of the Court's Electronic Filing System.

DATED:  March 2, 2012

COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
PETER S. PEARLMAN


_____s/ Peter S. Pearlman_____
PETER S. PEARLMAN

- 1 -

689850_1

- 2 -

Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)

689850_1

- 2 -