UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALASKA ELECTRICAL PENSION FUND, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br>vs.<br><br>PHARMACIA CORPORATION, et al.,<br><br>Defendants. | ) No. 03-1519 (AET)<br>)<br>) (Consolidated)<br>)<br>) CLASS ACTION<br>)<br>) ORDER PERMITTING ROGER M.<br>) ADELMAN TO APPEAR AND<br>) PARTICIPATE *PRO HAC VICE*<br>)<br>)<br>) |

RECEIVED JUL 17 2012 AT 8:30 WILLIAM T. WALSH, CLERK

THIS MATTER having been brought before the Court by Cohn Lifland Pearlman Herrmann & Knopf LLP, attorneys for plaintiffs, and the Court having considered the matter, and for good cause shown;

IT IS on this 17th day of July, 2012

ORDERED AS FOLLOWS:

1. ROGER M. ADELMAN, a member of the bar of the District of Columbia is hereby permitted to appear and participate *pro hac vice* to represent plaintiffs in this action;

2. Mr. Adelman is hereby directed to:

    a. Abide by all disciplinary rules of this Court during the time of

Case 3:03-cv-01519-AET-TJB   Document 354-4   Filed 06/19/12   Page 2 of 2 PageID: 15450

his *pro hac vice* admission;

      b.    Notify the Court immediately of any matter affecting his standing at the Bar of any other court;

      c.    Make payment to the New Jersey Lawyer's Fund for Client Protection as required by the New Jersey Court Rule 1:28-2;

      d.    Consent to the appointment of the Clerk of the United States District Court as agent upon whom service of process may be made for all actions against them or Cohn Lifland Pearlman Herrmann & Knopf LLP, that may arise out of their participation in this matter;

      e.    Have all pleadings, briefs and other papers filed with the Court signed by Cohn Lifland Pearlman Herrmann & Knopf LLP, attorneys of record for the plaintiff, whom shall be responsible for the conduct of the attorney admitted hereby; and

      f.    Make a payment of $150 payable to the Clerk of the United States District Court as required by Local Civil Rule 101.1(c)(3).

                                      */s/ Tonianne J. Bongiovanni*
                                      The Honorable Tonianne J. Bongiovanni USMJ

IT IS FURTHER ORDERED that the Clerk of the court shall terminate the aforementioned motion [Docket Entry No. 354]