Case 3:03-cv-01519-AET-TJB   Document 365-2   Filed 07/13/12   Page 1 of 2 PageID: 15554

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

RECEIVED
JUL 19 2012
AT 8:30_____M
WILLIAM T. WALSH
CLERK

------------------------------------------------- x
ALASKA ELECTRICAL PENSION FUND, et al., On Behalf of Themselves and All Others Similarly Situated,

    Plaintiffs,

-against-

PHARMACIA CORPORATION, et al.,

    Defendants.
------------------------------------------------- x

CIVIL ACTION NO.: 03-1519 (AET)
(Consolidated Class Action)

Hon. Anne E. Thompson

**ORDER OF SUBSTITUTION OF COUNSEL**

THIS MATTER having come before the Court on the Motion of Defendants Fred Hassan, Carrie Cox, and G. Steven Geis for an order granting leave for substitution of counsel; and the Court having reviewed the submissions and considered the positions of all parties; and for good cause shown:

IT IS on this __18th__ day of __July__, 2012,

ORDERED that the Motion of Defendants Fred Hassan, Carrie Cox, and G. Steven Geis is GRANTED; and

IT IS FURTHER ORDERED that Norris, McLaughlin & Marcus, P.A.; DLA Piper LLP (US); and Simpson Thacher & Bartlett LLP are relieved as counsel for Defendants Fred Hassan, Carrie Cox, and G. Steven Geis; and

IT IS FURTHER ORDERED that Jonathan Rosenberg, Edward N. Moss, and Allen Burton of O'Melveny & Myers LLP are substituted as counsel for Defendant Fred Hassan; Pamela Rogers Chepiga, Josephine A. Cheatham, and Jacob S. Pultman of Allen & Overy LLP are substituted as counsel for Defendant Carrie Cox; and Ronald G. Blum, Amy Terry Sheehan,

Case 3:03-cv-01519-AET-TJB   Document 365-2   Filed 07/13/12   Page 2 of 2 PageID: 15555

2

and Kenneth D. Friedman of Manatt, Phelps & Phillips, LLP are substituted as counsel for Defendant G. Steven Geis.

*Anne E. Thompson, U.S.D.J.*
*Tonianne J. Bongiovanni, U.S.M.J.*

It is further ORDERED that the Clerk of the Court terminate this motion [Docket Entry No. 365] accordingly