RECEIVED

JUL 19 2012

AT 8:30_____M
WILLIAM T. WALSH
CLERK

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALASKA ELECTRICAL PENSION FUND, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>-against-<br><br>PHARMACIA CORPORATION, et al.,<br><br>Defendants. | Civil Case No.: 03-1519 (AET) (Consolidated Class Action)<br><br>The Hon. Anne E. Thompson<br><br>DOCUMENT FILED ELECTRONICALLY<br><br>**CONSENT ORDER GRANTING COUNSEL ADMISSION *PRO HAC VICE*** |

**THIS MATTER** having been brought before the Court by Kenneth D. Friedman, Esq., of Manatt, Phelps & Phillips, LLP, counsel for Defendant G. Steven Geis on application for an order allowing Ronald G. Blum and Amy T. Sheehan, both members of the Bar of the State of New York, to appear and participate *pro hac vice*, which was consented to by all counsel of record; and good cause being shown:

IT IS on this 19th day of July, 2012,

**HEREBY ORDERED** that

   1.   Ronald G. Blum and Amy T. Sheehan are hereby admitted to appear and participate *pro hac vice* in this matter, for all purposes, subject however, to the limitations imposed by L.Civ.R. 101.1(c)(4);

   2.   Pursuant to L.Civ.R. 101.1(c)(1), Ronald G. Blum and Amy T. Sheehan are hereby directed, during the period of *pro hac vice* admission, to promptly notify this Court of the imposition of any disciplinary proceedings against themselves, respectively, in any jurisdiction;

   3.   Pursuant to L.Civ.R. 101.1(c)(2), Ronald G. Blum and Amy T. Sheehan

are hereby directed, during the period of *pro hac vice* admission under this Order, to make such payments to the New Jersey Lawyers' Fund for Client Protection as required by New Jersey Court Rule 1:28; and the Clerk shall forward a copy of this Order to the Treasurer of the New Jersey Lawyers' Fund for Client Protection;

    4. Pursuant to L.Civ.R. 101.1(c)(3), Ronald G. Blum and Amy T. Sheehan are hereby directed to make a payment of $150.00 to the Clerk of this Court;

    5. Pursuant to L.Civ.R. 101.1(c)(4), Ronald G. Blum and Amy T. Sheehan are hereby directed to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 governing contingent fees;

    6. Pursuant to L.Civ.R. 101.1(c)(4), Ronald G. Blum and Amy T. Sheehan shall be bound by the Local Civil Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of L.Civ.R. 103.1, Judicial Ethics and Professional Responsibility, and L.Civ.R. 104.1, Discipline of Attorneys; and are hereby subject to the disciplinary jurisdiction of this Court.

    7. Pursuant to L.Civ.R. 101.1(c)(4), Ronald G. Blum and Amy T. Sheehan shall have all pleadings, briefs and other papers filed with the court signed by an attorney of record who is an attorney-at-law, authorized to practice in New Jersey, who shall be held responsible for them, the conduct of the litigation and the attorneys admitted herein;

8. Pursuant to L.Civ.R. 101.1(d) Ronald G. Blum and Amy T. Sheehan are directed to strictly observe the dates fixed for scheduling conferences, pretrial conferences, trials or any other proceeding.

_____
Honorable Tonianne J. Bongiovanni, U.S.M.J.