RECEIVED

JUL 19

AT 8:30_____
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ALASKA ELECTRICAL PENSION )
FUND, et al., On Behalf of Themselves ) Civil Action No. 03-1519 (AET)
And All Others Similarly Situated, ) **(Consolidated Class Action)**
)
Plaintiffs, )
) [PROPOSED] **CONSENT ORDER**
vs. ) **GRANTING COUNSEL**
) **ADMISSION *PRO HAC VICE***
PHARMACIA CORPORATION, et al., )
)
Defendants. )

THIS MATTER having been brought before the Court by Allen W. Burton, Esq., O'Melveny & Myers LLP, counsel for Fred Hassan, on application for an order allowing Jonathan Rosenberg and Edward Moss, both members of the Bar of the State of New York, to appear *pro hac vice*, which was consented to by all counsel of record; and good cause being shown:

IT IS on this 19th day of July, 2012

**HEREBY ORDERED** that

1. Jonathan Rosenberg and Edward Moss are hereby admitted to appear and participate *pro hac vice* in this matter, for all purposes, subject however, to the limitations imposed by L. Civ. R. 101.1(c)(4);

2. Pursuant to L. Civ. R. 101(c)(1), Jonathan Rosenberg and Edward Moss are hereby directed, during the period of *pro hac vice* admission under this Consent Order, to promptly notify this Court of the imposition of any disciplinary proceedings against themselves, respectively, in any jurisdiction;

3. Pursuant to L. Civ. R. 101.1(c)(2), Jonathan Rosenberg and Edward Moss are hereby directed, during the period of *pro hac vice* admission under this Consent Order, to make

such payments to the New Jersey Lawyers' Fund for Client Protection as required by New Jersey Court Rule 1:28; and the Clerk shall forward a copy of this Consent Order to the Treasurer of the New Jersey Lawyers' Fund for Client Protection;

4. Pursuant to L. Civ. R. 101.1(c)(3), Jonathan Rosenberg and Edward Moss are hereby directed to make a payment of $150.00 to the Clerk of this Court;

5. Pursuant to L. Civ. R. 101.1(c)(4), Jonathan Rosenberg and Edward Moss are hereby directed to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 governing contingent fees;

6. Pursuant to L. Civ. R. 101.1(c)(4), Jonathan Rosenberg and Edward Moss shall be bound by the Local Civil Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys, and are hereby subject to the disciplinary jurisdiction of this Court;

7. Pursuant to L. Civ. R. 101.1(c)(4), Jonathan Rosenberg and Edward Moss shall have all pleadings, briefs and other papers filed with the Court signed by an attorney of record who is an attorney-at-law, authorized to practice in New Jersey, who shall be held responsible for them, the conduct of the litigation and the attorneys admitted herein;

8. Pursuant to L. Civ. R. 101.1(d), Jonathan Rosenberg and Edward Moss are directed to strictly observe the dates fixed for scheduling conferences, pretrial conferences, trials or any other proceeding.

DATED: 7/19/2012

_____
Honrable Tonianne J. Bongiovanni, U.S.M.J.