RECEIVED

JUL 2 3 2012

AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALASKA ELECTRICAL PENSION FUND, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PHARMACIA CORPORATION, et al.,<br><br>Defendants. | No. 03-1519 (AET)<br>**(Consolidated)**<br><br><u>CLASS ACTION</u><br><br>STAY ORDER |

All proceedings in this matter are hereby stayed until August 9, 2012. During this period the Court will not address or resolve any of the motions currently pending in this action. The Final Pretrial Conference set for August 6, 2012 is cancelled. The parties shall provide this Court with a status report by August 9, 2012.

IT IS SO ORDERED

DATED: July 23 2012

_____
THE HON. TONIANNE J. BONGIOVANNI
UNITED STATES MAGISTRATE JUDGE

- 1 -

737825_1