Kenneth D. Friedman
MANATT, PHELPS & PHILLIPS, LLP
7 Times Square
New York, New York 10036
Telephone: (212) 790-4500
Facsimile: (212) 790-4545

Attorneys for Defendant G. Steven Geis

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALASKA ELECTRICAL PENSION FUND, et al., On Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> -against- <br><br> PHARMACIA CORPORATION, et al., <br><br> Defendants. | Civil Case No.: 03-1519 (AET) (Consolidated Class Action) <br><br> The Hon. Anne E. Thompson <br><br> DOCUMENT FILED ELECTRONICALLY <br><br> **REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY <u>TO RECEIVE ELECTRONIC NOTIFICATION</u>** |

TO THE CLERK OF THE COURT:

Request is hereby made by local counsel for *pro hac vice* counsel, Ronald G.

Blum, to receive electronic notification in the within matter, and it is represented that the

order of the Court granting the motion to appear *pro hac vice* in this matter (ECF No. 371

was entered on July 19, 2012.

*Pro Hac Vice* **Information:**   Ronald G. Blum
MANATT, PHELPS & PHILLIPS, LLP
7 Times Square
New York, New York 10036
Tel.: (212) 790-4500
Fax.: (212) 790-4545
E-Mail: RBlum@Manatt.com

Further, I hereby certify under the penalty of perjury that the $150.00 *pro hac vice*

fee is being paid simultaneously herewith.

2

Dated: New York, New York
        July 23, 2012

                                      MANATT, PHELPS & PHILLIPS, LLP

                          By:   s/   Kenneth D. Friedman            ___
                                   Kenneth D. Friedman
                                   7 Times Square
                                   New York, New York 10036
                                   Tel.: (212) 790-4500
                                   Fax.: (212) 790-4545

                                   Attorneys for Defendant G. Steven Geis

## CERTIFICATE OF SERVICE

I, Kenneth D. Friedman, hereby certify pursuant to 28 U.S.C. § 1746 that on this date I filed the annexed **REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** with the CM/ECF system for the U.S. District Court for the District of New Jersey, thereby effectuating service upon all counsel of record via electronic means.

I certify under the penalty of perjury that the foregoing is true and correct. Executed at New York, New York on this 23th day of July, 2012.

 s/    Kenneth D. Friedman     _
                Kenneth D. Friedman

3