Kenneth D. Friedman
MANATT, PHELPS & PHILLIPS, LLP
7 Times Square
New York, New York 10036
Telephone: (212) 790-4500
Facsimile: (212) 790-4545

Attorneys for Defendant G. Steven Geis

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ALASKA ELECTRICAL PENSION FUND, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>-against-<br><br>PHARMACIA CORPORATION, et al.,<br><br>Defendants. | Civil Case No.: 03-1519 (AET)<br>(Consolidated Class Action)<br><br>The Hon. Anne E. Thompson<br><br>DOCUMENT FILED ELECTRONICALLY<br><br>**REQUEST BY LOCAL COUNSEL**<br>**FOR *PRO HAC VICE* ATTORNEY**<br>**TO RECEIVE ELECTRONIC NOTIFICATION** |

TO THE CLERK OF THE COURT:

Request is hereby made by local counsel for *pro hac vice* counsel, Amy T. Sheehan, to receive electronic notification in the within matter, and it is represented that the order of the Court granting the motion to appear *pro hac vice* in this matter (ECF No. 371 was entered on July 19, 2012.

*Pro Hac Vice* **Information:**   Amy T. Sheehan
MANATT, PHELPS & PHILLIPS, LLP
7 Times Square
New York, New York 10036
Tel.: (212) 790-4500
Fax.: (212) 790-4545
E-Mail: ASheehan@Manatt.com

Further, I hereby certify under the penalty of perjury that the $150.00 *pro hac vice* fee is being paid simultaneously herewith.

Dated: New York, New York
       July 23, 2012

          MANATT, PHELPS & PHILLIPS, LLP

By:  s/   Kenneth D. Friedman        
     Kenneth D. Friedman
     7 Times Square
     New York, New York 10036
     Tel.: (212) 790-4500
     Fax.: (212) 790-4545

Attorneys for Defendant G. Steven Geis

**CERTIFICATE OF SERVICE**

I, Kenneth D. Friedman, hereby certify pursuant to 28 U.S.C. § 1746 that on this date I filed the annexed **REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** with the CM/ECF system for the U.S. District Court for the District of New Jersey, thereby effectuating service upon all counsel of record via electronic means.

I certify under the penalty of perjury that the foregoing is true and correct. Executed at New York, New York on this 23th day of July, 2012.

                                                                   s/   Kenneth D. Friedman
                                                                       Kenneth D. Friedman