MANATT, PHELPS & PHILLIPS, LLP
7 Times Square
New York, NY 10036
Tel.: (212) 790-4500
Fax.: (212) 790-4545

Attorneys for Defendant Dr. G. Steven Geis

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALASKA ELECTRICAL PENSION FUND, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>-against-<br><br>PHARMACIA CORPORATION, et al.,<br><br>Defendants. | Civil Case No.: 03-1519 (AET) (Consolidated Class Action)<br><br>The Hon. Anne E. Thompson<br><br>DOCUMENT FILED ELECTRONICALLY<br><br>**CERTIFICATION OF PAYMENT TO THE NEW JERSEY LAWYERS' FUND FOR CLIENT PROTECTION** |

I, Ronald G. Blum, hereby certify pursuant to 28 U.S.C. § 1746 that:

1. I am a member with the law firm of Manatt, Phelps & Phillips, LLP, counsel for Defendant Dr. G. Steven Geis ("Dr. Geis") in the above-captioned matter.

2. Attached to this Certification as **Exhibit A** is a copy of the letter to the New Jersey Lawyers' Fund for Client Protection forwarding a copy of the order granting me admission *pro hac vice* in this matter and the requisite *2012 Pro Hac Vice Assessment Form*.

3.    I was admitted *pro hac vice* in another matter and previously paid the fee for 2012 accordingly. A copy of that check (with sensitive information redacted) is annexed hereto as **Exhibit B**.

I hereby certify under the penalty of perjury that the foregoing statements are true and correct. Executed in New York, New York on this 23rd day of July, 2012.

_____
Ronald G. Blum

Exhibit - A



**manatt**
manatt | phelps | phillips

**Anthony J Staltari**
Manatt, Phelps & Phillips, LLP
Direct Dial: (212) 790-4640
E-mail: AStaltari@manatt.com

July 23, 2012

NJ Lawyers' Fund For Client Protection
P.O. Box 961
Trenton, NJ 08625-0961

**VIA FIRST CLASS MAIL**

    Re:    *Pro Hac Vice* Admission of Ronald G. Blum and Amy T. Sheehan

To Whom It May Concern:

    This firm represents G. Steven Geis in an action pending in the U.S. District Court for the District of New Jersey entitled *Alaska Electrical Pension Fund, et. al., v. Pharmacia Corporation, et al., 03-cv-1519 (AET)(TJB)*.

    On July 19, 2012, Magistrate Judge Bongiovanni granted *pro hac vice* admission to Ronald G. Blum and Amy T. Sheehan, both of the New York Bar on behalf of Mr. Geis.

    Enclosed please find the requisite *2012 Pro Hac Vice Information Forms,* a copy of the aforementioned order and a check in amount of $199 for the corresponding fee for Ms. Sheehan. Mr. Blum is admitted *pro hac vice* in another matter and previously paid the *pro hac vice* fee for this year.

    Please call me should you have any questions or concerns.

                                                        Very Truly Yours,

                                                        Anthony J Staltari
                                                        Managing Attorney

Enclosures

7 Times Square, New York, New York 10036   Telephone: 212.790.4500   Fax: 212.790.4545

Albany | Los Angeles | New York | Orange County | Palo Alto | Sacramento | San Francisco | Washington, D.C.

**New Jersey Lawyers' Fund for Client Protection**
## Pro Hac Vice Admission in New Jersey
{*Rules* 1:21-2(a), 1:20-1(b), 1:28-2, 1:28B-1(e)}

Please submit one check for each attorney payable to *NJ Lawyers' Fund for Client Protection*
Mail to: NJ Lawyers' Fund, P.O. Box 961, Trenton, NJ  08625-0961

**2012 ASSESSMENT $199.00**

The fee is assessed **once per calendar year** per attorney. Attorneys admitted for additional cases within the calendar year should submit the appropriate paperwork; but **no additional payment** is required. If a case continues into the next year, a fee for **that** year will be assessed. An attorney's appearance continues until either the matter is concluded or there is a substitution of counsel. **Fee payments are not prorated.** Full payment is required for the calendar year in which the Order admitting is entered.

