COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
Park 80 Plaza West-One
250 Pehle Ave., Suite 401
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)
Liaison Counsel

ROBBINS GELLER RUDMAN
 & DOWD LLP
PATRICK J. COUGHLIN
ARTHUR C. LEAHY
SCOTT H. SAHAM
LUCAS F. OLTS
MATTHEW I. ALPERT
JENNIFER L. GMITRO
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ALASKA ELECTRICAL PENSION FUND, et al., On Behalf of Themselves and All Others Similarly Situated, | ) ) ) ) | No. 03-1519 (AET) **(Consolidated)** |
| | ) ) | CLASS ACTION |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO** |
| PHARMACIA CORPORATION, et al., | ) ) ) | **RECEIVE ELECTRONIC NOTIFICATION** |
| Defendants. | ) ) ) | |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the above-captioned matter, and it is represented that:

   1. An order of the Court granting a motion for *pro hac vice* in the within matter has been entered; and

   2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3) <u>has been paid</u> to the Clerk of Court.

Dated: July 24, 2012         */s/ Peter S. Pearlman*
                 Peter S. Pearlman

<u>PRO HAC VICE ATTORNEY INFORMATION</u>:

Name:   Roger M. Adelman
       Law Offices of Roger M. Adelman

Address:   1100 Connecticut Ave., NW, Suite 730
       Washington, DC 20036

E-Mail:   RAdelman@rcn.com