UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ALASKA ELECTRICAL PENSION FUND, et al., On Behalf of Themselves And All Others Similarly Situated,

    Plaintiffs,

vs.

PHARMACIA CORPORATION, et al.,

    Defendants.

Civil Action No. 03-1519 (AET)
**(Consolidated Class Action)**

### REQUEST BY LOCAL COUNSEL FOR PRO MAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for *pro hac* vice counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac* vice in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

_____
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Jonathan Rosenberg

Address: O'Melveny & Myers, LLP

7 Times Square

New York, New York, 10036

e-Mail: jrosenberg@omm.com