Jacob S. Pultman
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399

Attorneys for Defendant Carrie Cox

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALASKA ELECTRICAL PENSION FUND, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>-against-<br><br>PHARMACIA CORPORATION, et al.,<br><br>Defendants. | Civil Case No.: 03-1519 (AET)<br>(Consolidated Class Action)<br><br>The Hon. Anne E. Thompson<br><br>DOCUMENT FILED ELECTRONICALLY<br><br>**REQUEST BY LOCAL COUNSEL<br>FOR *PRO HAC VICE* ATTORNEY<br>TO RECEIVE ELECTRONIC NOTIFICATION** |

TO THE CLERK OF THE COURT:

Request is hereby made by local counsel for *pro hac vice* counsel, Pamela Rogers Chepiga, to receive electronic notification in the within matter, and it is represented that the order of the Court granting the motion to appear *pro hac vice* in this matter (ECF No. 366) was entered on July 13, 2012.

*Pro Hac Vice Information:*   Pamela Rogers Chepiga
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399
E-Mail: pamela.chepiga@allenovery.com

Further, I hereby certify under the penalty of perjury that the $150.00 *pro hac vice* fee was paid on July 18, 2012.

NY:14726440.1

Dated: New York, New York
       August 6, 2012

                                    ALLEN & OVERY LLP

                      By:  s/ Jacob S. Pultman
                                  Jacob S. Pultman
                                  1221 Avenue of the Americas
                                  New York, New York 10020
                                  Tel.: (212) 610-6300
                                  Fax: (212) 610-6399

                                  Attorneys for Defendant Carrie Cox

**CERTIFICATE OF SERVICE**

I, Kurt R Vellek, hereby certify pursuant to 28 U.S.C. § 1746 that on this date I filed the annexed **REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** with the CM/ECF system for the U.S. District Court for the District of New Jersey, thereby effectuating service upon all counsel of record via electronic means.

I certify under the penalty of perjury that the foregoing is true and correct. Executed at New York, New York on this 6th day of August, 2012.

          s/   Kurt R. Vellek
          Kurt R. Vellek