UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

RECEIVED
AUG 29 2012
AT 8:30
WILLIAM T. WALSH, CLERK

| | |
|---|---|
| ALASKA ELECTRICAL PENSION FUND, et al., ) <br> On Behalf of Themselves and All Others Similarly ) <br> Situated, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PHARMACIA CORPORATION, et al., ) <br> ) <br> Defendant. ) | Case No.: 03-1519 (AET) <br> **Consolidated)** <br> <br> <u>CLASS ACTION</u> <br> <br> STAY ORDER |

All proceedings in this matter are hereby stayed until October 8, 2012. The parties will report back to the Court on that date. During this period, the Court will not address or resolve any of the motions currently pending in this action.

IT IS SO ORDERED

DATED: 8/29/12

_____
THE HON. TONIANNE J. BONGIOVANNI
UNITED STATES MAGISTRATE JUDGE