NORRIS, McLAUGHLIN & MARCUS, P.A.
721 Route 202-206, Suite 200
P.O. Box 5933
Bridgewater, New Jersey 08807-5933
(908) 722-0700

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4500

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
(212) 445-2000

*Attorneys for Defendants Pharmacia Corporation and Pfizer Inc.*

*Additional Counsel Listed on Signature Pages*

**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

------------------------------------------------ x
ALAZKA ELECTRICAL PENSION FUND, *et al.*, On Behalf of Themselves and All Others Similarly Situated,

        Plaintiffs,

-against-

PHARMACIA CORPORATION, *et al.*,

        Defendants.

------------------------------------------------ x

**CIVIL ACTION NO.: 03-1519 (AET)**
(Consolidated Class Action)

Hon. Anne E. Thompson

**DEFENDANTS' STATEMENT IN SUPPORT OF PRELIMINARY APPROVAL OF SETTLEMENT**

**RETURN DATE:  NONE SET**

DOCUMENT FILED ELECTRONICALLY

Defendants Pharmacia Corporation, Pfizer Inc., Fred Hassan, Carrie Cox, and G. Steven Geis submit this statement in support of preliminary approval of the proposed class action settlement of the above-captioned case.  While Defendants do not agree with various characterizations contained in Plaintiffs' Memorandum of Law In Support of Unopposed Motion For Preliminary Approval of Settlement and take no position with respect to Plaintiffs' and Plaintiffs' Counsel's requests for expenses and attorneys' fees, Defendants respectfully submit that the Court should enter the proposed Order Preliminarily Approving Settlement and Providing for Notice and schedule a final settlement approval hearing based on the schedule set forth in Plaintiffs' motion.  All Defendants join in this filing, and it is being submitted by Pharmacia Corporation and Pfizer Inc. with the consent and joinder of counsel for the individual defendants Fred Hassan, Carrie Cox, and G. Steven Geis.

Dated:	October 5, 2012

> NORRIS McLAUGHLIN & MARCUS, P.A.
>
> By:   s/ Steven A. Karg
>        William A. Dreier
>        Steven A. Karg
>
> 721 Route 202-206, Suite 200
> P.O. Box 5933
> Bridgewater, NJ 08807-5933
> Telephone:  (908) 722-0700
> Facsimile:   (908) 722-0755

1

| | |
|---|---|
| DLA PIPER LLP (US) | SIMPSON THACHER & BARTLETT LLP |
| John C. Dougherty (*pro hac vice*) | Lynn K. Neuner (*pro hac vice*) |
| 6225 Smith Avenue | George S. Wang (*pro hac vice*) |
| Baltimore, MD 21209-3600 | 425 Lexington Avenue |
| Telephone: (410) 580-3000 | New York, NY 10017-3954 |
| Facsimile: (410) 580-6100 | Telephone: (212) 455-2000 |
| | Facsimile: (212) 455-2502 |

Michael D. Hynes
Michael S. Wigotsky (*pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020-1104
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Attorneys for Defendants Pharmacia Corporation and Pfizer Inc.*

| | |
|---|---|
| O'MELVENY & MYERS LLP | ALLEN & OVERY LLP |
| Jonathan Rosenberg (*pro hac vice*) | Pamela Rogers Chepiga (*pro hac vice*) |
| Edward N. Moss (*pro hac vice*) | Josephine A. Cheatham (*pro hac vice*) |
| Allen Burton | Jacob S. Pultman |
| Times Square Tower | 1221 Avenues of the Americas |
| 7 Times Square | New York, New York 10020 |
| New York, NY 10036 | Telephone: (212) 610-6300 |
| Telephone: (212) 326-2000 | Facsimile: (212) 610-6399 |
| Facsimile: (212) 326-2061 | |
| | *Attorneys for Defendant Carrie Cox* |
| *Attorneys for Defendant Fred Hassan* | |

MANATT, PHELPS & PHILLIPS, LLP
Ronald G. Blum (*pro hac vice*)
Amy Terry Sheehan (*pro hac vice*)
Kenneth D. Friedman
7 Times Square
New York, NY 10036
Telephone: (212) 790-4500
Facsimile: (212) 790-4545
*Attorneys for Defendant G. Steven Geis*

2

## **DECLARATION OF SERVICE**

Pursuant to 28 U.S.C. § 1746, I hereby declare that the foregoing document is being filed electronically with the Clerk of the Court and understand that it is being served electronically by the Court's CM/ECF System upon those counsel of record who receive electronic notices through the Court's CM/ECF System for the subject case.

I declare under penalty of perjury that the foregoing is true and correct.

s/Steven A. Karg
Steven A. Karg

Dated:  October 5, 2012