COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
Park 80 Plaza West-One
250 Pehle Ave., Suite 401
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)
Liaison Counsel

ROBBINS GELLER RUDMAN
 & DOWD LLP
PATRICK J. COUGHLIN
ARTHUR C. LEAHY
SCOTT H. SAHAM
LUCAS F. OLTS
MATTHEW I. ALPERT
JENNIFER L. GMITRO
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALASKA ELECTRICAL PENSION FUND, et al., On Behalf of Themselves and All Others Similarly Situated,          ) ) ) ) ) | No. 03-1519 (AET) **(Consolidated)** CLASS ACTION |
| Plaintiffs,          ) ) | |
| vs.          ) ) PHARMACIA CORPORATION, et al.,          ) ) ) Defendants.          ) | **REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the above-captioned matter, and it is represented that:

1. An order of the Court granting a motion for *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3) has been paid to the Clerk of Court.

Dated: October 22, 2012                                                         */s/ Peter S. Pearlman*
                                                                                                Peter S. Pearlman

PRO HAC VICE ATTORNEY INFORMATION:

Name:         Keith Park, Esq.
                     Robbins Geller Rudman & Dowd LLP

Address:     655 West Broadway, Suite 1900
                     San Diego, CA  92101

E-Mail:         kpark@rgrdlaw.com