COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)
Liaison Counsel
ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN
ARTHUR C. LEAHY
KEITH F. PARK
SCOTT H. SAHAM
LUCAS F. OLTS
MATTHEW I. ALPERT
JENNIFER L. GMITRO
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
Counsel for Plaintiffs
[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALASKA ELECTRICAL PENSION FUND, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>              Plaintiffs,<br><br>  vs.<br><br>PHARMACIA CORPORATION, et al.,<br><br>              Defendants. | No. 03-1519 (AET)<br>**(Consolidated)**<br><u>CLASS ACTION</u><br><br><br><br><br>AMENDMENT TO<br>STIPULATION OF SETTLEMENT |

This Amendment to Stipulation of Settlement ("Amendment") is made and entered into by and among the Settling Parties by and through their counsel of record in the Litigation.[1] All capitalized terms used herein shall have the meaning assigned to them in the Stipulation of Settlement executed in the above-captioned action on October 5, 2012 (the "Stipulation").

Pursuant to ¶8.6 of the Stipulation, the Settling Parties stipulate and agree that ¶1.24 of the Stipulation is hereby amended as follows: *In re Pfizer Inc. ERISA Litig.*, 1:04-cv-10071-LTS-HBP (S.D.N.Y.), shall be added to the list of pending actions in the second to last sentence.

This Amendment may be amended or modified only by a written instrument signed by or on behalf of all Settling Parties or their respective successors-in-interest.

This Amendment may be executed in one or more counterparts. All executed counterparts and each of them shall be deemed to be one and the same instrument.

---

[1] All Defendants join in this Amendment, and it is being submitted by Pharmacia LLC and Pfizer Inc. with the consent and joinder of counsel for the individual defendants Fred Hassan, Carrie Cox, and G. Steven Geis.

IN WITNESS WHEREOF, the parties hereto have caused the Amendment to Stipulation of Settlement to be executed, by their duly authorized attorneys, dated as of December 18, 2012.

| Attorneys for Plaintiffs and the Class: | Attorneys for Defendants: |
|---|---|
| COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP | NORRIS, McLAUGHLIN & MARCUS, P.A. |
| By:/s/ *Peter S. Pearlman* <br> Peter S. Pearlman <br> Park 80 West – Plaza One <br> 250 Pehle Avenue, Suite 401 <br> Saddle Brook, NJ 07663 <br> 201-845-9600 <br> 201-845-9423 (Fax) <br> *Liaison Counsel* | By: /s/ *Steven A. Karg* <br> William A. Dreier <br> Steven A. Karg <br> 721 Route 202-206, Suite 200 <br> P.O. Box 5933 <br> Bridgewater, New Jersey 08807-5933 <br> 908-722-0700 <br> 908-722-0755 (Fax) <br> *Attorneys for Defendants Pharmacia LLC and Pfizer Inc.* |
| ROBBINS GELLER RUDMAN & DOWD LLP <br> Patrick J. Coughlin <br> Arthur C. Leahy <br> Keith F. Park <br> Scott H. Saham <br> Lucas F. Olts <br> Matthew I. Alpert <br> Jennifer L. Gmitro <br> 655 West Broadway, Suite 1900 <br> San Diego, CA 92101 <br> 619-231-1058 <br> 619-231-7423 (Fax) | DLA PIPER LLP (US) <br> John C. Dougherty (*pro hac vice*) <br> 6225 Smith Avenue <br> Baltimore, MD 21209-3600 <br> 410-580-3000 <br><br> Michael D. Hynes <br> Michael S. Wigotsky (*pro hac vice*) <br> 1251 Avenue of the Americas <br> 27th Floor <br> New York, New York 10020-1104 <br> 212-335-4500 <br> 212-335-4501 (Fax) <br> *Attorneys for Defendants Pharmacia LLC and Pfizer Inc.* |

MOTLEY RICE LLC
Joseph F. Rice
Gregg S. Levin
Lance V. Oliver
Joshua C. Littlejohn
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: 843/216-9000
843/216-9450 (Fax)

SCOTT + SCOTT LLP
David R. Scott
156 South Main Street
P.O. Box 192
Colchester, CT  06415
Telephone:  860/537-5537
860/537-4432 (Fax)

*Attorneys for Plaintiffs and the Class*

SIMPSON THACHER &
   BARTLETT LLP
Lynn K. Neuner (*pro hac vice*)
George S. Wang (*pro hac vice*)
425 Lexington Avenue
New York, New York 10017-3954
212-455-2000
212-455-2502 (Fax)
*Attorneys for Defendants Pharmacia LLC and Pfizer Inc.*

O'MELVENY & MYERS LLP
Jonathan Rosenberg (*pro hac vice*)
Edward N. Moss (*pro hac vice*)
Allen Burton
Times Square Tower
7 Times Square
New York, New York 10036
212-326-2000
212-326-2061 (Fax)
*Attorneys for Defendant Fred Hassan*

ALLEN & OVERY LLP
Pamela Rogers Chepiga (*pro hac vice*)
Josephine A. Cheatham (*pro hac vice*)
Jacob S. Pultman
1221 Avenue of the Americas
New York, New York 10020
212-610-6300
212-610-6399 (Fax)
*Attorneys for Defendant Carrie Cox*

MANATT, PHELPS & PHILLIPS, LLP
Ronald G. Blum (*pro hac vice*)
Amy Terry Sheehan (*pro hac vice*)
Kenneth D. Friedman
7 Times Square
New York, New York 10036
212-790-4500
212-790-4545 (Fax)
*Attorneys for Defendant G. Steven Geis*