UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| ALASKA ELECTRICAL PENSION FUND, et al., On Behalf of Themselves and All Others Similarly Situated, | No. 03-1519 (AET) **(Consolidated)** |
| Plaintiffs, | <u>CLASS ACTION</u> |
| vs. | **DEFENDANT PHARMACIA LLC'S NOTICE OF CHANGE OF NAME AND AMENDED CORPORATE DISCLOSURE STATEMENT** |
| PHARMACIA CORPORATION, et al., | |
| Defendants. | |

---

PLEASE TAKE NOTICE that effective November 30, 2012, Defendant Pharmacia Corporation became known as Pharmacia LLC, a Delaware limited liability company.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Pharmacia LLC provides the following disclosure:

1. Pharmacia LLC is wholly owned by Wyeth Holding Corporation.

2. Wyeth Holdings Corporation is wholly owned by Wyeth LLC.

2. Wyeth LLC is wholly owned by Pfizer Inc., a publicly traded company.

RECEIVED
DEC 19 2012
AT 8:30_____M
WILLIAM T. WALSH CLERK

Dated: December 14, 2012

                          NORRIS, McLAUGHLIN &
                          MARCUS, P.A.

By: _s/Steven A. Karg
Steven A. Karg
William A. Dreier
721 Route 202-206, Suite 200
Bridgewater, New Jersey 08807
Telephone: (908) 722-0700
Facsimile: (908) 722-0755

DLA PIPER LLP
John C. Dougherty (*pro hac vice*)
6225 Smith Avenue
Baltimore, MD 21209-3600
Telephone: (410) 580-3000
Facsimile: (410) 580-6100

Michael D. Hynes
Michael S. Wigotsky (*pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020-1104
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

SIMPSON THACHER &
BARTLETT LLP
Lynn K. Neuner (*pro hac vice*)
George S. Wang (*pro hac vice*)
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Attorneys for Defendants Pharmacia LLC and Pfizer Inc.*

IT IS SO ORDERED:

_____
12/18/12

## DECLARATION OF SERVICE

Pursuant to 28 U.S.C. § 1746, I hereby declare that the foregoing document is being filed electronically with the Clerk of the Court and understand that it is being served electronically by the Court's CM/ECF System upon those counsel of record who receive electronic notices through the Court's CM/ECF System for the subject case.

I declare under penalty of perjury that the foregoing is true and correct.

s/ Steven A. Karg<br>
Steven A. Karg

Dated: December 14, 2012