UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| ALASKA ELECTRICAL PENSION FUND, et al., On Behalf of Themselves and All Others Similarly Situated, | No. 03-1519 (AET) **(Consolidated)** |
| Plaintiffs, | CLASS ACTION |
| vs. | **DEFENDANT PHARMACIA LLC'S NOTICE OF CHANGE OF NAME AND AMENDED CORPORATE DISCLOSURE STATEMENT** |
| PHARMACIA CORPORATION, et al., | |
| Defendants. | |

---

PLEASE TAKE NOTICE that effective November 30, 2012, Defendant Pharmacia Corporation became known as Pharmacia LLC, a Delaware limited liability company.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Pharmacia LLC provides the following disclosure:

1. Pharmacia LLC is wholly owned by Wyeth Holdings Corporation.

2. Wyeth Holdings Corporation is wholly owned by Wyeth LLC.

3. Wyeth LLC is wholly owned by Pfizer Inc., a publicly traded company.

Dated: December 19, 2012

    NORRIS, McLAUGHLIN &
    MARCUS, P.A.

    By: _s/Steven A. Karg_
    Steven A. Karg
    William A. Dreier
    721 Route 202-206, Suite 200
    Bridgewater, New Jersey 08807
    Telephone: (908) 722-0700
    Facsimile: (908) 722-0755

| DLA PIPER LLP | SIMPSON THACHER & |
| --- | --- |
| John C. Dougherty (*pro hac vice*) | BARTLETT LLP |
| 6225 Smith Avenue | Lynn K. Neuner (*pro hac vice*) |
| Baltimore, MD 21209-3600 | George S. Wang (*pro hac vice*) |
| Telephone: (410) 580-3000 | 425 Lexington Avenue |
| Facsimile: (410) 580-6100 | New York, NY 10017 |
|  | Telephone: (212) 455-2000 |
| Michael D. Hynes | Facsimile: (212) 455-2502 |
| Michael S. Wigotsky (*pro hac vice*) |  |
| 1251 Avenue of the Americas |  |
| New York, NY 10020-1104 |  |
| Telephone: (212) 335-4500 |  |
| Facsimile: (212) 335-4501 |  |

*Attorneys for Defendants Pharmacia LLC and Pfizer Inc.*

## **DECLARATION OF SERVICE**

Pursuant to 28 U.S.C. § 1746, I hereby declare that the foregoing document is being filed electronically with the Clerk of the Court and understand that it is being served electronically by the Court's CM/ECF System upon those counsel of record who receive electronic notices through the Court's CM/ECF System for the subject case.

I declare under penalty of perjury that the foregoing is true and correct.

s/ Steven A. Karg
Steven A. Karg

Dated:  December 19, 2012