COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)
Liaison Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN
ARTHUR C. LEAHY
SCOTT H. SAHAM
LUCAS F. OLTS
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ALASKA ELECTRICAL PENSION FUND, et al., On Behalf of Themselves and All Others Similarly Situated, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 03-1519 (AET)<br><br>**(Consolidated)**<br><br><u>CLASS ACTION</u><br><br>CERTIFICATE OF SERVICE |
| Plaintiffs, | | |
| vs. | | |
| PHARMACIA CORPORATION, et al., | | |
| Defendants. | | |

The undersigned certifies that on January 18, 2013 a copy of the foregoing:

    A.       Lead Plaintiffs' Reply In Further Support Of Motion For Final Approval Of Class Action Settlement And Plan Of Allocation Of Settlement Proceeds, And An Award Of Attorneys' Fees And Expenses And Lead Plaintiffs' Expenses;

    B.       Order Approving Plan Of Allocation;

  C.  Order Awarding Plaintiffs' Counsel's Attorneys' Fees And Expenses;

  D.  [Proposed] Final Judgment And Order Of Dismissal With Prejudice; And

  E.  Certificate of Service were filed electronically.

Those attorneys who are registered with the Electronic Filing System may access this filing through the Court's System, and notice of this filing will be sent to these parties by operation of the Court's Electronic Filing System.

Also, on January 18, 2013, I caused a copy of the documents electronically filed today and mentioned above to be sent via regular mail delivery from Park 80 Plaza West One, Saddle Brook, 250 Pehle Ave., Suite 401, Saddle Brook, New Jersey to the following:

William T. Zorn, Pro Se
THE ZORN LAW FIRM, LLC
3526 Washington, 2nd Floor
St. Louis, MO 63103
(314) 531-4262
(314) 206-4795 Fax

      **COHN LIFLAND PEARLMAN**
       **HERRMANN & KNOPF LLP**
      PETER S. PEARLMAN

      /s/ *Peter S. Pearlman*
      A Member of the Firm