### Information to Be Submitted With Payment

**Pro Hac Vice Attorney:**

| Name: Last | First | Middle | Title |
|---|---|---|---|
| Blum | Ronald | G. | |
| Date of Birth | SSN* Disclosure is voluntary; for identification purposes. | Sex | |
| 11/15/1954 | - - | ■ Male   ☐ Female | |
| Jurisdiction Where First Admitted To Any U.S. Bar | | Year Admitted | |
| New York | | 1983 | |

Have You Ever Been Admitted in New Jersey in any of the Following Categories?
☐ Plenary NJ License   ☐ Multi-Jurisdictional Practitioner   ☐ In-House Counsel   ☐ Foreign Legal Consultant

| Firm Name | Telephone # |
|---|---|
| Manatt, Phelps & Phillips, LLP | (212) 790-4500 |
| Address | |
| 7 Times Square | |

| City | State | Zip |
|---|---|---|
| New York | New York | 10036 - |

| e-mail |
|---|
| RBlum@Manatt.com |

**Sponsoring New Jersey Attorney:**

| Name: Last | First | Middle | Title |
|---|---|---|---|
| Friedman | Kenneth | D. | |
| Firm Name | | Telephone # | |
| Manatt, Phelps & Phillips, LLP | | (212) 790-4500 | |
| Address | | | |
| 7 Times Square | | | |

| City | State | Zip |
|---|---|---|
| New York | New York | 10036 - |

Enclose a copy of the signed Court Order.  If it is not yet available, provide an unsigned copy or the following information; send a signed copy when it becomes available.

| Docket # | Jurisdiction |
|---|---|
| 03-1519(AET)(TJB) | U.S.D.C. New Jersey |
| Judge's Name | |
| Magistrate Judge Bongiovanni | |

Questions? Please contact the NJ Lawyers' Fund's Pro Hac Vice Unit at (609) 292-8009.

RECEIVED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JUL 1 9 2012

AT 8:30_____M
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| ALASKA ELECTRICAL PENSION FUND, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>-against-<br><br>PHARMACIA CORPORATION, et al.,<br><br>Defendants. | Civil Case No.: 03-1519 (AET)<br>(Consolidated Class Action)<br><br>The Hon. Anne E. Thompson<br><br>DOCUMENT FILED ELECTRONICALLY<br><br>**CONSENT ORDER GRANTING<br>COUNSEL ADMISSION *PRO HAC VICE*** |

**THIS MATTER** having been brought before the Court by Kenneth D. Friedman, Esq., of Manatt, Phelps & Phillips, LLP, counsel for Defendant G. Steven Geis on application for an order allowing Ronald G. Blum and Amy T. Sheehan, both members of the Bar of the State of New York, to appear and participate *pro hac vice*, which was consented to by all counsel of record; and good cause being shown:

IT IS on this 19th day of July, 2012,

**HEREBY ORDERED** that

1. Ronald G. Blum and Amy T. Sheehan are hereby admitted to appear and participate *pro hac vice* in this matter, for all purposes, subject however, to the limitations imposed by L.Civ.R. 101.1(c)(4);

2. Pursuant to L.Civ.R. 101.1(c)(1), Ronald G. Blum and Amy T. Sheehan are hereby directed, during the period of *pro hac vice* admission, to promptly notify this Court of the imposition of any disciplinary proceedings against themselves, respectively, in any jurisdiction;

3. Pursuant to L.Civ.R. 101.1(c)(2), Ronald G. Blum and Amy T. Sheehan

Case 3:03-cv-01519-AET-TJB Document 376 Filed 07/23/12 Page 7 of 10 PageID: 15596
07/13/2012 13:07 FAX 212 790 4545  MANATT, PHELPS, PHILLIPS  ☒017/018
Case 3:03-cv-01519-AET-TJB Document 371 Filed 07/19/12 Page 2 of 3 PageID: 15579

are hereby directed, during the period of *pro hac vice* admission under this Order, to make such payments to the New Jersey Lawyers' Fund for Client Protection as required by New Jersey Court Rule 1:28; and the Clerk shall forward a copy of this Order to the Treasurer of the New Jersey Lawyers' Fund for Client Protection;

    4. Pursuant to L.Civ.R. 101.1(c)(3), Ronald G. Blum and Amy T. Sheehan are hereby directed to make a payment of $150.00 to the Clerk of this Court;

    5. Pursuant to L.Civ.R. 101.1(c)(4), Ronald G. Blum and Amy T. Sheehan are hereby directed to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 governing contingent fees;

    6. Pursuant to L.Civ.R. 101.1(c)(4), Ronald G. Blum and Amy T. Sheehan shall be bound by the Local Civil Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of L.Civ.R. 103.1, Judicial Ethics and Professional Responsibility, and L.Civ.R. 104.1, Discipline of Attorneys; and are hereby subject to the disciplinary jurisdiction of this Court.

    7. Pursuant to L.Civ.R. 101.1(c)(4), Ronald G. Blum and Amy T. Sheehan shall have all pleadings, briefs and other papers filed with the court signed by an attorney of record who is an attorney-at-law, authorized to practice in New Jersey, who shall be held responsible for them, the conduct of the litigation and the attorneys admitted herein;

8. Pursuant to L.Civ.R. 101.1(d) Ronald G. Blum and Amy T. Sheehan are directed to strictly observe the dates fixed for scheduling conferences, pretrial conferences, trials or any other proceeding.

_____
Honorable Tonianne J. Bongiovanni, U.S.M.J.

Exhibit - B

